**FILED**

DEC 0 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBIN HOPPER and STEVEN HOPPER
50 SPRINGCHESTER
MATTOON, IL 61938

        Plaintiffs,

v.

ELI LILLY AND COMPANY
Lilly Corporate Center
Indianapolis, IN 46285
w/s/o NATIONAL REGISTERED AGENTS, INC.
1090 Vermont Avenue, NW, #910
Washington, DC 20005

    and

BRISTOL-MYERS SQUIBB COMPANY
a successor of E.R. SQUIBB & SONS, INC.
P.O. Box 4500
Princeton, NJ 08543
    w/s/o CT CORPORATION
    1025 Vermont Avenue, N.W.
    Washington, DC 20005

    and

PHARMACIA and UPJOHN COMPANY
(aka THE UPJOHN COMPANY)
100 Route 206 North
Peapack, NJ 07977
    w/s/o CT CORPORATION
    1025 Vermont Avenue, N.W.
    Washington, DC 20005

Case No. _____

CASE NUMBER  1:05CV02346
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: Personal Injury/Malpractic
DATE STAMP: 12/7/2005

JURY ACTION

LIBNY/4455512.4

and

DART INDUSTRIES, INC. a successor to
REXALL DRUG COMPANY, INC.
w/s/o: Sheila AnnMarie Moeller, Esq.
      Gilbride, Tusa, Last & Spellane LLC
      31 Brookside Drive
      Greenwich, CT  06836

and

PREMO PHARMACEUTICAL LABORATORIES, INC.
w/s/o Corporation Trust Co.
820 Bear Tavern Road
West Trenton, NJ  08628

and

WYETH
5 Giraldi Farms
Madison, NJ  07940

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1446, Defendant, Premo Pharmaceutical Laboratories, Inc. ("Premo") files this Notice of Removal and states:

1. On or about November 7, 2005, Plaintiffs Robin and Stephen Hopper commenced an action against defendants in the Superior Court for the District of Columbia, Civil Division, as Civil Action No. 05-0008764 ("the Superior Court action"), by filing a complaint for damages. The United States District Court for the District of Columbia is the district embracing the place where the action is pending.

2. A certified copy of all process, pleadings, and orders on file in the Superior Court action as of December 6, 2005 is attached hereto as Exhibit A, and specifically incorporated herein.

3. Defendant Premo received service of process on November 7, 2005. Upon information and belief, Defendants Eli Lilly and Company, Bristol-Meyers Squibb Company, Pharmacia and Upjohn Company, Dart Industries and Wyeth have not yet received service of process.

4. The original notice of removal was filed within thirty (30) days of the first date in which any defendant to this action was served with a summons and copy of the complaint. Consequently, the notice is timely under 28 U.S.C. §1446 (b).

5. Based upon the information contained in the complaint, Plaintiffs Robin and Steven Hopper were at the time of the commencement of this action and are at the time of the filing of this Notice of Removal residents of the State of Illinois.

6. Upon information and belief, Defendant Eli Lilly and Company was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal an Indiana corporation within its principal place of business in the State of Indiana.

7. Upon information and belief, Defendant Bristol-Myers Squibb Company was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal a Delaware corporation with its principal place of business in the State of New York.

8. Upon information and belief, Defendant Pharmacia and Upjohn Company was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal a Delaware corporation with its principal place of business in the State of Michigan.

LIBNY/4455512.4

9. Upon information and belief, Defendant Dart Industries, Inc., sued herein as Dart Industries, Inc., a successor to Rexall Drug Company, Inc., was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal a Delaware corporation with its principal place of business in the State of Florida.

10. Defendant Premo was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal a New Jersey corporation with its principal place of business in the State of Connecticut.

11. Upon information and belief, Defendant Wyeth, Inc. was at the time of the commencement of this action and is at the time of the filing of this Notice of Removal a Delaware corporation with its principal place of business in the State of New Jersey.

12. According to the complaint, the Plaintiffs in this case seek a total of two million, five hundred thousand dollars ($2,500,000). Accordingly, the matter in controversy in the state action exceeds the sum of $75,000.00, exclusive of interest and costs.

13. This Court has original jurisdiction over the civil action pursuant to 28 U.S.C. §1332, and the action is one that may be removed to this Court pursuant to the provisions of 28 U.S.C. §1441 (b), because it is a civil action between citizens of different states in which the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

14. Removal of this case on the basis of diversity of citizenship is not precluded by the provisions of 28 U.S.C. §1441 (b) because no Defendant is a citizen of the District of Columbia.

15. All Defendants consent to removal of this action. Copies of consent forms for Bristol-Meyers, Pharmacia and Upjohn and Dart are each attached at Exhibit B. Upon

4

information and belief, Defendants Eli Lilly and Company, and Wyeth have not yet been served but, once served, will consent to removal of this action.

16. Pursuant to 28 U.S.C. § 1446(d), Premo will file a Notice of Filing of Notice of Removal with the Superior Court for the District of Columbia, Civil Division and serve it on all parties promptly. A copy of the Notice of Filing of Notice of Removal is attached at Exhibit C.

17. Premo will also promptly serve upon Plaintiffs' counsel a Notice of Removal to All Adverse Parties pursuant to 28 U.S.C. § 1446(d). A copy of the Notice of Removal to All Adverse Parties is attached at Exhibit D.

Respectfully submitted,

By: _____
Aaron M. Bailey (Bar # 484262)

GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
Abailey@goodwinprocter.com

*Attorneys for Defendant*
*Premo Pharmaceutical Laboratories, Inc.*

Of Counsel:
Christopher Garvey, Esq.
Diana M. Rosenberg, Esq.
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Telephone (212) 813-8800
Facsimile (212) 355-3333
Cgarvey@goodwinprocter.com
Drosenberg@goodwinprocter.com

LIBNY/4455512.4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of December, 2005, a copy of the foregoing Notice of Removal was filed and mailed, postage prepared, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, PA
1320 19th Street, NW
Suite 500
Washington, DC 20036
*Attorneys for Plaintiffs*

James Dillon, Esquire
Ashley Weaver, Esquire
Brian Henniger, Esquire
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

Sidney G. Leech, Esquire
Malcolm Brisker, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
*Attorneys for Bristol-Myers Squibb Company*

Elizabeth Ewert, Esquire
Drinker, Biddle Reath, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209
*Attorneys for Defendant Pharmacia and Upjohn Company*

John F. Anderson, Esquire
Troutman Sanders LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102
*Attorneys for Defendant Dart Industries, Inc.*

F. Lane Heard III, Esquire  
Ashley W. Hardin, Esquire  
Williams & Connolly, LLP  
725 12th Street, N.W.  
Washington, D.C. 20005  
*Attorneys for Wyeth*

                                               _____  
                                               Aaron M. Bailey (Bar # 484262)

LIBNY/4455512.4