**EXHIBIT B**

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ROBIN HOPPER and STEVEN HOPPER,<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY, et al.,<br><br>Defendants. | Civil Action No. 2005 CA 008764 B<br><br>Judge Gerald I. Fisher<br><br>Next Event: Initial Conference<br>February 10, 2006 9:30 a.m. |

## CONSENT TO REMOVAL

Bristol-Meyers Squibb Company, acting through its attorneys, Sidney G. Leech and Goodell, DeVries, Leech and Dann, LLP, hereby consents to the removal of the above-captioned case from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

_____
Sidney G. Leech, Esq. (D.C. Bar No. 359071)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

*Attorneys for Defendant*
*Bristol-Myers Squibb Company*

LIBNY/4455573.2

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

ROBIN HOPPER and STEVEN HOPPER,

Plaintiffs,

v.

ELI LILLY AND COMPANY, et al.,

Defendants.

Civil Action No. 2005 CA 008764 B

Judge Gerald I. Fisher

Next Event: Initial Conference
February 10, 2006 9:30 a.m.

## CONSENT TO REMOVAL

Dart Industries, Inc., acting through its attorneys, John F. Anderson, Esq. and Troutman Sanders, LLP, hereby consents to the removal of the above-captioned case from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

_____
John F. Anderson, Esq. (D.C. Bar No. 393764)
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, VA  22102

*Attorneys for Defendant Dart Industries, Inc.*

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

ROBIN HOPPER and STEVEN HOPPER,

Plaintiffs,

v.

ELI LILLY AND COMPANY, et al.,

Defendants.

Civil Action No. 2005 CA 008764 B

Judge Gerald I. Fisher

Next Event: Initial Conference
February 10, 2006 9:30 a.m.

### CONSENT TO REMOVAL

Pharmacia and Upjohn Company, acting through its attorneys, Elizabeth Ewertt, Esq. and Drinker Biddle and Realth, LLP, hereby consents to the removal of the above-captioned case from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

*Elizabeth Ewert* /ak

Elizabeth Ewert, Esq. (D.C. Bar No. 479368)
Drinker Biddle and Realth, LLP
1500 K Street, NW, Suite 110
Washington, DC 20005-1209

*Attorneys for Defendants Pharmacia and Upjohn Company*

LIBNY/4455562.2