**EXHIBIT C**

Case 1:05-cv-02346-RBW   Document 1-4   Filed 12/07/2005   Page 1 of 5

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

---

ROBIN HOPPER and STEVEN HOPPER,

    Plaintiffs,

v.

ELI LILLY AND COMPANY, et al.,

    Defendants.

Civil Action No. 2005 CA 008764 B

Judge Gerald I. Fisher

Next Event: Initial Conference
February 10, 2006 9:30 a.m.

## NOTICE OF FILING OF NOTICE OF REMOVAL

To:    The Clerk of the Court
       Superior Court for the District of Columbia
       Civil Division

      PLEASE TAKE NOTICE, that on December 7, 2005, Defendant Premo Pharmaceutical Laboratories, Inc. is filing a Notice of Removal of this action to the United States District Court for the District of Columbia. A true and correct copy of the Notice of Removal is annexed hereto.

LIBNY/4456230.1

PLEASE TAKE FURTHER NOTICE that the filing of the Notice of Removal in the United States District Court and the filing of this Notice effect the removal of this action, and pursuant to 28 U.S.C. § 1446(d), the above-captioned action may proceed no further unless and until the case is remanded.

Dated: Washington, D.C.
December 7, 2005

Respectfully submitted,

By: _____
Aaron M. Bailey (Bar # 484262)

GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
 Telephone: (202) 346-4000
 Facsimile: (202) 346-4444
 Abailey@goodwinprocter.com

*Attorneys for Defendant*
*Premo Pharmaceutical Laboratories, Inc.*

Of Counsel:
Christopher Garvey, Esq.
Diana M. Rosenberg, Esq.
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Telephone (212) 813-8800
Facsimile (212) 355-3333
Cgarvey@goodwinprocter.com
Drosenberg@goodwinprocter.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of December, 2005, a copy of the foregoing Notice of Removal was filed and mailed, postage prepared, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, PA
1320 19th Street, NW
Suite 500
Washington, DC 20036
*Attorneys for Plaintiffs*

James Dillon, Esquire
Ashley Weaver, Esquire
Brian Henniger, Esquire
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

Sidney G. Leech, Esquire
Malcolm Brisker, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
*Attorneys for Bristol-Myers Squibb Company*

Elizabeth Ewert, Esquire
Drinker, Biddle Reath, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209
*Attorneys for Defendant Pharmacia and Upjohn Company*

John F. Anderson, Esquire
Troutman Sanders LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102
*Attorneys for Defendant Dart Industries, Inc.*

LIBNY/4456230.1

F. Lane Heard III, Esquire
Ashley W. Hardin, Esquire
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C. 20005
*Attorneys for Wyeth*

                                                        _____
                                                        Aaron M. Bailey (Bar # 484262)