**EXHIBIT D**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
ROBIN HOPPER and STEVEN HOPPER,        Case No. _____
                                                :
                 Plaintiffs,
                                                :
            - vs. -
                                                :
ELI LILLY AND COMPANY, et al.,
                                                :
                 Defendants.
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF REMOVAL TO ALL ADVERSE PARTIES

To:    Aaron M. Levine, Esq.
       Aaron M. Levine & Associates, PA
       1320 19th Street, NW
       Suite 500
       Washington, D.C. 20036

       PLEASE TAKE NOTICE, that on December 7, 2005, Defendants Premo Pharmaceutical

Laboratories, Inc. is filing a Notice of Removal of this action to the United States District Court

for the District of Columbia.  A true and correct copy of the Notice of Removal is annexed

hereto.

This Notice is served upon you as counsel of record for plaintiffs in compliance with 28

U.S.C. § 1446.


Dated:  Washington, D.C.
        December 7, 2005

                                        Respectfully submitted,

                                        By:_____
                                            Aaron M. Bailey (Bar # 484262)

                                        GOODWIN PROCTER LLP
                                        901 New York Avenue, N.W.
                                        Washington, D.C. 20001
                                        Telephone:  (202) 346-4000
                                        Facsimile:  (202) 346-4444
                                        Abailey@goodwinprocter.com

                                        *Attorneys for Defendant*
                                        *Premo Pharmaceutical Laboratories, Inc.*

                                        Of Counsel:
                                        Christopher Garvey, Esq.
                                        Diana M. Rosenberg, Esq.
                                        GOODWIN PROCTER LLP
                                        599 Lexington Avenue
                                        New York, New York 10022
                                        Telephone (212) 813-8800
                                        Facsimile (212)      355-3333
                                        Cgarvey@goodwinprocter.com
                                        Drosenberg@goodwinprocter.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of December, 2005, a copy of the foregoing

Notice of Removal was filed and mailed, postage prepared, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, PA
1320 19th Street, NW
Suite 500
Washington, DC 20036
*Attorneys for Plaintiffs*

James Dillon, Esquire
Ashley Weaver, Esquire
Brian Henniger, Esquire
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

Sidney G. Leech, Esquire
Malcolm Brisker, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
*Attorneys for Bristol-Myers Squibb Company*

Elizabeth Ewert, Esquire
Drinker, Biddle Reath, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209
*Attorneys for Defendant Pharmacia and Upjohn Company*

John F. Anderson, Esquire
Troutman Sanders LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102
*Attorneys for Defendant Dart Industries, Inc.*

F. Lane Heard III, Esquire
Ashley W. Hardin , Esquire
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C. 20005
*Attorneys for Wyeth*

Aaron M. Bailey (Bar # 484262)