UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ROBIN HOPPER and STEVEN HOPPER,

            Plaintiffs,

     - vs. -

ELI LILLY AND COMPANY, et al.,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. _____

CASE NUMBER 1:05CV02346

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 12/7/2005

FILED
DEC 07 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLEASE TAKE NOTICE, that pursuant to Rule 7.1 of the Federal Rules of Civil Procedure defendant Premo Pharmaceutical Laboratories, Inc. ("Premo"), by and through its attorneys, Goodwin Procter, LLP, states that Premo has no parent corporation, and no publicly held corporation owns ten percent or more of its stock.

Respectfully submitted,

By _____
Aaron M. Bailey (Bar # 484262)

GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
Abailey@goodwinprocter.com

*Attorneys for Defendant*
*Premo Pharmaceutical Laboratories, Inc.*

LIBNY/4458663.1

Of Counsel:
Christopher Garvey, Esq.
Diana M. Rosenberg, Esq.
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Telephone (212) 813-8800
Facsimile (212) 355-3333
Cgarvey@goodwinprocter.com
Drosenberg@goodwinprocter.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of December, 2005, a copy of the foregoing Notice of Removal was filed and mailed, postage prepared, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, PA
1320 19th Street, NW
Suite 500
Washington, DC 20036
*Attorneys for Plaintiffs*

James Dillon, Esquire
Ashley Weaver, Esquire
Brian Henniger, Esquire
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

Sidney G. Leech, Esquire
Malcolm Brisker, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
*Attorneys for Bristol-Myers Squibb Company*

Elizabeth Ewert, Esquire
Drinker, Biddle Reath, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209
*Attorneys for Defendant Pharmacia and Upjohn Compan*

John F. Anderson, Esquire
Troutman Sanders LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102

*Attorneys for Defendant Dart Industries, Inc.*

F. Lane Heard III, Esquire
Ashley W. Hardin, Esquire
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C. 20005
*Attorneys for Wyeth*

_____
Aaron M. Bailey (Bar # 484262)