**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBIN HOPPER AND STEVEN HOPPER<br>50 Springchester<br>Mattoon, IL 61938<br><br>                              Plaintiffs,<br><br>     v.<br><br>ELI LILLY AND COMPANY<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br>          w/s/o NATIONAL REGISTERED AGENTS, INC.<br>          1090 Vermont Avenue, NW, # 910<br>          Washington, DC 20005<br><br>                    and<br><br>BRISTOL-MYERS SQUIBB COMPANY<br>a successor of E.R. SQUIBB & SONS, INC.<br>P.O. Box 4500<br>Princeton, NJ 08543<br>          w/s/o CT CORPORATION<br>          1025 Vermont Avenue, NW<br>          Washington, DC 20005<br><br>                    and<br><br>PHARMACIA and UPJOHN COMPANY<br>(aka THE UPJOHN COMPANY)<br>100 Route 206 North<br>Peapack, NJ 07977<br>          w/s/o CT CORPORATION<br>          1025 Vermont Avenue, NW<br>          Washington, DC 20005<br><br>                    and<br><br>DART INDUSTRIES, INC., a successor to<br>REXALL DRUG COMPANY, INC.<br>14901 South Orange Blossom Trail<br>Orlando, FL 32837<br>          w/s/o Sheila Ann Marie Moeller, Esq.<br>          Gilbride, Tusa, Last & Spellane, LLC<br>          31 Brookside Drive<br>          Greenwich, CT 06836 | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>No.:  1:05-cv-02346-CKK |

|                                                                                                                                              |   |
|---|---|
| and<br><br>PREMO PHARMACEUTICAL<br>LABORATORIES, INC.<br>    w/s/o Corporation Trust Co.<br>    820 Bear Tavern Road<br>    West Trenton, NJ 08628<br><br>and<br><br>WYETH, INC.<br>5 Giraldi Farms<br>Madison, NJ 07940<br><br>                Defendants. |   |

## ENTRY OF APPEARANCE

F. Lane Heard, III, Ashley W. Hardin, and the law firm of Williams & Connolly LLP hereby enter their appearance as counsel of record for defendant Wyeth. Mr. Heard and Ms. Hardin are admitted to practice in this Court.

                Respectfully submitted,

                WILLIAMS & CONNOLLY LLP


        By: _____/ s /_____
                F. Lane Heard, III (DC Bar No. 291724)
                Ashley W. Hardin (DC Bar No. 482251)

                725 Twelfth Street, NW
                Washington, DC  20005
                Tel:  (202) 434-5000
                Fax:  (202) 434-5029

                *Attorneys for Defendant Wyeth*

Dated: December 23, 2005

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 23, 2005, a true copy of Wyeth's Entry of Appearance was served by U.S. First Class Mail, postage prepaid, to the following:

Aaron M. Levine
AARON M. LEVINE & ASSOCIATES, PA
1320 19th Street, NW
Suite 500
Washington, DC 20036
*Attorneys for Plaintiffs*

Aaron M. Bailey
GOODWIN PROCTER LLP
901 New York Avenue, NW
Suite 900
Washington, DC 20001
*Attorneys for Premo Pharmaceutical Laboratories, Inc.*

Sidney G. Leech
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, Suite 2000
Baltimore, MD 21202
*Attorneys for Bristol-Myers Squibb Company*

James J. Dillon
John Granberry Gransky
FOLEY HOAG LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02210-2600
*Attorneys for Eli Lilly & Company*

Elizabeth Ewert
DRINKER BIDDLE LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209
*Attorneys for Pharmacia and Upjohn Company*

John F. Anderson
TROUTMAN SANDERS LLP
1660 International Drive
Suite 600
McLean, VA 22102
*Attorneys for Dart Industries, Inc.*

John F. Kuckelman
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108
*Attorneys for Eli Lilly & Company*

/ s /
Ashley W. Hardin