# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN HOPPER AND STEVEN HOPPER<br>50 Springchester<br>Mattoon, IL 61938<br><br>                              Plaintiffs,<br><br>   v.<br><br>ELI LILLY AND COMPANY<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br>         w/s/o NATIONAL REGISTERED AGENTS, INC.<br>         1090 Vermont Avenue, NW, # 910<br>         Washington, DC 20005<br><br>                              and<br><br>BRISTOL-MYERS SQUIBB COMPANY<br>a successor of E.R. SQUIBB & SONS, INC.<br>P.O. Box 4500<br>Princeton, NJ 08543<br>         w/s/o CT CORPORATION<br>         1025 Vermont Avenue, NW<br>         Washington, DC 20005<br><br>                              and<br><br>PHARMACIA and UPJOHN COMPANY<br>(aka THE UPJOHN COMPANY)<br>100 Route 206 North<br>Peapack, NJ 07977<br>         w/s/o CT CORPORATION<br>         1025 Vermont Avenue, NW<br>         Washington, DC 20005<br><br>                              and<br><br>DART INDUSTRIES, INC., a successor to<br>REXALL DRUG COMPANY, INC.<br>14901 South Orange Blossom Trail<br>Orlando, FL 32837<br>         w/s/o Sheila Ann Marie Moeller, Esq.<br>         Gilbride, Tusa, Last & Spellane, LLC<br>         31 Brookside Drive<br>         Greenwich, CT 06836 | No.: 1:05-cv-02346-CKK |

and

PREMO PHARMACEUTICAL
LABORATORIES, INC.
    w/s/o Corporation Trust Co.
    820 Bear Tavern Road
    West Trenton, NJ 08628

and

WYETH, INC.
5 Giraldi Farms
Madison, NJ 07940

                Defendants.

## WYETH'S DISCLOSURE OF CORPORATE AFFILIATIONS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

We, the undersigned, counsel of record for Wyeth, certify that to the best of our knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Wyeth which may have any outstanding securities in the hands of the public: None.

These representations are made in order that judges of this court may determine the need for recusal.

        Respectfully submitted,

        WILLIAMS & CONNOLLY LLP


By: _____/ s /_____
     F. Lane Heard, III (DC Bar No. 291724)
     Ashley W. Hardin (DC Bar No. 482251)

     725 Twelfth Street, NW
     Washington, DC  20005
     Tel:  (202) 434-5000
     Fax:  (202) 434-5029

*Attorneys for Defendant Wyeth*

Dated:  December 23, 2005

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2005, a true copy of Wyeth's Disclosure of Corporate Affiliations was served by U.S. First Class Mail, postage prepaid, to the following:

Aaron M. Levine
AARON M. LEVINE & ASSOCIATES, PA
1320 19th Street, NW
Suite 500
Washington, DC 20036
*Attorneys for Plaintiffs*

Aaron M. Bailey
GOODWIN PROCTER LLP
901 New York Avenue, NW
Suite 900
Washington, DC 20001
*Attorneys for Premo Pharmaceutical Laboratories, Inc.*

Sidney G. Leech
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, Suite 2000
Baltimore, MD 21202
*Attorneys for Bristol-Myers Squibb Company*

James J. Dillon
John Granberry Gransky
FOLEY HOAG LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02210-2600
*Attorneys for Eli Lilly & Company*

Elizabeth Ewert
DRINKER BIDDLE LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209
*Attorneys for Pharmacia and Upjohn Company*

John F. Kuckelman
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108
*Attorneys for Eli Lilly & Company*

John F. Anderson
TROUTMAN SANDERS LLP
1660 International Drive
Suite 600
McLean, VA 22102
*Attorneys for Dart Industries, Inc.*

/ s /
Ashley W. Hardin