IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN HOPPER, et al., | § |
|  | § |
| Plaintiffs, | § |
|  | § |
| v. | § No. 1:05-cv-02346-CKK |
|  | § |
| ELI LILLY AND COMPANY, et al., | § |
|  | § |
| Defendants. | § |

**CONSENT TO REMOVAL**

Defendant Wyeth, acting through its attorneys, F. Lane Heard, III, Ashley W. Hardin, and Williams & Connolly, LLP, hereby consents to the removal of the above-captioned case from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

        Respectfully submitted,

        WILLIAMS & CONNOLLY LLP


    By:    _____/s/_____
            F. Lane Heard, III  (DC Bar No. 291724)
            Ashley W. Hardin (DC Bar. No. 482251)

            725 Twelfth Street, NW
            Washington, DC  20005
            Tel:  (202) 434-5000
            Fax:  (202) 434-5029

        *Attorneys for Defendant Wyeth*

Dated:  December 23, 2005

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 23, 2005, a true copy of Wyeth's Consent to Removal was served by U.S. First Class Mail, postage prepaid, to the following:

| | |
|---|---|
| Aaron M. Levine<br>AARON M. LEVINE & ASSOCIATES, PA<br>1320 19th Street, NW<br>Suite 500<br>Washington, DC 20036<br>*Attorneys for Plaintiffs* | Aaron M. Bailey<br>GOODWIN PROCTER LLP<br>901 New York Avenue, NW<br><br>Suite 900<br>Washington, DC 20001<br>*Attorneys for Premo Pharmaceutical Laboratories, Inc.* |
| Sidney G. Leech<br>GOODELL, DEVRIES, LEECH & DANN, LLP<br>One South Street, Suite 2000<br>Baltimore, MD 21202<br>*Attorneys for Bristol-Myers Squibb Company* | James J. Dillon<br>John Granberry Gransky<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>World Trade Center West<br>Boston, MA 02210-2600<br>*Attorneys for Eli Lilly & Company* |
| Elizabeth Ewert<br>DRINKER BIDDLE LLP<br>1500 K Street, NW, Suite 1100<br>Washington, DC 20005-1209<br>*Attorneys for Pharmacia and Upjohn Company* | John F. Kuckelman<br>SHOOK, HARDY & BACON LLP<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>*Attorneys for Eli Lilly & Company* |
| John F. Anderson<br>TROUTMAN SANDERS LLP<br>1660 International Drive<br>Suite 600<br>McLean, VA 22102<br>*Attorneys for Dart Industries, Inc.* | |

                                            _____/s/_____
                                              Ashley W. Hardin