IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN HOPPER and STEVEN HOPPER,<br><br>  Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY, *et al*.,<br><br>  Defendants. | CIVIL ACTION No. 1:05-cv-02346 (CKK) |

## CERTIFICATE UNDER FED. R. CIV. P. 7.1

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Eli Lilly and Company which have any outstanding securities in the hands of the public.

**Lilly Del Mar, Inc., a British Virgin Islands Corporation**

These representations are made in order that judges of this Court may determine the need for recusal.

    ELI LILLY AND COMPANY
    By its attorneys:

    /s/ James J. Dillon
    James J. Dillon, D.C. Bar # 485593
    Foley Hoag LLP
    155 Seaport Boulevard
    World Trade Center West
    Boston, MA 02210-2600
    (617) 832-1000

Dated: December 30, 2005

- 2 -

## CERTIFICATE OF SERVICE

      I certify that on December 30, 2005, a true copy of Defendant Eli Lilly's Rule 7.1 Certificate was served upon the following by First Class Mail, prepaid. Service upon all other parties was accomplished through the CM/ECF filing system.

Elizabeth Ewert  
DRINKER BIDDLE LLP  
1500 K Street, NW  
Washington, DC 20005  
**Attorney for Upjohn Company**