IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBIN HOPPER, et vir.                      *

      Plaintiffs                         *

    v.                                     *        Case No.: 1:05-CV-2346 (CKK)

                              *

ELI LILLY & COMPANY, et al.                *

      Defendants                         *

                              *

*    *    *    *    *    *    *    *    *

## NOTICE TO ENTER APPEARANCE OF COUNSEL

Mr. Clerk:

Please enter the appearance of Sidney G. Leech, Malcolm S. Brisker, and

Goodell, DeVries, Leech & Dann, LLP, as attorneys for Bristol-Myers Squibb Company,

one of the Defendants in the above-captioned case.


                                      /s/
                          Sidney G. Leech  (D.C. Bar No. 359071)
                          Malcolm S. Brisker
                          Goodell, DeVries, Leech & Dann, LLP
                          One South Street, 20th Floor
                          Baltimore, Maryland 21202
                          410-783-4000
                          *Attorneys for Defendant*
                          *Bristol-Myers Squibb Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of January, 2006, a copy of the foregoing Notice to Enter Appearance of Counsel was mailed first-class, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C.  20036; *Attorney for Plaintiffs*

James Dillon, Esquire
Ashley Weaver, Esquire
Brian Henninger, Esquire
Foley Hoag, LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600; *Attorneys for Eli Lilly & Company*

Elizabeth Ewert, Esquire
Stephanie Albert, Esquire
Drinker, Biddle Reath, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C.  20005-1209; *Attorneys for Defendant  Pharmacia and Upjohn Company*

John F. Anderson, Esquire
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102; *Attorneys for Dart Industries, Inc.*

Aaron M. Bailey, Esquire
Goodwin Proctor, LLP
901 New York Avenue, N.W.
Washington, D.C.  20001; *Attorneys for Premo Pharmaceutical Laboratories, Inc.*

F. Lane Heard, III, Esquire
Ashley W. Hardin, Esquire
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C.  20005; *Attorneys for Wyeth*

/s/
_____
Sidney G. Leech
