UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MAUREEN A. PIZZI and KATHLEEN MAHONEY<br><br>       *Plaintiffs,*<br><br>v.<br><br>ELI LILLY AND COMPANY, *et al.*,<br><br>       *Defendants.* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-1648 (RBW)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Michael J. McManus, Elizabeth Ewert and Brooke E. McDonough as counsel in this case for Defendant Merck & Company, Inc. and for Defendant Pharmacia & Upjohn Company LLC.

I certify that the above-named counsel are admitted to practice in this court.

Respectfully submitted,

By: *Elizabeth Ewert*
Michael J. McManus (#262832)
Elizabeth Ewert (#479368)
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Telephone: 202/842-8800
Telecopier: 202/842-8465

Dated: August 17, 2005

DC\537388\1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Entry of Appearance was sent, via first-class mail, postage prepaid, on this /7 day of August, 2005, to:

Aaron M. Levine, Esq.
AARON M. LEVINE & ASSOCIATES, P.A.
1320 - 19th Street, N.W., Suite 500
Washington, D.C. 20036
*Attorneys for Plaintiffs*

Sidney Leech, Esq.
GOODELL, DEVRIES, LEECH &
   DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
*Attorneys for Bristol-Myers Squibb Co.*

John Anderson, Esq.
TROUTMAN SANDERS, LLP
1660 International Drive, Suite 600
McLean, VA 22102
*Attorneys for Dart Industries, Inc.*

Lawrence H. Martin, Esq.
FOLEY HOAG, LLP
1875 K Street, N.W., Suite 500
Washington DC 20006
and
James J. Dillon, Esq.
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA 02210
*Attorneys for Eli Lilly and Company*

Janet Coleman, Esq.
WHITNEY & BOGRIS, LLP
401 Washington Avenue, 12th Floor
Towson, MD 21204
*Attorneys for GlaxoSmithKline, Inc.*

Christopher Garvey, Esq.
GOODWIN PROCTOR LLP
599 Lexington Avenue
New York, New York 10022
*Of Counsel for Premo Pharmaceutical Laboratories, Inc.*

Kathleen Bustrann, Esq.
LORD & WHIP, P.A.
Charles Center South
36 South Charles Street, 10th Floor
Baltimore, MD 21201
*Attorneys for Lannett Company*

F. Lane Heard, III, Esq.
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, DC 20005
*Attorneys for Wyeth Pharmaceuticals*

*Elizabeth Ewert*
Elizabeth Ewert