IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN HOPPER, *et. al.* )<br> )<br>       *Plaintiffs,* )<br> )<br>v. )<br>ELI LILLY AND COMPANY, *et al.*, )<br> )<br>       *Defendants.* ) | Civil Action No. 05-0002346 (CCK) |

## DEFENDANT PHARMACIA & UPJOHN COMPANY LLC'S
## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES

I, the undersigned, counsel of record for Defendant Pharmacia & Upjohn Company LLC f/k/a Pharmacia & Upjohn Company f/k/a The Upjohn Company ("Upjohn"), certify that to the best of my knowledge and belief, Upjohn has the following parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public:

- Pharmacia & Upjohn
- Pharmacia Corporation
- Pfizer, Inc.

This representation is made in order that judges of this Court may determine the need for recusal.

                              Respectfully submitted,
                              By:/s/ Brooke E. McDonough
                                  Michael McManus (#262832)
                                  Elizabeth Ewert (#479368)
                                  Brooke E. McDonough (D00249)
                                  DRINKER BIDDLE & REATH LLP
                                  1500 K Street, N.W., Suite 1100
                                  Washington, D.C. 20005-1209
                                  Telephone: 202/842-8800
                                  Telecopier: 202/842-8465
                                  *Attorneys for Pharmacia & Upjohn*
                                  *Company LLC*

Dated: January 26, 2006

DC\537732\1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant Pharmacia & Upjohn Company LLC's Certificate Required by LCvR 7.1 of the Local Rules was sent, via first-class mail, postage prepaid, on this 26th day of January, 2006, to:

Aaron M. Levine, Esq.
AARON M. LEVINE & ASSOCIATES, P.A.
1320 - 19th Street, N.W., Suite 500
Washington, D.C. 20036
*Attorneys for Plaintiffs*

Sidney Leech, Esq.
Malcolm S. Brisker
GOODELL, DEVRIES, LEECH &
    DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
*Attorneys for Bristol-Myers Squibb Co.*

John F. Anderson, Esq.
TROUTMAN SANDERS, LLP
1660 International Drive, Suite 600
McLean, VA 22102
*Attorneys for Dart Industries, Inc.*

James J. Dillon
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA 02210-2600
and
Lawrence Hedrick Martin
FOLEY HOAG LLP
1875 K Street, NW
Washington, DC 20006
*Attorneys for Eli Lilly and Company*

Aaron Bailey, Esq.
GOODWIN & PROCTOR, PC
901 New York Avenue, N.W.
Washington, DC 20001
*Attorneys for Premo Pharmaceutical Laboratories, Inc.*

F. Lane Heard, III, Esq.
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, DC 20005
*Attorneys for Wyeth Pharmaceuticals*

/s/ Brooke E. McDonough
Brooke E. McDonough