IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN HOPPER, *et. al.* )<br>)<br>*Plaintiffs,* )<br>)<br>v. )<br>ELI LILLY AND COMPANY, *et al.*, )<br>)<br>*Defendants.* ) | Civil Action No. 05-0002346 (CCK) |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Michael J. McManus, Elizabeth Ewert, and Brooke E. McDonough as counsel in this case for Pharmacia & Upjohn & Company LLC, Inc.

I certify that the above-named counsel are admitted to practice in this court.

> Respectfully submitted,
> By:/s/ Brooke E. McDonough
>     Michael McManus (#262832)
>     Elizabeth Ewert (#479368)
>     Brooke E. McDonough (D00249)
>     DRINKER BIDDLE & REATH LLP
>     1500 K Street, N.W., Suite 1100
>     Washington, D.C. 20005-1209
>     Telephone: 202/842-8800
>     Telecopier: 202/842-8465
>     *Attorneys for Pharmacia & Upjohn*
>     *Company LLC*

Dated: January 27, 2006

DC\537732\1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Defendant Pharmacia & Upjohn Company LLC's Notice of Appearance was sent, via first-class mail, postage prepaid, on this 26thday of January, 2006, to:

Aaron M. Levine, Esq.
AARON M. LEVINE & ASSOCIATES, P.A.
1320 - 19th Street, N.W., Suite 500
Washington, D.C. 20036
*Attorneys for Plaintiffs*

Sidney Leech, Esq.
Malcolm S. Brisker
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
*Attorneys for Bristol-Myers Squibb Co.*

John F. Anderson, Esq.
TROUTMAN SANDERS, LLP
1660 International Drive, Suite 600
McLean, VA 22102
*Attorneys for Dart Industries, Inc.*

James J. Dillon
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA 02210-2600
and
Lawrence Hedrick Martin
FOLEY HOAG LLP
1875 K Street, NW
Washington, DC 20006
*Attorneys for Eli Lilly and Company*

Aaron Bailey, Esq.
GOODWIN & PROCTOR, PC
901 New York Avenue, N.W.
Washington, DC 20001
*Attorneys for Premo Pharmaceutical Laboratories, Inc.*

F. Lane Heard, III, Esq.
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, DC 20005
*Attorneys for Wyeth Pharmaceuticals*

<u>/s/ Brooke E. McDonough</u>
Brooke E. McDonough