IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBIN HOPPER, et al.** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 05-2346 (CKK) |
| ] | Next Event: Initial Scheduling Conference |
| **ELI LILLY AND COMPANY, et al.,** ] | on February 15, 2006 at 9:00 a.m. |
| ] | |
| **Defendants.** ] | |

### STIPULATION TO DISPENSE WITH 26(a)(1) INITIAL DISCLOSURES

The parties, through counsel, hereby agree and stipulate to dispense with the exchange of Initial Disclosures pursuant to Fed.R.Civ.P. 26(a)(1).

                                                                                    Respectfully submitted,

AARON M. LEVINE & ASSOCIATES                    FOLEY HOAG LLP


/s/ Aaron M. Levine                                                 /s/ James J. Dillon (by permission-rm)
AARON M. LEVINE, #7864                                    JAMES J. DILLON, #485593
1320 19th Street, N.W., Suite 500                         155 Seaport Boulevard
Washington, DC  20036                                          Boston, MA  02210
202-833-8040                                                              617-832-1000

Counsel for Plaintiffs                                                and
                                                                                    Lawrence H. Martin, Esq.
                                                                                    FOLEY HOAG LLP
                                                                                    1875 K Street, N.W., Suite 500
                                                                                    Washington, DC  20006
                                                                                    202-223-1200

                                                                                    Counsel for Defendant Eli Lilly and Company

GOODELL, DEVRIES, LEECH & DANN LLP

  /s/ Sidney G. Leech (by permission-rm)
SIDNEY G. LEECH, #359071
One South Street, 20th Floor
Baltimore, MD   21202
410-783-4000

Counsel for Defendant Bristol-Myers Squibb

TROUTMAN SANDERS LLP

  /s/ John F. Anderson (by permission-rm)
JOHN F. ANDERSON, #393764
1660 International Drive, Suite 600
McLean, VA   22102
703-734-4356

and

Sheila AnnMarie Moeller
GILBRIDE, TUSA, LAST & SPELLANE LLC
31 Brookside Drive
Greenwich, CT   06836
203-622-9360

Counsel for Defendant Dart Industries, Inc.

DRINKER BIDDLE & REATH LLP

  /s/ Elizabeth Ewert   (by permission-rm)
ELIZABETH EWERT, #479368
1500 K Street, N.W., Suite 1100
Washington, DC   20005-1209
202-842-8800

Counsel for Defendant Pharmacia & Upjohn
     Company LLC

GOODWIN PROCTER LLP

/s/ Aaron M. Bailey (by permission-rm)
AARON M. BAILEY, #484262
901 New York Avenue, N.W.
Washington, DC  20001
202-346-4000

Counsel for Defendant Premo Pharmaceutical
         Laboratories, Inc.

WILLIAMS & CONNOLLY LLP

/s/ F. Lane Heard, III (by permission-rm)
F. LANE HEARD, III, #291724
725 12th Street, N.W.
Washington, DC 20005
202-434-5000

Counsel for Defendant Wyeth

February 2, 2006