UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN HOPPER and STEVEN HOPPER,<br><br>Plaintiffs,<br><br>- vs. -<br><br>ELI LILLY AND COMPANY, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:05 cv 02346 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PREMO PHARMACEUTICAL LABORATORIES, INC.**

The parties, Plaintiffs Robin Hopper and Steven Hopper, through their undersigned counsel, Aaron M. Levine of Aaron M. Levine & Associates, and Defendant, Premo Pharmaceutical Laboratories, Inc., by its undersigned counsel, Aaron Bailey, of Goodwin Procter LLP, and pursuant to the R. Civ. P. 41, hereby stipulate and agree that the Complaint and this entire case be Dismissed with Prejudice as to Premo Pharmaceutical Laboratories, Inc. only.

_____
Aaron M. Levine (Bar #7864)
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washinton, D.C. 20036
(202) 833-8040
*Attorneys for Plaintiffs*
*Robin Hopper and*
*Steven Hopper*

Respectfully Submitted,

_____
Aaron M. Bailey (Bar #484262)
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 346-4000
*Attorneys for Defendant*
*Premo Pharmaceutical Laboratories, Inc.*

Of Counsel:
Christopher J. Garvey, Esq.
Diana M. Rosenberg, Esq.
GOODWIN PROCTER, LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

2

IT IS SO ORDERED:

Dated: _____, 2006

_____
The Honorable Reggie Walton
District Judge t

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of February, 2006, a copy of the foregoing Praecipe of Dismissal with Prejudice was mailed, postage prepaid, to all parties:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, PA
1320 19th Street, NW
Suite 500
Washington, DC 20036
*Attorneys for Plaintiffs*

James Dillon, Esquire
Ashley Weaver, Esquire
Brian Henniger, Esquire
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
*Attorneys for Eli Lilly and Company*

Sidney G. Leech, Esquire
Malcolm Brisker, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
*Attorneys for Bristol-Myers Squibb Company*

Elizabeth Ewert, Esquire
Drinker, Biddle Realth, LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209
*Attorneys for Defendant Pharmacia and Upjohn Company and Merck & Company, Inc.*

John F. Anderson, Esquire
Troutman Sanders LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102

*Attorneys for Defendant Dart Industries, Inc.*

F. Lane Heard III, Esquire
Ashley W. Hardin , Esquire
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C. 20005
*Attorneys for Wyeth*

                                                  _____
                                                  Aaron M. Bailey (Bar # 484262)