IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBIN HOPPER, et al.** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 05-2346 (RBW) |
| ] | Next Event: Initial Scheduling Conference |
| **ELI LILLY AND COMPANY, et al.,** ] | on April 3, 2006 at 11:00 a.m. |
| ] | |
| **Defendants.** ] | |

### [PROPOSED] SCHEDULING ORDER

The parties suggest the following schedule:

July 3, 2006:   Deadline for serving Discovery Requests.

August 4, 2006:   Deadline for plaintiffs to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

September 5, 2006:   Deadline for defendants to designate experts and provide expert reports, pursuant to Rule 26(a)(2).

October 31, 2006:   All Discovery closed. The parties agree that experts may be deposed until the close of discovery.

November 30, 2006:   Deadline for Filing Dispositive Motions.

January 2007:   Pre-Trial Conference.

DATED: _____     _____
REGGIE B. WALTON
United States District Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| AARON M. LEVINE & ASSOCIATES | FOLEY HOAG LLP |
| /s/ Aaron M. Levine<br>AARON M. LEVINE, #7864<br>1320 19th Street, N.W., Suite 500<br>Washington, DC 20036<br>202-833-8040 | /s/ James J. Dillon (by permission-rm)<br>JAMES J. DILLON, #485593<br>155 Seaport Boulevard<br>Boston, MA 02210<br>617-832-1000 |
| Counsel for Plaintiffs | and<br>Lawrence H. Martin, Esq.<br>FOLEY HOAG LLP<br>1875 K Street, N.W., Suite 500<br>Washington, DC 20006<br>202-223-1200 |
|  | Counsel for Defendant Eli Lilly and Company |
|  | GOODELL, DEVRIES, LEECH & DANN LLP |
|  | /s/ Sidney G. Leech (by permission-rm)<br>SIDNEY G. LEECH, #359071<br>One South Street, 20th Floor<br>Baltimore, MD 21202<br>410-783-4000 |
|  | Counsel for Defendant Bristol-Myers Squibb |
|  | TROUTMAN SANDERS LLP |
|  | /s/ John F. Anderson (by permission-rm)<br>JOHN F. ANDERSON, #393764<br>1660 International Drive, Suite 600<br>McLean, VA 22102<br>703-734-4356 |
|  | and |

Sheila AnnMarie Moeller
GILBRIDE, TUSA, LAST & SPELLANE LLC
31 Brookside Drive
Greenwich, CT   06836
203-622-9360

Counsel for Defendant Dart Industries, Inc.

DRINKER BIDDLE & REATH LLP


 /s/ Elizabeth Ewert   (by permission-rm)
ELIZABETH EWERT, #479368
1500 K Street, N.W., Suite 1100
Washington, DC   20005-1209
202-842-8800

Counsel for Defendant Pharmacia & Upjohn
        Company LLC


WILLIAMS & CONNOLLY LLP


 /s/ F. Lane Heard, III (by permission-rm)
F. LANE HEARD, III, #291724
725 12th Street, N.W.
Washington, DC 20005
202-434-5000

Counsel for Defendant Wyeth

March 22, 2006