UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN HOPPER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 1:05cv02346 (RBW) |
| v. | ) |
| | ) |
| ELI LILLY AND COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION DISMISSING**
**DART INDUSTRIES, INC. WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the plaintiffs Robin Hopper and Steven Hopper and defendant Dart Industries, Inc. (formerly known as Rexall Drug Company), that the above-entitled action be dismissed with prejudice as against Dart Industries, Inc. and without costs to any party hereto as against the other.

STIPULATED AND AGREED TO:

| | |
|---|---|
| /s/ Aaron M. Levine | /s/ John F. Anderson |
| Aaron M. Levine | John F. Anderson |
| D.C. Bar # 7864 | D.C. Bar # 393764 |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| Aaron M. Levine & Associates | Dart Industries, Inc. |
| 1320 19th Street, N.W. | Troutman Sanders LLP |
| Suite 500 | 1660 International Dr., Suite 600 |
| Washington, DC 20036 | McLean, Virginia 22102 |
| (202) 833-8040 | (703) 734-4356 |