UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROBIN HOPPER, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-2346 (RBW) |
| ELI LILLY & CO., et al., | ) ) ) | |
| Defendants. | ) ) | |

## SCHEDULING ORDER

The parties appeared before the Court on April 3, 2006, for an initial scheduling conference. Based upon the discussions at this hearing, it is on this 4th day of April, 2006, hereby **ORDERED** that

1. The parties agree to dispense with initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

2. The parties agree to serve all written discovery requests by July 3, 2006.

3. The case shall be placed on the standard track. However, the number of non-expert depositions shall be limited to the greater of (a) 10 non-expert depositions or (b) the depositions of the plaintiffs, the mother and father of plaintiff Robin Hopper, relevant medical providers, pharmacists, and pharmacy personnel. Each deposition shall be limited to one day or seven hours, whichever is greater.

4. If the plaintiffs request an extension of time to respond to the defendants' discovery requests, the plaintiffs shall at least produce the following by the original deadline for responding to discovery requests: (a) all medical records in their possession (or in the possession of their attorneys); (b) authorizations to obtain medical records; (c) the identity and address of all known medical providers who have treated plaintiff Robin Hopper and/or her mother; (d) the identity, and if known, the address and telephone number of the pharmacy, physician and/or hospital that dispensed the DES at issue in this lawsuit; and (e)

        all documents and/or tangible objects in the possession of the plaintiffs and/or their attorneys regarding the identity of the manufacturer of the DES at issue in this lawsuit.

5.        Within a week of the time that the defendants obtain any medical records (other than medical records received directly from the plaintiffs), defendants shall send a copy of all such medical records to plaintiffs' counsel.

6.        The plaintiffs shall serve their expert reports pursuant to Rule 26(a)(2) by August 4, 2006, and the defendants shall serve its expert reports pursuant to Rule 26(a)(2) by September 5, 2006.

7.        All discovery shall be concluded by October 31, 2006.

8.        This matter shall be referred to Magistrate Judge Kay for a period of sixty days, commencing on November 1, 2006 and concluding on January 5, 2007, for settlement discussions.

9.        Any dispositive motions shall be filed by November 30, 2006, any oppositions shall be filed by January 5, 2007, and any reply thereto shall be filed by January 19, 2007.

10.        A pretrial conference shall be held on April 20, 2007 at 9:30 a.m. in the Chambers of the Honorable Reggie B. Walton at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED.**

        REGGIE B. WALTON
        United States District Judge