IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN HOPPER, *et. al.* | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) Civil Action No. 05-0002346 (RBW) |
| v. | ) |
| ELI LILLY AND COMPANY, *et al.,* | ) |
| | ) |
| *Defendants.* | ) |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please note the withdrawal of Brooke E. McDonough as counsel in this case for Defendants Pharmacia & Upjohn Company and Merck and Company, Inc..

Respectfully submitted,

By: /s/ Brooke E. McDonough
Brooke E. McDonough (#D00249)*
Elizabeth Ewert (#479368)
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Telephone: 202/842-8800
Telecopier: 202/842-8465
   * Not a member of the District of Columbia Bar; Supervised by Elizabeth Ewert, a member of the District of Columbia Bar

DC\537732\1

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance was sent, via first-class mail, postage prepaid, on this 14th day of July, 2006, to:

Aaron M. Levine, Esq.
AARON M. LEVINE & ASSOCIATES, P.A.
1320 - 19th Street, N.W., Suite 500
Washington, D.C. 20036
*Attorneys for Plaintiffs*

Sidney Leech, Esq.
Malcolm S. Brisker
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
*Attorneys for Bristol-Myers Squibb Co.*

John F. Anderson, Esq.
TROUTMAN SANDERS, LLP
1660 International Drive, Suite 600
McLean, VA 22102
*Attorneys for Dart Industries, Inc.*

James J. Dillon
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA 02210-2600
and
Lawrence Hedrick Martin
FOLEY HOAG LLP
1875 K Street, NW
Washington, DC 20006
*Attorneys for Eli Lilly and Company*

Aaron Bailey, Esq.
GOODWIN & PROCTOR, PC
901 New York Avenue, N.W.
Washington, DC 20001
*Attorneys for Premo Pharmaceutical Laboratories, Inc.*

F. Lane Heard, III, Esq.
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, DC 20005
*Attorneys for Wyeth Pharmaceuticals*

/s/ Brooke E. McDonough
Brooke E. McDonough