IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN HOPPER, et vir. | * |
| Plaintiffs | * |
| v. | *   Case No.: 1:05-CV-2346 (RBW) |
| | * |
| ELI LILLY & COMPANY, et al. | * |
| Defendants | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## PRAECIPE OF DISMISSAL WITH PREJUDICE

Mr. Clerk:

Please be advised that the Plaintiffs in the above-captioned case, acting through their counsel, Aaron M. Levine & Associates, P.A., and the Defendant, Bristol-Myers Squibb Company, acting through its attorneys, Sidney G. Leech and Goodell, DeVries, Leech & Dann, LLP, have reached a settlement agreement in the above-captioned case. These parties agree to the dismissal "With Prejudice" of the above-captioned case as to the Defendant, Bristol-Myers Squibb Company, only.

_____
Aaron M. Levine (D.C. Bar No. 7864)
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
(202) 833-8040
*Attorneys for Plaintiff*

_____
Sidney G. Leech (D.C. Bar No. 359071)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
*Attorneys for Defendant,*
*Bristol-Myers Squibb Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of ~~July,~~ august 2006, a copy of the foregoing Notice to Enter Appearance of Counsel was mailed first-class, postage prepaid, to:

Aaron M. Levine, Esquire
Aaron M. Levine & Associates, P.A.
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036; *Attorney for Plaintiffs*

James Dillon, Esquire
Ashley Weaver, Esquire
Brian Henninger, Esquire
Foley Hoag, LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600; *Attorneys for Eli Lilly & Company*

Elizabeth Ewert, Esquire
Brooke E. McDonough, Esquire
Drinker, Biddle Reath, LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209; *Attorneys for Defendant Pharmacia and Upjohn Company*

John F. Anderson, Esquire
Troutman Sanders, LLP
1660 International Drive
Suite 600, Tysons Corner
McLean, Virginia 22102; *Attorneys for Dart Industries, Inc.*

F. Lane Heard, III, Esquire
Ashley W. Hardin, Esquire
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C. 20005; *Attorneys for Wyeth*

_____
Sidney G. Leech

2