IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOPPER, *et al.*,<br><br>                  Plaintiffs,<br><br>v.<br><br>ELI LILLY AND CO., *et al.*,<br><br>                  Defendants. | CIVIL ACTION<br>NO. 05-2346 (RBW) |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT WYETH

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiffs Robin Hopper and Steven Hopper collectively, hereby dismiss the above-referenced action as to defendant Wyeth with prejudice and without costs to any party. All rights of appeal are hereby waived.

**Plaintiffs Robin Hopper and Steven Hopper,**

By their attorneys,

/s/ Aaron M. Levine
Aaron M. Levine
Steven J. Lewis
**AARON M. LEVINE & ASSOCIATES**
1320 Nineteenth Street, NW
Suite 500
Washington, DC 20036
(202) 833-8040

**Defendant Wyeth,**

By its attorneys,

/s/ F. Lane Heard III
F. Lane Heard III
Ashley W. Hardin
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2006 a true copy of Stipulation of Dismissal with Prejudice of Defendant Wyeth was served by U.S. First Class Mail, postage prepaid, to the following:

Aaron M. Levine
AARON M. LEVINE & ASSOCIATES, PA
1320 19th Street, NW
Suite 500
Washington, DC  20036
*Attorneys for Plaintiffs*

Sidney G. Leech
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, Suite 2000
Baltimore, MD  21202
*Attorneys for Bristol-Myers Squibb Company*

Kathleen Bustraan
LORD & WHIP, PA
Charles Center South
36 South Charles Street, 10th Floor
Baltimore, MD 21201
*Attorneys for Lannett Company, Inc.*

James J. Dillon
Ashley Weaver

Brian Henninger
FOLEY HOAG LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02210-2600
*Attorneys for Eli Lilly & Company*

Elizabeth Ewert
DRINKER BIDDLE & REATH
1500 K Street, NW, Suite 1100
Washington, DC 20005-1209
*Attorneys for Pharmacia and Upjohn Company and Merck & Company, Inc.*

John F. Anderson
TROUTMAN SANDERS LLP
1660 International Drive
Suite 600
McLean, VA  22102
*Attorneys for Dart Industries, Inc.*

                                                  / s /
                                          Ashley W. Hardin