## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ROBIN HOPPER, *et. al.*        )
                                )
             *Plaintiffs,*    )
                                )    **Civil Action No. 05-0002346 (RBW)**
      v.                    )
ELI LILLY AND COMPANY, *et al.,*  )
                                )
           *Defendants.*  )

### STIPULATION OF AND MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiffs Robin Hopper and Stephen Jay Hopper ("Plaintiffs"), and Defendant Pharmacia & Upjohn Company LLC f/k/a The Upjohn Company ("Upjohn"), have reached a confidential settlement of the above-captioned case, and as part of the terms of the settlement, the parties have agreed to the dismissal with prejudice of the above-captioned case in its entirety as to Defendant Upjohn. Further, Plaintiffs and Defendant Upjohn have agreed that Plaintiffs and Defendant Upjohn will bear separately all attorneys' fees and costs arising from the actions of their respective counsel in connection with the above-referenced matter.

WHEREFORE, Plaintiffs and Defendant Upjohn, through their respective counsel, jointly move this Court to dismiss the above-captioned case with prejudice as to Upjohn each party to bear its own attorneys' fees and costs.

DC\537732\1

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

By:_____
   Aaron M. Levine (#7864)
   1320 - 19th Street, N.W., Suite 500
   Washington, D.C. 20036
   Telephone:  202/833-8040
   *Counsel for Plaintiffs*

DRINKER BIDDLE & REATH, LLP

By:_____
   Elizabeth Ewert (#479368)
   1500 K Street, N.W., Suite 1100
   Washington, D.C. 20005-1209
   Telephone:  202/842-8800
   *Counsel for Defendant Pharmacia &*
     *Upjohn Company, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Defendant Pharmacia & Upjohn

Company LLC's Stipulation and Motion for Dismissal was sent, via first-class mail, postage prepaid,

on this _29th_ day of _August_ 2006, to:

Aaron M. Levine, Esq.
AARON M. LEVINE & ASSOCIATES, P.A.
1320 - 19th Street, N.W., Suite 500
Washington, D.C. 20036
*Attorneys for Plaintiffs*

Sidney Leech, Esq.
Malcolm S. Brisker
GOODELL, DEVRIES, LEECH &
    DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
*Attorneys for Bristol-Myers Squibb Co.*

John F. Anderson, Esq.
TROUTMAN SANDERS, LLP
1660 International Drive, Suite 600
McLean, VA 22102
*Attorneys for Dart Industries, Inc.*

James J. Dillon
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA 02210-2600
and
Lawrence Hedrick Martin
FOLEY HOAG LLP
1875 K Street, NW
Washington, DC 20006
*Attorneys for Eli Lilly and Company*

Aaron Bailey, Esq.
GOODWIN & PROCTOR, PC
901 New York Avenue, N.W.
Washington, DC 20001
*Attorneys for Premo Pharmaceutical
Laboratories, Inc.*

F. Lane Heard, III, Esq.
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, DC 20005
*Attorneys for Wyeth Pharmaceuticals*

Brooke E. McDonough