IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN HOPPER and STEVEN HOPPER,<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY, *et al.*,<br><br>Defendants. | CIVIL ACTION No. 05-CV-02346<br>(RBW/AK) |

**CONSENT MOTION REQUESTING EXTENSION OF TIME
FOR SETTLEMENT DISCUSSIONS AND CORRESPONDING
EXTENSION OF TIME TO FILE AN OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT AND A REPLY**

Eli Lilly and Company ("Lilly"), with the consent of Robin Hopper, et al ("Plaintiff") asks that the Court extend the time period for settlement discussions set by Order dated April 4, 2006 from a period ending on January 5, 2007 to a period ending January 19, 2007.

No previous extensions of any aspect of the April 4, 2006 Scheduling Order have been requested in this matter.

As grounds for this Consent Motion, Lilly states that its trial counsel will be on vacation the first two weeks of January. Plaintiff has consented to the delay and Judge Magistrate Kay's office has made January 18, 2007 available for mediation purposes.

The April 4, 2006 Scheduling Order directs that any motion for summary judgment must be filed by November 30, 2006, and Lilly will file such a motion. The Scheduling Order, however, provided that oppositions were due on January 5, 2007, the end of the mediation period. If the Court grants the requested extension of the settlement discussion window, the

B3285536.1

parties ask that the time for filing an opposition be extended to January 26, 2007 to allow for savings of time and effort if settlement is achieved. A reply memorandum is set, by the Scheduling Order, for filing on January 19, 2007. The extensions requested above lead to a request for an extension until February 2, 2007 for any reply.

The Pre-trial Conference set under the Scheduling Order for April 20, 2007 remains in place.

Plaintiff consents to all parts of this requested extension of time.

ELI LILLY AND COMPANY,

By its attorneys,

/s/ James J. Dillon
James J. Dillon
D.C. Bar No. 485593
Foley Hoag LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02210-2600
(617) 832-1000

Consented to:

/s/ Aaron M. Levine
Aaron M. Levine, Esq.
Aaron M. Levine & Associates
1320 19th Street, Northwest
Washington, D.C. 20036