IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN HOPPER and STEVEN HOPPER,<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY, *et al.*,<br><br>Defendants. | CIVIL ACTION No. 05-CV-02346 (RBW/AK) |

**PROPOSED ORDER AMENDING
SCHEDULING ORDER DATED APRIL 4, 2006**

A Consent Motion for an Extension of Time for Settlement Discussions and Corresponding Extension of Time to file an Opposition to Motion for Summary Judgment and Reply being filed, the Court finds that good cause exists to amend the Scheduling Order for this matter dated April 4, 2006, as follows:

1. The end of the referral of this case to Magistrate Judge Kay for settlement discussions is extended from January 5, 2007 to January 19, 2007.

2. The time for filing an opposition to a motion for summary judgment is extended from January 5, 2007 to January 26, 2007, and the time in which to file a reply thereto is extended from January 19, 2007 to February 2, 2007.

3. The pretrial conference shall remain as scheduled for April 20, 2007 at 9:30 a.m.

SO ORDERED

_____
Reggie B. Walton
United States District Judge

B3285549.1