IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN HOPPER and STEVEN HOPPER,<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY, *et al.*,<br><br>Defendants. | CIVIL ACTION No. 05-CV-02346 (RBW/AK) |

## AFFIDAVIT OF LYNN M. ZUCHOWSKI
## IN SUPPORT OF ELI LILLY AND COMPANY'S
## MOTION FOR SUMMARY JUDGMENT

I, Lynn M. Zuchowski, being first sworn on oath, say that the following is true and correct.

1. I am an attorney at Foley Hoag LLP, counsel for Eli Lilly and Company ("Lilly") in this action. I am duly admitted to practice in the District of Massachusetts.

2. Attached as Exhibit 1 is a true copy of Plaintiff's Complaint.

3. Attached as Exhibit 2 is a true copy of Plaintiff Robin Hopper's Responses to Defendants' Amended Uniform Preliminary Requests for Information.

4. Attached as Exhibit 3 is a true copy of excerpts of the transcript of the deposition of Fayola Hannah.

5. Attached as Exhibit 4 is a true copy of the Physician Information from the Medical Board of California regarding Dr. Coleman.

6. Attached as Exhibit 5 is a true copy of excerpts from the American Druggist Blue Books for the years 1969-1970.

7. Attached as Exhibit 6 is a true copy of excerpts from the Drug Topics Red Book for the years 1969-1970.

8. Attached as Exhibit 7 is a true copy of excerpts from the 1938 Federal Food, Drug and Cosmetics Act.

9. Attached as Exhibit 8 are true copies of excerpts from the 1969 and 1970 Code of Federal Regulations.

10. Attached as Exhibit 9 are true copies of Lilly's product literature for diethylstilbestrol in 1969 and 1971.

11. Attached as Exhibit 10 are true copies of entries for Lilly's diethylstilbestrol in the Physician's Desk Reference in 1969 and 1970.

12. Attached as Exhibit 11 is a true copy of excerpts from the 1960 Federal Register.

13. Attached as Exhibit 12 is a true copy of excerpts from the 1976 Federal Register.

_____
Lynn M. Zuchowski

_____
Notary Public
My commission expires: 5/26/11

Dated: November 30, 2006

EILEEN ANN D'AMICO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 26, 2011

B3282890.1

- 2 -