# Exhibit 3

00001
1         IN THE UNITED STATES DISTRICT COURT
2            FOR THE DISTRICT OF COLUMBIA
3  - - - - - - - - - - - - - - - x
4  ROBIN HOPPER, et al.,         :
5         Plaintiff,  :
6         vs.         : Civil Action
7  ELI LILLY AND COMPANY,        : No. 05-2346 (CKK)
8  et al.,                       :
9         Defendants.  : Pages 1-44
10 - - - - - - - - - - - - - - - x
11       Deposition of FAYOLA HANNAH, a witness
12 herein, called for examination by counsel for
13 Defendant in the above-entitled matter, pursuant to
14 notice, the witness being duly sworn by Robert M.
15 Jakupciak, a Notary Public in and for the District
16 of Columbia, taken at the offices of Aaron M. Levine
17 & Associates, 1320 19th Street, N.W., Washington,
18 D.C., 20036, at 2:11 a.m., on September 18, 2006,
19 and the proceedings being taken down by Stenotype by
20 Robert M. Jakupciak, RPR.
21
22
23
24
25

```
00002
  1  APPEARANCES:
  2  On behalf of the Plaintiff:
  3     AARON M. LEVINE, ESQUIRE
  4     Aaron M. Levine & Associates
  5     1320 19th Street, N.W.
  6     Washington, D.C., 20036
  7     (202) 833-8040
  8
  9  On behalf of the Defendant:
 10     LYNN M. ZUCHOWSKI, ESQUIRE
 11     Foley Hoag, LLP
 12     155 Seaport Boulevard
 13     Boston, Massachusetts  02210-2600
 14     (617) 832-1000
 15
 16
 17
 18
 19
 20
 21
 22
 23
 24
 25
```

```
00016
 1  son were you taking any medications during those
 2  pregnancies?
 3     A.  No.  Just vitamins.
 4     Q.  Just vitamins?
 5     A.  Uh-huh.
 6     Q.  Were those prescription vitamins, do you
 7  remember?
 8     A.  Yes.
 9     Q.  Do you remember what those looked like?
10     A.  I don't.
11     Q.  Do you know if it was the same kind that
12  you took with each of those?
13     A.  I don't know.
14     Q.  Do you remember anything else about the
15  prescription for those vitamins?
16     A.  No.
17     Q.  And during those two pregnancies, any
18  problems with nausea or any problems during the
19  pregnancy?
20     A.  No.
21     Q.  And now we will go back to when you were
22  pregnant with Robin.  Do you remember -- Oh.  You
23  were treating with Dr. Coleman you said?
24     A.  Yes.
25     Q.  And do you remember if Dr. Coleman put
```

```
00017
 1  you on any prescriptions then during your pregnancy
 2  with Robin?
 3     A.   Yes, he did.
 4     Q.   And which ones were those?
 5     A.   Stilbestrol and also Provera and my
 6  prenatal vitamins.
 7     Q.   Okay.  And why did Dr. Coleman want to
 8  put you on Stilbestrol?
 9     A.   Because I had had a miscarriage only
10  three months' prior to becoming pregnant with Robin.
11  He felt that my body may have a tendency to throw
12  this pregnancy off too and to keep me pregnant.
13     Q.   And do you recall when that was in your
14  pregnancy that he wanted to put you on this?
15     A.   When I was six weeks' pregnant when I went
16  to the doctor.
17     Q.   On your first visit?
18     A.   Yes.
19     Q.   And do you recall why he put you on
20  Provera?
21     A.   The same reason.
22     Q.   The same reason.
23     A.   Uh-huh.
24     Q.   And do you remember if the Stilbestrol,
25  what form it came in?
```

```
00026
 1  pills you were taking a day?
 2     A.   One a day also.
 3     Q.   One a day.  You said Dr. Coleman was your
 4  treating physician during your pregnancy with Robin?
 5     A.   Yes, he was.
 6     Q.   And did you -- have you personally made
 7  any attempt to find old medical records from during
 8  the time of your pregnancy?
 9     A.   No.
10     Q.   No.  Do you know if those medical records
11  still exist?
12     A.   I don't know.
13     Q.   Do you know -- Mr. Coleman has passed
14  away; is that right?  Dr. Coleman?
15     A.   I believe so.
16     Q.   Do you know if any other physicians may
17  have taken over his practice?
18     A.   Not that I'm aware of.
19     Q.   Did you ever -- were you ever treated by
20  other people in Dr. Coleman's practice?
21     A.   No.
22     Q.   Were there other people?  I should have
23  asked you that first.  Were there other people?
24     A.   No.
25     Q.   He was a sole practitioner?
```