# Exhibit 4

# Medical Board of California



1426 Howe Avenue, Suite 54
Sacramento, CA 95825-3236
Consumer Information Line: (916) 263-2382

## Physician Information

| | |
|---|---|
| **Licensee Name:** | GEORGE L COLEMAN, MD |
| **License Type:** | PHYSICIAN AND SURGEON |
| **License Number:** | A27260 |
| **License Status:** | LICENSEE DECEASED |
| **Public Record Actions:** | NONE AVAILABLE ON WEB SITE (To find out what information is and is not available on the Web site, please click here.) |
| **Expiration Date:** | |
| **Address:** | 3129 CLIFF DR<br>SANTA BARBARA, CA 93109 |
| **County:** | SANTA BARBARA |

## Public Disclosure

To find out what information is and is not available, please click here. If information is posted in the Administrative Disciplinary Actions or Administrative Citation Issued categories below, documents may be available for review. Please click here to search the public document database.

**Administrative Disciplinary Actions**
No records returned

**Disciplinary Actions Taken by Other State or Federal Government**
No records returned

**Felony Convictions**
No records returned

**Administrative Citation Issued**
No records returned

**Hospital Disciplinary Actions**
No records returned

**Arbitration Award/Malpractice Judgment**
No records returned

# Education

**Medical School:** UNIVERSITY OF CALIFORNIA IRVINE COLLEGE OF MEDICINE
**Year Graduated:** 1962

*All information provided by the Department of Consumer Affairs on this web page, and on its other web pages and internet sites, is made available to provide immediate access for the convenience of interested persons. While the Department believes the information to be reliable, human or mechanical error remains a possibility, as does delay in the posting or updating of information. Therefore, the Department makes no guarantee as to the accuracy, completeness, timeliness, currency, or correct sequencing of the information. Neither the Department, nor any of the sources of the information, shall be responsible for any errors or omissions, or for the use or results obtained from the use of this information. Other specific cautionary notices may be included on other web pages maintained by the Department. All access to and use of this web page and any other web page or internet site of the Department is governed by the Disclaimers and Conditions for Access and Use as set forth at California Department of Consumer Affairs' Disclaimer Information and Use Information.*

[Back]