# Exhibit 10

# 1969 · PDR

Published by MEDICAL ECONOMICS, INC.

TWENTY-THIRD EDITION

# PHYSICIANS' DESK REFERENCE

to

PHARMACEUTICAL SPECIALTIES and BIOLOGICALS

Countway Interlibrary Loan

Trans. #: |||||||| Fax Form
Title   PDR
Author
Call #  QV 772  P4  1969    Physician's Desk
Patron
Due   NO RENEWALS   12-09-04
ILL# ||||||

Loaned To: - Foley
ILL Office Hours: Mon.-Fri. 8:30-5:00
Phone: 617-432-0159   countill request
@hms.harvard.edu

TWENTY-THIRD EDITION

# PHYSICIANS DESK REFERENCE

*to*

## *PHARMACEUTICAL SPECIALTIES and BIOLOGICALS*

IN FIVE SECTIONS

An arbitrary page numbering plan is used to facilitate the compilation of this reference book.

*General Manager:* ALBERT B. MILLER

*Asst. General Manager:* CHARLES E. BAKER, JR.

*Compilation Editor:* BARBARA B. HUFF

*Index Editor:* ANN MARIE CAREY

*Medical Consultant:* AUSTIN JOYNER, M.D.

*Editorial Assistants:* MARGARET GLOVER, FRANCES HANSEN, THERESA MULLER, MARION SHEEHAN, DIANE WARD

*Circulation Manager:* ETHEL F. McGILLIGAN

*SECTION ONE (Pink)*    101
ALPHABETICAL INDEX

*SECTION TWO (Yellow)*    201
DRUG, CHEMICAL AND PHARMACOLOGICAL INDEX

*SECTION THREE (Blue)*    301
THERAPEUTIC INDICATIONS INDEX

*SECTION FOUR*    1-32
PRODUCT IDENTIFICATION SECTION

*SECTION FIVE (White)*    501
PRODUCT INFORMATION SECTION

PUBLISHED BY MEDICAL ECONOMICS, INC.,

*a subsidiary of*

**LITTON PUBLICATIONS, INC.**
DIVISION OF LITTON INDUSTRIES
Oradell, New Jersey 07649

ALL RIGHTS RESERVED · © COPYRIGHT 1969 BY MEDICAL ECONOMICS, INC. · PRINTED IN U.S.A.

SECTION THREE

# PDR

# THERAPEUTIC INDICATIONS INDEX
## *to*
## *PHARMACEUTICAL SPECIALTIES*
## *and BIOLOGICALS*

In this section the products described in PRODUCT INFORMATION (White Section) are listed under therapeutic indications requested by manufacturers, and are further subdivided into categories of pharmacological and/or therapeutic usefulness. Because of the wide difference in the susceptibility of individual organisms to anti-infective agents, no attempt has been made in some instances to relate specific infections to individual drugs. Other adjuncts are listed under specific infections. Under *Infections General (systemic)* are listed all the anti-infective agents by drug categories. While combination products are listed according to what is considered the major pharmacological action, there will naturally be differences of opinion as to the major pharmacological action. *Therefore, this section should be considered only as a quick-reference aid and, before using any product listed, the physician should refer to the product's description in the White Section. This index is in no way an effort to influence the physician in his choice of a drug.*

## A

**ABOGENES INFECTIONS**
(see under *Infections General (Systemic)*)

**ABDOMINAL DISTENTION**

**Defoaming Agents**
Mylicon (Stuart)
Mylicon (Plough)
Silain-Gel (Plough)
**Enzyme Preparations**
Entozyme (Trout)
Kanulase Capsules (Rowell)
Kanulase PB Capsules (Rowell)
**Cholinergics (Parasympathomimetics)**
Urecholine (Glenwood)
Prostigmin Methylsulfate Injectable (Roche)
Panthenol & Pantothenic Acid
**Preparations**
Ilopan (Warren-Teed)
Ilopan-Choline Tablets (Warren-Teed)
**Electrolyte Replacement (Oral)**
Lytren Liquid (Warren-Teed)
Lytren Elixir (Warren-Teed)
Lytren Tablets (Warren-Teed)
Calcium Triplex (Lilly)
**Enzymes (Digestive)**
Kanulase (Arco)
Kanulase Plus (Arco)
Festalzyme (Ascher)
Festalase (Boyle)
Cellucterase (Wampole)
Gerlase (Geriatric)
Charcoagel (Dorsey)
Mallenzyme (Ulmer)
Donnazyme (Reed & Carnrick)
Entozyme (Reed & Carnrick)
Entozyme (Reed & Carnrick)
Potassium Sodium-High Potassium)
K-Lyte Liquid (Dairy House)

**Laxatives**
Carica-Bile Tablets (Rexall)
Casafru (Davies Rose Hoyt)
Dialose (Stuart)
Dialose Plus (Stuart)
Di-Sosul Forte Tablets (Drug Industries)
Effergel (Stuart)
Effersyl (Stuart)
Evac-U-8 Fortified (Nutrition Control)
Haley's M-O (Glenbrook)
Laxsil (Reed & Carnrick)
Modane (Warren-Teed)
Prulet (Mission)
Prulet Liquitab (Mission)
**Parasympatholytics (Anticholinergics) & Combinations**
Antrocol Tablets & Capsules (Poythress)
Barbidonna (Mallinckrodt)
Chardonna (Rorer)
Homapin Preparations (Mission)
Hocalin Tablets (Warren-Teed)
Levamine (Meyer)
Sibena (Plough)
Sidonna (Reed & Carnrick)
Trolar Elixir, Tablets & Drops (Carnrick)
**Pituitary Hormones**
Pitressin Ampoules (Parke, Davis)
**Smooth Muscle Relaxants**
Isovex-100 Capsules (Medics)
Trocinate (Poythress)

## ABORTION (HABITUAL & THREATENED)

**Bioflavonoids**
(see under *Nutritional Therapy*)
**Diagnostic Agents**
**Estrogen-Progesterone Production**
Vernitest (Fuller)
**Hormones & Steroids**
A.P.L. (Ayerst)
Cytomel Tablets (Smith Kline & French)
Delalutin (Squibb)
Delutevol 2X (Squibb)
Depo-Provera (Upjohn)

Duphaston Tablets (Philips Roxane)
Gynorest (Mead Johnson)
Levoid (Nutrition Control)
Provera (Upjohn)
Synestrol Tablets (White)
Synthroid Injection (Flint)
Synthroid Sodium (Flint)
**Tocopherols (Vitamin E)**
(see under *Nutritional Therapy*)
**Uterine Relaxing Factor**
Lutrexin Tablets (Hynson, Westcott & Dunning)
**Vitamins & Nutrients**
(see under *Nutritional Therapy*)

## ABRASIONS

**Anesthetics (Local) & Combinations**
Americaine Preparations (Arnar-Stone)
Dalidyne (Dalin)
Derma Medicone Ointment (Medicone)
Foille Antiseptic-Analgesic Dressing (Carbisulphoil)
Foille Liquid (Carbisulphoil)
Foille Ointment (Carbisulphoil)
Medicone Dressing Cream (Medicone)
Nupercainal (Ciba)
Rectal Medicone Unguent (Medicone)
Surfacaine (Lilly)
Xylocaine Ointment 2.5% (Astra)
Xylocaine Ointment 5% (Astra)
**Antinfectives (Local) & Combinations**
Amcort Cream (Texas Pharmacal)
Bacimycin Ointment (National Drug)
Bactine (Miles)
Betadine Products (Purdue Frederick)
Biotres (Central Pharmacal)
Buro-Sol Powder Packets (Doak)
Chloromycetin Hydrocortisone Ophthalmic (Parke, Davis)
Chloromycetin Ophthalmic (Parke, Davis)

# 224

## Drug, Chemical and Pharmacological Index

**Estrogen Production**
Delalutin (Squibb)
Vernitest (Fuller)

**Fungus Antigens**
MMP Mold Allergens (Hollister-Stier)

**Glucosuria Test**
Tes-Tape (Lilly)

**Histoplasmin**
Histoplasmin (Parke, Davis)
Histoplasmin, Tine Test (Lederle)

**Hypopituitarism**
Metopirone (Ciba)

**Kidney Function**
Phenolsulfonphthalein Injection (Hynson, Westcott & Dunning)

**Liver Function**
Bromsulphalein (Hynson, Westcott & Dunning)
Cardio-Green (Hynson, Westcott & Dunning)
Synkayvite Preparations (Roche)

**Myasthenia Gravis**
Mestinon Syrup (Roche)
Mestinon Tablets (Roche)
Mestinon Timespan (Roche)
Prostigmin Methylsulfate Injectable (Roche)
Tension (Roche)

**Pregnancy Test**
Deluteval 2X (Squibb)
Gestest Tablets (Squibb)
Pro-Duosterone (Roussel)
Prostigmin Methylsulfate Injectable (Roche)
Provera (Upjohn)

**Premature Rupture of Fetal Membranes**
Vernitest (Fuller)

**Progesterone Production**
Delalutin (Squibb)
Deluteval 2X (Squibb)
Vernitest (Fuller)

**Schick Test**
Diphtheria Toxin for Schick Test (Diluted) (Wyeth)
Schick Test (Wyeth)

**Stool Specimens**
Fleet Enema (Fleet)
Phospho-Soda (Fleet)

**Sugar Test, Urine**
Tes-Tape (Lilly)

**Thyroid Function**
Thytropar (Armour)
Triosorb-131 (Abbott)

**Thyrotropic Hormone**
Thytropar (Armour)

**Tuberculosis**
Sterneedle (Panray)
Tuberculin, Mono-Vacc Test (Lincoln)
Tuberculin, Purified Protein Derivative (Parke, Davis)
Tuberculin, Tine Test (Rosenthal) (Lederle)

**Unsaturated Iron-Binding Capacity**
Irosorb-59 (Abbott)

**Vaginitis**
Nickerson's Medium (Ortho)
Vaginostic (Schmid)

**Diastase**
Arco-Lase (Arco)

Arco-Lase Plus (Arco)
Phazyme (Reed & Carnrick)
Phazyme w/Phenobarbital (Reed & Carnrick)

**Diatrizoate Preparations**
Hypaque-M 75% (Winthrop)
Hypaque-M 90% (Winthrop)

**Diazepam**
Valium Injectable (Roche)
Valium Tablets (Roche)

**Dibucaine**
Nupercainal (Ciba)

**Dibucaine Hydrochloride**
Nupercaine Heavy Solution (Ciba)
Nupercaine hydrochloride (Ciba)
Nupercaine hydrochloride 1:1500 (Ciba)
Nuporals (Ciba)

**Dichloralphenazone**
Midrin (Carnrick)

**Dicyclomine Hydrochloride**
Bendectin (Merrell)
Bentyl Hydrochloride-Capsules, Tablets & Syrup (Merrell)
Bentyl Hydrochloride w/Phenobarbital Capsules, Tablets & Syrup (Merrell)
Kolantyl (Merrell)

**Dienestrol**
AVC Cream w/Dienestrol (National Drug)
AVC Suppositories w/Dienestrol (National Drug)
Dienestrol Cream (Ortho)
Estan (White)
Synestrol Tablets (White)

**Dietary Supplements**
*see under Amino Acid Preps., Calcium & Calcium-Phosphorus Preps., Fat Emulsions, Foods (Dietetic), Hematinics, Vegetable Oil (Preps.) & Vitamin Preps.*

**Diethylpropion**
Tenuate (Merrell)
Tenuate Dospan (Merrell)
Tepanil (National Drug)
Tepanil Ten-Tab (National Drug)

**Diethylstilbestrol**
Acnestrol Lotion (Dermik)
Dicorvin Tablets (Amfre-Grant)
Diethylstilbestrol (Lilly)
Furacin-E Urethral Inserts (Eaton)
Gynben Vaginal Inserts & Cream (Bentex)
Quinette (Arnar-Stone)
Stilphostrol (Dome)

**Diets (Liquid)**
LO/SO Liquid (Dairy House)
Sustagen (Mead Johnson)

**Digalloyl Trioleate**
SunStick Lip Protectant (Texas Pharmacal)
SunSwept Cream (Texas Pharmacal)

**Digestants**
Arco-Lase (Arco)
Arco-Lase Plus (Arco)
Butibel-Zyme (McNeil)
Carica-Bile Tablets (Rexall)
Combichole (Trout)
Convertin Tablets (Ascher)
Convertin-H Tablets (Ascher)
Converzyme (Ascher)
Cotazym (Organon)
Dactilase (Lakeside)
Digestant (Canright)
Digolase (Boyle)
Donnazyme (Robins)
Entozyme (Robins)
Enzypan (Norgine)
Festal (Hoechst)
Festalan (Hoechst)
Gastroenterase (Wampole)

Geramine (Brown)
Gourmase Capsules (Rowell)
Gourmase PB Capsules (Rowell)
Gustase (Geriatric)
Kanulase (Dorsey)
Kanumodic (Dorsey)
Kutrase (Kremers-Urban)
Ku-Zyme (Kremers-Urban)
Lipan (Spirt)
Mallenzyme (Mallard)
Pentazyme (Ulmer)
Phazyme (Reed & Carnrick)
Phazyme w/Phenobarbital (Reed & Carnrick)
Pro-Gestive (Nutrition Control)

**Digitalis Glycoside Preparations**
Acyland (Sandoz)
Cedilanid (Sandoz)
Crystodigin (Lilly)
Davoxin (Davies Rose Hoyt)
Digitaline Nativelle (Fougera)
Digoxin Tablets (Rexall)
Gitaligin Tablets (Schering)
Lanoxin (B.W. & Co.)
Myodigin (Davies Rose Hoyt)
Purodigin (Wyeth)

**Digitalis Preparations**
Crystodigin (Lilly)
Davoxin (Davies Rose Hoyt)
Digitora (Upjohn)
Digoxin Tablets (Rexall)
Myodigin (Davies Rose Hoyt)
Pil-Digis (Davies Rose Hoyt)

**Digitoxin**
Crystodigin (Lilly)
Digitaline Nativelle (Fougera)
Myodigin (Davies Rose Hoyt)
Purodigin (Wyeth)

**Digoxin**
Davoxin (Davies Rose Hoyt)
Digoxin Tablets (Rexall)
Lanoxin (B.W. & Co.)
Ulti-ject Disposable Syringe (Century)

**Dihydrocodeine Bitartrate**
Drocogesic No. 3 (Century)
Synalgos Preparations (Ives)

**Dihydrocodeinone Bitartrate**
*(see under Hydrocodone Bitartrate)*

**Dihydroergotamine**
D.H.E. 45 (Sandoz)

**Dihydromorphinone Hydrochloride**
*(see also under Hydromorphone Hydrochloride)*
Dilaudid Cough Syrup (Knoll)
Dilocol (Table Rock)
Ulti-ject Disposable Syringe (Century)

**Dihydrostreptomycin Sulfate**
Keetil Suspension (Bristol)
Polymagma Suspension (Wyeth)
Polymagma Tablets (Wyeth)

**Dihydrotachysterol**
Hytakerol (Winthrop)

**Dihydroxy Aluminum Aminoacetate**
Aluscop (Westerfield)
Alzinox (Smith, Miller & Patch)
Alzinox Compound (Smith, Miller & Patch)
Donnalate (Robins)
Robalate (Robins)

**Dihydroxyanthraquinone**
Doxan (Hoechst)
Doxidan (Hoechst)
Doxinate w/Danthron (Hoechst)

**Dihydroxyanthraquinone (1,8)**
*(See under Danthron)*

**Dihydroxypropyltheophylline**
Emfaseem Improved (Saron)

[right column — partially cut off]
...ohydroxyquinoline
...culin Vaginal Tablets &...
...nben Vaginal Inserts &...
...nette (Arnar-Stone)
...one Cream (Dermik)
...Tar-Quin Cream (Der...

...enhydrinate
...amamine (Searle)

...ercaprol
...AL in Oil (Hynson, Wes...

...ethindene Maleate
...rihistal maleate (Ciba)

...ethisoquin Hydrochlori...
...otane Ointment & Lot...
...(French)

...ethisterone
...racon (Mead Johnson)

...ethoxanate Hydrochlori...
...othera Compound (Aye...

...ethyl Polysiloxane
...hazyme (Reed & Carnr...
...hazyme w/Phenobarbit...
...(Carnrick)
...donna (Reed & Carnri...

...ctyl Sodium Sulfosucci...
...solace (Mead Johnson)
...alose (Stuart)
...alose Plus (Stuart)
...oMedicone Tablets (M...
...sonate Capsules (Lan...
...i-Sosul Forte Tablets (...
...octate-P Capsules (Me...
...orbantyl (Riker)
...orbantyl-Forte (Riker...
...oss (Ferndale)
...oxan (Hoechst)
...oxinate w/Danthron (...
...vac-U-8 Fortified (Nu...
...ilibon OT (Lederle)
...evrite (Lederle)
...Mikinol (Kremers-Urb...
...Peri-Colace (Mead Joh...
...enokap DSS Capsules...
...Super Doss (Ferndale)
...Synclax Tablets (Blue...

...oxybenzone
...Solbar (Person & Cove...

...oxyline Preparations
...Paveril Phosphate (Lill...

...aerodon Preparations
...Allersone (Mallard)
...Furacin Urethral Inser...
...Pentatrcet (Dalin)
...Proctodon Cream (Ro...

...phenhydramine Preps...
...Ambenyl Expectorant...
...Benadryl Hydrochlori...
...denylin Expectorant (...
...Hydryllin Compound (...

...phenidol
...Vontrol (Smith Kline...

...phenoxylate Hydroch...
...Lomotil (Searle)

...phenylhydantoin
...Danten (McKesson)
...Dihycon (Consolidate...
...Dilantin (Parke, Davi...
...Dilantin Steri-Vial (P...
...Ekko Capsules (Flem...
...Mebroin (Winthrop)
...Phelantin Kapseals (I...
...oin Unicelles (Reid-...

## Drug, Chemical and Pharmacological Index

**227**

### (Left column — partially cut off)

ying Cre...
...ile Salts Tablets
...phthalein (Breon)
...in Tablets (Ascher)
...n-H Tablets (Ascher)
...yme (Ascher)
...n (Organon)
...se (Lakeside)
...se (Canright)
...se (Boyle)
...zyme (Robins)
...ne (Robins)
...ne (Norgine)
...(Hoechst)
...an (Hoechst)
...enterase (Wampole)
...ase (Brown)
...ase Capsules (Rowell)
...ase PB Capsules (Rowell)
...(Geriatric)
...e (Dorsey)
...dic (Dorsey)
...(Kremers-Urban)
...yme (Kremers-Urban)
...(Spirt)
...zyme (Mallard)
...yme (Reed & Carnrick)
...me w/Phenobarbital (Reed & Carnrick)
...estive (Nutrition Control)

#### ...e Preparations (Non-Gastro-Intestinal)

...Chymar (Armour)
...ase (Rorer)
...me (Wampole)
...yme (Armour)
...me-HC (Armour)
...nase (Rystan)
...olase Tablets (Warren-Teed)
...oral (Armour)
...(Parke, Davis)
...zyme (National Drug)
...il Ointment (Rystan)
...ahl-White Ointment (Rystan)
...se (Warner-Chilcott)
...zyme (Ulmer)
...ase Intramuscular (Lederle)
...idase Oral (Lederle)
...idase Topical (Lederle)

#### ...se, Debridement

...e (Armour)
...zyme-HC (Armour)
...ase (Parke, Davis)
...anil Ointment (Rystan)
...ahl-White Ointment (Rystan)
...idase Intramuscular (Lederle)
...idase Topical (Lederle)

#### ...ase (Fibrinolytic)

...ase (Rorer)

...drine
...phed-Organidin Elixir (Wampole)
...phed-Organidin Tablets (Wampole)

...rine Hydrochloride
...nesec, Enseals & Pulvules (Lilly)
...uidrine Syrup (Abbott)
...-Xan (Central Pharmacal)
...mite Tablets (Neisler)
...nite-KI (Neisler)
...tasmyl (Roussel)
...cma Medicone-HC Ointment (Medicone)
...sect Sting First Aid Kit (Center)
...Iofdil (Mallinckrodt)
...llyllin Preparations (Mallinckrodt)
...hyllin-EPG (Mallinckrodt)
...udrine GG Elixir (Poythress)
...udrane GG Capsules (Poythress)
...lidrane Tablets (Poythress)
...numa Dura-Tabs (Cooper)
...uadrinal Tablets & Suspension (Knoll)
...ueidrine Syrup (Abbott)
...dral (Warner-Chilcott)
...dral Expectorant (Warner-Chilcott)
...dral Pediatric Suspension
...(Warner-Chilcott)
...dral SA (Warner-Chilcott)

Tedral-25 (Warner-Chilcott)
Verequad Tablets & Suspension (Knoll)

#### Ephedrine Resin Complex
Omni-Tuss (Strasenburgh)

#### Ephedrine Sulfate
Aladrine Tablets & Suspension (Merit)
Asminyl Tablets (Cole)
Bronkolixir (Breon)
Bronkotabs (Breon)
Codenate A. H. (Antihistamine Cough Syrup) (Rexall)
Ectasule Sr. & Jr. (Fleming)
Enuretrol (Cooper)
Ephed-Organidin Elixir (Wampole)
Ephed-Organidin Tablets (Wampole)
Insect Sting First Aid Kit (Center)
Iso-Asminyl (Cole)
Isuprel Compound Elixir (Winthrop)
Luasmin (Cooper)
Marax (Roerig)
Wesmatic Forte Tablets (Wesley)
Wesmatic Tablets (Wesley)
Wyanoids HC (Wyeth)

#### Ephedrine Tannate
Rynatuss Tabules & Suspension (Neisler)

#### Epinephrine
Asmolin (Lincoln)
Asthma Meter Mist (Rexall)
Eppy (Barnes-Hind)
Sus-Phrine (Cooper)
Ulti-ject Disposable Syringe (Century)

#### Epinephrine Bitartrate
E-Pilo Ophthalmic (Smith, Miller & Patch)
Epitrate (Ayerst) (Ophthalmos Div.)
Medihaler-Epi (Riker)
PE Ophthalmics-P1E1, P2E1, P3E1, P4E1, & P6E1 (Person & Covey)

#### Epinephrine Hydrochloride
Glaucon (Madland)
Histadyl E.C. (Lilly)
KIE (Laser)
Vaponefrin (USV Pharmaceutical)

#### Epinephrine-neutralizing-factor
Lipo-K Capsules (Marcen)
Lipo-K Injectable (Marcen)
Lipo-K w/Heparin, Injectable (Marcen)
Lipo-K w/Heparin Tablets, Sub-lingual (Marcen)
Normotensin, Injectable (Marcen)
Normotensin, Tablets, Sub-lingual (Marcen)

#### Epoxymethamine Bromide
(see under Methacopolamine Bromide)

#### Ergonovine Derivative
Methergine (Sandoz)

#### Ergonovine Maleate
Ergotrate Maleate (Lilly)
Ulti-ject Disposable Syringe (Century)

#### Ergot Alkaloid
Methergine (Sandoz)

#### Ergot Alkaloids (Hydrogenated)
D.H.E. 45 (Sandoz)

#### Ergot Extract
Ergoapiol w/Savin (Smith, Martin H.)

#### Ergotamine Tartrate
Cafergot (Sandoz)
Cafergot P-B (Sandoz)
Ergomar (Sandoz)
Ergotatropin Tablets (Cole)
Gynergen (Sandoz)
Medihaler-Ergotamine (Riker)
Rectalad-Migraine (Wampole)

#### Ergotamine-Caffeine Preparations
Cafergot (Sandoz)
Cafergot P-B (Sandoz)
Rectalad-Migraine (Wampole)

#### Erythrityl Tetranitrate
Cardilate (B.W. & Co.)

#### Erythromycin
Erythrocin (Abbott)
Erythrocin Ointment 1% (Abbott)
Ilosone Preparations (Lilly)
Ilotycin Ethyl Carbonate Drops (Lilly)
Ilotycin Ethyl Carbonate, Pediatric, 200 (Lilly)
Ilotycin Gluceptate Dental Cones (Lilly)
Ilotycin Gluceptate, I.V. (Lilly)
Ilotycin Preparations (Lilly)
Pediamycin Chewable Tablets (Ross)
Pediamycin Drops (Ross)
Pediamycin Suspension (Ross)

#### Erythromycin Estolate
Ilosone Preparations (Lilly)
Ilosone Sulfa Preparations (Lilly)

#### Erythromycin Ethyl Succinate
Erythrocin (Abbott)
Pediamycin Drops (Ross)
Pediamycin Suspension (Ross)

#### Erythromycin Glucepate
Ilotycin Gluceptate Dental Cones (Lilly)
Ilotycin Gluceptate, I.V. (Lilly)

#### Erythromycin Lactobionate
Erythrocin (Abbott)

#### Erythromycin Stearate
Erythrocin (Abbott)

#### Escharotic
(see under Keratolytics)

#### Estradiol
Depo-Estradiol Cypionate (Upjohn)
Hormonin (Carnrick)
Milestro (Milex)
Progynon Solution in Oil (Schering)
Progynon Tablets, Buccal Tablets, Aqueous Suspension, Pellets (Schering)
Test-Estrin Vaginal Inserts (Marlyn)

#### Estradiol Benzoate
Gynetone Preparations (Schering)
Progynon Solution in Oil (Schering)
Progynon Tablets, Buccal Tablets, Aqueous Suspension, Pellets (Schering)

#### Estradiol Cypionate
Depo-Testadiol, Sterile Solution (Upjohn)

#### Estradiol Dipropionate
Ovocylin dipropionate (Ciba)

#### Estradiol Valerate
Deladumone (Squibb)
Deladumone OB (Squibb)
Delestrogen (Squibb)
Deluteval 2X (Squibb)

#### Estriol
Hormonin (Carnrick)

#### Estrogen-Androgen Preparations
(see under Androgen-Estrogen Preparations)

#### Estrogenic Preparations
Acnestrol Lotion (Dermik)
Amnestrogen (Squibb)
Chemestrogen (Watson)
Delestrogen (Squibb)
Depo-Estradiol Cypionate (Upjohn)
Dicorvin Tablets (Amfre-Grant)
Dienestrol Cream (Ortho)
Diethylstilbestrol (Lilly)

## 228 Drug, Chemical and Pharmacological Index

Enovid 5 mg. (Searle)
Enovid 10 mg. (Searle)
Enovid-E (Searle)
Es-A-Cort Creme (Dome)
Estinyl Tablets (Schering)
Estradurin (Ayerst)
Estratab Tablets (Reid-Provident)
Estrovag "Supps" (Phillips)
Formatrix (Ayerst)
Furacin-E Urethral Inserts (Eaton)
Hist-A-Cort-E Creme (Dome)
Hormonin (Carnrick)
Menest (Massengill)
Milprem (Wallace)
Ogen (Abbott)
Qvocylin dipropionate (Ciba)
Ovulen (Searle)
PMB-200 & PMB-400 (Ayerst)
Premarin H-C Vaginal Cream (Ayerst)
Premarin Intravenous (Ayerst)
Premarin Tablets (Ayerst)
Premarin Vaginal Cream (Ayerst)
Progynon Solution in Oil (Schering)
Progynon Tablets, Buccal Tablets, Aqueous
  Suspension, Pellets (Schering)
Synestrol Tablets (White)
TACE (Merrell)
TACE 25 mg. Capsules (Merrell)
Thyrest (Brown)
Thyrest H.P. (Brown)
Vallestril (Searle)

**Estrogen-Progesterone Preparations**
Deluteval 2X (Squibb)
Duosterone (Roussel)
Gestest Tablets (Squibb)
Pro-Duosterone (Roussel)

**Estrogen-Progestin Preparations**
Enovid 5 mg. (Searle)
Enovid 10 mg. (Searle)
Enovid-E (Searle)
Norinyl 2 mg. (Syntex)
Norquen (Syntex)
Ortho-Hovum SQ Tablets (Ortho)
Ortho-Novum Tablets (Ortho)
Ortho-Novum 1/80  21 (Ortho)
Ovulen (Searle)

**Estrogens, Conjugated**
Menest (Massengill)
Ogen (Abbott)

**Estrogens, Conjugated** *(Equine)*
Amnestrogen (Squibb)
Estratab Tablets (Reid-Provident)
Femogen Tablets (Fellows-Testagar)
Formatrix (Ayerst)
Glyestrin (First Texas)
Mediatric Capsules, Tablets and Liquid
  (Ayerst)
Menrium (Roche)
Milprem (Wallace)
PMB-200 & PMB-400 (Ayerst)
Premarin H-C Vaginal Cream (Ayerst)
Premarin Intravenous (Ayerst)
Premarin Tablets (Ayerst)
Premarin Vaginal Cream (Ayerst)
Premarin w/Methyltestosterone (Ayerst)
Trexinest Tablets (Hynson, Westcott &
  Dunning)

**Estrone**
And-Est (Ulmer)
Es-A-Cort Creme (Dome)
Estrovag "Supps" (Phillips)
Gerilets Filmtab (Abbott)
Hist-A-Cort-E Creme (Dome)
Hormonin (Carnrick)

**Ethacrynic Acid**
Edecrin (Merck Sharp & Dohme)

**Ethambutol Hydrochloride**
Myambutol Tablets (Lederle)

**Ethamivan**
Emivan (USV Pharmaceutical)

**Ethaverine Hydrochloride**
Isovex-100 Capsules (Medics)
Normotensin, Injectable (Marcen)
Normotensin, Tablets, Sub-lingual (Marcen)
Papavatral L.A. (Kenwood)
Papavatral 20 Tablets (Kenwood)
Tensodin (Knoll)
Ulti-ject Disposable Syringe (Century)

**Ethchlorvynol**
Placidyl (Abbott)

**Ethinamate**
Valmid (Lilly)

**Ethinyl Estradiol**
Android E (Brown)
Benizol Plus (Bentex)
Duosterone (Roussel)
Estinyl Tablets (Schering)
Geramine (Brown)
Gestest Tablets (Squibb)
Gevramet Geriatric Elixir (Lederle)
Gevrestin (Lederle)
Gevrine (Lederle)
Gynetone Preparations (Schering)
Halodrin (Upjohn)
Oracon (Mead Johnson)
Os-Cal-Mone (Marion)
Pro-Duosterone (Roussel)
Provest (Upjohn)
Ritonic (Ciba)
Telgra (Durst)
Test-Estrin Timed-Action Capsules (Marlyn)
Thyrest (Brown)
Thyrest H.P. (Brown)

**Ethisterone**
Duosterone (Roussel)
Pro-Duosterone (Roussel)
Telgra (Durst)

**Ethobenzaine Citrate**
Equagesic (Wyeth)
Zactirin Compound-100 (Wyeth)

**Ethopropazine Hydrochloride**
Parsidol (Warner-Chilcott)

**Ethosuximide**
Zarontin (Parke, Davis)

**Ethotoin**
Peganone (Abbott)

**Ethyl Aminobenzoate**
Americaine Preparations (Arnar-Stone)
Aminet Suppositories (Dome)
Bradosol Lozenges (Ciba)
Derma Medicone Ointment (Medicone)
Derma Medicone-HC Ointment (Medicone)
Dermoplast Aerosol Spray (Ayerst)
Foille Antiseptic-Analgesic Dressing
  (Carbisulphoil)
Gero-O-Foam (Geriatric)
Rectal Medicone Unguent (Medicone)
Rhulicream (Lederle)
Rhulihist (Lederle)
Rhulispray (Lederle)
Tyzomint (Blue Line)

**Ethyl Biscoumacetate**
Tromexan (Geigy)

**Ethyl Chloride**
Ethyl Chloride (Gebauer)

**Ethylnorepinephrine Hydrochloride**
Bronkephrine Hydrochloride Injection
  (Breon)

**Ethylpapaverine Hydrochloride**
*(see under Ethaverine Hydrochloride)*

**Ethynodiol Diacetate**
Ovulen (Searle)

**Expectorants**
*(see Coughs) BLUE SECTION*

**Eye Preparations**
Antistine phosphate Ophthalmic Solution
  (Ciba)
Blephamide Ophthalmic Liquifilm
  (Allergan)
Chloromycetin Hydrocortisone Ophthalmic
  (Parke, Davis)
Chloromycetin Ophthalmic (Parke, Davis)
Chloromycetin Ophthalmic Ointment (Parke,
  Davis)
Chloromycetin-Polymyxin Ophthalmic
  Ointment (Parke, Davis)
Chloroptic (Allergan)
Cortisporin (B.W. & Co.)
Cyclogyl Hydrochloride (Schieffelin)
Cyclomydril (Schieffelin)
Dacriose (Tilden-Yates)
Decadron Ophthalmic Solution & Ointment
  (Merck Sharp & Dohme)
E-Pilo Ophthalmic (Smith, Miller & Patch)
Estivin (Schieffelin)
Gantrisin Ophthalmic Preparations (Roche)
Isohist (Sterile Ophthalmic Solution)
  (Broemmel)
Liquifilm Tears Ophthalmic Solution
  (Allergan)
Lyteers (Barnes-Hind)
M-Z Solution (Tilden-Yates)
Metimyd Ophthalmic Preparations (White)
Metreton Ophthalmic Suspension (White)
Miochol (Smith, Miller & Patch)
Murocoll Phenylephrine Hydrochloride 10%,
  Scopolamine Hydrobromide 0.3%,
  Prednisolone 0.2% (Murocoll Product #2C)
  (Muro)
Neo-Cortef Eye-Ear Drops (Upjohn)
Neo-Cortef Eye-Ear Ointment (Upjohn)
NeoDecadron Ophthalmic Solution &
  Ointment (Merck Sharp & Dohme)
Neo-Delta-Cortef, Eye-Ear Drops, Sterile
  Suspension (Upjohn)
Neo-Medrol, Eye-Ear Ointment (Upjohn)
Neosone (Upjohn)
Neosporin Preparations (B.W. & Co.)
Ophthocort Ophthalmic Ointment (Parke,
  Davis)
Optef Drops (Upjohn)
Optihist (Tilden-Yates)
PE Ophthalmics-P1E1, P2E1, P3E1, P4E1, &
  P6E1 (Person & Covey)
Phospholine Iodide (Ayerst) (Ophthalmos
  Div.)
Pilocar Ophthalmic Solutions (Smith, Miller
  & Patch)
Prefrin Liquifilm Ophthalmic Solution
  (Allergan)
Privine hydrochloride (Ciba)
Prostigmin Bromide Ophthalmic Solution
  (Roche)
Sodium Sulamyd Preparations (White)
Stoxil (Smith Kline & French)
Tearisol (Tilden-Yates)
Terra-Cortril Eye/Ear Suspension (Pfizer)
Vasocidin Ophthalmic (Smith, Miller &
  Patch)
Vasocon Regular (Smith, Miller & Patch)
Vasocon-A Ophthalmic (Smith, Miller &
  Patch)
Vasosulf Ophthalmic (Smith, Miller & Patch)
Visine Eye Drops (Leeming)
Xylocaine Hydrochloride (Astra)
Xylocaine Hydrochloride 4% Solution
  (Astra)

**F**

**Fat Digestants**
Arco-Lase (Arco)
Arco-Lase Plus (Arco)

## Drug, Chemical and Pharmacological Index    247

**...tradiol Phosphate**
Piradurin (Ayerst)

**...myxin B Sulfate**
Aerosporin (B.W. & Co.)

**...myxin B Sulfate (Sterile)**
Aerosporin (B.W. & Co.)

**...myxin Preparations**
Aerosporin (B.W. & Co.)
Cortres (Central Pharmacal)
Cor-Parin (Broemmel)
Chloromycetin-Polymyxin Ophthalmic
Ointment (Parke, Davis)
Cortisporin (B.W. & Co.)
Terramycin Spraypak & Solution (Smith Kline & French)
Liosporin (B.W. & Co.)
Neo-Polycin (Pitman-Moore)
Neosporin G.U. Irrigant (B.W. & Co.)
Neosporin Preparations (B.W. & Co.)
Ophthocort Ophthalmic Ointment (Parke, Davis)
Polymagma Suspension (Wyeth)
Polymagma Tablets (Wyeth)
Polymyxin B Sulfate (B.W. & Co.)
Polymyxin B Sulfate Soluble Tablets (Pfizer)
Polymyxin B Sulfate Sterile (Pfizer)
Polymyxin-Neomycin-Bacitracin Ointment (Rexall)
Polysporin (B.W. & Co.)
Statrocort Spraypak (Smith Kline & French)

**...orbate 80**
Aquacort Supprettes (Vaginal) (Webster)
Vagitrinalis Supprettes (Vaginal) (Webster)

**...thiazide**
Renese (Pfizer)
Renese-R (Pfizer)

**...thionate Preparations**
Dermasulf Solution-Dermasulf Creme (Smith, Miller & Patch)

**...made, Lip**
SunStick Lip Protectant (Texas Pharmacal)

**...ost Ganglionic Blocking Agents**
Bentyl Hydrochloride-Capsules, Tablets & Syrup (Merrell)
Ceptal (Lakeside)
Ceptal-PHB (Lakeside)
Ceptal Gradumet & Filmtab (Abbott)
Ceptal w/Phenobarbital Gradumet & Filmtab (Abbott)

**...erior Pituitary**
Pitressin Ampoules (Parke, Davis)
Pitressin Tannate in Oil (Parke, Davis)
Syntocinon (Sandoz)
Syntocinon Nasal Spray (Sandoz)

**...tassium Acid Phosphate**
K-Phos Tablets (Beach)

**...assium Bicarbonate**
K-Lyte (Mead Johnson)
Potassium Triplex (Lilly)

**...assium Bromide**
Neurosine (Dios)

**Potassium Chloride**
Kay Ciel Delta-Dome Tablets (Dome)
Klorasal (Fougera)
Kaochlor-K (Ciba)
Kaotessil Compound Elixir (Winthrop)
Kaochlor Liquid (Warren-Teed)
Kato Powder (Ingram)
Kay Ciel Elixir (Cooper)
Potassium Chloride Liquid (Sugar-Free) (Philips Roxane)

**Potassium Citrate**
Citra Forte Syrup (Boyle)
K-Lyte (Mead Johnson)
Polycitra Syrup (Willen)
Potassium Triplex (Lilly)

**Potassium Gluconate**
Cardenz (Miller)
Kaon Elixir (Warren-Teed)
Kaon Tablets (Warren-Teed)

**Potassium Guaiacolsulfonate**
Ambenyl Expectorant (Parke, Davis)
Clistin Expectorant (McNeil)
Codenate A. H. (Antihistamine Cough Syrup) (Rexall)
Codimal PH (Central Pharmacal)
Pediatric Phenergan Expectorant w/Dextromethorphan (Wyeth)
Phenergan Expectorants (Wyeth)
Phenergan VC Expectorant (Wyeth)
Tusquelin (Circle)

**Potassium Iodide**
Dainite-KI (Neisler)
Elixophyllin-KI (Cooper)
Iodo-Niacin (Cole)
KIE (Laser)
Mudrane Tablets (Poythress)
Pediacof (Winthrop)
Quadrinal Tablets & Suspension (Knoll)
Synate-M (Central Pharmacal)
Theokin Elixir (Knoll)

**Potassium Oxyquinoline Sulfate**
Oxychinol (Ferndale)

**Potassium Phosphate, Dibasic**
Neutra-Phos Powder & Capsules (Willen)
Neutra-Phos-K Powder & Capsules (Willen)

**Potassium Phosphate, Monobasic**
Neutra-Phos Powder & Capsules (Willen)
Neutra-Phos-K Powder & Capsules (Willen)

**Potassium Salicylate**
Neocolone (Central Pharmacal)
Neocyten (Central Pharmacal)
Pabalate-SF (Robins)
P-B-Sal-C Sodium Free (Ulmer)

**Potassium Salts (Triple)**
Potassium Triplex (Lilly)

**Povidone-Iodine**
Betadine Products (Purdue Frederick)

**Pramoxine Hydrochloride**
Anugesic Ointment (Warner-Chilcott)
Anugesic Suppositories (Warner-Chilcott)
Drotic No. 2 Ear Drops (Ascher)
Pramosone Lotion & Cream (Ferndale)
Proctofoam-HC (Reed & Carnrick)
Tronothane Hydrochloride (Abbott)
Vio-Hydrosone Cream (North American Pharmacal)

**Prednisolone**
A and D Ointment w/Prednisolone (White)
Ataraxoid (Pfizer)
Delta-Cortef, Tablets (Upjohn)
Meti-Derm Preparations (Schering)
Murocoll Phenylephrine Hydrochloride 10%, Scopolamine Hydrobromide 0.3%, Prednisolone 0.2% (Murocoll Product #2C) (Muro)
Neocylone (Central Pharmacal)
Neo-Delta-Cortef, Ointment (Upjohn)
P-B-Sal-C w/Prednisolone (Ulmer)
Predisal (Mallard)
Predne-Dome Tablets (Dome)
Prednisolone Tablets (McKesson)
Prednisolone Tablets (Rexall)
Somacort (Wallace)
Vasocidin Ophthalmic (Smith, Miller & Patch)

**Prednisolone Acetate**
Blephamide Ophthalmic Liquifilm (Allergan)
Metimyd Ophthalmic Preparations (White)
Metreton (Schering)
Metreton Ophthalmic Suspension (White)
Neo-Delta-Cortef, Eye-Ear Drops, Sterile Suspension (Upjohn)
Neo-Delta-Cortef, Eye-Ear Ointment (Upjohn)
Otobione (White)

**Prednisolone Sodium Phosphate**
Vasocidin Ophthalmic (Smith Miller & Patch)

**Prednisolone 21-phosphate**
*(see under Prednisolone Sodium Phosphate)*

**Prednisone**
Arthralgen PR Tablets (Robins)
Delta-Dome Tablets (Dome)
Deltasmyl (Roussel)
Deltasone, Tablets (Upjohn)
Metreton (Schering)
Prednisone Tablets (McKesson)
Prednisone Tablets (Rexall)
Sterazolidin (Geigy)

**Prednisteroids**
Depo-Medrol (Upjohn)
Haldrone (Lilly)
Medrol (Upjohn)
Medrol Medules (Upjohn)
Somacort (Wallace)

**Pregnancy-Spacing**
*(see under Contraceptives)*

**Pressor Drugs**
Hypertensin (Ciba)
Levophed Bitartrate (Winthrop)
Methedrine (B.W. & Co.)
Paredrine Hydrobromide Tablets (Smith Kline & French)
Pitressin Ampoules (Parke, Davis)
Vasoxyl (B.W. & Co.)

**Prilocaine Hydrochloride**
Citanest Hydrochloride (Astra)

**Primaquine Phosphate**
Aralen Phosphate w/Primaquine Phosphate (Winthrop)

**Primidone**
Mysoline (Ayerst)

**Probenecid**
Benemid (Merck Sharp & Dohme)
ColBENEMID (Merck Sharp & Dohme)

**Procainamide Hydrochloride**
Pronestyl (Squibb)

**Procaine Hydrochloride**
Vasoxyl (B.W. & Co.)

**Prochlorperazine**
Combid Spansule capsules (Smith Kline & French)
Compazine (Smith Kline & French)
Eskatrol Spansule capsules (Smith Kline & French)

**Procyclidine Hydrochloride**
Kemadrin (B.W. & Co.)

**Progestational Preparations**
C-Quens (Lilly)
Delalutin (Squibb)
Depo-Provera (Upjohn)
Duphaston Tablets (Philips Roxane)
Enovid 5 mg. (Searle)
Enovid 10 mg. (Searle)
Enovid-E (Searle)
Gynorest (Mead Johnson)
Norinyl 2 mg. (Syntex)

## 248 — Drug, Chemical and Pharmacological Index

Norquen (Syntex)
Oracon (Mead Johnson)
Ortho-Novum SQ Tablets (Ortho)
Ortho-Novum Tablets (Ortho)
Ortho-Novum 1/80   21 (Ortho)
Ovulen (Searle)
Provera (Upjohn)

**Promazine Hydrochloride**
Prozine (Wyeth)
Sparine (Wyeth)

**Promethazine Hydrochloride**
Mepergan Injection (Wyeth)
Mepergan Oral (Wyeth)
Pediatric Phenergan Expectorant w/Dextromethorphan (Wyeth)
Phenergan Expectorants (Wyeth)
Phenergan Hydrochloride (All forms) (Wyeth)
Phenergan VC Expectorant (Wyeth)
Synalgos Preparations (Ives)

**Propadrine Hydrochloride**
Prophaltl Tablets & Syrup (Blue Line)

**Propantheline Bromide**
Pro-Banthine (Searle)
Pro-Banthine w/Dartal (Searle)
Pro-Banthine w/Phenobarbital (Searle)
Pro-Banthine P.A. (Searle)

**Proparacaine Hydrochloride**
Ophthaine Solution (Squibb)

**Propesin**
Orabiotic Chewing Troches (White)

**Prophenpyridamine Maleate**
*(see under Pheniramine Maleate)*

**Propiomazine Hydrochloride**
Largon (Wyeth)

**Propionate Compounds**
Otobione (White)
Prophyllin (Rystan)

**Propoxyphene Hydrochloride**
Darvon (Lilly)
Darvon Compound (Lilly)
Darvon w/A.S.A. (Lilly)
Darvo-Tran (Lilly)

**Propranolol Hydrochloride**
Inderal (Ayerst)

**Propylene Glycol**
Synalar Solution 0.01% (Syntex)

**Propylhexedrine**
Benzedrex Inhaler (Smith Kline & French)

**Protein Hydrolysate Preparations**
*(see under Protein Preparations)*

**Protein Preparations**
Albuminn (Parke, Davis)
Baker's Infant Formula Liquid & Powder (Roerig)
Baker's Ready-4 (Roerig)
Cho-Free Formula Base & Borden's Dextrose (Borden)
Gevral Protein (Lederle)
Lonalac (Mead Johnson)
Methkote Diaper Rash Creme (Borden)
Mull-Soy (Borden)
Neo-Mull-Soy (Borden)
Nutramigen (Mead Johnson)
Plasmanate (Cutter)
Probana (Mead Johnson)
ProSobee (Mead Johnson)
Protein Milk (Mead Johnson)
Provimalt (Fleet)
Similac Isomil Liquid (Ross)
Similac Isomil 20 (Ross)
Sobee, Liquid & Powder (Mead Johnson)
Stuart Amino Acids (Stuart)
Stuart Amino Acids & B₁₂ Tablets (Stuart)

**Protein & Calcium Preparations**
Ilomel Powder (Warren-Teed)

**Proteolytic Enzyme**
Ananase (Rorer)
Arco-Lase (Arco)
Butibel-Zyme (McNeil)
Chymoral (Armour)
Gastroenterase (Wampole)
Gustase (Geriatric)
Ku-Zyme (Kremers-Urban)
Mallenzyme (Mallard)
Orenzyme (National Drug)
Panafil Ointment (Rystan)
Panafil-White Ointment (Rystan)
Papase (Warner-Chilcott)
Phazyme (Reed & Carnick)
Phazyme w/Phenobarbital (Reed & Carnick)
Pro-Gestive (Nutrition Control)
Prozyme (Ulmer)

**Proteolytic Enzyme** *(Denatured)*
Protamide (Cooper)
Viro-Zyme (Marcen)

**Proteolytic Preparations**
Arco-Lase (Arco)
Arco-Lase Plus (Arco)
Biozyme (Armour)
Biozyme-HC (Armour)
Carold & Bile Salts Tablets w/Phenolphthalein (Breon)
Converzyme (Ascher)
Digolase (Boyle)
Gastroenterase (Wampole)
Kutrase (Kremers-Urban)
Lipan (Spirt)
Panafil Ointment (Rystan)
Panafil-White Ointment (Rystan)
Phazyme (Reed & Carnick)
Phazyme w/Phenobarbital (Reed & Carnick)
Pro-Gestive (Nutrition Control)

**Protoveratrine**
Mio-Pressin (Smith Kline & French)

**Protoveratrine A**
Salutensin (Bristol)

**Protozoacides**
Aquacort Supprettes (Vaginal) (Webster)
Baculin Vaginal Tablets (Amfre-Grant)
Betadine Products (Purdue Frederick)
Cor-Tar-Quin Creme & Lotion (Dome)
Cor-Tar-Quin Forte Creme (Dome)
Dalidyne (Dalin)
Genapax (Davies Rose Hoyt)
H Y V A Gentian Violet Vaginal Tablets (Holland-Rantos)
Merpectogel (Poythress)
Nylmerate antiseptic Solution Concentrate (Holland-Rantos)
Pentarcort (Dalin)
Signenycin (Roerig)
Terramycin Capsules/Syrup/Pediatric Drops (Pfizer)
Terrastatin (Pfizer)
Tetracyn (Roerig)
Tetracyn Intramuscular (Roerig)
Tetracyn Intravenous (Roerig)
Tetrastatin (Roerig)
Trichotine Liquid (Reed & Carnick)
Trichotine Powder (Reed & Carnick)
Tricofuron Vaginal Suppositories & Powder (Eaton)
Trinalis Supprettes (Vaginal) (Webster)
Trisert (Ulmer)
Triva Combination (Boyle)
Triva Douche Powder (Boyle)
Triva Jel (Boyle)
Vagisec (Schmid)
Vagisec Plus (Schmid)

**Protriptyline Hydrochloride**
Vivactil (Merck Sharp & Dohme)

**Pseudoephedrine Preparations**
Actifed (B.W. & Co.)

Actifed-C (B.W. & Co.)
Ayr (Ascher)
Bronchobid Duracap Capsules (Meyer)
Disophrol Chronotab Tablets (White)
Drixoral (Schering)
Emprazil Tablets (B.W. & Co.)
Emprazil-C Tablets (B.W. & Co.)
Isoclor (Arnar-Stone)
Polaramine (Schering)
Rondec C Chewable (Ross)
Rondec D Oral Drops (Ross)
Rondec S Syrup (Ross)
Sudafed (B.W. & Co.)

**Pseudomonas Polysaccharide**
Piromen (Flint)

**Psoralen Compound**
Trisoralen (Elder)

**Psyllium Preparations**
Effersyl (Stuart)
Effersyllium (Stuart)
Instant Mix Metamucil (Searle)
Konsyl (Burton, Parsons)
L. A. Formula (Burton, Parsons)
Metamucil (Searle)
Syllamalt (Borcherdt)

**Pyelographic Media**
*see under Diagnostic Agents (Contrast X-ray Media)*

**Pyrazolon Derivative**
Pyrilgin (Savage)

**Pyridostigmine Bromide**
Mestinon Syrup (Roche)
Mestinon Tablets (Roche)
Mestinon Timespan (Roche)

**Pyridoxine**
*(see under Vitamin B₆)*

**Pyrilamine Maleate**
Achrocidin Tablets & Syrup (Lederle)
Anti-Nausea Supprettes (Webster)
Carrhist Elixir (Century)
Carrhist Forte T.D. Capsules (Century)
Carrhist Tablets (Century)
Citra Capsules (Boyle)
Citra Forte Capsules (Boyle)
Citra Forte Syrup (Boyle)
Codenate A. H. (Antihistamine Cough Syrup) (Rexall)
Codimal PH (Central Pharmacal)
Covanamine Preparations (Mallinckrodt)
Covangesic Liquid (Mallinckrodt)
Covangesic Tablets (Mallinckrodt)
Dudacin (Hoechst)
Emesert Inserts (Arnar-Stone)
Endotussin-NN (Endo)
Hist-A-Cort-E Creme (Dome)
Hycomine Pediatric Syrup (Endo)
Hycomine Syrup (Endo)
MSC Triaminic Tablets (Dorsey)
Napril Plateau CAPS (Marion)
Napril Syrup (Marion)
Palohist Capsules (Palmedico)
Palohist Mild Capsules (Palmedico)
Prophist Tablets & Syrup (Blue Line)
Pyma Timed Capsules (Fellows-Testagar)
Pymadex Timed Capsules (Fellows-Testagar)
Tain Inlay-Tabs (Dorsey)
Tain Suspension (Dorsey)
Triaminic Expectorant (Dorsey)
Triaminic Expectorant-DH (Dorsey)
Triaminic Preparations (Dorsey)
Triaminicol Syrup (Dorsey)
Trisulfaminic Tablets & Suspension (Dorsey)
Tussagesic Tablets & Suspension (Dorsey)
Tussaminic Tablets (Dorsey)
Ursinus Inlay-Tabs (Dorsey)
Ventilade Syrup (Warren-Teed)

**Pyrilamine Tannate**
Rynatan (Neisler)
Rynatuss Tabules & Suspension (Neisler)

# 1970 · PDR

Published by MEDICAL ECONOMICS, INC.

## TWENTY-FOURTH EDITION

# PHYSICIANS' DESK REFERENCE

*to*

## PHARMACEUTICAL SPECIALTIES

*and BIOLOGICALS*

*For the Physician's Desk*

TWENTY-FOURTH EDITION

# PHYSICIANS' DESK REFERENCE

*to*

*PHARMACEUTICAL SPECIALTIES and BIOLOGICALS*

*Publisher:* ALBERT B. MILLER

*General Manager:* CHARLES E. BAKER, JR.

*Production Manager:* GEORGE E. QUIST, JR.

*Compilation Editor:* BARBARA B. HUFF

*Medical Consultant:* AUSTIN JOYNER, M.D.

*Index Editor:* ANN MARIE CAREY

*Editorial Assistants:* COLETTE CONBOY, MARGARET E. GLOVER, THERESA MULLER, F. EDYTHE PATERNITI, ETHEL S. PUTTER, DIANE M. WARD

*Circulation Manager:* ETHEL F. McGILLIGAN

*Representative:* DONALD E. MASTERSON

## IN FIVE SECTIONS

An arbitrary page numbering plan is used to facilitate the compilation of this reference book.

SECTION ONE (*Pink*)     101
ALPHABETICAL INDEX

SECTION TWO (*Blue*)     201
DRUG CLASSIFICATION INDEX

SECTION THREE (*Yellow*)     301
GENERIC AND CHEMICAL NAME INDEX

SECTION FOUR     1-32
PRODUCT IDENTIFICATION SECTION

SECTION FIVE (*White*)     501
PRODUCT INFORMATION SECTION

PUBLISHED BY MEDICAL ECONOMICS, INC.,
*a subsidiary of*

LITTON PUBLICATIONS, INC.
DIVISION OF LITTON INDUSTRIES
Oradell, New Jersey 07649

ALL RIGHTS RESERVED • © COPYRIGHT 1969 BY MEDICAL ECONOMICS, INC. • PRINTED IN U.S.A.

None of the content of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means (electronic, mechanical, photocopying, recording, or otherwise) without the prior written permission of the publisher.

# 136
## Alphabetical Index by Manufacturer

Pressed Powder, 8 shades plus
  2 translucent shades
Tube Make-up, 8 shades
First Blush Moisturizing Stick, 6 shades
Flush Blush, 3 shades
Frosted Finish, 2 shades
Goldtone Refillable Compact
Pressed Powder Refills, 2 transparent
  shades
*Luxury Bath and Fragrance*
All Mine:
  Bath Oil
  Body Silk
  Cologne
  Gift Soaps
  Perfumes
  Spray Cologne
*Hair Care*
  Hair Mist Spray (Soft, Regular & Super
    Hold)
  Pure Castile Shampoo
  Creme Rinse
  Super Lather Shampoo
*Lipsticks*
  Color Moist Formula, 16 shades
  Creme Tint, 14 shades
  Frosted, 12 shades
  Lip Glistener, 4 shades
  Regular Formula, 5 shades
*Nail Care*
  Base & Top Coat
  High Frost Nail Enamel, 6 shades
  Frosted Nail Enamel, 10 shades
  Nail Enamel, 7 shades and clear
  Nail Enamel Remover
*Skin Care Products*
  Dry Skin Care:
    Almatone Cream
    Cold Cream
    Deep Mist Cleanser
    Deep Mist Moisture Cream
    Deep Mist Super Rich Nite Cream
    Deep Mist Cleansing Lotion
    Deep Mist Moisture Lotion
    Deep Mist Toning & Refining Lotion
    Deep Mist Toning & Refining Lotion
      Pads
    Mild Skin Freshner
    Liquifying Cream
    Eye Cream
  To Counter Balance Oily Skin:
    Blemish Cover, 3 shades
    Blotting Powder, 3 shades
    Foundation Lotion, 7 shades
    Matte Make-up, 7 shades
    Fluffy Facial Cleanser
    Clear Facial Cream
    Pore Lotion

**AMFRE-GRANT PRODUCTS**
(See White Section, page 537)

*Amfre-Grant, Inc.*
*924 Rogers Avenue*
*Brooklyn, N.Y. 11226*

Allerbid Tymcaps
Allergyl Tablets
Amalgin Tablets
Amfrecin Douche Powder
Amril Tablets
Azolate Tablets
Baculin Vaginal Tablets, p 537
Banausea Tablets
Bellagrant Tablets
Bescorbic Injectable
Betaine-Inositol-Choline B$_{12}$ Inj.
Betaine-Inositol-Choline B$_{12}$ Susp.
Biocaps Tablets
Causalin Tablets
Ceremia Tablets, p 537
Clara Ointment
Coradyl Injectable
♦Corovas Tymcaps, p 537
Curbetite L.A. Tablets
  des Tablets
desPlex Tablets
Dicorvin Tablets, p 537
Diurbital Tablets
Endallergy Tablets

Giolate Tablets
Gyn Tablets
Hepamine Fort Suspension
Hepamine B$_{12}$ Injectable
Hepamine B Fort Injectable
Hepaphytol B$_{12}$ Drops
Hepaphytol B$_{12}$ Injectable
Hormo-Provimine Tablets
Hydrophen Ointment
Kontrol Tymcaps
Lipotosse Elixir
Methionine-Inositol-Choline-C Tablets
Neo Beta Injectable
Neo-Corovas Tablets
♦Neo-Corovas Tymcaps, p 537
Neurophytol Injectable
Nicoscorbine Injectable
Nitrovas Tablets
Pancreatic Hormone Inj.
Prodolor Tablets
Proglobin Injectable
Provimin Tablets
Sarpanol Tablets
Teranium Capsules
Thiopentarsen Injectable
Vitalyne Chewable Tablets
Vitalyne Drops
Vitalyne Infant Syrup
Vitalyne Prenatal Capsules
Vitapherol Tablets
Zymogent Tablets

**AMID PRODUCTS**
(See White Section, pages 537-538)

*Amid Laboratories, Inc.*
*3025 W. Northside Drive*
*Jackson, Miss. 39216*

Amphene Elixir
Amphene Tablets
Amtet Capsules
Amtet Suspension
Biotran Capsules, p 537
Embron Elixir
Embron Capsules
Febridol Elixir
Febridol Suppositories
Febridol Tablets
Kortrate Capsules
Kortrate Plus Capsules
Lacticaps-M Capsules
M-T Suppository
Nisine Elixir
Nisine-M Elixir
P-A-V Capsules, p 538
Phenalist Capsules
Phenalist Elixir
Phenalist Suspension
Phenalist TR Capsules
Polyectin Elixir
Protium Tablets
Sultril Suspension
Sultril Tablets
Urifon Capsules, p 538
Urifon-Forte Capsules
Vingesic Capsules, p 538
Vingesic w/Codeine Capsules, p 538
Zerominic Elixir

**ARCH PRODUCTS**
(See White Section, page 539)

*Arch Laboratories*
*Division of Lewis-Howe Company*
*219 South 4th St.*
*St. Louis, Mo. 63102*

Dicarbosil Tablets, p 539

**ARCO PRODUCTS**
(See White Section, page 539)

*Arco Pharmaceuticals, Inc.*
*38 Werman Court*
*Plainview, N. Y. 11803*

Arco-Lase Plus Tablets, p 539
Arco-Lase Tablets, p 539

Arcoret Tablets
Arcoret w/Iron Liquid
Arcoret w/Iron Tablets
Arcotinic Liquid
Arcotinic Tablets
Bitrate Tablets
C-B Time Capsules
C-B Time 500 Tablets
C-B Time Liquid
Codexin Capsules
Codexin-T Tablets
Co-Gel Tablets
Spantuss Liquid
Spantuss Tablets
Unigesic Capsules

**AR-EX PRODUCTS**
(See White Section, page 539)

*Ar-Ex Products Co.*
*1036 W. Van Buren St.*
*Chicago, Ill. 60607*

AR-EX Hypo-Allergenic Cosmetics, p
  (Unscented, some items available scent
Bath Oil
Body Lotion
Brush-On Eyebrow
Brush-On Complexion Coloring
Brush-On Eyeshadow
Cake Eyeliner
Chap Cream
Cleansing Cream
Cold Cream
Compact Powder
Cream for Dry Skin
Cream for Oily Skin
Deodorant (Cream & Spray)
Disappear (Blemish Stick)
Dusting Powder
Enriched Night Cream
Eye Cream
Eye Makeup Remover Pads
Eye Pencil
Eye Shadow Stick
Face Powder
Foundation Lotion
Hair Spray
Hand Lotion
Lip Gloss and Sun Screen Stick
Lipstick, Regular
Lipstick, Special Formula (No Dye)
Mascara
Men's Hair Spray
Moisture Lotion
Nail Polish
Nail Polish Remover (Non-Oily)
Protein Hair Set
Rouge, Compact
Rouge, Creme
Shampoo (Soapless)
Soap (Toilet & Bath)
Talc
R.M.S. Lotion (not Hypo-Allergenic)
Safe-Suds, p 539
Wave Set

**ARMOUR PRODUCTS**
(See White Section, pages 540-548)

*Armour Pharmaceutical Co.*
*P.O. Box 1022*
*Chicago, Ill. 60690*

Acthar, p 540
Alpha Chymar, p 542
Arcofac
♦Armour Thyroid, p 545
Biozyme, p 542
Biozyme-HC, p 543
Chymar
Chymar Aqueous
♦Chymoral, p 543
♦Chymoral-100, p 543
Depinar
HP Acthar Gel, p 540
♦Letter, p 544
Listica
Nidar
♦Pentritrol, p 545

(♦ Shown in Product Identification Section)

## Alphabetical Index by Manufacturer 151

Cholera Vaccine (India Strains)
Declomycin, p 781
♦Capsules
   Oral Suspension
   Pediatric Drops
   Syrup
♦Tablets, Film-coated
♦Declostatin Capsules & Oral Suspension, p 783
♦Declostatin 300 Tablets, p 782
Delphicol Capsules
♦Diamox Sequels, Tablets & Parenteral, p 783
Digitalis Tablets
Diluting Fluid Neutral Buffered Saline
Diphtheria & Tetanus Toxoids, Combined
Falvin Capsules, p 785
Ferro-Mandets
♦Ferro-Sequels, p 785
♦Filibon, Filibon F.A., Prenatal Vitamin Capsules, p 785
♦Filibon Forte, p 785
♦Filibon OT, p 786
Folbesyn Vitamins, Parenteral & Tablets, p 786
♦Folvite Injection, Tablets & Elixir, p 786
Folvron Capsules & Tablets, p 786
Gas Gangrene Antitoxin
Gevrabon Liquid, p 786
Gevral Capsules, p 786
Gevral Protein Powder, p 786
Gevral T Capsules, p 787
Gevramet Elixir, p 787
Gevrestin Capsules, p 787
Gevrine Capsules, p 788
Gevrite Tablets, p 788
Glutan H-C-L Capsules
Glycero-Saline Solution
Gravidox Solution
Heparin Sodium Injection
Hetrazan Tablets, p 788
Histoplasmin, Tine Test, p 788
♦Hydromox Tablets, p 789
♦Hydromox R Tablets, p 789
Immune Serum Globulin (Human), p 791
Incremin Drops & Tablets
Incremin w/Iron Syrup, p 792
Influenza Virus Vaccine, Bivalent, p 792
Kynex Tablets & Pediatric Acetyl Suspension, p 792
Ledercillin VK Oral Solution Tablets, p 794
Lederplex, p 795
   Capsules
   Liquid
   Parenteral
   Tablets
Levoprome, p 795
Liver Injection, p 797
Lymphogranuloma Venereum Skin Test Antigen
M-VAC Measles Vaccine, p 798
Methotrexate Tablets & Parenteral, p 797
Mumps Vaccine, p 799
Myambutol, p 799
Neo-Aristocort Cream & Ointment, p 775
Neo-Aristocort Eye-Ear Ointment, p 775
Neo-Aristoderm Foam, p 775
Neloid Emulsified Castor Oil, p 801
Neptazane Tablets
Orimune Poliovirus Vaccine, Live, Oral, Monovalent, p 801
Orimune Poliovirus Vaccine, Live, Oral, Trivalent, p 801
Parlite Vitamins B w/C
♦Pathibamate Tablets, p 802
♦Pathilon Sequels, p 803
♦Pathilon Tablets, Parenteral, p 803
♦Pathilon w/Phenobarbital Sequels & Tablets, p 803
Perfolin Capsules
Perihemin Capsules & Liquid, p 804
Perihemin-JR Capsules, p 804
♦Peritinic Tablets, p 804
Prenatal Dri-Kaps, p 804
Pronemia Capsules, p 804
Propylthiouracil Tablets
Protet Tetanus Immune Globulin, p 804
Revicaps
Rhinazine
Rhulicream, p 805
Rhulihist Lotion, p 805

Rhulispray, p 805
Rhulitol
Rocky Mountain Spotted Fever Vaccine, p 805
Smallpox Vaccine, p 805
Staphylococcus Toxoids
♦Streoscasp Capsules, p 805
Sulfadiazine Powder, Injection & Tablets
Sulfaguanidine Tablets
Tagathen Tablets
Tetanus & Diphtheria Toxoids, Combined
Tetanus Toxoid & Toxoid Fluid
Thiotepa Parenteral, p 805
Trepidone Tablets
Trichinella Extract
Triethylenemelamine Tablets, p 806
Tri-Immunol, p 807
Triple Sulfas Suspension & Tablets
Tuberculin, Tine Test, p 807
Typhoid & Paratyphoid Vaccines
Typhus Vaccine
Varidase Buccal Tablets, p 809
Varidase Intramuscular & Topical, p 808
Varidase Oral, p 809
Vi-Alpha Capsules
Vi-Magna Capsules, p 809
Vi-Tyke Syrup, p 810
Yuvral Capsules, p 810

**LEEMING PRODUCTS**

(See White Section, page 810)

*Leeming Division*
*Chas. Pfizer & Co., Inc.*
*235 East 42nd St.*
*New York, N. Y. 10017*

Desitin Ointment, p 810
Visine Eye Drops, p 810

**LEMMON PRODUCTS**
**Also includes Mulford and Haack Laboratories**

(See White Section, pages 810-811)

*Lemmon Pharmacal Company*
*Sellersville, Pennsylvania 18960*

A.E.A. Tablets
Adipex Ty-Med Capsules, p 810
Adipex Ty-Med Tablets, p 810
Anergex
Aspred-C Kotinated Tablets
Belap Elixir
Belap No. 0, 1 and 2 Tablets
Belap Ty-Med Tablets
Bismuth, Pectin & Paregoric Tablets
Buffadyne Tablets
Buffadyne w/Barbiturates Tablets
Ce-De-Flor Tablets
Donphen Tablets
Drakerp Tablets
Ferrocol Capsules
Glucoron w/$B_{12}$ Tablets
Haxsen Tablets
Hypan Tablets
Kosate 100 Capsules
Lemiserp Ty-Med Tablets
Neosorb Liquid
Neosorb Plus Liquid
Neosorb Plus Tablets
Neosorb Tablets
Neospect Tablets
Neothylline Ampul
Neothylline Elixir
Neothylline Tablets
Neothylline-G Elixir
Neothylline-G Tablets
Neutralox Suspension
Neutralox Tablets
Novalene Tablets
Nu'Leven Tablets
Obestat Ty-Med Capsules
Obestat Ty-Med Tablets
Otocort Ear Drops
Phyldrox Tablets
Pyracort Nasal Spray
Pyraphed Nasal Spray
Racet Cream, p 811

Racet LCD Cream
Racet Forte Cream, p 811
Rhinex Tablets
Rhinex Ty-Med Tablets
Rhinspec Tablets
Rhus Tox Antigen
Ruhexatal w/Reserpine Tablets
S.B.P. Tablets
Sed-Tens Ty-Med Tablets
Silbar Tablets
Sulphocol Capsules
Theocardone No. 1 and No. 2 Tablets
Tosec Tablets
Trilamine Tablets
Unisulf Tablets

**LEPLER PRODUCTS**

(See White Section, page 811)

*Lepler Laboratories, Inc.*
*325 Harvard Street*
*Brookline, Massachusetts 02146*

Som Ophyllin, p 811

**LILLY PRODUCTS**

(See White Section, pages 813-867)

*Lilly & Company, Eli*
*307 E. McCarty St.*
*Indianapolis, Ind. 46206*

A.S.A. & Codeine Compound Pulvules & Tablets
A.S.A. Compound Pulvules & Tablets
A.S.A. Enseals, Pulvules, Suppositories, & Tablets
Acidulin Pulvules, p 819
Ad-Cebrin Drops
Ad-Cebrin & Fluoride Drops
Aerolone Compound Solution, p 819
Alphalin Gelseals,
Aluminum Hydroxide Gel
Amertan Jelly
♦Amesec Enseals & Pulvules, p 819
Aminophylline & Amytal Pulvules
Aminosalicylic Acid Enseals
Ammoniated Mercury Ointments
Ammonium Chloride Enseals & Tablets
Amyl Nitrite Aspirols
♦Amytal Elixir & Tablets, p 819
Amytal & Aspirin Pulvules
♦Amytal Sodium Ampoules, Pulvules & Suppositories, p 819
Analgesic Balm Ointment
♦Anhydron Tablets, p 820
♦Anhydron K Tablets, p 821
♦Anhydron KR Tablets, p 821
Antiseptic Solution
Antiseptic No. 3, R. St. J. Perry, Tablets
Apomorphine Hydrochloride Hypodermic Tablets
Arnica Tincture
Aromatic Elixir
Aromatic Ammonia Aspirols & Spirit
Asafetida Tincture
Atropine Sulfate Ampoules, Ophthalmic Ointment, Tablets, & Hypodermic Tablets
♦Aventyl HCL Liquid & Pulvules, p 823
BCG Vaccine
Bacitracin Ointment, Ophthalmic Ointment, & Solvets
Barbital Tablets
Becotin Pulvules
♦Becotin-T Tablets, p 824
♦Becotin w/Vitamin C Pulvules, p 824
Belladonna Ointment
Belladonna Extract (Leaves) Tablets
Belladonna (Leaf) Powdered Extract & Tincture
Benedict's Qualitative Solution
Benzoin Tincture
Benzoin Compound Tincture
Betalin Complex Ampoules & Elixir, p 824
Betalin Complex F.C. Ampoules, p 824
Betalin Compound Pulvules
Betalin S Ampoules, Elixir, & Tablets
Betalin 12 Crystalline Ampoules, p 825

(♦ **Shown in Product Identification Section**)

## 152 Alphabetical Index by Manufacturer

Bilron Pulvules, p 826
Bismuth, Magnesia, & Sodium Bicarbonate, No. 2 Tablets
Bismuth Subcarbonate Tablets
Blank (Placebo) Hypodermic Tablets
Bland Pills
Blue Ointment
Boric Acid Ointment & Ophthalmic Ointments
Brevital Sodium Ampoules, p 826
Bromide & Chloral Hydrate Compound Elixir
Brown Mixture Solution
Buchu, Juniper, & Potassium Acetate Elixir
Buffer Solution for Penicillin Ampoules
C.R.C. Pulvules & Tablets
Caffeine & Sodium Benzoate Ampoules
Caffeine, Citrated, Tablets
Calcium Carbonate & Soda Tablets
Calcium Carbonate, Aromatic, Tablets
Calcium Eluceptate Ampoules
Calcium Gluconate Tablets
Calcium Gluconate w/Vitamin D Pulvules & Tablets
Calcium Hydroxide Powder
Calcium Lactate Tablets
Camphor Liniment & Spirit
Camphor & Soap Liniment
Capsules, Empty Gelatin
Carbarsone Pulvules
Cardamom Compound Tincture
Cascara Tablets
Cascara Compound Pills & Tablets
Cascara Sagrada Fluid Extract
Cascara Sagrada, Aromatic, Fluid Extract
Castor Oil Elastic Filled Capsules
Castor Oil, Aromatic
Catarrhalis Vaccine Combined, No. 4
Cathartic Compound Pills
Cevalin Ampoules & Tablets
Chloroform Liniment
Cholera Vaccine
Choline Dihydrogen Citrate Tablets
Clopane Hydrochloride Solutions
Cocaine Hydrochloride Solvets
Coco-Diazine Suspension
Coco-Quinine Suspension
Cod Liver Oil Elastic Filled Capsules
Codeine Phosphate Ampoules & Hypodermic Tablets
Codeine Sulfate Tablets & Hypodermic Tablets
Co-Elorine 25 Pulvules
Colchicine Ampoules & Tablets, p 827
Cold Cream, for Compounding
Prescriptions, Ointment
Cologel Liquid
Compren Pulvules
Copavin Compound Elixir
Copavin Pulvules & Tablets
♦Co-Pyronil Pulvules, Pediatric Pulvules, & Suspension, p 827
Cordran Cream, Lotion, & Ointment, p 828
Cordran-N Cream & Ointment, p 828
♦C-Quens, p 829
Cresol, Saponated, Solution
♦Crystodigin Ampoules & Tablets, p 830
Cytellin Suspension, p 831
♦Darvon Pulvules, p 831
♦Darvon Compound Pulvules, p 831
♦Darvon Compound-65 Pulvules, p 831
♦Darvon with A.S.A. Pulvules, p 831
♦Darvo-Tran Pulvules, p 832
Deltalin Gelseals
Dextrose (Buffered)
Dextrose (Unbuffered) Ampoules
Diamond Antiseptics Tablets
Dicalcium Phosphate Tablets
Dicalcium Phosphate Tablets
with Vitamin D
Dicalcium Phosphate & Calcium Gluconate Pulvules
Dicalcium Phosphate w/Vitamin D Pulvules
Dicalcium Phosphate w/Vitamin D and Iron Pulvules
Dicumarol Pulvules
Dicurin Procaine Ampoules
Diethystilbestrol Ampoules, Enseals, Suppositories, & Tablets, p 832
Digiglusin Tablets
Digitalis Pulvules & Tincture

Diphtheria & Tetanus Toxoids Combined, Alum Precipitated (For Pediatric Use)
Diphtheria & Tetanus Toxoids Combined, Fluid (For Pediatric Use)
Dolophine Hydrochloride Ampoules, Syrup, & Tablets, p 833
Drolban Ampoules, p 834
Duracillin A.S. Ampoules & Hyporets, p 834
Duracillin F.A. One Million Ampoules
Duracillin Fortified Ampoules
♦Dymelor Tablets, p 835
Emetine Hydrochloride Ampoules
En-Cebrin Pulvules, p 836
En-Cebrin P Pulvules, p 836
Entoral Biologic
Ephedrine & Amytal Pulvules
Ephedrine Compound Inhalant
Ephedrine & Procaine Ampoules
Ephedrine & Seconal Sodium Pulvules
Ephedrine Sulfate Ampoules, Pulvules, Solution, & Syrups
Ephedrol, w/Codeine
Epragen Pulvules
Eprolin Gelseals
Ergot Fluid Extract
Ergotrate Maleate Ampoules, Hyporets, & Tablets, p 836
Essence Pepsin Elixir
Estrone Ampoules
Extralin B Pulvules
Extralin P Pulvules
Extralin Pulvules
Ferric Chloride Tincture
Ferro-Betalin Tablets
Ferrous Gluconate Pulvules
Ferrous Sulfate Enseals & Tablets
Folic Acid Tablets
Forthane Inhaler
Gentian Compound Tincture
Glucagon for Injection Ampoules, p 837
Gluco-Calcium Ampoules
Glycerin Suppositories
Glycyrrhiza Fluid Extract
Green Soap Tincture
♦Haldrone Tablets, p 838
Heparin, Sodium, Ampoules
Hepicebrin Tablets
Hexa-Betalin Ampoules & Tablets
H. Influenzae Mixed Vaccine, No. 4
Hista-Clopane Pulvules
Histadyl Ampoules, Pulvules, & Syrup
Histadyl E.C. Syrup, p 839
Histadyl & A.S.A. Compound Pulvules
Histadyl & Ephedrine Hydrochloride Pulvules
Histalog Ampoules
Histamine Phosphate Ampoules
Homicebrin
Hydriodic Acid Syrup
Hyoscyamus Tincture
Ichthammol Ointments
Regular Iletin, 40, 80, 100, & 500 units, p 839
Lente Iletin, 40 & 80 units, p 840
Semilente Iletin, 40 & 80 units, p 840
Ultralente Iletin, 40 & 80 units, p 840
NPH Iletin, 40 & 80 units, p 841
Protamine, Zinc & Iletin, 40 & 80 units, p 841
Beef (Special) Regular Iletin, 40 & 80 units
Beef (Special) Lente Iletin, 40 & 80 units
Beef (Special) NPH Iletin, 40 & 80 units
Beef (Special) Protamine, Zinc & Iletin, 40 & 80 units
Pork Regular Iletin, 40 & 80 units
Pork Lente Iletin, 40 & 80 units
Pork NPH Iletin, 40 & 80 units
Pork Protamine, Zinc & Iletin, 80 units
Low Zinc Regular Iletin, 40 units
♦Ilosone Pulvules, p 842
♦Ilosone Chewable Tablets, p 842
Ilosone Drops, p 842
Ilosone Liquid 125 & 250 Oral Suspensions, p 842
Ilosone 125, for Oral Suspension, p 842
Ilosone Sulfa Tablets, p 843
Ilosone Sulfa, for Oral Suspension, p 843
Ilotycin Ointment, Ophthalmic Ointment & Tablets, p 844
Ilotycin Gluceptate, I.V., Ampoules, p 845

Ilotycin-Sulfa Tablets, p 844
Influenza Virus Vaccine, Bivalent, Zonomune, p 845
Iodine, Strong, Tincture
Ipecac Syrup, p 846
Iron, Quinine, & Strychnine Elixir
Iron, Quinine, & Strychnine Phosphate Ampoules
I-sedrin Compound Solution
I-sedrin Plain Solution
Isoniazid Tablets
Isopropyl Alcohol, Lilly, 91%
Kaomin Powder
Kappadione Ampoules
Keflin Ampoules, p 846
Lactated Pepsin Elixir
Lactated Ringer's Ampoules
Lexavite Ampoules
Lextron Pulvules
Lextron Ferrous Pulvules
Lextron F.G. Pulvules
Liver Ampoules
Lizodine Ampoules, p 848
Magnesia & Soda Tablets
Magnesium Sulfate Ampoules
Measles Virus Vaccine, Live, Attenuated
Menadione Tablets
Mercuric Oxide, Yellow, Ophthalmic Ointments
Merthiolate Aerosol, Cream, Glycerite, Ointment, Ophthalmic Ointment, Solution, & Tincture, p 849
Methenamine Tablets
Methenamine and Sodium Biphosphate Tablets
Methylene Blue, Copaiba, & Santal Compound Tablets
Methyltestosterone Tablets
Metubine Iodide Ampoules
Metycaine Hydrochloride Ampoules, Powder, & Tablets
Metycaine Hydrochloride & Merthiolate Ophthalmic Ointment
Metycaine Hydrochloride & Zinc Oxide Compound Suppositories
♦Mi-Cebrin Tablets, p 850
♦Mi-Cebrin T Tablets, p 850
Milk of Bismuth
Milk of Magnesia
Monotheamin Suppositories
Monotheamin & Amytal Pulvules
Morphine & Atropine Ampoules & Hypodermic Tablets
Morphine Sulfate Ampoules & Hypodermic Tablets
Mouthwash Solution
♦Multicebrin Tablets, p 850
Multicebrin Jr. Gelseals
Mumps Skin-Test Antigen
Mumps Vaccine
Myrrh Tincture
Neo-Betalin 12 Crystalline Ampoules, p 82?
Neomycin Sulfate Ointment, Ophthalmic Ointment, & Tablets
Neotrizine Suspension & Tablets
Niacin Ampoules & Tablets
Niacinamide Ampoules & Tablets
Nitro-Glycerin Sublingual Tablets
Nicacebrin Chewable Tablets
Novacebrin Drops
Novacebrin & Fluoride Chewable Tablets, p 850
Novacebrin & Fluoride Drops, p 851
Novrad Pulvules & Suspension
Novrad w/A.S.A. Pulvules
Nux Vomica Tincture
Oncovin Ampoules, p 851
Opium (Deodorized) Tincture
Oxabain Ampoules
Ox Bile Extract Enseals
Pagitane Hydrochloride Tablets
Panacebrin Ampoules
Pancreatin Powder & Tablets
Pancreatin, Triple Strength, Enseals
Panoral Biologic
Pantholin Tablets
Papaverine Hydrochloride Ampoules, Powder, & Tablets
Parathyroid Ampoules
Paregoric Tincture
Paveril Phosphate Tablets, p 852
Paveril Phosphate & Amytal Tablets

(♦ Shown in Product Identification Section)

**160**  **Alphabetical Index by Manufacturer**

Spotstik (Waterproof Covermark in
stick form)

## O'NEAL, JONES & FELDMAN PRODUCTS

*(See White Section, page 962)*

*O'Neal, Jones & Feldman, Inc.*
*2350 Centerline Drive*
*Westport Industrial Park*
*St. Louis, Mo. 63141*

Acrobolic Tablets
Andro L. A. Injectable
Andro "50" Injectable
Andro "100" Injectable
Androgyn Injectable
Androgyn L. A. Injectable
Arbon Tablets & Injectable
Bianin Injectable
B-12 Plus Injectable
Cebro Tablets
Cebromone Tablets
Cebrovas Tablets
Choron Injectable
Cyamine Injectable
Cytobolin Injectable
Dehist Capsules, p 962
Dehist Injectable, p 962
Enzyle Tablets
Gynogen Injectable
Gynogen L. A. Injectable
Gynogen R. P. Injectable
Histene Injectable
Hydrone Injectable
Iatric Injectable
Livroben Injectable
Neutrogyn Tablets & Injectable
Predalone Injectable
Respicol Injectable
Rogenic Injectable, p 962
Rogenic Tablets, p 962

## ORBIT PRODUCTS

*(See White Section, pages 962-963)*

*Orbit Pharmaceutical Company, Inc.*
*1512 North Fifth Street*
*Kansas City, Kansas 66101*

Ichloroquin Cream
Lunaspas Tablets
Marsulfas Suspension
Orbedec Capsules
Orbiferrous Plus Elixir
Orbiferrous Tablets, p 962
Orbigesic Compound Tablets
Orbigesic Elixir
Orbigesic Tablets
Orbipec w/Neomycin Suspension
Orbisulfas AD Suspension
Satervite Tablets
Tetraspect Capsules
Tetraspect S Syrup
Zolediazine Tablets

## ORGANON PRODUCTS

*(See White Section, pages 963-968)*

*Organon Inc.*
*375 Mount Pleasant Ave.*
*West Orange, N. J. 07052*

♦Accelerase
♦Accelerase-PB
Adrestat
Bifaction
Bilogen
Cortrophin Gel
Cortrophin-Zinc
♦Cotazym, p 963
Cotazym-B
Covisten
Cytora
Deca-Durabolin, p 963

Di-Met Suspension
Doca Acetate
Dodex Injectable
Durabolin, p 964
Durabolin-50, p 964
♦Hexadrol, p 964
Hexadrol Therapeutic Pack, p 964
Hexadrol Cream
Hexadrol Phosphate Injection, p 966
Liquaemin Sodium
Liquaemin Sodium Gel
Liquamar
Lynoral
♦Maxibolin
Medache
Menformon (A)
Neo-Hombreol
Neo-Hombreol (F)
Neo-Hombreol (M)
Nugestoral
Pernaemon
Pregnyl
Progestoral
Purified Cortrophin Gel
Stenediol
Trevidal Tablets
♦Wigraine

## ORTHO PRODUCTS

*(See White Section, pages 968-977)*

*Ortho Pharmaceutical Corporation*
*Raritan, New Jersey 08869*

Aci-Jel Therapeutic Vaginal Jelly, p 968
Delfen Contraceptive Cream, p 968
Delfen Contraceptive Foam, p 968
Dienestrol Cream, p 968
Masse Cream, p 968
Nickerson's Medium, p 968
Ortho Diaphragm Kit-All Flex, p 968
Ortho Diaphragm Kit-Coil Spring, p 968
Ortho Diaphragm Kit-Flat Spring, p 968
Ortho Disposable Applicator, p 968
Ortho-Creme Contraceptive Cream, p 968
Ortho-Gynol Contraceptive Jelly, p 969
Ortho-Novum 1/80□ 21, p 969
♦Ortho-Novum Tablets 1 mg, p 970
♦Ortho-Novum Tablets 2 mg, p 972
♦Ortho-Novum Tablets 10 mg, p 973
♦Ortho-Novum SQ Tablets, p 974
Preceptin Contraceptive Gel, p 977
Salpix Contrast Medium, p 977
Sporostacin Cream, p 977
Sultrin Triple Sulfa Cream, p 977
Sultrin Triple Sulfa Vaginal Tablets,
p 977

## OWEN PRODUCTS

*(See White Section, pages 977-978)*

*Owen Laboratories Inc.*
*Bell Line Rd. at Inwood Rd.*
*P.O. Box 34630*
*Dallas, Texas 75234*

Dara Soapless Shampoo, p 669
Dy-O-Derm, p 977
gris Owen
Ionax, p 977
Ionil, p 977
Ionil-T, p 977
Nutracort, p 977
Nutraderm, p 978
Nutraderm Cream, p 978
Nutraspa, p 978
Pabafilm, p 978
piSEC, p 978
Rhinall Nasal Spray
Rhinall Nose Drops
Rhinall-10 Flavored Nose Drops
Tropsor
Vacon
Ver-Var, p 978
Wibi, p 669

## PALMEDICO PRODUCTS

*(See White Section, pages 978-979)*

*Palmedico, Inc.*
*P.O. Drawer 3397*
*Columbia, S. C. 29203*

Afius Suspension & Tablets
Afius-P Tablets
♦Amphaplex 10 mg. Tablets, p 978
♦Amphaplex 20 mg. Tablets, p 978
Astrovite Tablets
Astrovite-F Tablets
Azo-Afius-P Tablets
Besta Tablets, p 978
Butatran Tablets
Ennade Elixir
G-Lixir
G-1 Tablets
G-2 Tablets
G-3 Tablets
Medcohist Tablets
Medcohist w/Codeine ¼ Tablets
Meditussin Liquid
Meditussin-X Liquid
Palbar Elixir & Tablets
Palbar No. 2 Tablets
Palminate Tablets
♦Palmiron Forte Tablets, p 978
♦Palmiron Tablets, p 978
♦Palmiron-C Tablets, p 978
Palocarp
Palocillin-5 Tablets
Palocillin-S Suspension
♦Palohist Capsules, p 978
♦Palohist Mild Capsules, p 978
Palohist Liquid
Palomad Tablets
Palonyl Tablets
Palsorb Emulsion
Paltet Capsules
Paltet Syrup
Prednigesic Capsules
ProReNata Tablets
ProReNata w/Codeine ¼ & ½ Tablets
Spantran
Spasmasorb Tablets

### PALMEDICO'S OAK RIDGE PRODUCTS

AmORdex Capsules
A.N.R. #1 (formerly Infant)
A.N.R. #2 (formerly Child)
ApORvite Liquid
DilORbron Capsules
FevOR Elixir
HistOR-D Tablets
HistOR-D Syrup
NORchrome Chew-Tabs
PriORbarb Capsules
SpasmOR Capsules
UORsul Capsules
VitORmains
VitORmelts-F
VitORsperse
VitORsperse-F

## PAN AMERICAN PRODUCTS

*(See White Section, page 979)*

*Pan American Laboratories, Inc.*
*P.O. Box 8068*
*New Orleans, La. 70122*

Palgesic Capsules
Palgesic Tablets
Pam B-12, 1000 Injection
Pamcillin Suspension
Pamcillin Tablets
Pan B Plex Injection
Pan D Plex Injection
Pancort Injection
Pan K Elixir
Pan OB Tablets
Panabarb Elixir
Panabarb Tablets
Panazyme Injection

*(♦ Shown in Product Identification Section)*

## 170                Alphabetical Index by Manufacturer

Calferbee Tablets
Calferbee Tablets NB
Camirol
Celnol
Cephalgesic Capsules
Choleo-Caps
Combogenic
Cryoextractor, SMP Cataract
Deconamine Capsules, p 1228
Deconamine Elixir, p 1228
Deconamine Tablets, p 1228
Dermasulf Creme, p 1229
Dermasulf Solution, p 1229
Dissol Ophthalmic
Duogen Suspension
E-Pilo Ophthalmic, p 1229
Erucyte
Eserine Sulfate ¼% Ophthalmic Ointment
Estrusol
Fentropine Butabarbital Tablets
Fentropine Tablets
Fluorescein Sodium Solution 10%
Gadoment Ointment
Globotrin
Glyrol
Hemo Vitol Tablets
Homatropine Hydrobromide Ophthalmic
  Solution
Hormestrin 2 mg.
Hydrocortisone Acetate Ophthalmic
  Ointment
Inflamase ¼% Ophthalmic Solution,
  p 1229
Inflamase Forte Ophthalmic Solution,
  p 1229
Kondremul, p 1230
Kondremul w/Cascara, p 1230
Kondremul w/Phenolphthalein, p 1230
Kos-House Otic Cream Pak
Lipoflavonoid
Lipozriad Liquid & Capsules
Litwelfo
Miochol, p 1230
Multivitamins
Nasocon Nasal Spray
Neo-Kondremul
Neomycin Sulfate with Hydrocortisone
  Acetate Ophthalmic Ointment
Neo-Sedaphen
Neo-Slowten
Neo-Vitwel
Nepto Lotion
Panogen Liquid, Tablets
Parbexin
Parbexin-S
Passi-Barb
Phenylephrine Hydrochloride 10%
  Ophthalmic Solution
Pilocar Ophthalmic Solutions, p 1230
Pilocar Ophthalmic Ointment
Postopack No. 2
Pradase
Profenil Phenobarbital
Profenil Tablets
Pyocidin HC Ophthalmic Ointment
Pyocidin HC Otic Drops, p 1230
Quadra-Sed
Quimotrase Ophthalmic
Rosenvold Disposable Eye Shield
Sedaphen
Slowten Tablets
Solvilith
Somnafac, p 1231
Somnafac Fourte Capsules, p 1231
Stimula Ointment
Sulf-10 Ophthalmic Ointment
Sulf-30 Ophthalmic
Sulfathiazole Opthalmic Ointment
Tempotriad Liquid & Tablets
Tetracaine ½% Ophthalmic Ointment
Tetradene Tablets & Elixir
Tolagesic
Trulase
Trylagel Cream
Vasocidin Ophthalmic Solution, p 1231
Vasocidin Ophthalmic Ointment
Vasocon Regular Ophthalmic, p 1231
Vasocon-A Ophthalmic, p 1232
Vasopred Ophthalmic Suspension
Vasosulf Ophthalmic
Vicalmin
Vitamin A & D Ophthalmic Ointment
Vitron

Vitron-C Tablets, p 1232
Vitron-C-Plus, p 1232
Vi-Twel Cyanocobalamin Injection

**SOUTHERN PHARMACEUTICAL PRODUCTS**

(See White Section, page 1232)

*Southern Pharmaceutical Company, Inc.*
*P.O. Box 13858, University Station*
*Gainesville, Florida 32601*

Ade Tablets & Syrup
Becyte Capsules
Bron-Sed Elixir
Budon Tablets & Elixir
Cyte Tablets
Dex-Tend Tablets
Dynsed Tablets
Hyp-Sen Capsules & Syrup
So-Banic Tablets, p 1232
So-Cort Cream
Somide Tablets & Suspension
So-Otic Drops
Sopen-V Tablets
Sorbi-Cyte Forte Syrup
So-Tab Tablets
So-Topic Cream
Tet Capsules
Vi-Citrimin Tablets
Zolacin Tablets

**SPENCER-MEAD PRODUCTS**

(See White Section, page 1232)

*Spencer-Mead, Inc.*
*Division, Barth-Spencer Corp.*
*270 West Merrick Road*
*Valley Stream, N. Y. 11582*

ACTH
Amphetamine Sulfate
Aspirin
Chlorpheniramine Maleate
Chorionic Gonadotropin
Cortisone
Dextro Amphetamine Sulfate
Estrogens, Conjugated and Natural
Hydrocortisone
Liver Injectables
Meprobamate
Obesa-Mead, p 1232
Penicillin G
Penicillin V
Phenobarbital
Prednisolone
Prednisone
Rauwolfia Serpentina
Reserpine
Sulfisoxazole
Testosterone
Tetracycline HCl
Thyroid
Vitamin B Complex Injectables
Vitamin B$_{12}$

**SQUIBB PRODUCTS**

(See White Section, pages 1233-1316)

*Squibb & Sons, E. R.*
*909 Third Avenue*
*New York, N. Y. 10022 ·*

A Vitamin Synthetic Capsules
♦Amnestrogen Tablets, p 1234
Anti-Hemophilus Influenzae Type b Serum,
  p 1234
Ascorbic Acid Tablets
Cardiografin, p 1235
Cholografin Meglumine, p 1236
Cholografin Sodium, p 1237
Crysticillin 300 A. S. + 600 A. S., p 1234
Crystifor 400, p 1239
Deladumone, p 1239
Deladumone OB, p 1241
Delatutin, p 1241
Delatestryl, p 1242
Delestrogen, p 1243
Deluteval 2X, p 1244
Diagnex Blue, p 1245
Digitoxin Tablets, p 1246
Dumogran Tablets

Dumone Tablets, p 1246
♦Engran Tablets, p 1247
♦Engran-HP Tablets, p 1247
Ether for Anesthesia
Feramel Tablets, p 1247
Florinef Acetate Tablets, p 1248
Florinef-S Ophthalmic Ointment,
  Suspension, p 1248
Florotic for Otic Suspension, p 1249
Follutein, p 1249
Fungizone Cream, Lotion, Ointment,
  p 1250
Fungizone Intravenous, p 1251
Fungizone for Tissue Culture, p 1252
Gastrografin, p 1253
Gestest Tablets, p 1254
Hydrea, p 1254
Insulin
Insulin-Globin Zinc Insulin
Insulin-Isophane Insulin (NPH)
Insulin-Protamine Zinc Insulin
Ipral Calcium Tablets
♦Kenacort Tablets, p 1256
Kenacort Diacetate Syrup, p 1256
Kenalog Cream, Lotin, Ointment, Spray,
  p 1258
Kenalog in Orabase, p 1261
Kenalog Parenteral, p 1259
Kenalog-IM, p 1259
Kenalog-S Cream, Lotion, Ointment,
  p 1263
Kenalog-S Nasal Spray, p 1264
Kenalog-S Ophthalmic Ointment
Liafon Capsules, p 1265
Lygranum S. T., p 1265
Medotopes, p 1266
  A-C-D Solution Modified
  Albumotope I 131 (Diagnostic Injection
  Albumotope I 125 (Diagnostic Injection
  Albumotope-II
  Albumotope-LS
  Aureotope (Colloidal Suspension)
  Chlormerodrin Hg 197 (Injection)
  Chlormerodrin Hg 203 (Injection)
  Chromalbin (Diagnostic Injection)
  Chromitope Sodium (Diagnostic
    Injection)
  Chromophosphote (Therapeutic
    Injection)
  Cobatope-57 Reference Standard Solutio
  Cobatope-60 Reference Standard Solutio
  Ferrutope (Injection)
  Hipputope I 131 (Diagnostic Injection)
  Hipputope I 125 (Diagnostic Injection)
  Iodotope Diagnostic Capsules (I 131)
  Iodotope Diagnostic Injection (I 131)
  Iodotope I 125 (Diagnostic Injection)
  Iodotope Diagnostic Oral Solution
    (I 131)
  Iodotope I 125 Diagnostic Oral Solution
  Iodotope Therapeutic Capsules (I 131)
  Iodotope Therapeutic Injection (I 131)
  Iodotope Therapeutic Oral Solution
    (I 131)
  Oleotope Diagnostic Capsules (I 125)
  PBI Resikit
  PBI Resikit Calibrated Test Tubes
    w/Cap
  Phosphotope Oral Therapeutic Solution
  Phosphotope Injection
  Robengatope Diagnostic Injection
  Rubratope-57 Diagnostic Capsules
  Rubratope-57 Diagnostic Oral Solution
  Rubratope-57 Diagnostic Injection
  Rubratope-57 Diagnostic Kit
  Rubratope-60 Diagnostic Capsules
  Rubratope-60 Diagnostic Oral Solution
  Rubratope-60 Diagnostic Kit
  Sethotope
  Strotope
  Technetope II Sterile Generator
  Tesuloid Kit
  Tresitope Diagnostic Kit
  Tri-Thyrotope Solution
  Triolcotope Diagnostic Capsules
Mycolog Cream, Ointment, p 1266
♦Myconef Ointment, p 1267
Mycostatin Cream, Ointment, p 1267 ·
Mycostatin Powder (for laboratory use)
Mycostatin Topical Powder, p 1267
Mycostatin for Suspension, p 1268
♦Mycostatin Oral Tablets, p 1268

(♦ Shown in Product Identification Section)

## Alphabetical Index by Manufacturer

◆Mycostatin Vaginal Tablets, p 1268
Mystecilin-F Capsules, p 1268
◆Mystecilin-F '125' Capsules, p 1268
Mystecilin-F Pediatric Drops, p 1268
Mystecilin-F Syrup, p 1268
◆Naturetin Tablets, p 1270
Naturetin E K Tablets, p 1271
Neo-Amniotin, p 1272
Neomycin Sulfate Sterile Powder, Tablets, p 1273
Niacin Tablets
Nitrazine Paper
◆Noctec Capsules, p 1274
Noctec Syrup, p 1274
Novo-Basic Tablets
Novogran Tablets, p 1275
Nydrazid Injection, Tablets, Syrup, p 1275
Ophthaine Solution, p 1276
Orabase Emolient, p 1277
Oragrafin Calcium Granules, p 1277
◆Oragrafin Sodium Capsules, p 1277
Orahesive Intraoral Bandage
Orahesive Powder
Ora-Testryl Tablets, p 1278
Penicillin G Potassium for Injection (Buffered), p 1278
Penicillin G Procaine, Sterile, w/Aluminum Stearate Suspension, p 1279
Penicillin G Sodium for Injection (Buffered), p 1280
Pentids for Syrup, p 1281
◆Pentids Tablets, p 1281
◆Pentids '400' Capsules, p 1281
Pentids '400' for Syrup, p 1281
◆Pentids '400' Tablets, p 1281
◆Pentids '800' Tablets, p 1281
◆Pentids-P 300 A.S. & 600 A.S., p 1282
◆Principen '250' Capsules, p 1283
◆Principen '500' Capsules, p 1283
Principen '125' for Oral Suspension, p 1283
Principen '250' for Oral Suspension, p 1283
◆Principen/N, p 1284
Prolixin Injection, p 1285
Prolixin Enanthate, p 1285
◆Prolixin Tablets & Elixir, p 1286
◆Pronestyl Capsules, p 1289
Pronestyl Injection, p 1289
Pyridoxine Hydrochloride Tablets (Vitamin B₆)
Quinolor Compound Ointment
◆Raudixin Tablets, p 1290
Rau-sed Tablets, p 1291
◆Rautrax Tablets, p 1292
Rautrax-N Tablets, p 1293
Rautrax-N Modified Tablets, p 1293
Rauzide Tablets, p 1294
Renografin-30, p 1296
Renografin-60, p 1296
Renografin-76, p 1296
Renovist, p 1300
Retrografin, p 1301
Rezifilm
Rezipas, p 1302
Rubraferate Capsules, p 1302
Rubrafolin Capsules, p 1303
Rubragran Capsules, p 1303
Rubramin Capsules
Rubramin PC, p 1303
Rubraton Elixir
Rulivan
Serenium Tablets
Sinografin, p 1304
Special Formula Vitamin Capsules
Staphylococcus Toxoid and Bacterial Antigen Made from Staphylococci Combined (Staphylococcus Ambotoxoid)
Steclin Capsules, p 1304
Steclin Intramuscular, p 1306
Steclin Intravenous, p 1307
Stilbetin Tablets
Sucostrin for Infusion, p 1308
Sucostrin Injection, p 1308
Sucostrin High Potency, p 1308
◆Sumycin Capsules, p 1309
Sumycin Syrup, p 1309
Terfonyl Suspension, p 1310
Terfonyl Tablets, p 1310
Teslac, p 1312
Theragran Liquid, p 1314

◆Theragran Tablets, p 1314
◆Theragran Hematinic Tablets, p 1314
◆Theragran Junior Capsules, p 1314
◆Theragran-M Tablets, p 1314
Theratuss Tablets
Thiamine Hydrochloride Injection, Tablets
Tocopherex Capsules, High Potency Capsules
Tolseram Suspension, Tablets
Tolserol Elixir & Tablets
Trigesic Tablets
Tubocurarine Chloride Injection
Vesprin Injection, p 1315
Vesprin High Potency Suspension, p 1315
◆Vesprin Tablets, p 1315

**STIEFEL PRODUCTS**

*(See White Section, page 1316)*

Stiefel Laboratories, Inc.
Oak Hill, N.Y. 12460

Acne-Aid Cream
Acne-Aid Detergent Soap, p 1316
Acne Aid Lotion
Acne-Aid Shampoo
Benoxyl Lotion, p 1316
Brasivol Base, p 1316
Brasivol Fine, p 1316
Brasivol Medium, p 1316
Brasivol Rough, p 1316
Ichtho-Cort Cream
Ichtho-Cort Ointment
Ichthyol Concentrate (100%)
Ichthyol Ointment, 10%
Maizette
Oilatum Cream
Oilatum Soap, p 1316
Polytar Bath
Polytar Shampoo
Polytar Soap
Salicylic Acid Soap, 3½%
Salicylic Acid & Sulfur Soap, 3% & 10%
SAStid [AL]
SAStid (Plain)
Sulfur Soap 10%
ZeaSORB Medicated Powder, p 1316

**STRASENBURGH PRODUCTS**

*(See White Section, pages 1316-1318)*

Strasenburgh
Division Pennwalt Corporation
755 Jefferson Road
Rochester, N.Y. 14623

Acogesic
Akalon-T '5'
Akalon-T '10'
Bifran
Biphetacel
◆Biphetamine '7½', p 1316
◆Biphetamine '12½', p 1316
◆Biphetamine '20', p 1316
◆Biphetamine-T '12½', p 1316
◆Biphetamine-T '20', p 1316
Caldecort, p 1317
Caprylium (Compound) Vaginal Creme
◆Cholan-DH
◆Cholan-HMB, p 1317
◆Cholan-V
Dimethacol, p 1317
Efrocine
Emul-O-Balm
◆Ionamin '15', p 1317
◆Ionamin '30', p 1317
Lusyn
Malcotran Tablets
Malcotran w/Phenobarbital Tablets
Maxitate w/Phenobarbital 15 mg.
Maxitate w/Rauwolfia Compound
Metropectin
Metropine Tablets
Metropine w/Phenobarbital
Nesacaine, p 1317
Nesacaine-CE
Omni-Tuss Suspension, p 1318
Orprine Elixir
Raphetamine 1%
Strasco Magna Vitamin w/B₁₂ Tablets

Strascogesic
Tussionex Suspension, p 1318
Tussionex Tablets, p 1318

**STUART PRODUCTS**

*(See White Section, pages 1319-1324)*

STUART Pharmaceuticals,
Pasadena, California 91109,
Division of Atlas Chemical Industries, Inc.
Wilmington, Delaware 19898

◆Amvicel, p 1319
◆Amvicel-X(10), p 1319
◆Amvicel-X(15), p 1319
◆Bucladin, p 1319
Cari-Tab, p 1319
◆Dialose, p 1319
◆Dialose Plus, p 1320
◆Effergel, p 1320
Effersyl, p 1320
◆Effersyllium, p 1320
◆Ferancee, p 1320
Mucoplex, p 1320
◆Mulvidren, p 1320
◆Mulvidren Junior, p 1321
◆Mulvidren-F, p 1321
◆Mylanta (Liquid & Tablets), p 1321
◆Mylicon (Tablets & Drops), p 1321
Neotinic, p 1321
Normacid, p 1321
◆Orexin, p 1321
◆Probec, p 1322
◆Probec-T, p 1322
Prolaire
Prolaire-B
◆Sorbitrate Oral, p 1322
◆Sorbitrate w/Phenobarbital Oral, p 1322
◆Sorbitrate Sublingual, p 1322
Stuart Amino Acids (Soluble beads & tablets w/B₁₂, p 1223
Stuart CMC Capsules
◆Stuart Formula Liquid, p 1323
◆Stuart Formula (tablets), p 1323
Stuart Hematinic Fortified
Stuart Hematinic Liquid, p 1323
Stuart Hematinic Tablets, p 1323
Stuart Prenatal, p 1323
◆Stuart Prenatal w/Folic Acid, p 1324
Stuart Therapeutic Multivitamin, p 1324
Stuart V-C-M Tablets
◆Stuartinic, p 1324
◆Suladyne, p 1324
Theron Liquid, p 1324
Theron Tablets, p 1324

**SUTLIFF & CASE PRODUCTS**

*(See White Section, page 1324)*

Sutliff & Case Co., Inc.
201 Spring Street (P.O. Box 838)
Peoria, Illinois 61601

Aminabel Tablets Chewable
Asco Solu Caps
Asco Tablets
B-K-P Mixture
B-K-Z Tablets, Chewable
Bar-Cy-Amine Elixir
Bar-Cy-A Tablets
Bihistol Tablets
Bronchohist Syrup
Bufazo Solu Caps
Butadine Solu Caps
Butatrax Solu Caps, p 1324
Calsarbain Tablets
Cetyben Troches
Chera Sulfa Suspension
Chera Sultabs Tablets
Chew-Tinic Tablets
Cohema Tablets
Colicell Tablets
Corparex Meta-Kaps
Corparid Solu Caps
Di-Factor Tablets
Dry-Hist Meta-Kaps
Guaiamine Solu Caps
Laudacin Liquid
Liv-Fer-B Liquid



*(◆ Shown in Product Identification Section)*

**171**

249
ent,
1252

Spray,

nt,

jection)
jection)

)
)
)

Solution
Solution

ction)
ction)
31)
31)
on)

ution
131)
131)
on

5)

ution

tion

tion

tion

e)

# 174

## Alphabetical Index by Manufacturer

DUO-C.V.P. w/Vitamin K Capsules, p 1339
Enivan Tablets & Injectable, p 1340
♦Histaspan Capsules, p 1341
♦Histaspan-D Capsules, p 1341
♦Histaspan-Plus Capsules, p 1341
M.V.I. (Multi-Vitamin Infusion), p 1342
Methischol Capsules, p 1342
♦Nitrospan Capsules, p 1342
Panthoderm Cream, p 1342
Pantho-F 1% Cream, p 1342
Pantho-F 0.2% Cream, p 1342
Vaponefrin Metermatic, p 1342
Vaponefrin Solution and Nebulizer, p 1342
Vapo-N-Iso Metermatic, p 1343
Vapo-N-Iso Solution, p 1343
Vi-Aqua Capsules, p 1343
Vi-Aqua Therapeutic Capsules, p 1343
Vi-Aquamin Capsules, p 1343
Vi-Aquamin Therapeutic Capsules, p 1343
Vi-Syneral (Adults)
Vi-Syneral Chewable Tablets, p 1343
Vi-Syneral Injectable, p 1343
Vi-Syneral One-Caps, p 1344
Vi-Syneral Vitamin Drops, p 1344

**ULMER PRODUCTS**

*(See White Section, pages 1344-1347)*

*Ulmer Pharmacal Co.*
*(Division of Physicians & Hospitals*
*Supply Co.)*
*1400 Harmon Place*
*Minneapolis, Minn. 55403*

Alprine BiTabs, p 1344
Aminophylline Tablets
And-Est Injectable, p 1344
Andoin Ointment
As-Ca-Phen Capsules & Tablets
Ascorbic Acid Tablets
Aspirin Tablets
Astringent Mouthwash
Atropine Sulfate Injection
Ben-Caine B-B Ointment
Bi-O-Kal
Bi-Phene
C Tabs
Calcium Gluconate Injection
Cal-Zo Ointment
Chloral Methylol Ointment
Cledonal
Cobalin Injection
Co-Ferrin Hy-B Injectable
Co-Gel Tablets & Liquid, p 1344
Co-Lu-Gel Liquid
Co-Lu-Gel M-T
Col-Vi-Nol Ointment
Cortisone Acetate Injection
Creodol
Da-Li-Kaps
Decongestcaps
Dextro-Tussin, p 1345
Di-Ferrin Injectable
Digitoxin Tablets
En-Chlor
Gentle Shampoo
Giasol
Hemaliquid
Hematinic Plain Capsules
Hematovals (New), p 1345
Hiscaspray
Hiscatabs
Hospi-Lotion
Hydrocortisone Acetate Injection
Hydroxy Bis
Hyluget Plus
JV Vitamins
Kler-ro
L.F.B. 12 Injectable
L.F.B. 12-100 Injectable
Liquid Kler-ro
Liver Injection
Lobana Lotion
Lypho-Bex-C Injectable
Milk of Magnesia
Mineral Oil
Minnehaha Soap
Narone, Tablets & Injectable, p 1345
Nudox
P-B-Sal-C, p 1345
P-B-Sal-C with Colchicine, p 1345

P-B-Sal-C with Esoprine, p 1345
P-B-Sal-C with Prednisolone, p 1345
P-B-Sal-C Sodium Free, p 1345
Pentazyme, p 1346
Pentobarbital Sodium
Pepto-Ferrin Injectable
Pheneen Sanitizer
Pheneen Solution
Pheneen Solution N.R.I.
Pheneen Tincture
Phenobarbital Tablets
Picro-Benzyl Ointment
Prednisone Tablets
Prestogen Injectable
Progesterone in Oil Injectable
Progesterone Suspension Injectable
Prozyme Injectable
Pyridoxine HCl Injectable
Qualico Antiseptic Soap
Quinine & Urea HCl Injectable
Sal-Su-Tar Ointment
Secobarbital Sodium
Sodium Morrhuate Injectable
Sterotate Injectable
Stimdex
Sulfathiazole Cream 5%
Super Ulex Injectable
Surgel Liquid
Surgel Lubricant
Ta-Poff
Ta-Poff Aerosol
Tergesten Injectable
Theolixir, p 1346
Thiamine HCl Injectable
Thyroid Tablets
Tokols
Trisert Tablets & Powder, p 1346
Ulcort Ointment
Ulcortar Ointment, p 1346
Ulex Capsules & Injectable
Ulgestin Injectable
Ultar Ointment
Ultracaine Injectable
Ultrogen Injectable
Ultrogen D.A. Injectable
Ultrogen Tablets
Ulvical, p 1347
Ulvical Plus, p 1347
Vasospan, p 1347
Velvetia Cream
Venibar Tablets
Vieminckx' Solution
Vitamin A & D Ointment
Vitamin B₁₂ Crystalline Injectable—
30 mcg., 120 mcg., 1000 mcg.
Wheat Germ Oil Capsules
Zinc Oxide Ointment
Zirium Lotion

**UNIMED PRODUCTS**

*(See White Section, pages 1347-1348)*

*Unimed, Inc.*
*Morristown, N.J. 07960*

Algic, p 1347
Algic-S.A., p 1347
Ephoxamine Pediatric Syrup, p 1347
Ephoxamine Tablets, p 1347
Onycho-Phytex, p 1347
Phytex
SERC, p 1348

**UPJOHN PRODUCTS**

*(See White Section, pages 1348-1406)*

*Upjohn Company, The*
*Kalamazoo, Mich. 49001*

Acetonyl Granular Effervescent Salt
Adeflor B, Drops, p 1349
♦Adeflor Chewable, p 1348
Adeflor Drops, p 1349
♦Adeflor M, p 1349
Adrenal Cortex Extract
Albamycin Capsules, p 1349
Albamycin Mix-O-Vial, p 1349
Albamycin Syrup, p 1349
Alkets Tablets
Alphadrol Tablets

Anachloric A Tablets
Ascorbic Acid Sterile Solutions
Ascorbic Acid Tablets
Aspirin Tablets
Bacigent Ointment
Bacigent Ophthalmic Ointment
Bacitracin, Sterile
Belladonna, Tincture
Berubigen Crystalline, Sterile Solution
Biosulfa
Calcium Chloride Sterile Solution
Calcium Gluconate Flavored Wafer
Calcium Gluconate Sterile Solution
Calcium Lactate, Tablets
Camollient Cream
Cardrase Tablets
Caripeptic Liquid
Casakol, Capsules & Syrup
Casylium
Cebefortis
Cebenase
Cebetinic
Cer-O-Cillin Sodium Sterile
Cer-O-Strep, One-half, One, Sterile
Cheracol Capsules
Cheracol D, Cough Syrup
Cheracol Syrup
Cidicol Syrup
Citrasulfas (Improved)
Citrocarbonate, G.E.S.
Clocream
Cold Cream
Comycin, Capsules
Comycin-Half-strength Capsules
Cordex, Tablets
Cordex, Buffered, Tablets
Cordex-Forte Tablets
Cordex-Forte (Buffered) Tablets
Cortalex Tablets
Cortef Acetate Ointment, p 1356
Cortef Acetate Sterile Injectable
Suspension
Cortef, Sterile Aqueous Suspension
Cortef, Sterile Solution
Cortef, Tablets & Fluid, p 1350
Cortisone Acetate, Sterile Aqueous
Suspension, p 1350
Cortisone Acetate, Tablets, p 1350
Cryobeta
Cyclogesterin, Sterile Aqueous Suspension
Cyclogesterin, 2½X, Sterile Solution
Cyclogesterin, Tablets
♦Cytran, Tablets
Delta-Cortef, Tablets, p 1358
♦Deltasone, Tablets, p 1358
Depo-ACTH, Sterile Solution
Depo-Cer-O-Cillin
Depo-Estradiol Cypionate, p 1372
Depo-Heparin Solution, p 1373
Depo-Medrol, p 1367
Depo-Penicillin, Fortified, Sterile
Suspension
Depo-Provera Sterile Aqueous Suspension,
p 1374
Depo-Testadiol, Sterile Solution, p 1376
Depo-Testosterone Cypionate, p 1377
♦Didrex Tablets, p 1378
Diethylstilbestrol Perles
Digitora Tablets, p 1379
Digitoxin Tablets
Diostate D Tablets
Dipaxin Tablets
Diurnal-Penicillin, Readimixed
Emeracol
E-Mycin Tablets, p 1379
Epinephricaine Ointment
Ergobene Ointment
Erythromycin Tablets, p 1379
F-Cortef Acetate Ointments
Ferritrinsic Tablets, p 1380
Ferrous Sulfate, Tablets
Foot Powder Medicated
Gelfilm, Ophthalmic Sterile
Gelfoam Absorbable Sponge, p 1380
Gelfoam, Compressed, p 1380
Gelfoam Dental Pack, p 1380
Gelfoam Pack, p 1380
Gelfoam Powder (Non-Sterile), p 1381
Gelfoam Powder (Sterile), p 1381
Gelfoam Prostatectomy Cones, p 1380
Geltabs Vitamin D 50,000 Units
Gerizyme

(♦ Shown in Product Identification Section)

## Alphabetical Index by Manufacturer    175

Halodrin, Tablets, p 1382
Halostestin Tablets, p 1383
♦Heparin Sodium, Sterile Solution, p 1373
Hydriodic Acid (Upjohn) Syrup
Hydrionic Capsules
Hydrolose Fortified, Syrup
Hydrolose, Plain Syrup
Imbicoll w/Cascara
Imbicoll w/Vitamin B₁
Intrinase Tablets
Iodized Lime, Tablets
Kao-Con
Kaomycin, p 1384
Kaopectate, p 1384
Levanil
♦Lincocin, Capsules, p 1385
♦Lincocin Pediatric, Capsules, p 1385
Lincocin Pediatric Drops, p 1385
Lincocin, Sterile Solutions, p 1385
Lincocin Syrup, p 1385
Lipo-Adrenal Cortex, p 1386
Lipomul-Oral
Liprotein, Powder
Liver Injection, Sterile Solution
Malcogel
Malcotabs
♦Maolate, p 1386
Medadent Tablets
♦Medaprin Tablets, p 1364
Medicated Foot Powder
Medrol Enpak, p 1367
♦Medrol Medulea, p 1361
♦Medrol Tablets, p 1361
Medrol, 4 mg., Dosepak, p 1363
Medrol Acetate Topical, p 1370
Medrol w/Orthoxine Tablets
Meloxine Tablets
Mercresin Tincture
Methadone Hydrochloride, Sterile Solution
Minacap Capsules
Mycifradin Oral Solution, p 1387
Mycifradin Sulfate Powder, Topical, p 1389
Mycifradin Sulfate, Sterile Powder, p 1389
Mycifradin Sulfate, Tablets, p 1387
Myciguent Cream & Ointment
Myciguent Ophthalmic Ointment
Myeitracin Ointment
Mycitracin Ophthalmic Ointment
Myringacaine
Neo-Cortef, Cream, p 1356
Neo-Cortef Eye-Ear Drops, p 1357
Neo-Cortef, Eye-Ear Ointment, p 1357
Neo-Cortef, Lotion
Neo-Cortef, Nasal Spray
Neo-Cortef, Ointment, p 1356
Neo-Cortef Sterile Injectable Suspension
Neo-Delta-Cortef, Eye-Ear Drops, p 1360
Neo-Delta-Cortef, Eye-Ear Ointments, p 1360
Neo-Delta-Cortef, Lotion
Neo-Delta-Cortef, Nasal Spray
Neo-Delta-Cortef, Ointment, p 1360
Neo-Deltef Eye Drops
Neo-Medrol Acetate Topical, p 1370
Neo-Medrol, Eye-Ear Ointment, p 1371
Neo-Oxylone, p 1372
Neosone Ophthalmic Ointment, p 1357
Niacin, Tablets
Nicolexin
Optef, Eye Drops, p 1358
Oral Pentracresol
Orinase, Diagnostic
♦Orinase, Tablets, p 1370
Orthoxicol, Syrup
Orthoxine Hydrochloride, Tablets & Syrup
Orthoxine & Aminophylline Capsules
Oxylone Cream, p 1372
P.A.C. Compound, Capsules-or Tablets
P.A.C. Compound w/Codeine, Capsules or Tablets
P.A.C. Compound w/Cyclopal, Tablets
P.A.D. Tablets
Pamine Bromide, Sterile Solution, p 1392
Pamine, Sterile Solution
♦Pamine 2.5 mg. Compressed Tablets, p 1392
Pamine PB Drops, p 1393
♦Pamine PB Elixir
♦Pamine PB, Tablets, p 1392
♦Pamine PB, Half-strength, Tablets, p 1392

Panalba Capsules
Panalba Half Strength, Capsules
Panalba KM Drops
Panalba KM Flavored Granules
Panmycin Aquadrops, p 1394
Panmycin, 100 mg., for Aqueous Injection, p 1395
Panmycin, Capsules, 250 mg., p 1394
Panmycin (Intravenous), Sterile, 250 mg. & 500 mg., p 1395
Panmycin Syrup, Aqueous Suspension, p 1394
Panmycin KM Syrup, Aqueous Suspension, p 1394
Paregoric, U.S.P., Tincture
Penicillin G Sodium, Sterile
Penicillin-Streptomycin, Sterile Aqueous Suspension
Pentacresol Instrument Disinfecting Solution
Phenobarbital, Elixir & Tablets
Phenobarbital & Belladonna Tablets
Phenolax Wafers
Polykol Capsules & Drops
Progesterone, Sterile Aqueous Suspension & Sterile Solution
Protamine Sulfate
Protef Suppositories
♦Provera, p 1396
Provera Testpac, p 1396
♦Provest, p 1399
Pyrroxate Capsules & Tablets
Pyrroxate w/Codeine Phosphate
Reserpoid, Elixir & Tablets
Salicionyl, G.E.S.
Salicresin Fluid
♦Sigtab, Tablets, p 1402
Sodium Aminosalicylate, Tablets
Sodium Chloride, Sterile Solution
Sodium Salicylate & Iodine w/Colchicine No. 1, Sterile Solution
Solu-B, 5X, Sterile
♦Solu-B Mix-O-Vial, p 1402
Solu-B Sterile, p 1402
Solu-B w/Ascorbic Acid Sterile, Mix-O-Vial, p 1402
Solu-B-Forte, Mix-O-Vial, p 1402
♦Solu-Cortef, Sterile & Mix-O-Vial Sterile Powder, p 1354
Solu-Medrol, Mix-O-Vial, p 1368
Solu-Medrol Emergency Kit, p 1368
Solu-Zyme, Sterile & Mix-O-Vial
Solu-Zyme w/Ascorbic Acid, Sterile
Somagen Granules & Powder
Sugracillin Flavored Granules, p 1403
Sulfadiazine Tablets
Sulfa-Sugracillin 125 M
Sulfa-Sugracillin 250 M, Fortified, p 1403
Super A Vitamin Capsules
Super D Cod Liver Oil
Super D Perles
Syrasulfas, Syrup
T. H. & M. Cough Syrup
Tanicaine Ointment, Suppositories
Terpin Hydrate & Codeine, Elixir
Testosterone, Propionate, Sterile Solution
Testosterone, Sterile Aqueous Suspension
Theobromine-Phenobarbital Compound
Theobromine-Phenobarbital (Plain) Tablets
Thera-Zymacap Capsules
Three Sulfonamides, Tablets
Thrombin Sterile Powder
Thyroid Tablets
♦Tolinase, p 1404
d-Tubocurarine, Sterile Solution
Unicap Capsules
Unicap Chewable
Unicap M
Unicap Senior
Unicap Therapeutic
Unicap Vitamins, Capsules
Uracil Mustard Capsules
Urestrin Capsules & Elixir
Urestrin, Sterile Solutions
Urestrin-Aqueous, Sterile Suspension
Vitamin D Geltabs
Vitamin E Capsules
Vitikon Syrup
Water for Injection w/Benzyl Alcohol, Sterile
Zinc Sulfide Lotion, Improved

Zymabasic Drops
Zymacap Capsules
Zymadrops
Zymafolic Capsules
Zymalixir
Zymasyrup
Zymatinic Drops

**VALE PRODUCTS**

*(See White Section, page 1406)*

*Vale Chemicals Co., Inc., The*
*1201 Liberty St.*
*Allentown, Pa. 18105*

Acedoval Tablets
Acedyne Tablets
Aluminum Hydroxide Gel, Tablets
Aminophyllin Tablets
Ammonium Chloride Tablets
Analval Capsules
Antrin Tablets
Antnasal Syrup
Ascorbic Acid Tablets
Asmacol Tablets
Atrohyl Tablets
Barbeloid Tablets
Belexal Tablets & Syrup
Biothesin Tablets
Bismakaolin Mixture
Bismapec Tablets
B-Tropic Capsules
Butalix
Calcium Gluconate Tablets
Calfos-D Tablets
Coraval Improved Tablets
Dermaval Cream
Dex-Cobar Tablets
Dexoval Hydrochloride Tablets
Diamerco Tablets
Diethylstilbestrol Tablets
Diettes Tablets
Digitoxin Tablets
Digoxin Tablets
Diofed Syrup
Duphrene Syrup & Tablets
Ephedrine & Sodium Phenobarbital Tablets
Extract of Ox Bile Tablets
Ferate-C Tablets
Glucovite Tablets
Glycotuss Syrup & Tablets, p 1406
Glycotuss-dM Syrup & Tablets
Guiosan Syrup
Hydra-Mag Tablets
Ironco-B Tablets
Isalux Tablets
Leptinol Tablets, p 1406
Magmalin Tablets & Suspension
Mandex Tablets
Mamniphen Tablets
Methenamine & Acid Sodium Phosphate Tablets
Neocet Tablets
Neogesic Tablets
Neo-Tab Tablets
Nevrotose Capsutabs
Niacin Tablets
Nisaval Tablets
Nitrin Tablets
Nyral Lozenges
Obeval Tablets
Oxynitral w/Veratrum Viride Tablets
Pedric Elixir & Tablets
Pedric Senior Tablets
Phenobarbital Tablets
Phenobarbital & Atropine Tablets
Pipelate Tablets & Syrup
Potassium Iodide Tablets
Quadsul Tablets
Rauprote Tablets
Rauval Tablets
Rhinogesic Tablets
Rhinogesic-GG Tablets
Riboflavin Tablets
Salpacine Tablets
Serpate Tablets
Sodium Salicylate Tablets
Soothogel Cream
Synthetar Cream
Taurophyllin Tablets
Taystron Tablets

(♦ Shown in Product Identification Section)

Sinahist Cough Syrup
Sinaphen Capsules
Teon Time Caps No. 1
Teon Time Caps No. 2
Trinade Time Caps
Viaten Tablets

**WINTHROP PRODUCTS**

*(See White Section, pages 1448-1484)*

*Winthrop Laboratories*
*90 Park Avenue*
*New York, N. Y. 10016*

Acidol-Pepsin Capsules
Alvodine Injection & Tablets
Anti-Rust Tablets & Powder
   (see Zephiran), p 1484
A.P.C. w/Demerol, p 1452
Aralen HCl Injection, p 1448
◆Aralen Phosphate Tablets, p 1448
Aralen Phosphate w/Primaquine
   Phosphate, p 1448
Atabrine HCl Powder for Injection
Atabrine HCl Tablets
Biosynephrine Nasal Spray
Carbocaine HCl Injection, p 1450
Creamalin Tablets & Liquid
Demerol HCl Elixir, p 1452
Demerol HCl Injection, p 1452
Demerol HCl Powder, p 1452
◆Demerol HCl Tablets, p 1452
Demerol HCl w/Scopolamine, p 1452
Demerol Disposable Syringes, p 1452
Dextrose Injection
Diodrast 35% Injection
Drisdol 50,000 Unit Capsules
Drisdol in Propylene Glycol
Ephedrine w/Novocaine Injection
Eye-Mo
Franol Tablets
Fuadin Injection
Hypaque Sodium Oral Powder
   & Liquid, p 1459
Hypaque Sodium 20% Injection,
   p 1453
Hypaque Sodium, 25%, p 1454
Hypaque Sodium 50% Injection, p 1454
Hypaque Meglumine 60%, p 1457
Hypaque-M, 75% Injection, p 1459
Hypaque-M, 90% Injection, p 1461
Hytakerol Capsules & Liquid, p 1464
Isufranol Mild Tablets
Isufranol Tablets
Isuprel HCl, p 1464
◆Isuprel HCl Glossets, p 1464
Isuprel HCl Injection 1:5000, p 1465
Isuprel HCl Compound Elixir, p 1465
Isuprel Mistometer, p 1465
Kayexalate, p 1466
Lavema Compound Solution/Disposable
   Enema Kit
Lavema Enema Powder
Levophed Bitartrate 0.2% Injection,
   p 1466
Levophed Bitartrate 0.02% Injection
Lotusate Caplets, p 1467
Luminal Ovoids, p 1467
Luminal Sodium Injection, p 1467
Luminal Sodium Powder for Injection,
   p 1467
◆Mebaral Tablets, p 1468
Mebroin Tablets, p 1469
Milibis Tablets
Milibis Vaginal Suppositories, p 1469
Milibis w/Aralen Tablets
Mistometer (see Isuprel), p 1465
Monodral Bromide Caplets
Monomeb Tablets, p 1470
Mucilose Compound Solution
Mucilose Flakes, Granules, Powder
Mucilose-Super Powder
Mytelase Chloride Caplets & Tablets
◆NegGram Caplets, p 1470
Neocurtasal, p 1470
Neo-Synephrine Compound Cold
   Tablets, p 1470

Neo-Synephrine HCl Capsules
Neo-Synephrine HCl Capsules
Neo-Synephrine HCl Elixir, p 1472
Neo-Synephrine HCl Jelly, p 1472
Neo-Synephrine HCl Nasal
   Preparations, p 1472
Neo-Synephrine HCl Ophthalmic,
   p 1471
Neo-Synephrine HCl Injection, p 1471
Novocain Crystals for Injection, p 1472
Novocain Injection, p 1472
N T Z Solution, p 1473
OpH Eye Drops
Pediacof Cough Syrup, p 1473
pHiso Ac Cream, p 1473
pHisDan Shampoo, p 1473
pHisoderm Dry for Oily Skin, p 1473
pHisoderm Oily for Dry Skin, p 1473
pHisoderm Regular for Normal Skin,
   p 1473
pHisoHex, p 1473
Piponol HCl Tablets, p 1474
◆Plaquenil Sulfate Tablets, p 1474
Pluravit Capsules
PNS Rectal Suppositories, p 1476
Pomalin Suspension, p 1476
Pontocaine HCl Injection, p 1476
Pontocaine HCl Niphanoid for
   Injection, p 1476
Pontocaine HCl Solutions & Tablets
Pontocaine/Neo-Synephrine/Superinone
   (PNS) Suppositories, p 1476
Pontocaine Cream & Ointment
Pontocaine Eye Ointment
Pontocaine 0.2% in Dextrose 6%
   Injection
Pontocaine 0.3% in Dextrose 6%
   Injection
Primaquine Phosphate Tablets, p 1477
Reserpine w/Mebaral Tablets
Retropaque Injection, p 1478
Roccal 10%, 50%
Salyrgan Theophylline Injection
Skiodan Powder & Tablets for
   Injection, p 1478
Skiodan Sodium Injection 20%, 40%,
   p 1478
Sulfamylon Cream, p 1478
Sulfamylon HCl Solution 5%, p 1480
Synephricol Cough Syrup
◆Talwin Hydrochloride, p 1481
Talwin Lactate, p 1480
◆Telepaque Tablets, p 1482
Theominal Tablets
Theominal (M) Tablets
Theominal R.S. Tablets
Tint for Zephiran Chloride Solutions
   (see Zephiran), p 1484
◆TRANCO-GESIC Tablets, p 1482
◆Trancopal Caplets, p 1483
Trancoprin Tablets
Tricreamalate Liquid & Tablets
Triquin Tablets
Vitamins
   A, B₁, B₂, B₆, B₁₂, C, D
     Calcium Pantothenate and
       Nicotinamide:
       Pluravit Capsules
   B₁₂: Pluravit Capsules, Calcium
       Pantothenate: Pluravit Capsules
   Crystalline Vitamin D₂
       Drisdol 50,000 Unit Capsules,
       Drisdol in Propylene Glycol,
   D₂: Drisdol 50,000 Unit Capsules,
       Drisdol in Propylene Glycol
   Multiple Vitamins: Pluravit Capsules,
       Riboflavin: Pluravit Capsules
◆WinGel Liquid & Tablets, p 1483
◆Winstrol Tablets, p 1483
Zephiran Chloride Aqueous Solution,
   p 1484
Zephiran Chloride Concentrate
   Solution, p 1484
Zephiran Chloride Sainless Tincture,
   p 1484
Zephiran Chloride Tinted Tincture,
   p 1484
Zephiran Chloride Spray, p 1484
Zephiran Chloride Solution, Tint for,
   p 1484
Zephiran Towelettes

**WYETH PRODUCTS**

*(See White Section, pages 1484-1507)*

*Wyeth Laboratories*
*P.O. Box 8229*
*Philadelphia, Pa. 19101*

Alcohol Sponges
A-M-T, Suspension
A-M-T, Tablets
Aludrox, Suspension, p 1484
Aludrox, Tablets, p 1484
Aludrox SA, Suspension, p 1484
Aludrox SA, Tablets, p 1484
Aminophylline, Rectal Suppositories
Amphojel, Suspension, p 1484
Amphojel, Suspension w/Mineral Oil
Amphojel, Suspension w/o Flavor
Amphojel, Tablets, p 1484
Ansolysen, Injection
Ansolysen, Tablets
Antisnakebite Serum, see Antivenin,
   p 1486
Antivenin, p 1486
A.P.C. Tablets, Redipak
A.P.C. with Codeine Phosphate, Tablets,
   Redipak
A.P.C. with Meperdine HCl., Tablets,
   Redipak
Ascorbic Acid, Tablets, Redipak
Aspirin, Tablets, Redipak
Atropine Sulfate, Injection
Basaljel, Suspension
Benzathine Penicillin G, see Bicillin,
   p 1484
Béplete, Elixir
Béplete Tablets
Bépron Fortified, Liquid
Bepron, Capsules
Bewon, Elixir
Bicillin, All-Purpose, Injection
Bicillin C-R, Injection, p 1484
Bicillin Drops
Bicillin, Long-Acting, Injection, p 1485
Bicillin, Oral Suspension
Bicillin 3•A•B, Injection
Bicillin, Tablets
Biologicals, p 1486
Bornate, Lotion
Chloral Hydrate, Capsules, Redipak
Cholera Vaccine, p 1486
Codeine Phosphate, Injection
Codeine Sulfate, T.T.
Collyrium, Eye Lotion
Collyrium w/Ephedrine, Eye Drops
Conestron, Tablets
Cyanocobalamin, Injection
Cyclamycin, Capsules
Cyclamycin, Oral Suspension
Dapta (Improved Formula)
Darcil, Tablets
Diethylstilbestrol, Tablets, Redipak
Digitoxin (see Purodigin), p 1500
Diphtheria & Tetanus Toxoids
Diphtheria & Tetanus Toxoids
   Combined, Pediatric, p 1486
Diphtheria & Tetanus Toxoids &
   Pertussis Vaccine Combined (See
   Triple Antigen), p 1486
Diphtheria Toxin for Schick Test,
   p 1486
Direct Sky Blue, Injection
Dryvax, Dried Smallpox Vaccine,
   p 1486
Electrolyte Solution, Oral
Epinephrine Injection (1:1000)
◆Equanil, Tablets, p 1486
◆Equanisic Tablets, p 1486
Equalysen, Tablets
◆Equanil, L-A Capsules, p 1487
Equanil, Suspension, p 1487
◆Equanil, Tablets, p 1487
◆Equanil, Wyseals, p 1487
◆Equanitrate 10 & 20, Tablets, p 1488
Ergonovine Maleate, Injection
Ethobral, Triple Barbiturate Capsules
Glucose
Glycerin Suppositories, Adults, Infants
   & Young Children
Heparin Sodium
Hydromorphone Hydrochloride,
   Injection
Hydrocobalamin Injection
Influenza Virus Vaccine Bivalent

(◆ Shown in Product Identification Section)

**308**                                                    **Generic and Chemical Name Index**

**Dextran-40**
LMD 10% (Abbott) p 519
Rheomacrodex (Pharmacia) p 1053

**Dextran-70**
Dextran 70 Injection (Cutter) p 668
Macrodex (Pharmacia) p 1053

**Dextrans (Low Molecular Weight)**
LMD 10% (Abbott) p 519
Rheomacrodex (Pharmacia) p 1053
Salpix Contrast Medium (Ortho) p 977

**Dextriferron**
Astrafer (Astra) p 551

**Dextro-Amphetamine Hydrochloride**
Amodex Junior Timed Capsules (Fellows-Testagar) p 705
Amodex Timed Capsules (Fellows-Testagar) p 705
Curban-P (Pasadena Research) p 1027

**Dextro-Amphetamine Phosphate**
PERKe (Ascher) p 551

**Dextroamphetamine Sulfate**
Amvicel (Stuart) p 1319
Amvicel-X (15) (Stuart) p 1319
Appetrol (Wallace) p 1407
Appetrol-S.R. (Wallace) p 1407
Bamadex Sequels (Lederle) p 780
Bamadex Tablets (Lederle) p 780
Daprisal (Smith Kline & French) p 1205
Dexalme-S Duracap Timed Action Capsules (Meyer) p 950
Dexamyl (Smith Kline & French) p 1206
Dexaspan (USV Pharmaceutical) p 1340
Dexaspan-B (USV Pharmaceutical) p 1340
Dexedrine (Smith Kline & French) p 1206
Eskatrol Spansule capsules (Smith Kline & French) p 1211
Fetabarb-Plus (Amid) p 538
Gevrestin (Lederle) p 787
So-Banic Tablets (Southern Pharmaceutical) p 1232
Theptine (Smith Kline & French) p 1221
Thora-Dex (Smith Kline & French) p 1221
Vio-Dex Timelets (Rowell) p 1147

**Dextroamphetamine Sulfate w/Vitamin-Minerals**
Quadamine (Tutag) p 1337

**Dextro-Amphetamine Tannate**
Obotan (Mallinckrodt) p 873
Obotan Forte Tabules (Mallinckrodt) p 873
Obotan-S (Mallinckrodt) p 873

**Dextromethorphan Hydrobromide**
Consotuss (Merrell) p 948
Dextro-Tussin (Ulmer) p 1345
Dorcol Pediatric Cough Syrup (Dorsey) p 684
Ipsatol/DM (Davies Rose Hoyt) p 670
Lixaminol AT (Ferndale) p 707
Pediatric Phenergan Expectorant w/Dextromethorphan (Wyeth) p 1499
Queldrine Syrup (Abbott) p 531
Robitussin-DM (Robins) p 1093
Robitussin-DM Cough Calmers (Robins) p 1093
Sorbutuss (Dalin) p 663
2G/DM (Dow Chemical) p 689
Triaminicol Syrup (Dorsey) p 686
Trind-DM (Mead Johnson) p 904
Tusquelin (Circle) p 662
Tussagesic Tablets & Suspension (Dorsey) p 687
Tussaminic Tablets (Dorsey) p 687
Tussi-Organidin DM (Wampole) p 1419

**Dextrothyroxine**
Choloxin (Flint) p 710

**Di(acetylhydroxyphenyl)isatin**
(see under Oxyphenisatin Acetate)

**Diastase**
Phazyme (Reed & Carnrick) p 1070
Phazyme-PB (Reed & Carnrick) p 1070

**Diatrizoate Preparations**
Hypaque Sodium 20% (Winthrop) p 1453
Hypaque Sodium 50% (Winthrop) p 1454
Hypaque 25% Sodium (Winthrop) p 1454
Hypaque-M, 75% (Winthrop) p 1459
Hypaque-M, 90% (Winthrop) p 1461
Renovist (Squibb) p 1300

**Diatrizoate Sodium**
Hypaque Sodium Oral (Winthrop) p 1459
Hypaque-M, 75% (Winthrop) p 1459
Hypaque-M, 90% (Winthrop) p 1461

**Diazepam**
Valium Injectable (Roche) p 1116
Valium Tablets (Roche) p 1117

**Dibucaine Hydrochloride**
Nupercaine Heavy Solution (Ciba) p 646
Nupercaine hydrochloride (Ciba) p 643
Nupercaine hydrochloride 1:1500 (Ciba) p 644

**Dichloralphenazone**
Midrin Capsules (Carnrick) p 626

**Dicyclomine Hydrochloride**
Benedectin (Merrell) p 947
Bentyl Hydrochloride-Capsules, Tablets, Syrup & Injection (Merrell) p 947
Bentyl Hydrochloride w/Phenobarbital Capsules, Tablets & Syrup (Merrell) p 947
Kolantyl Gel (Merrell) p 948
Kolantyl Tablets (Merrell) p 948
Kolantyl Wafers (Merrell) p 948

**Dienestrol**
AVC Cream w/Dienestrol (National Drug) p 957
AVC Suppositories w/Dienestrol (National Drug) p 957
Dienestrol Cream (Ortho) p 968
Estan (White) p 1442
Synestrol Tablets (White) p 1447

**Diethylcarbamazine Citrate**
Hetrazan (Lederle) p 788

**Diethylpropion**
Tepanil (National Drug) p 959
Tepanil Ten-Tab (National Drug) p 959

**Diethylpropion Hydrochloride**
Tenuate Dospan (Merrell) p 949
Tenuate 25 mg. (Merrell) p 949

**Diethylstilbestrol**
Acnestrol Lotion (Dermik) p 672
Dicorvin Tablets (Amfre-Grant) p 537
Diethylstilbestrol (Lilly) p 832
Furacin-E Urethral Inserts (Eaton) p 695
Gynben Vaginal Inserts & Cream (Bentex) p 579
Quinette (Arnar-Stone) p 549
Stilphostrol (Dome) p 679
Tylandril (Lilly) p 861
Tylosterone Ampoules (Lilly) p 862
Tylosterone Tablets (Lilly) p 863
Vagestrol Vaginal Suppositories (Eaton) p 698

**Digalloyl Trioleate**
SunStick Lip Protectant (Texas Pharmacal) p 1334
SunSwept (Texas Pharmacal) p 1334

**Digitalis Glycoside Preparations**
Crystodigin Ampoules (Lilly) p 830
Crystodigin Tablets (Lilly) p 831
Davoxin (Davies Rose Hoyt) p 669
Myodigin (Davies Rose Hoyt) p 670
Purodigin (Wyeth) p 1500

**Digitalis Preparations**
Digitora (Upjohn) p 1379
Pil-Digis (Davies Rose Hoyt) p 669

**Digitoxin**
Digitaline Nativelle (Fougera) p 1
Digitoxin Tablets U.S.P. (Squibb)
Myodigin (Davies Rose Hoyt) p
Purodigin (Wyeth) p 1500

**Digoxin**
Davoxin (Davies Rose Hoyt) p 669
Lanoxin (B. W. & Co.) p 618

**Dihydrocodeine Bitartrate**
Synalgos Preparations (Ives) p 750

**Dihydroergotamine Mesylate**
D.H.E. 45 (Sandoz) p 1150

**Dihydroergotamine Methanesulfonate**
Plexonal (Sandoz) p 1153

**Dihydromorphinone Hydrochloride**
(see also under Hydromorphone Hydrochloride)
Dilaudid Cough Syrup (Knoll) p 755
Dilaudid Hydrochloride (Knoll) p 755
Dilocol (Table Rock) p 1330

**Dihydrostreptomycin Sulfate**
Polymagma Suspension (Wyeth) p 1500
Polymagma Tablets (Wyeth) p 1500

**Dihydrotachysterol**
Dihydrotachysterol Tablets 0.2 mg. (Philips Roxane) p 1056
Hytakerol (Winthrop) p 1464

**Dihydroxy Aluminum Aminoacetate**
Aluscop (Westerfield) p 1437
Donnalate (Robins) p 1084
Robalate (Robins) p 1091

**Dihydroxyacetone**
Dy-O-Derm (Owen) p 977

**Dihydroxyanthraquinone**
Anavac Tablets (Winters) p 1448
Dorbane (Riker) p 1075

**Dihydroxyanthraquinone (1,8)**
(see under Danthron)

**Diiodohydroxyquinoline**
Bacutin Vaginal Tablets (Amfre-Grant) p 537
Cor-Tar-Quin Creme & Lotion (Dome) p 675
Cor-Tar-Quin Forte Creme (Dome) p 579
Gynben Vaginal Inserts & Cream (Bentex) p 579
Quinette (Arnar-Stone) p 549
Vytone Cream (Dermik) p 673
Ze-Tar-Quin Cream (Dermik) p 674

**Dimenhydrinate**
Dramamine (Searle) p 1189

**Dimercaprol**
BAL in Oil (Hynson, Westcott & Dunning) p 745

**Dimethindene Maleate**
Forhistal maleate (Ciba) p 638

**Dimethisoquin Hydrochloride**
Quotane Ointment & Lotion (Smith Kline & French) p 1216

**Dimethisterone**
Oracon (Mead Johnson) p 898

**Dimethoxanate Hydrochloride**
Cothera Compound (Ayerst) p 562

**Octyl Potassium**
Rectalad Enema

**Octyl Sodium Su**
Colace (Mead Jo
Colace (Lanuin)
Dialose Plus (St
DioMedicone Ta
Disonate Capsul
Di-Sosul Forte C p 690
Doctate-P Capsu
Dorbantyl (Rike
Dorbantyl Forte
Doss-300 Capsu
Doxan (Hoechst
Doxinate (Hoec
Ferro-Sequels (
Felibon OT (La
Geriplex Kapse
Gevrite (Lederl
Liqui-Doss (Fer
Milkinol (Kren
Peri-Colace (M
Smokap DDS (
Frederick) p
Sidolax (Dermi
Sof-Cil (Zemm
Super Doss (Fl
Syncelax Tabl

**Oxybenzone**
Solbar (Persc

**Oxyline Prep**
Paveril Phosp

**Diperodon Pre**
Furacin Oint
Furacin Uret
Furacin-E U
Furacin-HC
p 695
Proctodon C

**Diphenhydram**
Benadryl Ka
Davis) p
Benadryl St
Davis) p

**Diphenhydran**
Ambenyl E
p 986 w
Benadryl S
Davis) p
Benylin Ex
Hydryllin (

**Diphenidol**
Vontrol (S

**Diphenoxyla**
Lomotil (S

**Diphenylhy**
Dihycon (
Dilabid (G
Dilantin S
Ekko Sr.
Mebroin (
Phelantin
Toiq Uni

**Diphenylhy**
Dilantin

**Diphenylhy**
Diafen (
Hispril S
& Fre

**Diphtheric**
(Diluted
Diptheri
(Wye

## Lilly—Cont.

driving a car or operating machinery, especially during the first few days of therapy. Therefore, the patient should be cautioned accordingly.

**Adverse Reactions:** Dizziness, headache, sedation, somnolence, paradoxical excitement, insomnia, skin rashes, and gastrointestinal disturbances (including nausea, vomiting, abdominal pain, and constipation) may occur with the recommended doses of the drug.

Euphoria may occasionally occur.

**Administration and Dosage:** A narcotic prescription is not required. Darvon® (propoxyphene hydrochloride) is given orally. The usual dose is 65 mg. three or four times daily.

Propoxyphene hydrochloride with aspirin is given orally. The usual dose is 65 mg. of propoxyphene hydrochloride and 325 mg. of aspirin three or four times daily.

Propoxyphene hydrochloride with aspirin, phenacetin, and caffeine is given orally. The usual dose is 65 mg. of propoxyphene hydrochloride, 227 mg. of aspirin, 162 mg. of phenacetin, and 32.4 mg. of caffeine three or four times daily.

**Overdosage:** Manifestations of accidental or intentional overdosage with propoxyphene are similar to those of narcotic overdosage and include convulsions (more common than is usually noted in cases of narcotic poisoning), coma, respiratory depression, and circulatory collapse. When combination products containing salicylates as well as propoxyphene have been implicated, the clinical picture may be complicated by salicylism.

Analeptic drugs (for example, caffeine or amphetamine) should not be used because of their tendency to precipitate fatal convulsions. Intravenously administered narcotic antagonists (nalorphine and levallorphan) are the drugs of choice to reverse signs of intoxication. These agents should be given repeatedly until the patient's status remains satisfactory. Gastric lavage also may be helpful. In addition, supportive measures, such as assisted oxygenation and intravenous fluids, should be used as indicated.

Dialysis is of little value with respect to propoxyphene alone; salicylates and phenacetin are dialyzable.

**How Supplied:** (B) *Pulvules® Darvon®* *(Propoxyphene Hydrochloride Capsules, U.S.P.):* No. 364, H02,* 32 mg. (No. 4, Light-Pink Opaque), and No. 365, H03,* 65 mg. (No. 3, Light-Pink Opaque), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000).

(B) *Pulvules No. 368, Darvon® Compound (propoxyphene hydrochloride, aspirin, phenacetin, and caffeine, Lilly), H05** (No. 0, Light-Pink Opaque Body, Light-Gray Opaque Cap), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000). Each Pulvule contains 32 mg. propoxyphene hydrochloride, 227 mg. aspirin, 162 mg. phenacetin, and 32.4 mg. caffeine.

(B) *Pulvules No. 369, Darvon® Compound-65 (propoxyphene hydrochloride, aspirin, phenacetin, and caffeine, Lilly), H06** (No. 0, Red Opaque Body, Light-Gray Opaque Cap), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000). Each Pulvule contains 65 mg. propoxyphene hydrochloride, 227 mg. aspirin, 162 mg. phenacetin, and 32.4 mg. caffeine.

(B) *Pulvules No. 366, Darvon® with A.S.A.® (propoxyphene hydrochloride with aspirin, Lilly), H04** (No. 0, Red

Opaque Body, Light-Pink Opaque Cap), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000). Each Pulvule contains 65 mg. propoxyphene hydrochloride and 325 mg. aspirin.
[060769]

*[Shown in Product Identification Section]*

### DARVO-TRAN®    B
(propoxyphene hydrochloride and aspirin with phenaglycodol)

**Description:** Darvon® (propoxyphene hydrochloride, Lilly) is a synthetic analgesic. It is an odorless white crystalline powder with a bitter taste. It is freely soluble in water. Chemically, it is α-(+)-4-(Dimethylamino) - 3 - methyl - 1,2 - diphenyl - 2 - butanol Propionate Hydrochloride.

Ultran® (phenaglycodol, Lilly) is a butanediol drug which has a tranquilizing effect. Chemically, it is 2-p-chlorophenyl-3-methyl-2,3-butanediol. It is relatively insoluble in water.

**Actions:** Propoxyphene hydrochloride is an analgesic in the potency range of codeine. The combination of propoxyphene hydrochloride with aspirin results in greater analgesia than that achieved by either drug administered alone. Propoxyphene hydrochloride is structurally related to the narcotic analgesics methadone and isomethadone, and its general pharmacologic properties are those of the narcotics as a group. Therapeutic doses have produced no demonstrable effects on respiration, blood pressure, or reflex activity.

Ultran® (phenaglycodol, Lilly) is a central-nervous-system depressant useful in the treatment of anxiety and functional disorders accompanied by tension. It has little sedative or hypnotic effect.

**Indications:** For the relief of mild to moderate pain when accompanied by tension.

**Contraindications:** Hypersensitivity to propoxyphene hydrochloride, aspirin, or phenaglycodol.

Concomitant administration with orphenadrine-containing compounds.

**Warnings:** Salicylates should be used with caution in the presence of peptic ulcer.

*Use in Pregnancy*—The safety of the use of this agent during pregnancy has not been established. The potential hazards of the drug must be weighed against the possible benefits.

*Use in Children*—This agent should not be used in children, since adequate data to establish safe conditions of use are lacking.

*Drug Dependence*—Tolerance, psychological dependence, and physical dependence have been reported; the abuse liability of propoxyphene hydrochloride is qualitatively similar to that of codeine although quantitatively less. Darvon® (propoxyphene hydrochloride, Lilly) will not support morphine dependence.

**Precautions:** Caution should be exercised in the administration of phenaglycodol to patients who are depressed.

Patients who have received narcotic drugs for long periods of time may have developed physical dependence, and the sudden substitution of ordinary doses of propoxyphene hydrochloride may result in an acute withdrawal syndrome. These symptoms may be avoided by gradually reducing the dose of the prior medication as propoxyphene hydrochloride is substituted.

Although accumulated evidence suggests that Ultran® (phenaglycodol, Lilly) is not habit-forming or addictive, it is recommended that patients on tranquilization therapy, particularly over prolonged periods, be under periodic medical supervision. Certain patients may place inordinate dependence on any medication which alleviates discomfort, and these individuals may transgress the bounds of prescribed dosage. This agent may impair the mental and/or physical abilities required for the performance of potentially hazardous tasks, such as

driving a car or operating machinery. Therefore, the patient should be cautioned accordingly.

The administration of Ultran® (phenaglycodol, Lilly) with other C.N.S. depressants and/or alcohol may result in additive effects.

**Adverse Reactions:** Dizziness, gastro-intestinal disturbances (including nausea, abdominal pain, constipation, and emesis), vertigo, headache, sedation, somnolence, insomnia, excitation, skin rash or other allergic phenomena, dermatitis, depression, anxiety, feelings of unreality, lethargy, and gynecomastia have been reported.

Euphoria may occasionally occur.

**Administration and Dosage:** A narcotic prescription is not required.

Darvo-Tran is administered orally. The adult dosage is 1 or 2 Pulvules® three or four times daily. It should be remembered that two Pulvules Darvo-Tran will provide a 300-mg. dose of Ultran® (phenaglycodol, Lilly), which may predispose to mild drowsiness.

**Overdosage:** Manifestations of accidental or intentional overdosage with propoxyphene are similar to those of narcotic overdosage and include convulsions (more common than is usually noted in cases of narcotic poisoning), coma, respiratory depression, and circulatory collapse. When combination products containing salicylates as well as propoxyphene have been ingested, the clinical picture may be complicated by salicylism.

Analeptic drugs (for example, caffeine or amphetamine) should not be used because of their tendency to precipitate fatal convulsions. Intravenously administered narcotic antagonists (nalorphine and levallorphan) are the drugs of choice to reverse signs of intoxication. These agents should be given repeatedly until the patient's status remains satisfactory. Gastric lavage also may be helpful. In addition, supportive measures, such as assisted oxygenation and intravenous fluids, should be used as indicated.

Dialysis is of little value with respect to propoxyphene alone; salicylates and phenaglycodol are dialyzable.

**How Supplied:** (B) *Pulvules No. 377, Darvo-Tran® (propoxyphene hydrochloride and aspirin with phenaglycodol, Lilly), H11** (No. 0, Light-Pink Opaque Body, Maroon Opaque Cap), in bottles of 100 and 500. Each Pulvule contains 32 mg. of Darvon® (propoxyphene hydrochloride, Lilly), 325 mg. of A.S.A.® (aspirin, Lilly), and 150 mg. of Ultran® (phenaglycodol, Lilly).
[060468]

*[Shown in Product Identification Section]*

### DIETHYLSTILBESTROL    B
ENSEALS®, SUPPOSITORIES, AND TABLETS

**Description:** Diethylstilbestrol is a crystalline synthetic estrogenic substance capable of producing all the pharmacologic and therapeutic responses attributed to natural estrogens.

**Indications:** Tablets and Enseals Diethylstilbestrol are indicated for the relief of symptoms of the menopause; in senile vaginitis; for the relief or prevention of painful engorgement of the breasts postpartum; for control of functional uterine bleeding; in carcinoma of the prostate; and in mammary carcinoma of postmenopausal women.

Suppositories Diethylstilbestrol are indicated in postmenopausal and senile vaginitis, especially when menopausal symptoms are not present.

**Contraindications:** The contraindications to diethylstilbestrol administration are the same as to estrogen therapy in general. Estrogens should not be administered in the absence of a positive indication, and they should be avoided in premenopausal women with carcinoma of the breast and in all women with genital malignancy. A

for possible revisions

family history of a high incidence of breast or genital malignancy may be a contraindication.

In young patients in whom bone growth is not complete, estrogen therapy is contraindicated because of its effect on epiphyseal closure.

Suspected or known hepatic disease should be regarded as a contraindication to prolonged estrogen therapy.

Warning: Because of possible adverse reaction on the fetus, the risk of estrogen therapy should be weighed against the possible benefits when diethylstilbestrol is considered for use in a known pregnancy.

Precautions: Diethylstilbestrol is a potent drug, and caution must be employed in its use. Indiscriminate or injudicious administration may be dangerous. Patients receiving the drug should be under continuous medical supervision. In women, the breasts and pelvic organs should be examined before treatment is begun and at intervals during therapy.

Diethylstilbestrol should be administered with caution to a patient with bone, renal, or other disease involving calcium or phosphorus metabolism, since estrogens are known to affect metabolism of these substances. Conditions such as epilepsy, migraine, asthma, and cardiac or renal dysfunction require careful observation because the drug may produce some degree of fluid retention. Liver, thyroid, or adrenal function tests should not be performed until estrogen therapy has been discontinued for two months.

Adverse Reactions: As with natural estrogens, unpleasant side-effects have been noted following diethylstilbestrol therapy. Most common is the occurrence of nausea, which may be severe enough to lead to vomiting. The incidence of nausea appears to differ significantly among various types of patients. Pregnant and postpartum women seem the least susceptible. Nausea and vomiting are most easily produced in the group of menopausal women. When dosage is minimal, nausea is infrequent and transient. When larger doses are given (1 mg. or more daily), and particularly when they are administered initially, nausea and vomiting are common in the menopausal group. Men and nonpregnant women form an intermediate group, nausea in them being relatively uncommon from doses of 3 to 5 mg. daily.

Continuous therapy over long periods of time, even in low dosage, may produce endometrial hypertrophy and uterine bleeding. This can be prevented in most instances by minimum dosage or by cyclic interruption of therapy when treatment must be prolonged. Porphyria cutanea tarda is also possible with extended use of the drug. Other side-effects occasionally noted include abdominal distress or pain, breast tenderness and engorgement, anorexia, diarrhea, lassitude, paresthesia, vertigo, headache, anxiety, insomnia, thirst, scotomata, cutaneous rashes, purpura, and allergic reactions of various types. Side-effects may be expected to disappear on reduction of dosage or withdrawal of medication.

Administration and Dosage: Oral—0.2 to 0.5 mg. daily, increased as indicated. In the menopause, cyclic therapy is recommended (three weeks' regimen with a one-week rest period). Withdrawal bleeding may occur during the rest period. In painful engorgement of the breasts postpartum, 5 mg. one to three times daily for a total of 30 mg. In functional uterine bleeding, usually 5 mg. three to five times daily until bleeding ceases. In carcinoma of the prostate, 1 to 3 mg. daily, increased in advanced cases; later, the dose may be reduced to an average of 1 mg. daily. In cancer of the breast, 15 mg. daily.

Vaginal—One 0.5-mg. suppository inserted at bedtime each night, or less frequently as needed. For maintenance, a 0.1-mg. suppository periodically may be adequate.

How Supplied: (℞) Enseals—Diethylstilbestrol Tablets, U.S.P. (Enteric): No. 46, A19,* 0.1 mg., No. 47, A20,* 0.25 mg.; No. 48, A21,* 0.5 mg., No. 49, A22,* 1 mg., and 1,000; No. 90, A34,* 25 mg., in bottles of 100 and 500.

(℞) Suppositories—Diethylstilbestrol Suppositories, U.S.P. (Vaginal): No. 14, S07,* 0.1 mg., and No. 15, S09,* 0.5 mg., in packages of 6 and 50. In addition to the diethylstilbestrol, these suppositories contain glycerin, gelatin, polysorbate 20, and propylene glycol.

(℞) Tablets—Diethylstilbestrol Tablets, U.S.P.: No. 1646, J49,* 0.1 mg., in bottles of 100 and 1,000; No. 1647, J50,* 0.25 mg., in bottles of 100; No. 1648, J51,* 0.5 mg., and No. 1649, J52,* 1 mg., in bottles of 100 and 1,000; No. 1685, I54,* 5 mg., in bottles of 100 and 1,000 and in 10 strips of 10 individually labeled blisters each containing 1 tablet (ID100); No. 1724, T70,* 25 mg. (cross-scored), in bottles of 100.

[090369]

**DIGITOXIN,** see Crystodigin® (digitoxin, Lilly).

**DIPHTHERIA AND TETANUS TOXOIDS AND PERTUSSIS VACCINE COMBINED,** see Tri-Solgen® (diphtheria and tetanus toxoids and pertussis vaccine combined, alum precipitated, Lilly).

### ● DOLOPHINE® HYDROCHLORIDE ℞
(methadone hydrochloride)
Injection, U.S.P.
AMPOULES

**Description:** Dolophine® Hydrochloride (methadone hydrochloride, Lilly) is 4,4-diphenyl - 6 - dimethylamino - heptanone-3 hydrochloride. It is a white, crystalline material and is water soluble. It is similar to morphine in effect, but it has a more prolonged duration of action as a result, at least partially, of greater lipid solubility.

**Indications:** Dolophine® Hydrochloride (methadone hydrochloride, Lilly) is indicated when an analgesic effect is required, especially in the relief of postsurgical pain and pain associated with renal colic, metastatic lesions of malignant tumors, fractures, etc. When chronic administration of potent analgesics is necessary, Dolophine Hydrochloride is preferable to morphine since it induces less physical dependence. It is not recommended for the control of mild pain in place of less potent analgesic drugs, such as the salicylates or even codeine.

**Contraindications and Precautions:** Although Dolophine® Hydrochloride (methadone hydrochloride, Lilly) has been used successfully in obstetric patients, it should be given with caution in the intrapartum period. Sedatives or other drugs which may depress fetal respiration should not be administered if delivery is anticipated before most of the drug will be eliminated from the fetal circulation. The risk is increased if the infant is premature or if general anesthesia is used for delivery.

After prolonged administration resulting in the development of considerable tolerance, withdrawal of Dolophine Hydrochloride is followed by a mild but definite abstinence syndrome.

**Warning:** Dolophine® Hydrochloride (methadone hydrochloride, Lilly) has addictive characteristics, and a narcotic prescription is required.

**Adverse Reactions:** The most common side-effects produced by Dolophine® Hydrochloride (methadone hydrochloride, Lilly) are nausea and vomiting. Other less bothersome symptoms include dizziness, dryness of mouth, and miosis. Nausea and vomiting have appeared most often with large doses and are of the type characteristically observed following administration

of morphine.

The cumulative effect of Dolophine Hydrochloride seems evident. Although the first doses may be well tolerated, nausea may appear after several have been given. It is recommended that the drug be administered only when needed for control of pain. Side-effects also seem to be more prominent in ambulatory patients and in those who are not suffering acute pain. In such individuals, the lower doses are advisable.

**Administration and Dosage:** Contents of Ampoules Dolophine® Hydrochloride (methadone hydrochloride, Lilly) may be administered subcutaneously or intramuscularly.

Parenteral doses of Dolophine Hydrochloride range from 2.5 to 10 mg., according to the severity of pain, and should be repeated only when pain returns. Excessive frequency of administration and size of dose should be avoided.

**Overdosage:** The primary symptom of overdosage is respiratory depression. Other symptoms are drowsiness, sweating, mental depression, delirium, hallucinations, circulatory collapse, and coma. Nalorphine hydrochloride (Nalline® HCl) provides specific therapy for overdosage. It should be repeated when necessary to counteract respiratory depression. General management should consist in symptomatic and supportive therapy, which may include administration of oxygen and intravenous fluids and maintenance of body temperature.

**How Supplied:** ●(℞) Ampoules Dolophine® Hydrochloride (Methadone Hydrochloride Injection, U.S.P.): No. 456, 10 mg., 1 cc., in packages of 12 and 100. Each cc. contains methadone hydrochloride, 10 mg., and sodium chloride, 0.9 percent. Sodium hydroxide and/or hydrochloric acid may have been added during manufacture to adjust the pH. No. 435, 10 mg. per cc., 20 cc., rubber-stoppered, in single ampoules (10 per carton) and in packages of 25. Each cc. contains methadone hydrochloride, 10 mg., and sodium chloride, 0.9 percent, with chlorobutanol (chloroform derivative), 0.5 percent, as a preservative. Sodium hydroxide and/or hydrochloric acid may have been added during manufacture to adjust the pH.

● Narcotic required.

[080569]

### ● DOLOPHINE® HYDROCHLORIDE ℞
(methadone hydrochloride)
SYRUP AND TABLETS

**Description:** Dolophine® Hydrochloride (methadone hydrochloride, Lilly)* (4,4 - diphenyl - 6 - dimethylamino - heptanone-3 hydrochloride) is an effective, stable antitussive and analgesic, 10 mg. of which are comparable in analgesic potency to morphine sulfate, 15 mg. (¼ grain).

**Indications:** As an antitussive, it is of benefit in the control of cough associated with the common cold, whooping cough, or chronic tuberculosis.

As an analgesic, Dolophine® Hydrochloride (methadone hydrochloride, Lilly) is especially useful in relieving postsurgical pain and pain associated with renal colic, metastatic lesions of malignant tumors, fractures, etc.

**Contraindications and Precautions:** Although Dolophine® Hydrochloride (methadone hydrochloride, Lilly) has been used successfully in obstetric patients, it should be given with caution in the intrapartum period. Sedatives or other drugs which may depress fetal respiration should not be

Continued on next page

*Identi-Code® symbol—Newly manufactured capsules and tablets and the labels of powders for oral suspension and suppositories will bear Identi-Code symbols. However, a period of time will elapse before existing stocks of noncoded products are exhausted.

# 1970 • PDR

Published by MEDICAL ECONOMICS, INC.

### TWENTY-FOURTH EDITION

# PHYSICIANS' DESK REFERENCE

*to*

*PHARMACEUTICAL SPECIALTIES*

*and BIOLOGICALS*

*For the Physician's Desk*

# TWENTY-FOURTH EDITION

# PHYSICIANS' DESK REFERENCE

*to*

## PHARMACEUTICAL SPECIALTIES
### and BIOLOGICALS

IN FIVE SECTIONS

An arbitrary page numbering plan is used to facilitate the compilation of this reference book.

*Publisher:* ALBERT B. MILLER

*General Manager:* CHARLES E. BAKER, JR.

*Production Manager:* GEORGE E. QUIST, JR.

*Compilation Editor:* BARBARA B. HUFF

*Medical Consultant:* AUSTIN JOYNER, M.D.

*Index Editor:* ANN MARIE CAREY

*Editorial Assistants:* COLETTE CONBOY, MARGARET E. GLOVER, THERESA MULLER, F. EDYTHE PATERNITI, ETHEL S. PUTTER, DIANE M. WARD

*Circulation Manager:* ETHEL F. MCGILLIGAN

*Representative:* DONALD E. MASTERSON

SECTION ONE (*Pink*)                 101
ALPHABETICAL INDEX

SECTION TWO (*Blue*)                 201
DRUG CLASSIFICATION INDEX

SECTION THREE (*Yellow*)             301
GENERIC AND CHEMICAL
NAME INDEX

SECTION FOUR                         1-32
PRODUCT IDENTIFICATION SECTION

SECTION FIVE (*White*)               501
PRODUCT INFORMATION SECTION

PUBLISHED BY MEDICAL ECONOMICS, INC.,
*a subsidiary of*

LITTON PUBLICATIONS, INC.
DIVISION OF LITTON INDUSTRIES
Oradell, New Jersey 07649

ALL RIGHTS RESERVED • © COPYRIGHT 1969 BY MEDICAL ECONOMICS, INC. • PRINTED IN U.S.A.

None of the content of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means (electronic, mechanical, photocopying, recording, or otherwise) without the prior written permission of the publisher.

Pressed Powder, 8 shades plus
  2 translucent shades
Tube Make-up, 8 shades
First Blush Moisturizing Stick, 6 shades
Hush Blush, 3 shades
Frosted Finish, 2 shades
Goldtone Refillable Compact
Pressed Powder Refills, 2 transparent
  shades
*Luxury Bath and Fragrance*
  All Mine:
    Bath Oil
    Body Silk
    Cologne
    Gift Soaps
    Perfumes
    Spray Cologne
*Hair Care*
  Hair Mist Spray (Soft, Regular & Super
    Hold)
  Pure Castile Shampoo
  Creme Rinse
  Super Lather Shampoo
*Lipsticks*
  Color Moist Formula, 16 shades
  Creme Tint, 14 shades
  Frosted, 12 shades
  Lip Glistener, 4 shades
  Regular Formula, 5 shades
*Nail Care*
  Base & Top Coat
  High Frost Nail Enamel, 6 shades
  Frosted Nail Enamel, 10 shades
  Nail Enamel, 7 shades and clear
  Nail Enamel Remover
*Skin Care Products*
  Dry Skin Care:
    Almatone Cream
    Cold Cream
    Deep Mist Cleanser
    Deep Mist Moisture Cream
    Deep Mist Super Rich Nite Cream
    Deep Mist Cleansing Lotion
    Deep Mist Moisture Lotion
    Deep Mist Toning & Refining Lotion
    Deep Mist Toning & Refining Lotion
      Pads
    Mild Skin Freshner
    Liquifying Cream
    Eye Cream
  To Counter Balance Oily Skin:
    Blemish Cover, 3 shades
    Blotting Powder, 3 shades
    Foundation Lotion, 7 shades
    Matte Make-up, 7 shades
    Fluffy Facial Cleanser
    Clear Facial Cleanser
    Pore Lotion

**AMFRE-GRANT PRODUCTS**
(See White Section, page 537)

*Amfre-Grant, Inc.*
*924 Rogers Avenue*
*Brooklyn, N.Y. 11226*

Allerbid Tymcaps
Allergyl Tablets
Amalgin Tablets
Amfrein Douche Powder
Amril Tablets
Azolate Tablets
Baculin Vaginal Tablets, p 537
Banansea Tablets
Bellagrant Tablets
Bescorbic Injectable
Betaine-Inositol-Choline B₁₂ Inj.
Betaine-Inositol-Choline B₁₂ Susp.
Biocaps Tablets
Causalin Tablets
Ceremia Tablets, p 537
Clara Ointment
Coradyl Injectable
♦Corovas Tablets
Curbetite L.A. Tablets
des Tablets
desPlex Tablets
Dicorvin Tablets, p 537
Diurbital Tablets
Endallergy Tablets

Giolate Tablets
Gyn Tablets
Hepamine Fort Suspension
Hepamine B₁₂ Injectable
Hepamine B Fort Injectable
Hepaphytol B₁₂ Drops
Hepaphytol B₁₂ Injectable
Hormo-Provimine Tablets
Hydrophen Ointment
Kontrol Tymcaps
Lipotosse Elixir
Methionine-Inositol-Choline-C Tablets
Neo Beta Injectable
Neo-Corovas Tablets
♦Neo-Corovas Tymcaps, p 537
Neurophytol Injectable
Nicoscorbine Injectable
Nitrovas Tablets
Pancreatic Hormone Inj.
Prodolor Tablets
Proglobin Injectable
Provimin Tablets
Sarpanol Tablets
Teranium Capsules
Thiopentarsen Injectable
Vitalyne Chewable Tablets
Vitalyne Drops
Vitalyne Infant Syrup
Vitalyne Prenatal Capsules
Vitapherol Tablets
Zymogest Tablets

**AMID PRODUCTS**
(See White Section, pages 537-538)

*Amid Laboratories, Inc.*
*3025 W. Northside Drive*
*Jackson, Miss. 39216*

Amphene Elixir
Amphene Tablets
Amtet Capsules
Amtet Suspension
Biotran Capsules, p 537
Embron Elixir
Embron Capsules
Febridol Elixir
Febridol Suppositories
Febridol Tablets
Kortrate Capsules
Kortrate Plus Capsules
Lacticaps-M Capsules
M-T Suppository
Nisine Elixir
Nisine-M Elixir
P-A-V Capsules, p 538
Phenahist Capsules
Phenahist Elixir
Phenahist Injectable
Phenahist TR Capsules
Polyectin Elixir
Protium Tablets
Sultril Suspension
Sultril Tablets
Urifon Capsules, p 538
Urifon-Forte Capsules
Vingesic Capsules, p 538
Vingesic w/Codeine Capsules, p 538
Zerominic Elixir

**ARCH PRODUCTS**
(See White Section, page 539)

*Arch Laboratories*
*Division of Lewis-Howe Company*
*319 South 4th St.*
*St. Louis, Mo. 63102*

Dicarbosil Tablets, p 539

**ARCO PRODUCTS**
(See White Section, page 539)

*Arco Pharmaceuticals, Inc.*
*38 Werman Court*
*Plainview, N.Y. 11803*

Arco-Lase Plus Tablets, p 539
Arco-Lase Tablets, p 539

Arcoret Tablets
Arcoret w/Iron Liquid
Arcoret w/Iron Tablets
Arcotinic Liquid
Arcotinic Tablets
Bitrate Tablets
C-B Time Capsules
C-B Time 500 Tablets
C-B Time Liquid
Codexin Capsules
Codexin-T Tablets
Co-Gel Tablets
Spantuss Liquid
Spantuss Tablets
Unigesic Capsules

**AR-EX PRODUCTS**
(See White Section, page 539)

*Ar-Ex Products Co.*
*1036 W. Van Buren St.*
*Chicago, Ill. 60607*

AR-EX Hypo-Allergenic Cosmetics, p
  (Unscented, some items available scent)
  Bath Oil
  Body Lotion
  Brush-On Eyebrow
  Brush-On Complexion Coloring
  Brush-On Eyeshadow
  Cake Eyeliner
  Chap Cream
  Cleansing Cream
  Cold Cream
  Compact Powder
  Cream for Dry Skin
  Cream for Oily Skin
  Deodorant (Cream & Spray)
  Disappear (Blemish Stick)
  Dusting Powder
  Enriched Night Cream
  Eye Cream
  Eye Makeup Remover Pads
  Eye Pencil
  Eye Shadow Stick
  Face Powder
  Foundation Lotion
  Hair Spray
  Hand Lotion
  Lip Gloss and Sun Screen Stick
  Lipstick, Regular
  Lipstick, Special Formula (No Dye)
  Mascara
  Men's Hair Spray
  Moisture Lotion
  Nail Polish
  Nail Polish Remover (Non-Oily)
  Protein Hair Set
  Rouge, Compact
  Rouge, Creme
  Shampoo (Soapless)
  Soap (Toilet & Bath)
  Talc
  R.M.S. Lotion (not Hypo-Allergenic)
  Safe-Suds, p 539
  Wave Set

**ARMOUR PRODUCTS**
(See White Section, pages 540-548)

*Armour Pharmaceutical Co.*
*P.O. Box 1022*
*Chicago, Ill. 60690*

Acthar, p 540
Alpha Chymar, p 542
Arcofac
♦Armour Thyroid, p 545
Biozyme, p 542
Biozyme-HC, p 543
Chymar
Chymar Aqueous
♦Chymoral, p 543
♦Chymoral-100, p 543
Depinar
HP Acthar Gel, p 540
♦Letter, p 544
Listica
Nidar
♦Pentritrol, p 545

**(♦ Shown in Product Identification Section)**

*[right margin partial column:]*
Pentritrol
Posterior
Ginastar
Thyrar
Thytropar
Tryptar
Tussar-2,
Tussar SF
Whole Cal

ARNAR-STON
(See White

Arnar-Sto
  Mount

Americain
Americain
Amerotol
Amo-Dexl
Belbarb B
Belbarb M
Belbarb T
Belbarbzy
Dextrosul
Emesert C
Hasacode
Hasacode
Hasamain
Hasmone
Hazel-Ba
Hazel-Ba
Isulin
Issolor-E
  & Time
Isogesic
Lini-Balr
Liqui-Cec
Lotioban
Metalex
Metalex
Pantabee
Poison Iv
Polygesic
Quinette
Silicote (
Silicote (
Sopor, p
Sule (pla
Tetrasul
Tetrasul
Urolocai
Vi-B-Mi

ASCHER P
(See Wl

Ascher
5100
Kans

Ayrcap,
Ayrgil
Ayrtab,
Biinestro
B-Twel
Buren
Cirptryz
Conver
Conver
Conver
Dilac B
Drize N
Drize M
Duratro
Estrogu
Guiato
Ketoso
Layere
Lidic B
Mobis
Nialift
Nioric
Nioric
Nioric

## Alphabetical Index by Manufacturer

Cholera Vaccine (India Strains)
Declomycin, p 781
♦Capsules
　Oral Suspension
　Pediatric Drops
　Syrup
♦Tablets, Film-coated
♦Declostatin Capsules & Oral Suspension, p 783
♦Declostatin 300 Tablets, p 782
Delphicol Capsules
♦Diamox Sequels, Tablets & Parenteral, p 783
Digitalis Tablets
Diluting Fluid Neutral Buffered Saline
Diphtheria & Tetanus Toxoids, Combined
Falvin Capsules, p 785
Ferro-Mandets
♦Ferro-Sequels, p 785
♦Filibon, Filibon F.A., Prenatal Vitamin Capsules, p 785
♦Filibon Forte, p 785
♦Filibon OT, p 786
Folbesyn Vitamins, Parenteral & Tablets, p 786
Folvite Injection, Tablets & Elixir, p 786
Folvron Capsules & Tablets, p 786
Gas Gangrene Antitoxin
Gevrabon Liquid, p 786
Gevral Capsules, p 786
Gevral Protein Powder, p 786
Gevral T Capsules, p 787
Gevramet Elixir, p 787
Gevrestin Capsules, p 787
Gevrite Capsules, p 788
Gevrite Tablets, p 788
Glutan H-C-L Capsules
Glycero-Saline Solution
Gravidox Solution
Heparin Sodium Injection
Hetrazan Tablets, p 788
Histoplasmin, Tine Test, p 788
♦Hydromox Tablets, p 789
♦Hydromox R Tablets, p 789
Immune Serum Globulin (Human), p 791
Incremin Drops & Tablets
Incremin w/Iron Syrup, p 792
Influenza Virus Vaccine, Bivalent, p 792
Kynex Tablets & Pediatric Acetyl Suspension, p 792
Ledercillin VK Oral Solution Tablets, p 794
Lederplex, p 795
　Capsules
　Liquid
　Parenteral
　Tablets
Levoprome, p 795
Liver Injection, p 797
Lymphogranuloma Venereum Skin Test Antigen
M-VAC Measles Vaccine, p 798
Methotrexate Tablets & Parenteral, p 797
Mumps Vaccine, p 799
Myambutol, p 799
Neo-Aristocort Cream & Ointment, p 775
Neo-Aristocort Eye-Ear Ointment, p 775
Neo-Aristoderm Foam, p 775
Neoloid Emulsified Castor Oil, p 801
Neptazane Tablets
Orimune Poliovirus Vaccine, Live, Oral, Monovalent, p 801
Orimune Poliovirus Vaccine, Live, Oral, Trivalent, p 801
Parlite Vitamins B w/C
♦Pathibamate Tablets, p 802
♦Pathilon Sequels, p 803
♦Pathilon Tablets, Parenteral, p 803
♦Pathilon w/Phenobarbital Sequels & Tablets, p 803
Perfolin Capsules
Perihemin Capsules & Liquid, p 804
Perihemin-JR Capsules, p 804
♦Peritinic Tablets, p 804
Prenatal Dri-Kaps, p 804
Pronemia Capsules, p 804
Propylthiouracil Tablets
Protet Tetanus Immune Globulin, p 804
Revicaps
Rhinazine
Rhulicream, p 805
Rhulihist Lotion, p 805

Rhulispray, p 805
Rhulitol
Rocky Mountain Spotted Fever Vaccine, p 805
Smallpox Vaccine, p 805
Staphylococcus Toxoids
♦Stresscaps Capsules, p 805
Sulfadiamine Powder, Injection & Tablets
Sulfapanidine Tablets
Tagathen Tablets
Tetanus & Diphtheria Toxoids, Combined
Tetanus Toxoid & Toxoid Fluid
Thiotepa Parenteral, p 805
Trepidone Tablets
Trichinella Extract
Triethylenemelamine Tablets, p 806
Tri-Immunol, p 807
Triple Sulfas Suspension & Tablets
Tuberculin, Tine Test, p 807
Typhoid & Paratyphoid Vaccines
Typhus Vaccine
Varidase Buccal Tablets, p 809
Varidase Intramuscular & Topical, p 808
Varidase Oral Tablets, p 809
Vi-Alpha Capsules
Vi-Magna Capsules, p 809
Vi-Tyke Syrup, p 810
Yuvral Capsules, p 810

## LEEMING PRODUCTS

(See White Section, page 810)

Leeming Division
Chas. Pfizer & Co., Inc.
235 East 42nd St.
New York, N. Y. 10017

Desitin Ointment, p 810
Visine Eye Drops, p 810

## LEMMON PRODUCTS
Also Includes Mulford and Haack Laboratories

(See White Section, pages 810-811)

Lemmon Pharmacal Company
Sellersville, Pennsylvania 18960

A.E.A. Tablets
Adipex Ty-Med Capsules, p 810
Adipex Ty-Med Tablets, p 810
Anergex
Aspred-C Kotinated Tablets
Belap Elixir
Belap No. 0, 1 and 2 Tablets
Belap Ty-Med Tablets
Bismuth, Pectin & Paregoric Tablets
Buffadyne Tablets
Buffadyne w/Barbiturates Tablets
Ce-De-Flor Tablets
Donphen Tablets
Dralserp Tablets
Ferrocol Capsules
Glucoron w/B₁₂ Tablets
Haxsen Tablets
Hypan Tablets
Kosate 100 Capsules
Lemiserp Ty-Med Tablets
Neosorb Liquid
Neosorb Plus Liquid
Neosorb Plus Tablets
Neosorb Tablets
Neospect Tablets
Neothylline Ampul
Neothylline Elixir
Neothylline Tablets
Neothylline-G Elixir
Neothylline-G Tablets
Neutralox Suspension
Neutralox Tablets
Novalene Tablets
Nu'Leven Tablets
Obestat Ty-Med Capsules
Obestat Ty-Med Tablets
Otocort Ear Drops
Phylfrox Tablets
Pyracort Nasal Spray
Pyraphed Nasal Spray
Racet Cream, p 811

Racet LCD Cream
Racet Forte Cream, p 811
Rhinex Tablets
Rhinex Ty-Med Tablets
Rhinspec Tablets
Rhus Tox Antigen
Ruhexatal w/Reserpine Tablets
S.B.P. Tablets
Sed-Tens Ty-Med Tablets
Silbar Tablets
Sulphocol Capsules
Theocardone No. 1 and No. 2 Tablets
Tosec Tablets
Trilamine Tablets
Unisulf Tablets

## LEPLER PRODUCTS

(See White Section, page 811)

Lepler Laboratories, Inc.
325 Harvard Street
Brookline, Massachusetts 02146

Som Ophyllin, p 811

## LILLY PRODUCTS

(See White Section, pages 813-867)

Lilly & Company, Eli
307 E. McCarty St.
Indianapolis, Ind. 46206

A.S.A. & Codeine Compound Pulvules & Tablets
A.S.A. Compound Pulvules & Tablets
A.S.A. Enseals, Pulvules, Suppositories, & Tablets
Acidulin Pulvules, p 819
Ad-Cebrin Drops
Ad-Cebrin c̄ Fluoride Drops
Aerolone Compound Solution, p 819
Alphalin Gelseals,
Aluminum Hydroxide Gel
Amertan Jelly
♦Amesec Enseals & Pulvules, p 819
Aminophylline & Amytal Pulvules
Aminosalicylic Acid Enseals
Ammoniated Mercury Ointments
Ammonium Chloride Enseals & Tablets
Amyl Nitrite Aspirols
♦Amytal Elixir & Tablets, p 819
Amytal & Aspirin Pulvules
♦Amytal Sodium Ampoules, Pulvules & Suppositories, p 819
Analgesic Balm Ointment
♦Anhydron Tablets, p 820
♦Anhydron K Tablets, p 821
♦Anhydron KR Tablets, p 821
Antiseptic Solution
Antiseptic No. 3, R. St. J. Perry, Tablets
Apomorphine Hydrochloride Hypodermic Tablets
Arnica Tincture
Aromatic Elixir
Aromatic Ammonia Aspirols & Spirit
Asafetida Tincture
Atropine Sulfate Ampoules, Ophthalmic Ointment, Tablets, & Hypodermic Tablets
♦Aventyl HCL Liquid & Pulvules, p 823
BCG Vaccine
Bacitracin Ointment, Ophthalmic Ointment, & Solvets
Barbital Tablets
Becotin Pulvules
♦Becotin-T Tablets, p 824
♦Becotin w/Vitamin C Pulvules, p 824
Belladonna Ointment
Belladonna Extract (Leaves) Tablets
Belladonna (Leaf) Powdered Extract & Tincture
Benedict's Qualitative Solution
Benzoin Tincture
Benzoin Compound Tincture
Betalin Complex Ampoules & Elixir, p 824
Betalin Complex F.C. Ampoules, p 824
Betalin Compound Pulvules
Betalin S Ampoules, Elixir, & Tablets
Betalin 12 Crystalline Ampoules, p 825

(♦ Shown in Product Identification Section)

## 152

### Alphabetical Index by Manufacturer

Bilron Pulvules, p 826
Bismuth, Magnesia, & Sodium Bicarbonate, No. 2 Tablets
Bismuth Subcarbonate Tablets
Blank (Placebo) Hypodermic Tablets
Blaud Pills
Blue Ointment
Boric Acid Ointment & Ophthalmic Ointments
Brevital Sodium Ampoules, p 826
Bromide & Chloral Hydrate Compound Elixir
Brown Mixture Solution
Buchu, Juniper, & Potassium Acetate Elixir
Buffer Solution for Penicillin Ampoules
C.R.C. Pulvules & Tablets
Caffeine & Sodium Benzoate Ampoules
Caffeine, Citrated, Tablets
Calcium Carbonate & Soda Tablets
Calcium Carbonate, Aromatic, Tablets
Calcium Bluceptate Ampoules
Calcium Gluconate Tablets
Calcium Gluconate w/Vitamin D Pulvules & Tablets
Calcium Hydroxide Powder
Calcium Lactate Tablets
Camphor Liniment & Spirit
Camphor & Soap Liniment
Capsules, Empty Gelatin
Carbarsone Pulvules
Cardamom Compound Tincture
Cascara Tablets
Cascara Compound Pills & Tablets
Cascara Sagrada Fluid Extract
Cascara Sagrada, Aromatic, Fluid Extract
Castor Oil Elastic Filled Capsules
Castor Oil, Aromatic
Catarrhalis Vaccine Combined, No. 4
Cathartic Compound Pills
Cevalin Ampoules & Tablets
Chloroform Liniment
Cholera Vaccine
Choline Dihydrogen Citrate Tablets
Clopane Hydrochloride Solutions
Cocaine Hydrochloride Solvets
Coco-Diazine Suspension
Coco-Quinine Suspension
Cod Liver Oil Elastic Filled Capsules
Codeine Phosphate Ampoules & Hypodermic Tablets
Codeine Sulfate Tablets & Hypodermic Tablets
Co-Elorine 25 Pulvules
Colchicine Ampoules & Tablets, p 827
Cold Cream, for Compounding
Prescriptions, Ointment
Cologel Liquid
Compren Pulvules
Copavin Compound Elixir
Copavin Pulvules & Tablets
♦Co-Pyronil Pulvules, Pediatric Pulvules, & Suspension, p 827
Cordran Cream, Lotion, & Ointment, p 828
Cordran-N Cream & Ointment, p 828
♦C-Quens, p 829
Cresol, Saponated, Solution
♦Crystodigin Ampoules & Tablets, p 830
Cytellin Suspension, p 831
♦Darvon Pulvules, p 831
♦Darvon Compound Pulvules, p 831
♦Darvon Compound-65 Pulvules, p 831
♦Darvon with A.S.A. Pulvules, p 831
♦Darvo-Tran Pulvules, p 832
Digitalin Geiseals
Dextrose Buffers
Dextrose (Unbuffered) Ampoules
Diamond Antiseptic
Diamond Antisered Ampoules
Dicalcium Phosphate Tablets
Dicalcium Phosphate Tablets
with Vitamin, Dicalcium Phosphate & Calcium Gluconate
Dicalcium Phosphate w/Vitamin D Pulvules
Dicalcium Phosphate w/Vitamin D and Iron Pulvules
Dicumarol Pulvules
Dicurin Procaine Ampoules
Diethylstilbestrol Ampoules, Enseals, Suppositories, & Tablets, p 832
Digiglusin Tablets
Digitalis Pulvules & Tincture

Diphtheria & Tetanus Toxoids Combined, Alum Precipitated (For Pediatric Use)
Diphtheria & Tetanus Toxoids Combined, Fluid (For Pediatric Use)
Dolophine Hydrochloride Ampoules, Syrup, & Tablets, p 833
Drolban Ampoules, p 834
Duracillin A.S. Ampoules & Hyporets, p 834
Duracillin F.A. One Million Ampoules
Duracillin Fortified Ampoules
♦Dymelor Tablets, p 835
Emetine Hydrochloride Ampoules
En-Cebrin Pulvules, p 836
En-Cebrin F Pulvules, p 836
Entoral Biologic
Ephedrine & Amytal Pulvules
Ephedrine Compound Inhalant
Ephedrine & Procaine Ampoules
Ephedrine & Seconal Sodium Pulvules
Ephedrine Sulfate Ampoules, Pulvules, Solution, & Syrups
Ephedrol, w/Codeine
Epragen Pulvules
Eprolin Gelseals
Ergot Fluid Extract
Ergotrate Maleate Ampoules, Hyporets, & Tablets, p 836
Essence Pepsin Elixir
Estrone Ampoules
Extralin B Pulvules
Extralin F Pulvules
Extralin Pulvules
Ferric Chloride Tincture
Ferro-Betalin Tablets
Ferrous Gluconate Pulvules
Ferrous Sulfate Enseals & Tablets
Folic Acid Tablets
Forthane Inhaler
Gentian Compound Tincture
Glucagon for Injection Ampoules, p 837
Gluco-Calcium Ampoules
Glycerin Suppositories
Glycyrrhiza Fluid Extract
Green Soap Tincture
♦Haldrone Tablets, p 838
Heparin, Sodium, Ampoules
Hepicebrin Tablets
Hexa-Betalin Ampoules & Tablets
H. Influenzae Mixed Vaccine, No. 4
Hista-Clopane Pulvules
Histadyl Ampoules, Pulvules, & Syrup
Histadyl E.C. Syrup, p 839
Histadyl & A.S.A. Compound Pulvules
Histadyl & Ephedrine Hydrochloride Pulvules
Histalog Ampoules
Histamine Phosphate Ampoules
Homicebrin
Hydriodic Acid Syrup
Hyoscyamus Tincture
Ichthammol Ointments
Regular Iletin, 40, 80, 100, & 500 units, p 839
Lente Iletin, 40 & 80 units, p 840
Semilente Iletin, 40 & 80 units, p 840
Ultralente Iletin, 40 & 80 units, p 840
NPH Iletin, 40 & 80 units, p 841
Protamine, Zinc & Iletin, 40 & 80 units, p 841
Beef (Special) Regular Iletin, 40 & 80 units
Beef (Special) Lente Iletin, 40 & 80 units
Beef (Special) NPH Iletin, 40 & 80 units
Beef (Special) Protamine, Zinc & Iletin, 40 & 80 units
Pork Regular Iletin, 40 & 80 units
Pork Lente Iletin, 40 & 80 units
Pork NPH Iletin, 40 & 80 units
Pork Protamine, Zinc & Iletin, 80 units
Low Zinc Regular Iletin, 40 units
♦Ilosone Pulvules, p 842
♦Ilosone Chewable Tablets, p 842
Ilosone Drops, p 842
Ilosone Liquid 125 & 250 Oral Suspensions, p 842
Ilosone 125, for Oral Suspension, p 842
Ilosone Sulfa Tablets, p 843
Ilosone Sulfa, for Oral Suspension, p 843
Ilotycin Ointment, Ophthalmic Ointment & Tablets, p 844
Ilotycin Gluceptate, I.V., Ampoules, p 845

Ilotycin-Sulfa Tablets, p 844
Influenza Virus Vaccine, Bivalent, Zonomune, p 845
Iodine, Strong, Tincture
Ipecac Syrup, p 846
Iron, Quinine, & Strychnine Elixir
Iron, Quinine, & Strychnine Phosphate Elixir
I-sedrin Compound Solution
I-sedrin Plain Solution
Isoniazid Tablets
Isopropyl Alcohol, Lilly, 91%
Kaomin Powder
Kappadione Ampoules
Keflin Ampoules, p 846
Lactated Pepsin Elixir
Lactated Ringer's Ampoules
Lexavite Ampoules
Lextron Pulvules
Lextron Ferrous Pulvules
Lextron P.G. Pulvules
Liver Ampoules
Loridine Ampoules, p 848
Magnesia & Soda Tablets
Magnesium Sulfate Ampoules
Measles Virus Vaccine, Live, Attenuated
Menadione Tablets
Mercuric Oxide, Yellow, Ophthalmic Ointments
Merthiolate Aerosol, Cream, Glycerite, Ointment, Opthalmic Ointment, Solution, & Tincture, p 849
Methenamine Tablets
Methenamine and Sodium Biphosphate Tablets
Methylene Blue, Copaiba, & Santal Compound Tablets
Methyltestosterone Tablets
Metubine Iodide Ampoules
Metycaine Hydrochloride Ampoules, Powder, & Tablets
Metycaine Hydrochloride & Merthiolate Ophthalmic Ointment
Metycaine Hydrochloride & Zinc Oxide Compound Suppositories
♦Mi-Cebrin Tablets, p 850
♦Mi-Cebrin T Tablets, p 850
Milk of Bismuth
Milk of Magnesia
Monotheamin Suppositories
Monotheamin & Amytal Pulvules
Morphine & Atropine Ampoules & Hypodermic Tablets
Morphine Sulfate Ampoules & Hypodermic Tablets
Mouthwash Solution
♦Multicebrin Tablets, p 850
Multicebrin Jr. Geiseals
Mumps Skin-Test Antigen
Mumps Vaccine
Myrrh Tincture
Neo-Betalin 12 Crystalline Ampoules, p 82
Neomycin Sulfate Ointment, Ophthalmic Ointment, & Tablets
Neotrizine Suspension & Tablets
Niacin Ampoules & Tablets
Niacinamide Ampoules & Tablets
Nitroglycerin Sublingual Tablets
Novacebrin Chewable Tablets
Novacebrin Drops
Novacebrin c Fluoride Chewable Tablets, p 850
Novacebrin c Fluoride Drops, p 851
Novrad Pulvules & Suspension
Novrad w/A.S.A. Pulvules
Nux Vomica Tincture
Oncovin Ampoules, p 851
Opium (Deodorized) Tincture
Oxabain Ampoules
Ox Bile Extract Enseals
Pagitane Hydrochloride Tablets
Pancebrin Ampoules
Pancreatin Powder & Tablets
Pancreatin, Triple Strength, Enseals
Panoral Biologic
Pantholin Tablets
Papaverine Hydrochloride Ampoules, Powder, & Tablets
Parathyroid Ampoules
Paregoric Tincture
Paveril Phosphate Tablets, p 852
Paveril Phosphate & Amytal Tablets

(♦ Shown in Product Identification Section)

Spotstik (Waterproof Covermark in stick form)

**O'NEAL, JONES & FELDMAN PRODUCTS**

*(See White Section, page 962)*

*O'Neal, Jones & Feldman, Inc.*
*2350 Centerline Drive*
*Westport Industrial Park*
*St. Louis, Mo. 63141*

Acrobolic Tablets
Andro L. A. Injectable
Andro "50" Injectable
Andro "100" Injectable
Androgyn Injectable
Androgyn L. A. Injectable
Arbon Tablets & Injectable
Biamin Injectable
B-12 Plus Injectable
Cebro Tablets
Cebromone Tablets
Cebrovas Tablets
Choron Injectable
Cyamine Injectable
Cytobolin Injectable
Dehist Capsules, p 962
Dehist Injectable, p 962
Enzyle Tablets
Gynogen Injectable
Gynogen L. A. Injectable
Gynogen R. P. Injectable
Histene Injectable
Hydrone Injectable
Iatric Injectable
Livroben Injectable
Neurogyn Tablets & Injectable
Predalone Injectable
Respicol Injectable
Rogenic Injectable, p 962
Rogenic Tablets, p 962

**ORBIT PRODUCTS**

*(See White Section, pages 962-963)*

*Orbit Pharmaceutical Company, Inc.*
*1512 North Fifth Street*
*Kansas City, Kansas 66101*

Ichloroquin Cream
Lunaspas Tablets
Marsulfas Suspension
Orbedec Capsules
Orbiferrous Plus Elixir
Orbiferrous Tablets, p 962
Orbigesic Compound Tablets
Orbigesic Elixir
Orbigesic Tablets
Orbipec w/Neomycin Suspension
Orbisulfas AD Suspension
Satervite Tablets
Tetraspect Capsules
Tetraspect S Syrup
Zolediazine Tablets

**ORGANON PRODUCTS**

*(See White Section, pages 963-968)*

*Organon Inc.*
*375 Mount Pleasant Ave.*
*West Orange, N. J. 07052*

♦Accelerase
♦Accelerase-PB
Adrestat
Bifaction
Bilogen
Cortrophin Gel
Cortrophin-Zinc
♦Cotazym, p 963
Cotazym-B
Covisten
Cytora
Deca-Durabolin, p 963

Di-Met Suspension
Doca Acetate
Dodex Injectable
Durabolin, p 964
Durabolin-50, p 964
♦Hexadrol, p 964
Hexadrol Therapeutic Pack, p 964
Hexadrol Cream
Hexadrol Phosphate Injection, p 966
Liquaemin Sodium
Liquaemin Sodium Gel
Liquamar
Lynoral
♦Maxibolin
Medache
Mentormon (A)
Neo-Hombreol
Neo-Hombreol (F)
Neo-Hombreol (M)
Nugestoral
Pernaemon
Pregnyl
Progestoral
Purified Cortrophin Gel
Stenediol
Trevidal Tablets
♦Wigraine

**ORTHO PRODUCTS**

*(See White Section, pages 968-977)*

*Ortho Pharmaceutical Corporation*
*Raritan, New Jersey 08869*

Aci-Jel Therapeutic Vaginal Jelly, p 968
Delfen Contraceptive Cream, p 968
Delfen Contraceptive Foam, p 968
Dienestrol Cream, p 968
Masse Cream, p 968
Nickerson's Medium, p 968
Ortho Diaphragm Kit-All Flex, p 968
Ortho Diaphragm Kit-Coil Spring, p 968
Ortho Diaphragm Kit-Flat Spring, p 968
Ortho Disposable Applicator, p 968
Ortho-Creme Contraceptive Cream, p 968
Ortho-Gynol Contraceptive Jelly, p 969
♦Ortho-Novum 1/80☐ 21, p 969
♦Ortho-Novum Tablets 1 mg, p 970
♦Ortho-Novum Tablets 2 mg, p 972
♦Ortho-Novum Tablets 10 mg, p 973
♦Ortho-Novum SQ Tablets, p 974
Preceptin Contraceptive Gel, p 977
Salpix Contrast Medium, p 977
Sporostacin Cream, p 977
Sultrin Triple Sulfa Cream, p 977
Sultrin Triple Sulfa Vaginal Tablets, p 977

**OWEN PRODUCTS**

*(See White Section, pages 977-978)*

*Owen Laboratories Inc.*
*Belt Line Rd. at Inwood Rd.*
*P.O. Box 34630*
*Dallas, Texas 75234*

Dara Soapless Shampoo, p 669
Dy-O-Derm, p 977
gris Owen
Ionax, p 977
Ionil, p 977
Ionil-T, p 977
Nutracort, p 977
Nutraderm, p 978
Nutraderm Cream, p 978
Nutraspa, p 978
Pabafilm, p 978
piSEC, p 978
Rhinall Nasal Spray
Rhinall Nose Drops
Rhinall-10 Flavored Nose Drops
Tropsor
Vacon
Ver-Var, p 978
Wibi, p 669

**PALMEDICO PRODUCTS**

*(See White Section, pages 978-979)*

*Palmedico, Inc.*
*P.O. Drawer 3397*
*Columbia, S. C. 29203*

Aflus Suspension & Tablets
Aflus-P Tablets
♦Amphaplex 10 mg. Tablets, p 978
♦Amphaplex 20 mg. Tablets, p 978
Astrovite Tablets
Astrovite-P Tablets
Azo-Aflus-P Tablets
Besta Tablets, p 978
Butatran Tablets
Ennade Elixir
G-Lixir
G-1 Tablets
G-2 Tablets
G-3 Tablets
Medcohist Tablets
Medcohist w/Codeine ¼ Tablets
Meditussin Liquid
Meditussin-X Liquid
Palbar Elixir & Tablets
Palbar No. 2 Tablets
Palminate Tablets
♦Palmiron Forte Tablets, p 978
♦Palmiron Tablets, p 978
♦Palmiron-C Tablets, p 978
Palocarp
Palocillin-5 Tablets
Palocillin-S Suspension
♦Palohist Capsules, p 978
♦Palohist Mild Capsules, p 978
Palohist Liquid
Palonad Tablets
Palonyl Tablets
Palsorb Emulsion
Paltet Capsules
Paltet Syrup
Prednigesic Capsules
ProReNata Tablets
ProReNata w/Codeine ¼ & ½ Tablets
Spantran
Spasmasorb Tablets

**PALMEDICO'S OAK RIDGE PRODUCTS**

AmORdex Capsules
A.N.R. #1 (formerly Infant)
A.N.R. #2 (formerly Child)
ApORvite Liquid
DilORbron Capsules
FevOR Elixir
HistOR-D Capsules
HistOR-D Syrup
NORchrome Chew-Tabs
PriORbarb Capsules
SpasmOR Capsules
UORsul Capsules
VitORmains
VitORmelts-F
VitORsperse
VitORsperse-F

**PAN AMERICAN PRODUCTS**

*(See White Section, page 979)*

*Pan American Laboratories, Inc.*
*P.O. Box 8068*
*New Orleans, La. 70122*

Palgesic Capsules
Palgesic Tablets
Pam B-12, 1000 Injection
Pamcillin Suspension
Pamcillin Tablets
Pan B Plex Injection
Pan D Plex Injection
Pancort Injection
Pan K Elixir
Pan OB Tablets
Panabarb Elixir
Panabarb Tablets
Panazyme Injection

**(♦ Shown in Product Identification Section)**

## 170 Alphabetical Index by Manufacturer

Calferbee Tablets
Calferbee Tablets NB
Camirol
Celmol
Cephalgesic Capsules
Choleo-Caps
Combogenic
Cryoextractor, SMP Cataract
Deconamine Capsules, p 1228
Deconamine Elixir, p 1228
Deconamine Tablets, p 1228
Dermasulf Creme, p 1229
Dermasulf Solution, p 1229
Dissol Ophthalmic
Duogen Suspension
E-Pilo Ophthalmic, p 1229
Erucyte
Eserine Sulfate ¼% Ophthalmic Ointment
Estrusol
Fentropine Butabarbital Tablets
Fentropine Tablets
Fluorescein Sodium Solution 10%
Gadoment Ointment
Globotrin
Glyrol
Hemo Vitol Tablets
Homatropine Hydrobromide Ophthalmic Solution
Hormestrin 2 mg.
Hydrocortisone Acetate Ophthalmic Ointment
Inflamase ¼% Ophthalmic Solution, p 1229
Inflamase Forte Ophthalmic Solution, p 1229
Kondremul, p 1230
Kondremul w/Cascara, p 1230
Kondremul w/Phenolphthalein, p 1230
Kois-House Otic Cream Pak
Lipoflavonoid
Lipotriad Liquid & Capsules
Litwelfo
Miochol, p 1230
Multivitamins
Nasocon Nasal Spray
Neo-Kondremul
Neomycin Sulfate with Hydrocortisone Acetate Ophthalmic Ointment
Neo-Sedaphen
Neo-Slowten
Neo-Vitwel
Nepto Lotion
Panogen Liquid, Tablets
Parbexin
Parbexin-S
Passi-Barb
Phenylephrine Hydrochloride 10% Ophthalmic Solution
Pilocar Ophthalmic Solutions, p 1230
Pilocar Ophthalmic Ointment
Postopack No. 2
Pradase
Profenil Phenobarbital
Profenil Tablets
Pyocidin HC Ophthalmic Ointment
Pyocidin HC Otic Drops, p 1230
Quadra-Sed
Quimotrase Ophthalmic
Rosenvold Disposable Eye Shield
Sedaphen
Slowten Tablets
Solvilith
Somnafac, p 1231
Somnafac Fourte Capsules, p 1231
Stimula Ointment
Sulf-10 Ophthalmic Ointment
Sulf-30 Ophthalmic
Sulfathiazole Opthalmic Ointment
Tempotriad Liquid & Tablets
Tetracaine ½% Ophthalmic Ointment
Tetradene Tablets & Elixir
Tolagesic
Trulase
Trydecyl Cream
Vasocidin Ophthalmic Solution, p 1231
Vasocidin Ophthalmic Ointment
Vasocon Regular Ophthalmic, p 1231
Vasocon-A Ophthalmic, p 1232
Vasopred Ophthalmic Suspension
Vasosulf Ophthalmic
Vicalmin
Vitamin A & D Ophthalmic Ointment
Vitron

Vitron-C Tablets, p 1232
Vitron-C-Plus, p 1232
Vi-Twel Cyanocobalamin Injection

### SOUTHERN PHARMACEUTICAL PRODUCTS

(See White Section, page 1232)

*Southern Pharmaceutical Company, Inc.*
*P.O. Box 13358, University Station*
*Gainesville, Florida 32601*

Ade Tablets & Syrup
Becyte Capsules
Bron-Sed Elixir
Budon Tablets & Elixir
Cyte Tablets
Dex-Tend Tablets
Dynsed Tablets
Hyp-Sen Capsules & Syrup
So-Banic Tablets, p 1232
So-Cort Cream
Sonide Tablets & Suspension
So-Otic Drops
Sopen-V Tablets
Sorbi-Cyte Forte Syrup
So-Tab Tablets
So-Topic Cream
Tet Capsules
Vi-Citrimin Tablets
Zolacin Tablets

### SPENCER-MEAD PRODUCTS

(See White Section, page 1232)

*Spencer-Mead, Inc.*
*Division, Barth-Spencer Corp.*
*270 West Merrick Road*
*Valley Stream, N. Y. 11582*

ACTH
Amphetamine Sulfate
Aspirin
Chlorpheniramine Maleate
Chorionic Gonadotropin
Cortisone
Dextro Amphetamine Sulfate
Estrogens, Conjugated and Natural
Hydrocortisone
Liver Injectables
Meprobamate
Obesa-Mead, p 1232
Penicillin G
Penicillin V
Phenobarbital
Prednisolone
Prednisone
Rauwolfia Serpentina
Reserpine
Sulfisoxazole
Testosterone
Tetracycline HCl
Thyroid
Vitamin B Complex Injectables
Vitamin B₁₂

### SQUIBB PRODUCTS

(See White Section, pages 1233-1316)

*Squibb & Sons, E. R.*
*909 Third Avenue*
*New York, N. Y. 10022*

A Vitamin Synthetic Capsules
♦Amnestrogen Tablets, p 1234
Anti-Hemophilus Influenzae Type b Serum, p 1234
Ascorbic Acid Tablets
Cardiografin, p 1235
Cholografin Meglumine, p 1236
Cholografin Sodium, p 1237
Crysticillin 300 A. S. + 600 A. S., p 1234
Crystifor 400, p 1239
Deladumone, p 1239
Deladumone OB, p 1241
Delalutin, p 1241
Delatestryl, p 1242
Delestrogen, p 1243
Deluteval 2X, p 1244
Diagnex Blue, p 1245
Digitoxin Tablets, p 1246
Dumogran Tablets

Dumone Tablets, p 1246
♦Engran Tablets, p 1247
♦Engran-HP Tablets, p 1247
Ether for Anesthesia
Feramel Tablets, p 1247
Florinef Acetate Tablets, p 1248
Florinef-S Ophthalmic Ointment, Suspension, p 1248
Florotic for Otic Suspension, p 1249
Follutein, p 1249
Fungizone Cream, Lotion, Ointment, p 1250
Fungizone Intravenous, p 1251
Fungizone for Tissue Culture, p 1252
Gastrografin, p 1253
Gestest Tablets, p 1254
Hydrea, p 1254
Insulin
Insulin-Globin Zinc Insulin
Insulin-Isophane Insulin (NPH)
Insulin-Protamine Zinc Insulin
Ipral Calcium Tablets
Kenacort Tablets, p 1256
♦Kenacort Ophthalmic Ointment, Suspension, p 1248
Kenacort Diacetate Syrup, p 1256
Kenalog Cream, Lotin, Ointment, Spray, p 1258
Kenalog in Orabase, p 1261
Kenalog Parenteral, p 1261
Kenalog-IM, p 1259
Kenalog-S Cream, Lotion, Ointment, p 1263
Kenalog-S Nasal Spray, p 1264
Kenalog-S Ophthalmic Ointment
Liafon Capsules, p 1265
Lygranum S. T., p 1265
Medotopes, p 1266
A-C-D Solution Modified
Albumotope I 131 (Diagnostic Injection)
Albumotope I 125 (Diagnostic Injection)
Albumotope-H
Albumotope-LS
Aureotope (Colloidal Suspension)
Chlormerodrin Hg 197 (Injection)
Chlormerodrin Hg 203 (Injection)
Chromiabin (Diagnostic Injection)
Chromitope Sodium (Diagnostic Injection)
Chromphosphotope (Therapeutic Injection)
Cobatope-57 Reference Standard Solution
Cobatope-60 Reference Standard Solution
Ferritope (Injection)
Hipputope I 131 (Diagnostic Injection)
Hipputope I 125 (Diagnostic Injection)
Iodotope Diagnostic Capsules (I 131)
Iodotope Diagnostic Capsules (I 131)
Iodotope I 125 (Diagnostic Injection)
Iodotope Diagnostic Oral Solution (I 131)
Iodotope I 125 Diagnostic Oral Solution
Iodotope Therapeutic Capsules (I 131)
Iodotope Therapeutic Injection (I 131)
Iodotope Therapeutic Oral Solution (I 131)
Oleotope Diagnostic Capsules (I 125)
PBI Resikit
PBI Resikit Calibrated Test Tubes w/Cap
Phosphotope Oral Therapeutic Solution
Phosphotope Injection
Robengatope Diagnostic Injection
Rubratope-57 Diagnostic Capsules
Rubratope-57 Diagnostic Oral Solution
Rubratope-57 Diagnostic Injection
Rubratope-57 Diagnostic Kit
Rubratope-60 Diagnostic Capsules
Rubratope-60 Diagnostic Oral Solution
Rubratope-60 Diagnostic Kit
Sethotope
Strotope
Technetope II Sterile Generator
Tesuloid Kit
Tresitope Diagnostic Kit
Tri-Thyrotope Solution
Trioleotope Diagnostic Capsules
Mycolog Cream, Ointment, p 1266
Myconef Ointment, p 1267
Mycostatin Cream, Ointment, p 1267.
Mycostatin Powder (for laboratory use)
Mycostatin Topical Powder, p 1267
Mycostatin for Suspension, p 1268
♦Mycostatin Oral Tablets, p 1268

(♦ Shown in Product Identification Section)

## Alphabetical Index by Manufacturer

◆Mycostatin Vaginal Tablets, p 1268
◆Mysteclin-F Capsules, p 1268
◆Mysteclin-F '125' Capsules, p 1268
◆Mysteclin-F Pediatric Drops, p 1268
Mysteclin-F Syrup, p 1268
◆Naturetin Tablets, p 1270
Naturetin ₂ K Tablets, p 1271
Neo-Amniotin, p 1272
Neomycin Sulfate Sterile Powder, Tablets, p 1273
Niacin Tablets
Nitrazine Paper
◆Noctec Capsules, p 1274
◆Noctec Syrup, p 1274
Novo-Basic Tablets
Novogram Tablets, p 1275
Nydrazid Injection, Tablets, Syrup, p 1275
Ophthaine Solution, p 1276
Orabase Emolient, p 1277
Oragrafin Calcium Granules, p 1277
◆Oragrafin Sodium Capsules, p 1277
Orahesive Intraoral Bandage
Orahesive Powder
Ora-Testryl Tablets, p 1278
Penicillin G Potassium for Injection (Buffered), p 1278
Penicillin G Procaine, Sterile, w/Aluminum Stearate Suspension, p 1279
Penicillin G Sodium for Injection (Buffered), p 1280
◆Pentids for Syrup, p 1281
◆Pentids Tablets, p 1281
◆Pentids '400' Capsules, p 1281
◆Pentids '400' for Syrup, p 1281
◆Pentids '400' Tablets, p 1281
◆Pentids '800' Tablets, p 1281
◆Pentids-P 300 A.S. & 600 A.S., p 1282
◆Principen '250' Capsules, p 1283
◆Principen '500' Capsules, p 1283
Principen '125' for Oral Suspension, p 1283
Principen '250' for Oral Suspension, p 1283
Principen/N, p 1284
Prolixin Injection, p 1285
Prolixin Enanthate, p 1287
◆Prolixin Tablets & Elixir, p 1286
◆Pronestyl Capsules, p 1289
Pronestyl Injection, p 1289
Pyridoxine Hydrochloride Tablets (Vitamin B₆)
Quinolor Compound Ointment
◆Raudixin Tablets, p 1290
◆Rau-sed Tablets, p 1291
◆Rautrax Tablets, p 1292
Rautrax-N Tablets, p 1293
Rautrax-N Modified Tablets, p 1293
◆Rauzide Tablets, p 1294
Renografin-30, p 1296
Renografin-60, p 1296
Renografin-76, p 1296
Renovist, p 1300
Retrografin, p 1301
Rezilfim
Rezipas, p 1302
Rubraferate Capsules, p 1302
Rubrafolin Capsules, p 1303
Rubragran Capsules, p 1303
Rubramin Capsules
Rubramin PC, p 1303
Rubraton Elixir
Rulivan
Serenium Tablets
Sinografin, p 1304
Special Formula Vitamin Capsules
Staphylococcus Toxoid and Bacterial Antigen Made from Staphylococci Combined (Staphylococcus Ambotoxoid)
Steclin Capsules, p 1304
Steclin Intramuscular, p 1306
Steclin Intravenous, p 1307
Stilbetin Tablets
Sucostrin for Infusion, p 1308
Sucostrin Injection, p 1308
Sucostrin High Potency, p 1308
◆Sumycin Capsules, p 1309
Sumycin Syrup, p 1309
Terfonyl Suspension, p 1310
Terfonyl Tablets, p 1310
Teslac, p 1312
Theragran Liquid, p 1314

◆Theragran Tablets, p 1314
◆Theragran Hematinic Tablets, p 1314
Theragran Junior Capsules, p 1314
◆Theragran-M Tablets, p 1314
Theratuss Tablets
Thiamine Hydrochloride Injection, Tablets
Tocopherex Capsules, High Potency Capsules
Toleram Suspension, Tablets
Tolserol Elixir & Tablets
Trigesic Tablets
Tubocurarine Chloride Injection
Vesprin Injection, p 1315
Vesprin High Potency Suspension, p 1315
◆Vesprin Tablets, p 1315

**STIEFEL PRODUCTS**

(See White Section, page 1316)

*Stiefel Laboratories, Inc.*
*Oak Hill, N.Y. 12460*

Acne-Aid Cream
Acne-Aid Detergent Soap, p 1316
Acne Aid Lotion
Acne-Aid Shampoo
Benoxyl Lotion, p 1316
Brasivol Base, p 1316
Brasivol Fine, p 1316
Brasivol Medium, p 1316
Brasivol Rough, p 1316
Ichtho-Cort Cream
Ichtho-Cort Ointment
Ichthyol Concentrate (100%)
Ichthyol Ointment, 10%
Maizette
Oilatum Cream
Oilatum Soap, p 1316
Polytar Bath
Polytar Shampoo
Polytar Soap
Salicylic Acid Soap, 3½%
Salicylic Acid & Sulfur Soap, 3% & 10%
SAStid (CAL)
SAStid (Plain)
Sulfur Soap 10%
ZeaSORB Medicated Powder, p 1316

**STRASENBURGH PRODUCTS**

(See White Section, pages 1316-1318)

*Strasenburgh*
*Division Pennwalt Corporation*
*755 Jefferson Road*
*Rochester, N.Y. 14623*

Acogesic
Akalon-T '5'
Akalon-T '10'
Bifran
Biphetacel
◆Biphetamine '7½', p 1316
◆Biphetamine '12½', p 1316
◆Biphetamine '20', p 1316
◆Biphetamine-T '12½', p 1316
◆Biphetamine-T '20', p 1316
Caldecort, p 1317
Caprylum (Compound) Vaginal Creme
◆Cholan-DH
◆Cholan-HMB, p 1317
◆Cholan-V
Dimethacol, p 1317
Efroxine
Emul-O-Balm
◆Ionamin '15', p 1317
◆Ionamin '30', p 1317
Lusyn
Malcotran Tablets
Malcotran w/Phenobarbital Tablets
Maxitate w/Phenobarbital 15 mg.
Maxitate w/Rauwolfia Compound
Metropectin
Metropine Tablets
Metropine w/Phenobarbital
Nesacaine, p 1317
Omni-Tuss Suspension, p 1318
Orprine Elixir
Raphetamine 1%
Strasco Magna Vitamin w/B₁₂ Tablets

Strascogesic
Tussionex Suspension, p 1318
Tussionex Tablets, p 1318

**STUART PRODUCTS**

(See White Section, pages 1319-1324)

*STUART Pharmaceuticals,*
*Pasadena, California 91109,*
*Division of Atlas Chemical Industries, Inc.*
*Wilmington, Delaware 19898*

◆Amvicel, p 1319
◆Amvicel-X(10), p 1319
◆Amvicel-X(15), p 1319
◆Bucladin, p 1319
Cari-Tab, p 1319
◆Dialose, p 1319
◆Dialose Plus, p 1320
Effergel, p 1320
Effersyl, p 1320
Effersyllium, p 1320
◆Ferancee, p 1320
Mucoplex, p 1320
◆Mulvidren, p 1320
◆Mulvidren Junior, p 1321
◆Mulvidren-F, p 1321
◆Mylanta (Liquid & Tablets), p 1321
◆Mylicon (Tablets & Drops), p 1321
Neotinic, p 1321
Normacid, p 1321
◆Orexin, p 1321
◆Probec, p 1322
◆Probec-T, p 1322
Prolaire
Prolaire-B
Sofran, p 1322
◆Sorbitrate Oral, p 1322
◆Sorbitrate w/Phenobarbital Oral, p 1322
◆Sorbitrate Sublingual, p 1322
Stuart Amino Acids (Soluble beads & tablets w/B₁₂, p 1223
Stuart CMC Capsules
Stuart Formula Liquid, p 1323
◆Stuart Formula (tablets), p 1323
Stuart Hematinic Fortified
Stuart Hematinic Liquid, p 1323
Stuart Hematinic Tablets, p 1323
Stuart Prenatal, p 1323
◆Stuart Prenatal w/Folic Acid, p 1324
Stuart Therapeutic Multivitamin, p 1324
Stuart V-C-M Tablets
Stuartinic, p 1324
◆Suladyne, p 1324
Theron Liquid, p 1324
Theron Tablets, p 1324

**SUTLIFF & CASE PRODUCTS**

(See White Section, page 1324)

*Sutliff & Case Co., Inc.*
*201 Spring Street (P.O. Box 838)*
*Peoria, Illinois 61601*

Aminabel Tablets Chewable
Asco Solu Caps
Asco Tablets
B-K-P Mixture
B-K-Z Tablets, Chewable
Bar-Cy-Amine Elixir
Bar-Cy-A Tablets
Bihistol Tablets
Bronchohist Syrup
Bufazo Solu Caps
Butadeine Solu Caps
Butatrax Solu Caps, p 1324
Calsarbain Tablets
Cetyben Troches
Chera Sulfa Suspension
Chera Sultabs Tablets
Chew-Tinic Tablets
Cohema Tablets
Colicell Tablets
Corparex Meta-Kaps
Corparid Solu Caps
Di-Factor Tablets
Dry-Hist Meta-Kaps
Guaiamine Solu Caps
Laudacin Liquid
Liv-Fer-B Liquid

(◆ Shown in Product Identification Section)

**174**

## Alphabetical Index by Manufacturer

DUO-C.V.P. w/Vitamin K Capsules,
  p 1339
Emivan Tablets & Injectable, p 1340
♦Histaspan Capsules, p 1341
♦Histaspan-D Capsules, p 1341
♦Histaspan-Plus Capsules, p 1341
M.V.I. (Multi-Vitamin Infusion), p 1342
Methischol Capsules, p 1342
♦Nitrospan Capsules, p 1342
Panthoderm Cream, p 1342
Pantho-F 1% Cream, p 1342
Pantho-F 0.2% Cream, p 1342
Vaponefrin Metermatic, p 1342
Vaponefrin Solution and Nebulizer, p 1342
Vapo-N-Iso Metermatic, p 1343
Vapo-N-Iso Solution, p 1343
Vi-Aqua Capsules, p 1343
Vi-Aqua Therapeutic Capsules, p 1343
Vi-Aquamin Capsules, p 1343
Vi-Aquamin Therapeutic Capsules, p 1343
Vi-Syneral (Adults)
Vi-Syneral Chewable Tablets, p 1343
Vi-Syneral Injectable, p 1343
Vi-Syneral One-Caps, p 1344
Vi-Syneral Vitamin Drops, p 1344

### ULMER PRODUCTS

(See White Section, pages 1344-1347)

*Ulmer Pharmacal Co.*
*(Division of Physicians & Hospitals*
*Supply Co.)*
  *1400 Harmon Place*
  *Minneapolis, Minn. 55403*

Alprine BiTabs, p 1344
Aminophylline Tablets
And-Est Injectable, p 1344
Andoin Ointment
As-Ca-Phen Capsules & Tablets
Ascorbic Acid Tablets
Aspirin Tablets
Astringent Mouthwash
Atropine Sulfate Injection
Ben-Caine B-B Ointment
Bi-O-Kal
Bi-Phene
C Tabs
Calcium Gluconate Injection
Cal-Zo Ointment
Chloral Methylol Ointment
Cledonal
Cobalin Injection
Co-Ferrin Hy-B Injectable
Co-Gel Tablets & Liquid, p 1344
Co-Lu-Gel Liquid
Co-Lu-Gel M-T
Col-Vi-Nol Ointment
Cortisone Acetate Injection
Creodol
Da-Li-Kaps
Decongestcaps
Dextro-Tussin, p 1345
Di-Ferrin Injectable
Digitoxin Tablets
En-Chlor
Gentle Shampoo
Giasol
Hemaliquid
Hematinic Plain Capsules
Hematovals (New), p 1345
Hiscaspray
Hiscatabs
Hospi-Lotion
Hydrocortisone Acetate Injection
Hydroxy B₁₂
Hylugel Plus
JV Vitamins
Kler-ro
L.F.B. 12 Injectable
L.F.B. 12-100 Injectable
Liquid Kler-ro
Liver Injection
Lobana Lotion
Lypho-Ferr-C Injectable
Milk of Magnesia
Mineral Oil
Minnehaha Soap
Narone, Tablets & Injectable, p 1345
Nudox
P-B-Sal-C, p 1345
P-B-Sal-C with Colchicine, p 1345

P-B-Sal-C with Esoprine, p 1345
P-B-Sal-C with Prednisolone, p 1345
P-B-Sal-C Sodium Free, p 1345
Pentazyme, p 1346
Pentobarbital Sodium
Pepto-Ferrin Injectable
Pheneen Sanitizer
Pheneen Solution
Pheneen Solution N.R.I.
Pheneen Tincture
Phenobarbital Tablets
Picro-Benzyl Ointment
Prednisone Tablets
Prestogen Injectable
Progesterone in Oil Injectable
Progesterone Suspension Injectable
Prozyme Injectable
Pyridoxine HCl Injectable
Qualico Antiseptic Soap
Quinine & Urea HCl Injectable
Sal-Su-Tar Ointment
Secobarbital Sodium
Sodium Morrhuate Injectable
Sterotate Injectable
Stimdex
Sulfathiazole Cream 5%
Super Ulex Injectable
Surgel Liquid
Surgel Lubricant
Ta-Poff
Ta-Poff Aerosol
Tergesten Injectable
Theolixir, p 1346
Thiamine HCl Injectable
Thyroid Tablets
Tokols
Trisert Tablets & Powder, p 1346
Ulcort Ointment
Ulcortar Ointment, p 1346
Ulex Capsules & Injectable
Ulgestin Injectable
Ultar Ointment
Ultracaine Injectable
Ultrogen Injectable
Ultrogen D.A. Injectable
Ultrogen Tablets
Ulvical, p 1347
Ulvical Plus, p 1347
Vasospan, p 1347
Velvetia Cream
Venibar Tablets
Vlemincks' Solution
Vitamin A & D Ointment
Vitamin B₁₂ Crystalline Injectable—
  30 mcg., 120 mcg., 1000 mcg.
Wheat Germ Oil Capsules
Zinc Oxide Ointment
Zirium Lotion

### UNIMED PRODUCTS

(See White Section, pages 1347-1348)

*Unimed, Inc.*
  *Morristown, N.J. 07960*

Algic, p 1347
Algic-S.A., p 1347
Ephoxamine Pediatric Syrup, p 1347
Ephoxamine Tablets, p 1347
Onycho-Phytex, p 1347
Phytex
SERC, p 1348

### UPJOHN PRODUCTS

(See White Section, pages 1348-1406)

*Upjohn Company, The*
  *Kalamazoo, Mich. 49001*

Acetonyl Granular Effervescent Salt
Adeflor B, Drops, p 1349
♦Adeflor Chewable, p 1348
Adeflor Drops, 1349
♦Adeflor M, p 1349
Adrenal Cortex Extract
Albamycin Capsules, p 1349
Albamycin Mix-O-Vial, p 1349
Albamycin Syrup, p 1349
Alkets Tablets
Alphadrol Tablets

Anachloric A Tablets
Ascorbic Acid Sterile Solutions
Ascorbic Acid Tablets
Aspirin Tablets
Baciguent Ointment
Baciguent Ophthalmic Ointment
Bacitracin, Sterile
Belladonna, Tincture
Berubigen Crystalline, Sterile Solution
Biosulfa
Calcium Chloride Sterile Solution
Calcium Gluconate Flavored Wafer
Calcium Gluconate Sterile Solution
Calcium Lactate, Tablets
Camollient Cream
Cardrase Tablets
Caripectic Liquid
Casakol, Capsules & Syrup
Casyllium
Cebefortis
Cebenase
Cebetinic
Cer-O-Cillin Sodium Sterile
Cer-O-Strep, One-half, One, Sterile
Cheracol Capsules
Cheracol D, Cough Syrup
Cheracol Syrup
Cidicol Syrup
Citrasulfas (Improved)
Citrocarbonate, G.E.S.
Clocream
Cold Cream
Comycin, Capsules
Comycin-Half-strength Capsules
Cordex, Tablets
Cordex, Buffered, Tablets
Cordex-Forte Tablets
Cordex-Forte (Buffered) Tablets
Cortalex Tablets
Cortef Acetate Ointment, p 1356
Cortef Acetate Sterile Injectable
  Suspension
Cortef, Sterile Aqueous Suspension
Cortef, Sterile Solution
Cortef, Tablets & Fluid, p 1350
Cortisone Acetate, Sterile Aqueous
  Suspension, p 1350
Cortisone Acetate, Tablets, p 1350
Cryobeta
Cyclogesterin, Sterile Aqueous Suspension
Cyclogesterin, 2½X, Sterile Solution
Cyclogesterin, Tablets
♦Cytran, Tablets
Delta-Cortef, Tablets, p 1358
♦Deltasone, Tablets, p 1358
Depo-ACTH, Sterile Solution
Depo-Cer-O-Cillin
Depo-Estradiol Cypionate, p 1372
Depo-Heparin Solution, p 1373
Depo-Medrol, p 1367
Depo-Penicillin, Fortified, Sterile
  Suspension
Depo-Provera Sterile Aqueous Suspension,
  p 1374
Depo-Testadiol, Sterile Solution, p 1376
Depo-Testosterone Cypionate, p 1377
♦Didrex Tablets, p 1378
Diethylstilbestrol Perles
Digitora Tablets, p 1379
Digitoxin Tablets
Diostate D Tablets
Dipaxin Tablets
Diurnal-Penicillin, Readimixed
Emaracol
E-Mycin Tablets, p 1379
Epinephricaine Ointment
Ergobone Ointment
Erythromycin Tablets, p 1379
F-Cortef Acetate Ointments
Ferritrinsic Tablets, p 1380
Ferrous Sulfate, Tablets
Food Powder Medicated
Gelfilm, Ophthalmic Sterile
Gelfoam Absorbable Sponge, p 1380
Gelfoam, Compressed, p 1380
Gelfoam Dental Packs, p 1380
Gelfoam Pack, p 1380
Gelfoam Powder (Non-Sterile), p 1381
Gelfoam Powder (Sterile), p 1381
Gelfoam Prostatectomy Cones, p 1380
Geltabs Vitamin D 50,000 Units
Gerizyme

(♦ Shown In Product Identification Section)

Halodrin, Tablets, p 1382
♦Halostestin Tablets, p 1383
♦Heparin Sodium, Sterile Solution, p 1373
Hydriodic Acid (Upjohn) Syrup
Hydrionic Capsules
Hydrolose Fortified, Syrup
Hydrolose, Plain Syrup
Imbicoll w/Cascara
Imbicoll w/Vitamin B₁
Intrinase Tincture
Iodized Lime, Tablets
Kao-Con
Kaomycin, p 1384
Kaopectate, p 1384
Levanil
♦Lincocin, Capsules, p 1385
♦Lincocin Pediatric, Capsules, p 1385
Lincocin Pediatric Drops, p 1385
Lincocin, Sterile Solutions, p 1385
Lincocin Syrup p 1385
Lipo-Adrenal Cortex, p 1386
Lipomul-Oral
Liprotein, Powder
Liver Injection, Sterile Solution
Malcogel
Malcotabs
♦Maolate, p 1386
Medadent Tablets
♦Medaprin Tablets, p 1364
Medicated Foot Powder
Medrol Enpak, p 1367
♦Medrol Medules, p 1361
♦Medrol Tablets, p 1361
Medrol, 4 mg., Dosepak, p 1363
Medrol Acetate Topical, p 1370
Medrol w/Orthoxine Tablets
Meloxine Tablets
Mercresin Tincture
Methadone Hydrochloride, Sterile Solution
Minacap Capsules
Mycifradin Oral Solution, p 1387
Mycifradin Sulfate Powder, Topical,
  p 1389
Mycifradin Sulfate, Sterile Powder,
  p 1389
Mycifradin Sulfate, Tablets, p 1387
Myciguent Cream & Ointment
Myciguent Ophthalmic Ointment
Mycitracin Ointment
Mycitracin Ophthalmic Ointment
Myringacaine
Neo-Cortef, Cream, p 1356
Neo-Cortef Eye-Ear Drops, p 1357
Neo-Cortef, Eye-Ear Ointment, p 1357
Neo-Cortef, Lotion
Neo-Cortef, Nasal Spray
Neo-Cortef, Ointment, p 1356
Neo-Cortef Sterile Injectable Suspension
Neo-Delta-Cortef, Eye-Ear Drops, p 1360
Neo-Delta-Cortef, Eye-Ear Ointments,
  p 1360
Neo-Delta-Cortef, Lotion
Neo-Delta-Cortef, Nasal Spray
Neo-Delta-Cortef, Ointment, p 1360
Neo-Deltef Eye Drops
Neo-Medrol Acetate Topical, p 1370
Neo-Medrol, Eye-Ear Ointment, p 1371
Neo-Oxylone, p 1372
Nemone Ophthalmic Ointment, p 1357
Niacin, Tablets
Nicolexin
Optef, Eye Drops, p 1358
Oral Pentracresol
Orinase, Diagnostic
♦Orinase, Tablets, p 1370
Orthocicol, Syrup
Orthoxine Hydrochloride, Tablets & Syrup
Orthoxine & Aminophylline Capsules
Oxylone Cream, p 1372
P.A.C. Compound, Capsules or Tablets
P.A.C. Compound w/Codeine, Capsules or
  Tablets
P.A.C. Compound w/Cyclopal, Tablets
P.A.D. Tablets
Pamine Bromide, Sterile Solution, p 1392
Pamine, Sterile Solution
♦Pamine 2.5 mg. Compressed Tablets,
  p 1392
Pamine PB Drops, p 1393
Pamine PB Elixir
♦Pamine PB, Tablets, p 1392
♦Pamine PB, Half-strength, Tablets,
  p 1392

Panalba Capsules
Panalba Half Strength, Capsules
Panalba KM Drops
Panalba KM Flavored Granules
Panmycin Aquadrops, p 1394
Panmycin, 100 mg., for Aqueous Injection,
  p 1395
Panmycin, Capsules, 250 mg., p 1394
Panmycin (Intravenous), Sterile, 250 mg.
  & 500 mg., p 1395
Panmycin Syrup, Aqueous Suspension,
  p 1394
Panmycin KM Syrup, Aqueous Suspension,
  p 1394
Paregoric, U.S.P., Tincture
Penicillin G Sodium, Sterile
Penicillin-Streptomycin, Sterile Aqueous
  Suspension
Pentacresol Instrument Disinfecting
  Solution
Phenobarbital, Elixir & Tablets
Phenobarbital & Belladonna Tablets
Phenolax Wafers
Polykol Capsules & Drops
Progesterone, Sterile Aqueous Suspension
  & Sterile Solution
Protamine Sulfate
Protef Suppositories
♦Provera, p 1396
Provera Testpac, p 1396
♦Provest, p 1399
Pyroxate Capsules & Tablets
Pyrroxate w/Codeine Phosphate
Reserpoid, Elixir & Tablets
Salicionyl, G.E.S.
Salicresin Fluid
♦Sigtab, Tablets, p 1402
Sodium Aminosalicylate, Tablets
Sodium Chloride, Sterile Solution
Sodium Salicylate & Iodine w/Colchicine
  No. 1, Sterile Solution
Solu-B, 5X, Sterile
Solu-B Mix-O-Vial, p 1402
Solu-B Sterile, p 1402
Solu-B w/Ascorbic Acid Sterile, Mix-O-
  Vial, p 1402
Solu-B-Forte, Mix-O-Vial, p 1402
Solu-Cortef, Sterile & Mix-O-Vial Sterile
  Powder, p 1354
Solu-Medrol, Mix-O-Vial, p 1368
Solu-Medrol Emergency Kit, p 1368
Solu-Zyme, Sterile & Mix-O-Vial
Solu-Zyme w/Ascorbic Acid, Sterile
Somagen Granules & Powder
Sugracillin Flavored Granules, p 1403
Sulfadiazine Tablets
Sulfa-Sugracilin 125 M
Sulfa-Sugracilin 250 M, Fortified, p 1403
Super A Vitamin Capsules
Super D Cod Liver Oil
Super D Perles
Syrasaflas, Syrup
T. H. & M. Cough Syrup
Tanicaine Ointment, Suppositories
Terpin Hydrate & Codeine, Elixir
Testosterone, Propionate, Sterile Solution
Testosterone, Sterile Aqueous Suspension
Theobromine-Phenobarbital Compound
  Tablets
Theobromine-Phenobarbital (Plain)
  Tablets
Thera-Zymacap Capsules
Three Sulfonamides, Tablets
Thrombin Sterile Powder
Thyroid Tablets
♦Tolinase, p 1400
♦d-Tubocurarine, Sterile Solution
Unicap Capsules
Unicap Chewable
Unicap M
Unicap Senior
Unicap Therapeutic
Unicap Vitamins, Capsules
Uracil Mustard Capsules
Urestrin Capsules & Elixir
Urestrin, Sterile Solutions
♦Urestrin-Aqueous, Sterile Suspension
Vitamin D Geltabs
Vitamin E Capsules
Vitikon Syrup
Water for Injection w/Benzyl Alcohol,
  Sterile
Zinc Sulfide Lotion, Improved

Zymabasic Drops
Zymacap Capsules
Zymadrops
Zymafolic Capsules
Zymalixir
Zymasyrup
Zymatinic Drops


**VALE PRODUCTS**

*(See White Section, page 1406)*

*Vale Chemicals Co., Inc., The
1201 Liberty St.
Allentown, Pa. 18105*

Acedoval Tablets
Acedyne Tablets
Aluminum Hydroxide Gel, Tablets
Aminophyllin Tablets
Ammonium Chloride Tablets
Analval Capsules
Antrin Tablets
Antnasal Syrup
Ascorbic Acid Tablets
Asmacol Tablets
Atrobyl Tablets
Barbeloid Tablets
Belexal Tablets & Syrup
Biothesin Tablets
Bismakaolin Mixture
Bismapec Tablets
B-Tropic Capsules
Butalix
Calcium Gluconate Tablets
Calfos-D Tablets
Coraval Improved Tablets
Dermaval Cream
Dex-Cobar Tablets
Dexoval Hydrochloride Tablets
Diamerco Tablets
Diethylstilbestrol Tablets
Diettes Tablets
Digitoxin Tablets
Diofed Syrup
Duphrene Syrup & Tablets
Ephedrine & Sodium Phenobarbital Tablets
Extract of Ox Bile Tablets
Ferate-C Tablets
Glucovite Tablets
Glycotuss Syrup & Tablets, p 1406
Glycotuss-dM Syrup & Tablets
Guiosan Syrup
Hydra-Mag Tablets
Ironco-B Tablets
Isalax Tablets
Leptinol Tablets, p 1406
Magmalin Tablets & Susoension
Mandex Tablets
Manniphen Tablets
Methenamine & Acid Sodium Phosphate
  Tablets
Necoet Tablets
Neogesic Tablets
Neo-Tab Tablets
Nevrotose Capsutabs
Niacin Tablets
Nisaval Tablets
Nitrin Tablets
Nyral Lozenges
Oheval Tablets
Oxynitral w/Veratrum Viride Tablets
Pedric Elixir & Tablets
Pedric Senior Tablets
Phenobarbital Tablets
Phenobarbital & Atropine Tablets
Pipelate Tablets & Syrup
Potassium Iodide Tablets
Quadsul Tablets
Rauprote Tablets
Rauval Tablets
Rhinogesic Tablets
Rhinogesic-GG Tablets
Riboflavin Tablets
Salpacine Tablets
Serpate Tablets
Sodium Salicylate Tablets
Soothogel Cream
Synthetar Cream
Tatrophyllin Tablets
Taystron Tablets

(♦ Shown in Product Identification Section)

Sinahist Cough Syrup
Sipaphen Capsules
Teon Time Caps No. 1
Teon Time Caps No. 2
Trinade Time Caps
Viaten Tablets

**WINTHROP PRODUCTS**

*(See White Section, pages 1448-1484)*

*Winthrop Laboratories*
*90 Park Avenue*
*New York, N. Y. 10016*

Acidol-Pepsin Capsules
Alvodine Injection & Tablets
Anti-Rust Tablets & Powder
  (see Zephiran), p 1484
A.P.C. w/Demerol, p 1452
Aralen HCl Injection, p 1448
♦Aralen Phosphate Tablets, p 1448
Aralen Phosphate w/Primaquine
  Phosphate, p 1450
Atabrine HCl Powder for Injection
Atabrine HCl Tablets
Biosynephrine Nasal Spray
Carbocaine HCl Injection, p 1450
Cresmalin Tablets & Liquid
Demerol HCl Elixir, p 1452
Demerol HCl Injection, p 1452
Demerol HCl Powder, p 1452
♦Demerol HCl Tablets, p 1452
Demerol HCl w/Scopolamine, p 1452
Demerol Disposable Syringes, p 1452
Dextrose Injection
Diodrast 35% Injection
Drisdol 50,000 Unit Capsules
Drisdol in Propylene Glycol
Ephedrine w/Novocaine Injection
Eye-Mo
Franol Tablets
Fuadin Injection
Hypaque Sodium Oral Powder
  & Liquid, p 1459
Hypaque Sodium 20% Injection, p
  1453
Hypaque Sodium, 25%, p 1454
Hypaque Sodium 50% Injection, p 1454
Hypaque Meglumine 60%, p 1457
Hypaque-M, 75% Injection, p 1459
Hypaque-M, 90% Injection, p 1461
Hytakerol Capsules & Liquid, p 1464
Isufranol Mild Tablets
Isufranol Tablets
Isuprel HCl, p 1464
♦Isuprel HCl Glossets, p 1464
Isuprel HCl Injection 1:5000, p 1465
Isuprel HCl Compound Elixir, p 1465
Isuprel Mistometer, p 1465
Kayexalate, p 1466
Lavema Compound Solution/Disposable
  Enema Kit
Lavema Enema Powder
Levophed Bitartrate 0.2% Injection, p
  1466
Levophed Bitartrate 0.02% Injection
Lotusate Caplets, p 1467
Luminal Ovoids, p 1467
Luminal Sodium Injection, p 1467
Luminal Sodium Powder for Injection,
  p 1467
♦Mebaral Tablets, p 1468
Mebroin Tablets, p 1469
Milibis Tablets
Milibis Vaginal Suppositories, p 1469
Milibis w/Aralen Tablets
Mistometer (see Isuprel), p 1465
Monodral Bromide Caplets
Monomeb Tablets, p 1470
Mucilose Compound Tablets
Mucilose Flakes, Granules, Powder
Mucilose-Super Powder
Mytelase Chloride Caplets & Tablets
♦NegGram Caplets, p 1470
Neocurtasal, p 1470
Neo-Synephrine Compound Cold
  Tablets, p 1470

Neo-Synephrine HCl Capsules
Neo-Synephrine HCl Elixir, p 1472
Neo-Synephrine HCl Jelly, p 1472
Neo-Synephrine HCl Nasal
  Preparations, p 1472
Neo-Synephrine HCl Ophthalmic, p
  1471
Neo-Synephrine HCl Injection, p 1471
Novocain Crystals for Injection, p 1472
Novocain HCl Injection, p 1472
N T Z Solution, p 1473
OpH Eye Drops
Pediacof Cough Syrup, p 1473
pHiso Ac Cream, p 1473
pHisDan Shampoo, p 1473
pHisoderm Dry for Oily Skin, p 1473
pHisoderm Oily for Dry Skin, p 1473
pHisoderm Regular for Normal Skin,
  p 1473
pHisoHex, p 1473
Pipanol HCl Tablets, p 1474
♦Plaquenil Sulfate Tablets, p 1474
Pluravit Capsules
PNS Rectal Suppositories, p 1476
Pomalin Suspension, p 1476
Pontocaine HCl Injection, p 1476
Pontocaine HCl Niphanoid for
  Injection, p 1476
Pontocaine HCl Solutions & Tablets
Pontocaine/Neo-Synephrine/Superinone
  (PNS) Suppositories, p 1476
Pontocaine Cream & Ointment
Pontocaine Eye Ointment
Pontocaine 0.2% in Dextrose 6%
  Injection
Pontocaine 0.3% in Dextrose 6%
  Injection
Primaquine Phosphate Tablets, p 1477
Reserpine w/Mebaral Tablets
Retropaque Injection, p 1478
Roccal 10%, 50%
Salyrgan Theophylline Injection
Skiodan Powder & Tablets for
  Injection, p 1478
Skiodan Sodium Injection 20%, 40%,
  p 1478
Sulfamylon Cream, p 1478
Sulfamylon HCl Solution 5%, p 1480
Synephricol Cough Syrup
♦Talwin Hydrochloride, p 1481
Talwin Lactate, p 1480
♦Telepaque Tablets, p 1482
Theominal Tablets
Theominal (M) Tablets
Theominal R.S. Tablets
Tint for Zephiran Chloride Solutions
  (see Zephiran), p 1484
♦TRANCO-GESIC Tablets, p 1482
♦Trancopal Caplets, p 1483
Trancoprin Tablets
Triceamalate Liquid & Tablets
Triurin Tablets
Vitamins
  A, B₁, B₂, B₆, B₁₂, C, D
    Calcium Pantothenate and
    Nicotinamide:
      Pluravit Capsules
  B₁₂: Pluravit Capsules, Calcium
    Pantothenate: Pluravit Capsules
  Crystalline Vitamin D₂
    Drisdol 50,000 Unit Capsules,
    Drisdol in Propylene Glycol,
  D₂: Drisdol 50,000 Unit Capsules,
    Drisdol in Propylene Glycol
  Multiple Vitamins: Pluravit Capsules,
    Riboflavin: Pluravit Capsules
♦WinGel Liquid & Tablets, p 1483
♦Winstrol Tablets, p 1483
Zephiran Chloride Aqueous Solution,
  p 1484
Zephiran Chloride Concentrate
  Solution, p 1484
Zephiran Chloride Sainless Tincture,
  p 1484
Zephiran Chloride Tinted Tincture,
  p 1484
Zephiran Chloride Spray, p 1484
Zephiran Chloride Solution, Tint for,
  p 1484
Zephiran Towelettes

**WYETH PRODUCTS**

*(See White Section, pages 1484-1507)*

*Wyeth Laboratories*
*P.O. Box 8229*
*Philadelphia, Pa. 19101*

Alcohol Sponges
A-M-T, Suspension
A-M-T, Tablets
Aludrox, Suspension, p 1484
Aludrox, Tablets, p 1484
Aludrox SA, Suspension, p 1484
Aludrox SA, Tablets, p 1484
Aminophylline, Rectal Suppositories
Amphojel, Suspension, p 1484
Amphojel, Suspension w/Mineral Oil
Amphojel, Suspension w/o Flavor
Amphojel, Tablets, p 1484
Ansolysen, Injection
Ansolysen, Tablets
Antisnakebite Serum, see Antivenin,
  p 1486
Antivenin, p 1486
A.P.C. Tablets, Redipak
A.P.C. with Codeine Phosphate, Tablets,
  Redipak
A.P.C. with Meperdine HCl., Tablets,
  Redipak
Ascorbic Acid, Tablets, Redipak
Aspirin, Tablets, Redipak
Atropine Sulfate, Injection
Basaljel, Suspension
Benzathine Penicillin G, see Bicillin,
  p 1484
Béplete, Elixir
Béplete Tablets
Bépron Fortified, Liquid
Bépron, Capsules
Bewon, Elixir
Bicillin, All-Purpose, Injection
Bicillin C-R, Injection, p 1484
Bicillin Drops
Bicillin, Long-Acting, Injection, p 1485
Bicillin, Oral Suspension
Bicillin 2·A·B, Injection
Bicillin, Tablets
Biologicals, p 1486
Bornate, Lotion
Chloral Hydrate, Capsules, Redipak
Cholera Vaccine, p 1486
Codeine Phosphate, Injection
Codeine Sulfate, T.T.
Collyrium, Eye Lotion
Collyrium w/Ephedrine, Eye Drops
Conestron, Tablets
Cyanocobalamin, Injection
Cyclamycin, Capsules
Cyclamycin, Oral Suspension
Dapta (Improved Formula)
Darcil, Tablets
Diethylstilbestrol, Tablets, Redipak
Digitoxin (see Purodigin), p 1500
Diphtheria & Tetanus Toxoids
  Combined, Pediatric, p 1486
Diphtheria & Tetanus Toxoids &
  Pertussis Vaccine Combined (See
  Triple Antigen), p 1486
Diphtheria Toxin for Schick Test,
  p 1486
Direct Sky Blue, Injection
Dryvax, Dried Smallpox Vaccine,
  p 1486
Electrolyte Solution, Oral
Epinephrine Injection (1:1000)
♦Equagesic Tablets, p 1486
Equalysen, Tablets
♦Equanil, L-A Capsules, p 1487
Equanil, Suspension, p 1487
♦Equanil, Tablets, p 1487
♦Equanil, Wryseals, p 1487
♦Equanitrate 10 & 20, Tablets, p 1488
Ergonovine Maleate, Injection
Ethobral, Triple Barbiturate Capsules
Glucose
Glycerin Suppositories, Adults, Infants
  & Young Children
Heparin Sodium
Hydromorphone Hydrochloride,
  Injection
Hydroxocobalamin Injection
Influenza Virus Vaccine Bivalent

Inhaler, V
Ironate, C
Kalpec
Kaomagm
Kaomagm
Largon, I
Lembrose,
Megergan
Megergan
Megergan
Meperidin
  Redipak
Morphine
Morphine
Niacin, T
Nursoy, S
  p 1502
Omnipen,
Omnipen,
Omnipen-
Opium &
  Suppos
Ovral, Ta
Oxaine, S
Oxaine M
Paregoric
Pathocil,
Pathocil,
Penicillin
  Bicillin
Penicill
  Buff
Pen⋅V⋅
Wycillin
Pen⋅Vee
  Redipa
Pentobart
Pen⋅Vee
Pen⋅Vee
Pen⋅Vee
  p 1497
♦Pen⋅Vee
♦Pen⋅Vee
Pediaz
Pen⋅Vee
Pen⋅Vee
Petrogala
Petrogala
Petrogala
Petrogala
Phenerga
Phenerga
Phenerga
  p 1499
Phenerga
  w/Dex
  p 1499
Phenerga
  w/Cod
Phenerga
Phenerga
Phenerga
♦Phenerga
Phenerga
  p 1495
Phenerga
Phenoba
Phenoba
Phenoba
Phospha
Plebex,
Poliovir
  Mono
  Type
Poliovir
  Triva
Polymag
♦Polymag
  Suspe
Prgresiv
Proketa
Proketa
Propion
Propion
Protege
Prozine
Prozine
Purodig

(♦ Shown in Product Identification Section)

## 308
# Generic and Chemical Name Index

**Dextran-40**
  LMD 10% (Abbott) p 519
  Rheomacrodex (Pharmacia) p 1053

**Dextran-70**
  Dextran 70 Injection (Cutter) p 668
  Macrodex (Pharmacia) p 1053

**Dextrans (Low Molecular Weight)**
  LMD 10% (Abbott) p 519
  Rheomacrodex (Pharmacia) p 1053
  Salpix Contrast Medium (Ortho) p 977

**Dextriferron**
  Astrafer (Astra) p 551

**Dextro-Amphetamine Hydrochloride**
  Amodex Junior Timed Capsules (Fellows-Testagar) p 705
  Amodex Timed Capsules (Fellows-Testagar) p 705
  Curban-P (Pasadena Research) p 1027

**Dextro-Amphetamine Phosphate**
  PERKé (Ascher) p 551

**Dextroamphetamine Sulfate**
  Amvicel (Stuart) p 1319
  Amvicel-X (15) (Stuart) p 1319
  Appetrol (Wallace) p 1407
  Appetrol-S.R. (Wallace) p 1407
  Bamadex Sequels (Lederle) p 780
  Bamadex Tablets (Lederle) p 780
  Dexampil (Smith Kline & French) p 1205
  Dexalme-S Duracap Timed Action Capsules (Meyer) p 950
  Dexamyl (Smith Kline & French) p 1206
  Dexaspan (USV Pharmaceutical) p 1340
  Dexaspan-B (USV Pharmaceutical) p 1340
  Dexedrine (Smith Kline & French) p 1206
  Eskatrol Spansule capsules (Smith Kline & French) p 1211
  Fetabarb-Plus (Amid) p 538
  Gevrestin (Lederle) p 787
  So-Pante Tablets (Southern Pharmaceutical) p 1221
  Theptine (Smith Kline & French) p 1221
  Thora-Dex (Smith Kline & French) p 1221
  Vio-Dex Timelets (Rowell) p 1147

**Dextroamphetamine Sulfate w/Vitamin-Minerals**
  Quadamine (Tutag) p 1337

**Dextro-Amphetamine Tannate**
  Obotan (Mallinckrodt) p 873
  Obotan Forte Tabules (Mallinckrodt) p 873
  Obotan-S (Mallinckrodt) p 873

**Dextromethorphan Hydrobromide**
  Consotuss (Merrell) p 948
  Dextro-Tussin (Ulmer) p 1345
  Dorcol Pediatric Cough Syrup (Dorsey) p 684
  Ipsatol/DM (Davies Rose Hoyt) p 670
  Lixaminol AT (Ferndale) p 707
  Pediatric Phenergan Expectorant w/Dextromethorphan (Wyeth) p 1499
  Quelldrine Syrup (Abbott) p 531
  Robitussin-DM (Robins) p 1093
  Robitussin-DM Cough Calmers (Robins) p 1093
  Sorbutuss (Dalin) p 689
  2G/DM (Dow Chemical) p 689
  Triaminicol Syrup (Dorsey) p 686
  Trind-DM (Mead Johnson) p 904
  Tusquelin (Circle) p 662
  Tussagesic Tablets & Suspension (Dorsey) p 687
  Tussaminic Tablets (Dorsey) p 687
  Tussi-Organidin DM (Wampole) p 1419

**Dextrothyroxine**
  Choloxin (Flint) p 710

**DI(acetylhydroxyphenyl)isatin**
  **(see under Oxyphenisatin Acetate)**

**Diastase**
  Phazyme (Reed & Carnrick) p 1070
  Phazyme-PB (Reed & Carnrick) p 1070

**Diatrizoate Preparations**
  Hypaque Sodium 20% (Winthrop) p 1453
  Hypaque Sodium 50% (Winthrop) p 1454
  Hypaque 25% Sodium (Winthrop) p 1454
  Hypaque-M, 75% (Winthrop) p 1459
  Hypaque-M, 90% (Winthrop) p 1461
  Renovist (Squibb) p 1300

**Diatrizoate Sodium**
  Hypaque Sodium Oral (Winthrop) p 1459
  Hypaque-M, 75% (Winthrop) p 1459
  Hypaque-M, 90% (Winthrop) p 1461

**Diazepam**
  Valium Injectable (Roche) p 1116
  Valium Tablets (Roche) p 1117

**Dibucaine Hydrochloride**
  Nupercaine Heavy Solution (Ciba) p 646
  Nupercaine hydrochloride (Ciba) p 643
  Nupercaine hydrochloride 1:1500 (Ciba) p 644

**Dichloralphenazone**
  Midrin Capsules (Carnrick) p 626

**Dicyclomine Hydrochloride**
  Benedectin (Merrell) p 947
  Bentyl Hydrochloride-Capsules, Tablets, Syrup & Injection (Merrell) p 947
  Bentyl Hydrochloride w/Phenobarbital Capsules, Tablets & Syrup (Merrell) p 947
  Kolantyl Gel (Merrell) p 948
  Kolantyl Tablets (Merrell) p 948
  Kolantyl Wafers (Merrell) p 948

**Dienestrol**
  AVC Cream w/Dienestrol (National Drug) p 957
  AVC Suppositories w/Dienestrol (National Drug) p 957
  Dienestrol Cream (Ortho) p 968
  Estan (White) p 1442
  Synestrol Tablets (White) p 1447

**Diethylcarbamazine Citrate**
  Hetrazan (Lederle) p 788

**Diethylpropion**
  Tepanil (National Drug) p 959
  Tepanil Ten-Tab (National Drug) p 959

**Diethylpropion Hydrochloride**
  Tenuate Dospan (Merrell) p 949
  Tenuate 25 mg. (Merrell) p 949

**Diethylstilbestrol**
  Acnestrol Lotion (Dermik) p 672
  Dicorvin Tablets (Amfre-Grant) p 537
  Diethylstilbestrol (Lilly) p 832
  Furacin-E Urethral Inserts (Eaton) p 695
  Gynben Vaginal Inserts & Cream (Bentex) p 579
  Quinette (Arnar-Stone) p 549
  Stilphostrol (Dome) p 679
  Tylandril (Lilly) p 861
  Tylosterone Ampoules (Lilly) p 862
  Tylosterone Tablets (Lilly) p 863
  Vagestrol Vaginal Suppositories (Eaton) p 698

**Digalloyl Trioleate**
  SunStick Lip Protectant (Texas Pharmacal) p 1334
  SunSwept (Texas Pharmacal) p 1334

**Digitalis Glycoside Preparations**
  Crystodigin Ampoules (Lilly) p 830
  Crystodigin Tablets (Lilly) p 831
  Davoxin (Davies Rose Hoyt) p 669
  Myodigin (Davies Rose Hoyt) p 670
  Purodigin (Wyeth) p 1500

**Digitalis Preparations**
  Digitora (Upjohn) p 1379
  Pil-Digis (Davies Rose Hoyt) p 6..

**Digitoxin**
  Digitaline Nativelle (Fougera) p 8..
  Digitoxin Tablets U.S.P. (Squibb)..
  Myodigin (Davies Rose Hoyt) p 6..
  Purodigin (Wyeth) p 1500

**Digoxin**
  Davoxin (Davies Rose Hoyt) p 66..
  Lanoxin (B. W. & Co.) p 618

**Dihydrocodeine Bitartrate**
  Synalgos Preparations (Ives) p 75..

**Dihydroergotamine Mesylate**
  D.H.E. 45 (Sandoz) p 1150

**Dihydroergotamine Methanesulfonat..**
  Plexonal (Sandoz) p 1153

**Dihydromorphinone Hydrochloride
(see also under Hydromorphone
Hydrochloride)**
  Dilaudid Cough Syrup (Knoll) p 75..
  Dilaudid Hydrochloride (Knoll) p 7..
  Dilocol (Table Rock) p 1330

**Dihydrostreptomycin Sulfate**
  Polymagma Suspension (Wyeth) p 1437
  Polymagma Tablets (Wyeth) p 1500..

**Dihydrotachysterol**
  Dihydrotachysterol Tablets 0.2 mg. (Philips Roxane) p 1056
  Hytakerol (Winthrop) p 1464

**Dihydroxy Aluminum Aminoacetate**
  Aluscop (Westerfield) p 1437
  Donnalate (Robins) p 1084
  Robalate (Robins) p 1091

**Dihydroxyacetone**
  Dy-O-Derm (Owen) p 977

**Dihydroxyanthraquinone**
  Anavac Tablets (Winters) p 1448
  Dorbane (Riker) p 1075

**Dihydroxyanthraquinone (1,8)
(see under Danthron)**

**Diiodohydroxyquinoline**
  Baculin Vaginal Tablets (Amfre-Grant) p 537
  Cor-Tar-Quin Creme & Lotion (Dome) p 675
  Cor-Tar-Quin Forte Creme (Dome) p..
  Gynben Vaginal Inserts & Cream (Bentex) p 579
  Quinette (Arnar-Stone) p 549
  Vytone Cream (Dermik) p 673
  Ze-Tar-Quin Cream (Dermik) p 674

**Dimenhydrinate**
  Dramamine (Searle) p 1189

**Dimercaprol**
  BAL in Oil (Hynson, Westcott & Dunning) p 745

**Dimethindene Maleate**
  Forhistal maleate (Ciba) p 638

**Dimethisoquin Hydrochloride**
  Quotane Ointment & Lotion (Smith Kline & French) p 1216

**Dimethisterone**
  Oracon (Mead Johnson) p 898

**Dimethoxanate Hydrochloride**
  Cothera Compound (Ayerst) p 562

octyl Potassium
  Rectalad Enema ..

octyl Sodium Su..
  Colace (Mead Jo..
  Dialose (Stuart)..
  Dialose Plus (St..
  DioMedicone Ta..
  Disonate Capsul..
  Di-Sosul Forte ..
    p 690
  Doctate-P Capsu..
  Dorbantyl (Riko..
  Dorbantyl Forte ..
  Doss (Ferndale ..
  Doss-300 Capsu..
  Doxan (Hoechst..
  Doxinate (Hoec..
  Ferro-Sequels t..
  Filibon OT (Le..
  Geriplex Kapse..
  Gevrite (Leder..
  Liqui-Doss (Fe..
  Milkinol (Krer..
  Peri-Colace* K..
  Peritinic Table..
  Senokap DDS ..
    Frederick) ..
  Sidolax (Dren..
  Sof-Cil (Zem..
  Super Doss (I..
  Syneclax Tabl..

oxybenzone
  Solbar (Perso..

oxyline Prep..
  Paveril Phos..

iperodon Pre..
  Furacin Oint..
  Furacin-E U..
  Furacin-HC ..
    p 695
  Proctodon (I..

iphenhydran..
  Benadryl Ka..
    Davis) p..
  Benadryl St..
    Davis) ..

iphenhydra..
  Ambenyl E..
    p 986 ..
  Benadryl S..
    Davis) p..
  Benadryl El..

iphenhy..
  Dibycon (..
  Dilabid G..
  Dilantin S..
  Ekko Sr.
  Mehroin ..
  Phelantin ..
  Toig Uni..

iphenylhy..
  Dilantin ..

iphenylp..
  Disfen (..
  Hispril ..
  & Fre..

iphtheric..
  (Dilute..
  Diptheri..
    (Wye..

832 | **Product Information** | Always consult Supple...for possible

## Lilly—Cont.

driving a car or operating machinery, especially during the first few days of therapy. Therefore, the patient should be cautioned accordingly.

**Adverse Reactions:** Dizziness, headache, sedation, somnolence, paradoxical excitement, insomnia, skin rashes, and gastrointestinal disturbances (including nausea, vomiting, abdominal pain, and constipation) may occur with the recommended doses of the drug.

Euphoria may occasionally occur.

**Administration and Dosage:** A narcotic prescription is not required. Darvon® (propoxyphene hydrochloride) is given orally. The usual dose is 65 mg. three or four times daily.

Propoxyphene hydrochloride with aspirin is given orally. The usual dose is 65 mg. of propoxyphene hydrochloride and 325 mg. of aspirin three or four times daily.

Propoxyphene hydrochloride with aspirin, phenacetin, and caffeine is given orally. The usual dose is 65 mg. of propoxyphene hydrochloride, 227 mg. of aspirin, 162 mg. of phenacetin, and 32.4 mg. of caffeine three or four times daily.

**Overdosage:** Manifestations of accidental or intentional overdosage with propoxyphene are similar to those of narcotic overdosage and include convulsions (more common than is usually noted in cases of narcotic poisoning), coma, respiratory depression, and circulatory collapse. When combination products containing salicylates as well as propoxyphene have been ingested, the clinical picture may be complicated by salicylism.

Analeptic drugs (for example, caffeine or amphetamine) should not be used because of their tendency to precipitate fatal convulsions. Intravenously administered narcotic antagonists (nalorphine and levallorphan) are the drugs of choice to reverse signs of intoxication. These agents should be given repeatedly until the patient's status remains satisfactory. Gastric lavage also may be helpful. In addition, supportive measures, such as assisted oxygenation and intravenous fluids, should be used as indicated.

Dialysis is of little value with respect to propoxyphene alone; salicylates and phenacetin are dialyzable.

**How Supplied:** (B̶) *Pulvules® Darvon® (Propoxyphene Hydrochloride Capsules, U.S.P.):* No. 364, H02,* 32 mg. (No. 4, Light-Pink Opaque), and No. 365, H03,* 65 mg. (No. 3, Light-Pink Opaque), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000).

(B̶) *Pulvules No. 368, Darvon® Compound (propoxyphene hydrochloride, aspirin, phenacetin, and caffeine, Lilly),* H05* (No. 0, Light-Pink Opaque Body, Light-Gray Opaque Cap), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000). Each Pulvule contains 32 mg. propoxyphene hydrochloride, 227 mg. aspirin, 162 mg. phenacetin, and 32.4 mg. caffeine.

(B̶) *Pulvules No. 369, Darvon® Compound-65 (propoxyphene hydrochloride, aspirin, phenacetin, and caffeine, Lilly),* H06* (No. 0, Red Opaque Body, Light-Gray Opaque Cap), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000). Each Pulvule contains 65 mg. propoxyphene hydrochloride, 227 mg. aspirin, 162 mg. phenacetin, and 32.4 mg. caffeine.

(B̶) *Pulvules No. 366, Darvon® with A.S.A.® (propoxyphene hydrochloride with aspirin, Lilly),* H04* (No. 0, Red

Opaque Body, Light-Pink Opaque Cap), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000). Each Pulvule contains 65 mg. propoxyphene and 325 mg. aspirin.

[060769]

*[Shown in Product Identification Section]*

## DARVO-TRAN® B̶
(propoxyphene hydrochloride and aspirin with phenaglycodol)

**Description:** Darvon® (propoxyphene hydrochloride, Lilly) is a synthetic analgesic. It is an odorless white crystalline powder with a bitter taste. It is freely soluble in water. Chemically, it is α-(+)-4-(Dimethylamino) - 3 - methyl - 1,2 - diphenyl - 2 - butanol Propionate Hydrochloride.

Ultran® (phenaglycodol, Lilly) is a butanediol drug which has a tranquilizing effect. Chemically, it is 2-p-chlorophenyl-3-methyl-2,3-butanediol. It is relatively insoluble in water.

**Actions:** Propoxyphene hydrochloride is an analgesic in the potency range of codeine. The combination of propoxyphene hydrochloride with aspirin results in greater analgesia than that achieved by either drug administered alone. Propoxyphene hydrochloride is structurally related to the narcotic analgesics methadone and isomethadone, and its general pharmacologic properties are those of the narcotics as a group. Therapeutic doses have produced no demonstrable effects on respiration, blood pressure, or reflex activity.

Ultran® (phenaglycodol, Lilly) is a central-nervous-system depressant useful in the treatment of anxiety and functional disorders accompanied by tension. It has little sedative or hypnotic effect.

**Indications:** For the relief of mild to moderate pain when accompanied by tension.

**Contraindications:** Hypersensitivity to propoxyphene hydrochloride, aspirin, or phenaglycodol.

Concomitant administration with orphenadrine-containing compounds.

**Warnings:** Salicylates should be used with caution in the presence of peptic ulcer.

*Use in Pregnancy*—The safety of the use of this agent during pregnancy has not been established. The potential hazards of the drug must be weighed against the possible benefits.

*Use in Children*—This agent should not be used in children, since adequate data to establish safe conditions of use are lacking.

*Drug Dependence*—Tolerance, psychological dependence, and physical dependence have been reported; the abuse liability of propoxyphene hydrochloride is qualitatively similar to that of codeine although quantitatively less. Darvon® (propoxyphene hydrochloride, Lilly) will not support morphine dependence.

**Precautions:** Caution should be exercised in the administration of phenaglycodol to patients who are depressed.

Patients who have received narcotic drugs for long periods of time may have developed physical dependence, and the sudden substitution of ordinary doses of propoxyphene hydrochloride may result in an acute withdrawal syndrome. These symptoms may be avoided by gradually reducing the dose of the prior medication as propoxyphene hydrochloride is substituted.

Although accumulated evidence suggests that Ultran® (phenaglycodol, Lilly) is not habit-forming or addictive, it is recommended that patients on tranquilization therapy, particularly under prolonged periods, be under periodic medical supervision. Certain patients may place inordinate dependence on any medication which alleviates discomfort, and these individuals may transgress the bounds of prescribed dosage. This agent may impair the mental and/or physical abilities required for the performance of potentially hazardous tasks, such as

driving a car or operating machinery. Therefore, the patient should be cautioned accordingly.

The administration of Ultran® (phenaglycodol, Lilly) with other C.N.S. depressants and/or alcohol may result in additive effects.

**Adverse Reactions:** Dizziness, gastro-intestinal disturbances (including nausea, abdominal pain, constipation, and emesis), vertigo, headache, sedation, somnolence, insomnia, excitation, skin rash or other allergic phenomena, dermatitis, depression, anxiety, feelings of unreality, lethargy, and gynecomastia have been reported.

Euphoria may occasionally occur.

**Administration and Dosage:** A narcotic prescription is not required.

Darvo-Tran is administered orally. The adult dosage is 1 or 2 Pulvules® three or four times daily. It should be remembered that two Pulvules Darvo-Tran will provide a 300-mg. dose of Ultran® (phenaglycodol, Lilly), which may predispose to mild drowsiness.

**Overdosage:** Manifestations of accidental or intentional overdosage with propoxyphene are similar to those of narcotic overdosage and include convulsions (more common than is usually noted in cases of narcotic poisoning), coma, respiratory depression, and circulatory collapse. When combination products containing salicylates as well as propoxyphene have been ingested, the clinical picture may be complicated by salicylism.

Analeptic drugs (for example, caffeine or amphetamine) should not be used because of their tendency to precipitate fatal convulsions. Intravenously administered narcotic antagonists (nalorphine and levallorphan) are the drugs of choice to reverse signs of intoxication. These agents should be given repeatedly until the patient's status remains satisfactory. Gastric lavage also may be helpful. In addition, supportive measures, such as assisted oxygenation and intravenous fluids, should be used as indicated.

Dialysis is of little value with respect to propoxyphene alone; salicylates and phenaglycodol are dialyzable.

**How Supplied:** (B̶) *Pulvules No. 377, Darvo-Tran® (propoxyphene hydrochloride and aspirin with phenaglycodol, Lilly),* H11* (No. 0, Light-Pink Opaque Body, Maroon Opaque Cap), in bottles of 100 and 500. Each Pulvule contains 32 mg. of Darvon® (propoxyphene hydrochloride, Lilly), 325 mg. of A.S.A.® (aspirin, Lilly), and 150 mg. of Ultran® (phenaglycodol, Lilly).

[060469]

*[Shown in Product Identification Section]*

## DIETHYLSTILBESTROL B̶
ENSEALS®, SUPPOSITORIES, AND TABLETS

**Description:** Diethylstilbestrol is a crystalline synthetic estrogenic substance capable of producing all the pharmacologic and therapeutic responses attributed to natural estrogens.

**Indications:** Tablets and Enseals Diethylstilbestrol are indicated for the relief of symptoms of the menopause; in senile vaginitis; for the relief or prevention of painful engorgement of the breasts postpartum; for control of functional uterine bleeding; in carcinoma of the prostate; and in mammary carcinoma of postmenopausal women.

Suppositories Diethylstilbestrol are indicated in postmenopausal and senile vaginitis, especially when menopausal symptoms are not present.

**Contraindications:** The contraindications to diethylstilbestrol administration are the same as to estrogen therapy in general. Estrogens should not be administered in the absence of a positive indication, and they should be avoided in premenopausal women with carcinoma of the breast and in all women with genital malignancy. A...

# Product Information

family history of a high incidence of breast or genital malignancy may be a contraindication.

In young patients in whom bone growth is not complete, estrogen therapy is contraindicated because of its effect on epiphyseal closure.

Suspected or known hepatic disease should be regarded as a contraindication to prolonged estrogen therapy.

**Warning:** Because of possible adverse reaction on the fetus, the risk of estrogen therapy should be weighed against the possible benefits when diethylstilbestrol is considered for use in a known pregnancy.

**Precautions:** Diethylstilbestrol is a potent drug, and caution must be employed in its use. Indiscriminate or injudicious administration may be dangerous. Patients receiving the drug should be under continuous medical supervision. In women, the breasts and pelvic organs should be examined before treatment is begun and at intervals during therapy.

Diethylstilbestrol should be administered with caution to a patient with bone, renal, or other disease involving calcium or phosphorus metabolism, since estrogens are known to affect metabolism of these substances. Conditions such as epilepsy, migraine, asthma, and cardiac or renal dysfunction require careful observation because the drug may produce some degree of fluid retention. Liver, thyroid, or adrenal function tests should not be performed until estrogen therapy has been discontinued for two months.

**Adverse Reactions:** As with natural estrogens, unpleasant side-effects have been noted following diethylstilbestrol therapy. Most common is the occurrence of nausea, which may be severe enough to lead to vomiting. The incidence of nausea appears to differ significantly among various types of patients. Pregnant and postpartum women seem the least susceptible.

Nausea and vomiting are most easily produced in the group of menopausal women. When dosage is minimal, nausea is infrequent and transient. When larger doses are given (1 mg. or more daily), and particularly when they are administered initially, nausea and vomiting are common in the menopausal group. Men and nonpregnant women form an intermediate group, nausea in them being relatively uncommon from doses of 3 to 5 mg. daily.

Continuous therapy over long periods of time, even in low dosage, may produce endometrial hypertrophy and uterine bleeding. This can be prevented in most instances by minimum dosage or by cyclic interruption of therapy when treatment must be prolonged. Porphyria cutanea tarda is also possible with extended use of the drug. Other side-effects occasionally noted include abdominal distress or pain, breast tenderness and engorgement, anorexia, diarrhea, lassitude, paresthesia, vertigo, headache, anxiety, insomnia, thirst, scotomata, cutaneous rashes, purpura, and allergic reactions of various types. Side-effects may be expected to disappear on reduction of dosage or withdrawal of medication.

**Administration and Dosage:** Oral—0.2 to 0.5 mg. daily, increased as indicated. In the menopause, cyclic therapy is recommended (three weeks' regimen with a one-week rest period). Withdrawal bleeding may occur during the rest period. In painful engorgement of the breasts postpartum, 5 mg. one to three times daily for a total of 30 mg. In functional uterine bleeding, usually 5 mg. three to five times daily until bleeding ceases. In carcinoma of the prostate, 1 to 3 mg. daily, increased in advanced cases; later, the dose may be reduced to an average of 1 mg. daily. In cancer of the breast, 15 mg. daily.

**Vaginal**—One 0.5-mg. suppository inserted at bedtime each night, or less frequently as needed. For maintenance, a 0.1-mg. suppository periodically may be adequate.

**How Supplied:** (B) *Enseals*—Diethylstilbestrol Tablets, U.S.P. (Enteric): No. 48, A19,* 0.1 mg., No. 47, A20,* 0.25 mg., No. 48, A21,* 0.5 mg., No. 49, A22,* 1 mg., and No. 85, A33,* 5 mg., in bottles of 100 and 1,000; No. 90, A34,* 25 mg., in bottles of 100 and 500.

(B) *Suppositories*—Diethylstilbestrol Suppositories, U.S.P. (Vaginal): No. 14, S07,* 0.1 mg., and No. 15, S08,* 0.5 mg., in packages of 6 and 50. In addition to the diethylstilbestrol, these suppositories contain glycerin, gelatin, polysorbate 20, and propylene glycol.

(B) *Tablets*—Diethylstilbestrol Tablets, U.S.P.: No. 1646, J49,* 0.1 mg., in bottles of 100 and 1,000; No. 1647, J50,* 0.25 mg., in bottles of 100; No. 1648, J51,* 0.5 mg., and No. 1649, J52,* 1 mg., in bottles of 100 and 1,000; No. 1685, J54,* 5 mg., in bottles of 100 and 1,000 and in 10 strips of 10 individually labeled blisters each containing 1 tablet (ID100); No. 1724, T70,* 25 mg. (cross-scored), in bottles of 100.

[090369]

---

**DIGITOXIN,** see *Crystodigin* (digitoxin, Lilly).

---

**DIPHTHERIA AND TETANUS TOXOIDS AND PERTUSSIS VACCINE COMBINED,** see *Tri-Solgen* (diphtheria and tetanus toxoids and pertussis vaccine combined, alum precipitated, Lilly).

---

● **DOLOPHINE® HYDROCHLORIDE**   ℞
(methadone hydrochloride)
Injection, U.S.P.
AMPOULES

**Description:** Dolophine® Hydrochloride (methadone hydrochloride, Lilly) is 4,4-diphenyl - 6 - dimethylamino - heptanone-3 hydrochloride. It is a white, crystalline material and is water soluble. It is similar to morphine in effect, but it has a more prolonged duration of action as a result, at least partially, of greater lipid solubility.

**Indications:** Dolophine® Hydrochloride (methadone hydrochloride, Lilly) is indicated when an analgesic effect is required, especially in the relief of postsurgical pain and pain associated with renal colic, metastatic lesions of malignant tumors, fractures, etc. When chronic administration of potent analgesics is necessary, Dolophine Hydrochloride is preferable to morphine since it induces less physical dependence. It is not recommended for the control of mild pain in place of less potent analgesic drugs, such as the salicylates or even codeine.

**Contraindications and Precautions:** Although Dolophine® Hydrochloride (methadone hydrochloride, Lilly) has been used successfully in obstetric patients, it should be given with caution in the intrapartum period. Sedatives or other drugs which may depress fetal respiration should not be administered if delivery is anticipated before most of the drug will be eliminated from the fetal circulation. The risk is increased if the infant is premature or if general anesthesia is used for delivery.

After prolonged administration resulting in the development of considerable tolerance, withdrawal of Dolophine Hydrochloride is followed by a mild but definite abstinence syndrome.

**Warning:** Dolophine® Hydrochloride (methadone hydrochloride, Lilly) has addictive characteristics, and a narcotic prescription is required.

**Adverse Reactions:** The most common side-effects produced by Dolophine® Hydrochloride (methadone hydrochloride, Lilly) are nausea and vomiting. Other less bothersome symptoms include dizziness, dryness of mouth, and miosis. Nausea and vomiting have appeared most often with large doses and are of the type characteristically observed following administration

of morphine.

The cumulative effect of Dolophine Hydrochloride seems evident. Although the first doses may be well tolerated, nausea may appear after several have been given. It is recommended that the drug be administered only when needed for control of pain. Side-effects also seem to be more prominent in ambulatory patients and in those who are not suffering acute pain. In such individuals, the lower doses are advisable.

**Administration and Dosage:** Contents of Ampoules Dolophine® Hydrochloride (methadone hydrochloride, Lilly) may be administered subcutaneously or intramuscularly.

Parenteral doses of Dolophine Hydrochloride range from 2.5 to 10 mg., according to the severity of pain, and should be repeated only when pain returns. Excessive frequency of administration and size of dose should be avoided.

**Overdosage:** The primary symptom of overdosage is respiratory depression. Other symptoms are drowsiness, sweating, mental depression, delirium, hallucinations, circulatory collapse, and coma. Nalorphine hydrochloride (Nalline® HCl) provides specific therapy for overdosage. It should be repeated when necessary to counteract respiratory depression. General management should consist in symptomatic and supportive therapy, which may include administration of oxygen and intravenous fluids and maintenance of body temperature.

**How Supplied:** ●(B) Ampoules Dolophine® Hydrochloride (Methadone Hydrochloride Injection, U.S.P.): No. 456, 10 mg., 1 cc., in packages of 12 and 100. Each cc. contains methadone hydrochloride, 10 mg., and sodium chloride, 0.9 percent. Sodium hydroxide and/or hydrochloric acid may have been added during manufacture to adjust the pH. No. 435, 10 mg. per cc., 20 cc., rubber-stoppered, in single ampoules (10 per carton) and in packages of 25. Each cc. contains methadone hydrochloride, 10 mg., and sodium chloride, 0.9 percent, with chlorobutanol (chloroform derivative), 0.5 percent, as a preservative. Sodium hydroxide and/or hydrochloric acid may have been added during manufacture to adjust the pH.

● Narcotic required.

[080569]

---

● **DOLOPHINE® HYDROCHLORIDE**   ℞
(methadone hydrochloride)
SYRUP AND TABLETS

**Description:** Dolophine® Hydrochloride (methadone hydrochloride, Lilly) is 4,4-diphenyl - 6 - dimethylamino - heptanone-3 hydrochloride) is an effective, stable antitussive and analgesic, 10 mg. of which are comparable in analgesic potency to morphine sulfate, 15 mg. (¼ grain).

**Indications:** As an antitussive, it is of benefit in the control of cough associated with the common cold, whooping cough, or chronic tuberculosis.

As an analgesic, Dolophine® Hydrochloride (methadone hydrochloride, Lilly) is especially useful in relieving postsurgical pain and pain associated with renal colic, metastatic lesions of malignant tumors, fractures, etc.

**Contraindications and Precautions:** Although Dolophine® Hydrochloride (methadone hydrochloride, Lilly) has been used successfully in obstetric patients, it should be given with caution in the intrapartum period. Sedatives or other drugs which may depress fetal respiration should not be

Continued on next page

*Identi-Code® symbol—Newly manufactured capsules and tablets and the labels of powders for oral suspension and suppositories will bear Identi-Code symbols. However, a period of time will elapse before existing stocks of noncoded products are exhausted.