IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN HOPPER and STEVEN HOPPER,<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY, *et al.*,<br><br>Defendants. | CIVIL ACTION No. 05-CV-02346<br>(RBW/AK) |

## [PROPOSED] ORDER

After consideration of the arguments of counsel for Defendant Eli Lilly and Company ("Lilly") and Plaintiffs Robin and Steven Hopper, and after consideration of all memoranda and exhibits that have been filed with the Court, the Court rules that Lilly's Motion For Summary Judgment as to the Claims of Plaintiffs is GRANTED.

_____          _____
Date                                                      Reggie B. Walton
                                                                 United States District Judge

B3286509.1