UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~)
ROBIN HOPPER and STEVEN HOPPER    )
                                  )
            Plaintiffs,           ) CIVIL ACTION No. 05-CV-02346 (RBW/AK)
      v.                          )
                                  )
ELI LILLY AND COMPANY,            )
                                  )
            Defendant.            )
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~)

**AFFIDAVIT OF AARON M. LEVINE, ESQ.
REGARDING AUTHENTICATION OF DOCUMENTS**

I, Aaron M. Levine, declare under penalty of perjury that the following is true and correct:

1. Attached as Appendix 1 is a true copy of selections from the National Cancer Institute and National Institute of Child Health and Development, National Institutes of Health, Were You Born Between 1938 and 1971 Or Pregnant Then?  If So, You Could Be Exposed to DES (January 1995).

2. Attached as Appendix 2 is a true copy of CDC Resource Focuses on DES Exposure, 289 J. Amer. Med. Assn. 1624 (2003).

3. Attached as Appendix 3 is a true copy of selected pages from W.J. Dieckmann, M.D., et al., Does the Administration of Diethylstilbestrol During Pregnancy Have Therapeutic Value?, 66 Am. J. of Ob. & Gyn. 1062 (1953).

4. Attached as Appendix 4 is a true copy of Robert K. Enders, Mink Production in Relation to Stilbestrol, 16:7 The Fur Journal 4 (1950).

5. Attached as Appendix 5 is a true copy of selected pages from Defendant Eli Lilly's Responses to Plaintiffs' First Set of Interrogatories.

1

6. Attached as Appendix 6 is a true copy of the Statement of Julius S. Piver, M.D., dated February 1, 2006.

7. Attached as Appendix 7 is a true copy of selected pages of the Deposition of Fayola Hannah, dated September 18, 2006.

8. Attached as Appendix 8 is a true copy of the Statement of John J. Hefferren, Ph. D., dated Nov. 10, 2006.

9. Attached as Appendix 9 is a true copy of the Affidavit of Harold Sparr, R. Ph., M.S., dated September 20, 2006.

10. Attached as Appendix 10 is a true copy of the Letter from Dr. Hines (Lilly) to Dr. Morrell (Squibb), dated May 13, 1941.

11. Attached as Appendix 11 is a true copy of In re Complex DES Litigation, No. 830109 (Cal. Sup. Ct. Jul. 29, 1988).

12. Attached as Appendix 12 is a true copy of selected pages from the Testimony of Thomas Carney, Vice President for Eli Lilly & Co., Hearing Before the Committee on Interstate & Foreign Commerce, House of Representatives, 86th Cong., Second Session (1960).

13. Attached as Appendix 13 is a true copy of selected pages from The Physicians' Desk Reference to Pharmaceutical Specialties and Biologicals (Henrietta Bull ed., Medical Economics, Inc. 8th ed. 1954).

14. Attached as Appendix 14 is a true copy of selected pages from The Physicians' Desk Reference to Pharmaceutical Specialties and Biologicals (Henrietta Bull ed., Medical Economics, Inc. 13th ed. 1959).

15. Attached as Appendix 15 is a true copy of selected pages from <u>The Physicians' Desk Reference to Pharmaceutical Specialties and Biologicals</u> (Henrietta Bull and Barbara Huff, eds., Medical Economics, Inc. 18th ed. 1964).

16. Attached as Appendix 16 is a true copy of the Statement of Richard J. Falk, M.D., dated August 27, 2004.

17. Attached as Appendix 17 is a true copy of R.R. Greene, M.D., et al., <u>Experimental Intersexuality: The Paradoxical Effects of Estrogens on the Sexual Development of the Female Rat</u>, 74 The Anat. Rec. 429 (1939).

18. Attached as Appendix 18 is a true copy of selected pages from <u>The Physicians' Desk Reference to Pharmaceutical Specialties and Biologicals</u> (Henrietta Bull and Barbara Huff, eds., Medical Economics, Inc. 23rd ed. 1969).

19. Attached as Appendix 19 is a true copy of a selection from the Memorandum of Points and Authorities in Support of Defendant Eli Lilly and Company and a true copy of the Order Denying Summary Judgment, both from <u>Miskulin v. Eli Lilly & Co.</u>, No. 418517 (Cal. Sup. Ct. Oct. 25, 2005).

20. Attached as Appendix 20 is a true copy of the Memorandum Order Denying Motion for Summary Judgment in <u>Hansch v. Eli Lilly & Co.</u>, No. 04-00122 (N.D. Cal. 2005).

21. Attached as Appendix 21 is a true copy of selected pages from Eli Lilly and Company, <u>De Re Medica</u> (3d ed. 1951).

22. Attached as Appendix 22 is a true copy of selected pages from Defendant Eli Lilly and Company's Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment in <u>Kasparian v. Eli Lilly and Co.</u>, Civil Action No. 06-00290 (D.D.C.) filed January 25, 2007.

4

I declare under penalty of perjury that the foregoing is true and correct.

    /s/ Aaron M. Levine
Aaron M. Levine

Dated: January 25, 2007

4