# Appendix 1

# Were You Born Between 1938 and 1971 Or Pregnant Then? If So, You Could Be Exposed To DES

National Cancer Institute
National Institute of Child Health and Human Development
National Institutes of Health

# WHY YOU SHOULD LEARN ABOUT DES

DES is a drug that was given to millions of pregnant women primarily from 1938 to 1971. ♥ You could have been exposed to it if you were born between 1938 and 1971 and your mother took prescription drugs while she was pregnant with you, or if you took prescription drugs during a pregnancy during those years. ♥ If you were exposed to DES, you may need special health care, even if you have no health problems. ♥ This brochure presents an overview of DES exposure, and tells you how to get more information.

## DES BASICS

**The drug:** DES (Di-ethyl-stil-bes-trol)

**Kind of drug:** Synthetic hormone

**When given:** Primarily between 1938 and 1971

**To whom:** An estimated 4.8 million pregnant women in the U.S.

**By whom:** Private doctors and medical clinics in the United States, on U.S. military bases around the world, and in many foreign countries

**Reason given:** To prevent miscarriage and improve pregnancy outcomes; eventually determined to be ineffective

**How given:** Under more than 200 brand names as pills, injections, or vaginal suppositories, and sometimes in pregnancy vitamins

**Who may be exposed:** Any woman who received medication during a pregnancy primarily between 1938 and 1971, and the child she was carrying, may be "DES exposed"

**When stopped:** The FDA directed doctors not to prescribe DES to pregnant women in 1971 when it was linked to a rare vaginal cancer in DES daughters

**Signs of exposure:** Usually no obvious signs

# HOW TO FIND OUT IF YOU WERE EXPOSED

If you were born between 1938 and 1971, ask your mother (or other relatives who might know her pregnancy history) if she took any medications during her pregnancy or if she had any problems such as bleeding, miscarriage, premature birth, or diabetes. Find out if your mother can get her medical records to see if she took DES. If not, perhaps you can. You can find out how to get medical records by calling the DES hotline closest to you or a DES organization listed on pages 13 and 14.

# DES DAUGHTERS

You are a DES daughter if your mother took DES while she was pregnant with you. DES daughters have an increased risk for pregnancy problems, a rare form of vaginal cancer (clear cell cancer), and possibly infertility. All DES daughters need special medical care beginning in the first weeks of pregnancy, even if they have already had children. DES daughters of all ages should get the recommended pelvic exam annually. Remember, early detection of cancer saves lives.

## WHAT TO DO

- Find out if you are DES exposed (see page 3).
- Tell your doctor that you are (or may be) DES-exposed, and become familiar with the possible risks.
- Get the recommended pelvic exam for DES daughters (described on page 6) annually.
- Practice monthly breast self-examination. Get a regular mammogram every one to two years beginning at age 50. Before that, discuss your breast cancer risk with your doctor to develop a program for breast cancer screening.
- Get the medical care recommended for DES daughters during pregnancy.
- [illegible] DES daughters whenever any surgery on the vagina, cervix, fallopian tubes or uterus is recommended.

## RECOMMENDED PELVIC EXAM

- Separate Pap smear from the cervix
- Bimanual exam: the examiner feels the uterus, tubes and ovaries with the fingers of one hand inside the vagina and the other hand on the abdomen

## PREGNANCY

- Get your medical care from someone who is familiar with the care of women at higher risk for pregnancy problems
- Tell your doctor that you are DES-exposed
- Learn the signs of ectopic (tubal) pregnancy and premature labor

# DES SONS

You are a DES son if your mother took DES while she was pregnant with you. ❧ Many people, including some doctors, do not know that men can be affected by DES exposure before birth. ❧ However, some may face an increased risk for problems with their genital organs. ❧ Some research has also shown there may be a link between high doses of DES and problems with fertility. ❧ To date there has been little research on DES sons. ❧ Studies are now in progress, and new findings may apply to you. ❧ The best way to protect your health is to find out whether you have been exposed, get recommended cancer screening tests for men of your age, and stay informed about new research findings. ❧

# WOMEN WHO TOOK DES

All women who took DES during pregnancy, whether or not the pregnancy resulted in a live birth, are considered DES exposed. Talk to your children if you took (or think you might have taken) DES during your pregnancy with them. Women who took DES may have a small increase in their risk of breast cancer, and should follow the breast care guidelines for women of their age. Tell your DES-exposed son(s) and daughter(s) about their exposure, even if these adult children have had no health problems. This information will help them get the health care they need.

## WHAT TO DO

- If you are unsure about whether you took DES, you can request your medical records (call one of the DES organizations for information on how to do this).
- Tell your doctor that you are DES-exposed.
- Get a mammogram every one or two years beginning at age 50. Regular mammography is the best method for early detection of breast cancer.
- Have a breast exam by a health professional at least once a year. Special surveillance should be given to women with a personal history of breast cancer or a history of breast cancer in a mother or sister.
- Examine your breasts monthly (call 1-800-4-CANCER for a free brochure on breast self-examination).
- Tell your adult children if you know you received DES during your pregnancy with them or think you may have taken it. Your children may need special care.

Case 1:05-cv-02346-RBW Document 40-3 Filed 01/25/2007 Page 9 of 12

MIDTOWN PARK PHARMACY

Phone DA2-4907 or DA2-4908 935 MAIN STREET FAIRVIEW TEXAS

For Mrs. J. Paris

Address 12 [illegible] Creek

R

Stilbestrol 25 mg

(Milestrol)

Sig: 1 q4h for 8 days then 1 qid

Reg. No. B [illegible] #5926 M.D.

Date 7/17/51 Address

REPT UT DIET 1 2 3 4 TIMES P R N ☐ NON-RES ☐

*A typical DES prescription from 1951*

# RESOURCES

For more information about DES, call the DES hotline closest to you, one of the DES consumer organizations, or the National Cancer Institute.

## DES Hotlines

The Southwest DES Center
Baylor College of Medicine
1(800) DES NEWS (1-800-337-6397)
(Texas and Louisiana only)

California Public Health Foundation
1(800) DES NEWS (1-800-337-6397)
(Greater San Francisco Bay Area only, area codes 408, 415, 510 and 707)

Education Development Center, Inc.
1(800) DES NEWS (1-800-337-6397)
(Massachusetts only)

New England Research Institute
Long Island Jewish Medical Center
1(800) DES NEWS (1-800-337-6397) (Nassau and Suffolk Counties, New York City, New York only)

University of Wisconsin
1(800) DES NEWS (1-800-337-6397) (Illinois, Iowa, Minnesota, Nebraska, Wisconsin only)

## Consumer Organizations

**DES Action USA**
1615 Broadway, #510
Oakland CA 94612
1(800) DES-9288 or (510) 465-4011

*A national consumer organization representing DES mothers, daughters and sons. Dedicated to informing the public and health professionals about the effects of DES and what can be done about them, and to promoting DES research. Offers physician referrals, special publications, and a quarterly newsletter (DES Action Voice).*

**DES Cancer Network**
P.O. Box 10185
Rochester, NY 14610
1(800) DES-NET-4 and (716) 473-6119

*A national network for DES-exposed women and men with a special focus on DES research advocacy, programs for DES-exposed people coping with cancer, and communication about DES issues. Offers information, peer support, medical referrals, and a newsletter (DES Issues).*

**DES Sons Network**
104 Sleepy Hollow Place
Cherry Hill, NJ 08003
(609) 795-1658

*A national network providing information and support for men exposed to DES before birth (DES Sons), and counseling for men with testicular cancer.*

**National Cancer Institute**
*Cancer Information Service*
M-F 9:00 am to 7:00 pm
1(800) 4-CANCER or 1(800) 422-6237

*A national service providing accurate, up-to-date information on cancer to patients and their families, to health professionals, and to the general public.*

## Other Booklets in This Series

*Call the DES Hotline closest to you or any of the DES Consumer organizations to request other booklets in this series.*

- DES: The Basic Booklet
- DES Fact Sheet
- DES Daughters
- DES Sons
- Women Who Took DES
- Talking About DES: A Guide for Families
- Clear Cell Cancer
- The National DES Education Program: A Description



# National DES Education Program

On October 9, 1992, Congress approved an amendment to the Public Health Service Act to carry out research and education on the drug DES (diethylstilbestrol). In 1993 the National Cancer Institute and the National Institutes of Child Health and Human Development launched the National DES Education Program. Five geographic areas are currently included in this program: California, Massachusetts, Texas, Wisconsin, and New York.

This booklet is one of a series that provides health information about DES, and includes the most recent information about medical risks associated with it. Recommended actions for early detection and treatment of DES-related medical conditions are described in full. We hope this publication will help the millions of mothers, daughters, and sons exposed to DES.

National Cancer Institute

National Institute of Child Health and Human Development

National Institutes of Health

Baylor College of Medicine

California Public Health Foundation

Education Development Center, Inc.

New England Research Institutes

University of Wisconsin

DES Action USA

DES Cancer Network

DES Sons Network

January, 1995

*Following are some names under which DES and other Nonsteroidal Estrogens have been sold in the United States:*

**Nonsteroidal Estrogens**
Benzestrol
Chlorotrianisene
Comestrol
Cyren A
Cyren B
Delvinal
DES
DesPlex
Dibestil
Diestryl
Dienestrol
Dienoestrol
Diethylstilbestrol Dipalmitate
Diethylstilbestrol Diphosphate
Diethylstilbestrol Dipropionate
Diethylstilbenediol
Digestil
Domestrol
Estilben
Estrobene
Estrobene DP
Estrosyn
Fonatol
Gynben
Gyneben
Hexestrol
Hexoestrol
Hi-Bestrol
Menocrin
Meprane
Mestilbol
Microest
Mikarol
Mikarol forti
Milestrol
Monomestrol
Neo-Oestranol I
Neo-Oestranol II
Nulabort
Oestrogenine
Oestromenin
Oestromon
Orestol
Pabestrol D
Palestrol
Restrol
Stil-Rol
Stilbal
Stilbestrol
Stilbestronate
Stilbetin
Stilbinol
Stilboestroform
Stilboestrol
Stilboestrol DP
Stilestrate
Stilpalmitate
Stilphostrol
Stilronate
Stilrone
Stils
Synestrin
Synestrol
Synthoestrin
Vallestril
Willestrol

**Nonsteroidal Estrogen-Androgen Combinations**
Amperone
Di-Erone
Estan
Metystil
Teserene
Tylandril
Tylosterone

**Nonsteroidal Estrogen-Progesterone Combination**
Progravidium

**Vaginal Cream Suppositories w/Nonsteroidal Estrogens**
AVC Cream w/Dienestrol
Dienestrol Cream

*Some of these drugs do not contain DES, but like DES are nonsteroidal estrogen drugs and may have similar effects.*

# A DES Ad from 1957



This ad appeared in a major medical journal in 1957. It is now known that DES exposure is related to health problems in the children of the women who took it, and in the women themselves. If you were exposed to DES, you may need special health care.