# Appendix 6

**AFFIDAVIT OF JULIUS S. PIVER, M.D.**

1. I am a board certified Obstetrician and Gynecologist and have been engaged in the practice of Obstetrics and Gynecology since 1956. I am a member of the American College of OB/GYN and the American College of Gynecological Laparoscopists. A true and correct copy of my Curriculum Vitae is attached as Exhibit 1.

2. I am familiar with the standard of care and the usual and ordinary practice of Obstetrics and Gynecology in the United States in major population centers from the 1960s to date. I gained this familiarity from my schooling at George Washington University where I graduated in 1952 and during my residency in OB/GYN at Columbia Hospital for Women. 1953-1956. I have been qualified as an expert of the standard of care in OB/GYN in the courts of 28 different states on many occasions. where I testified both for plaintiffs and defendants.

3. In addition to my education and training, I am familiar with the literature and labeling of DES as well as other pharmaceuticals used in obstetrics and gynecology over the last 50 years. I gained this familiarity from exchanging information regarding the care and treatment of OB/GYN patients with other physicians at conferences, meetings. seminars, and symposiums attended by OB/GYNs from all over America. In the early 1970's, there was a national standard of care regarding the use of synthetic estrogens during pregnancy where indicated.

4. Quite often out-of-town OB/GYNs would come to Washington from all over America for symposiums, lectures and meetings where we would confer and exchange views regarding the practice of OB/GYN including diagnoses and treatment of fertility issues and pregnancy.

5. In 1956 I began prescribing DES to my patients for prevention of the accidents of pregnancy. In fact, I prescribed DES to my wife when she was pregnant with our daughter. The term DES means Diethylstilbestrol and not any other synthetic estrogen.

6. From the time I began prescribing DES to my patients I was familiar with the educational and promotional labeling of publications promulgated by Eli Lilly concerning DES. This included the manufacturer's brochure, the Physicians Desk Reference (PDR).

7. Attached as Exhibit 2 are selected pages from the 1969 PDR, which lists Lilly as the only Diethylstilbestrol manufacturer entry on page 224 and 819. The specific entry contains no warning as to any teratogenic effect. For nearly two decades from the 1950's to the late 1960's, diethylstilbestrol was recommended for treating accidents of pregnancy in 25mg to 100mg daily. The information contained in this 1964 PDR entry attached as Exhibit 2 was the commonly accepted and guiding informational labeling regarding DES until the date it was banned for pregnant women in 1971.

8. I have reviewed the attached as Exhibit 3, which are true and correct selected pages from the Eli Lilly DES manufacturer's brochure that recommends the regimen and dosage of DES for use in accidents of pregnancy. The information contained therein was widespread and accepted by the OB/GYNs in major population centers in the U.S. This include the manufacturers' brochures and the Physicians Desk Reference. Lilly had recommended the use of DES in pregnancy for twenty years as safe and effective.

9. The national standard of care in 1970 was to prescribed DES in accordance with the Lilly labeling which contained neither warning of any injury to the fetus, nor any contraindication in pregnancy.

10. The most widely employed means and methods for gleaning current information as to the risks of pharmaceuticals available to an OB/GYN in the field was the PDR. The PDR was the primary source in conjunction with the pharmaceutical manufacturers' detail representatives and "Dear Doctor" letters. These were the primary sources for current information or updates as to the warnings, contraindications and risks of their pharmaceuticals. Had Lilly contraindicated or warned in their labeling, literature, or a "Dear Doctor" letter of any serious or permanent risks to the daughter *in utero*, it would have been a departure from the standard of care for all OB/GYN doctors to ignore such warnings.

11. I have reviewed and attach as Exhibit 4 selected pages from a publication entitled De Re Medica, which was promulgated by Eli Lilly and distributed to the physicians of America in 1951. This

publication recommends the use of DES in pregnancy as **the most effective** agent to prevent the accidents of pregnancy.

12. In the 1970's, Eli Lilly was known as the primary manufacturer and distributor of DES and was considered by the OB/GYN community to be the most reliable source of information regarding DES.

13. It was the customary ordinary and usual practice of OB/GYNs in major population centers in the U.S. in the 1970's to read, rely upon, and heed the Lilly literature. "Dear Doctor" letters. company detail men and PDR entries regarding the specific risks of *in utero* DES exposure.

14. Attached as Exhibit 5 is a warning that should have been issued regarding DES based on the state of the art as it then existed. Had Eli Lilly issued a similar warning of serious injury to the exposed daughter, it would have been a departure from the standard of care for an obstetrician to prescribe DES to a pregnant woman.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on 1st day of February, 2006, at Bethesda, Maryland.

Julius S. Piver, MD

# Exhibit 1 to Appendix 6

# CURRICULUM VITAE

**JULIUS S. PIVER, M.D., J.D.**
**6602 MELODY LANE**
**BETHESDA, MARYLAND 20817**

Home Phone: 301 365-4020
Home Fax: 301 469-5469
E-MAIL – jpmdjd@comcast.net

5480 Wisconsin Avenue
Chevy Chase, MD 20815
Office Phone: 301 654-7660

14201 Laurel Park Drive
Laurel, MD 20707
Office Phone: 301 490-9494

## EDUCATION AND TRAINING

| | |
|---|---|
| George Washington University - | B.S. |
| George Washington University - | M.D. |
| Sinai Hospital of Baltimore - | One year rotating internship |
| Columbia Hospital for Women - | 3 year residency in Obstetrics/Gynecology |
| Washington College of Law, American University – | J.D. |

## LICENSURE

Maryland
Virginia,
District of Columbia,
Florida

## HOSPITAL APPOINTMENTS

Laurel Regional Hospital
Sibley Hospital
Suburban Hospital
Washington Adventist Hospital

## HONORS AND SOCIETIES

Board Certified, American Board of Obstetrics & Gynecology
Clinical Chairman, Department of Obstetrics, Washington Hospital Center, 1975-1980
Fellow, American College of Obstetricians and Gynecologists
Fellow, American College of Surgeons
Fellow, American Society of Abdominal Surgeons
Fellow, American Association of Gynecologic Laparoscopists
Fellow, Washington Gynecological Society
Fellow, American College of Legal Medicine
Member, Maryland Bar
Member, Kane-King-Dodek Honorary Obstetrical Society,
George Washington University, School of Medicine
Member, American Medical Association

## HONORS AND SOCIETIES

Member, Med-Chi Society of Maryland
Member, District of Columbia Medical Society
Member, Montgomery County Medical Society
Past Member, American Bar Association
Past Member, Montgomery County Bar Association
Member, Defense Research Institute
Residents Recognition Award for Excellence in Teaching, Washington Hospital Center
Past President, Washington n Graduate Club, Phi Delta Epsilon Medical Fraternity
Past President Jacobi Medical Society

## PUBLICATIONS

Consulting Editor (1998- to date), *OB-GYN Malpractice Prevention* – monthly publication by Lippincott William & Wilkins, on legal risk management in Obstetrics & Gynecology

| | | |
|---|---|---|
| *Preparing and Winning Medical Negligence Cases*, "Gynecology", 4th ed, Wecht | | 2003 |
| *OBG Management*, "Electrosurgery: Cutting The Legal Risks" | | 1999 |
| *Trauma*, "Obstetric and Gynecologic Problems" | Vol. 38, No. 3, | 1996 |
| *Trauma*, "Menstrual Dysfunction and Endometrial Ablation" | Vol. 37, No. 5, | 1996 |
| *Trauma*, "Trauma To Female Reproductive Tract In Pregnancy" | Vol. 32, No. 5, | 1991 |
| *Medicolegal Primer*, "Obstetrics/Gynecology", 1st ed. | | 1991 |
| *Medical Annals of the District of Columbia*, "Fetal Mortality In Cesarean Section" | | 1958 |
| *Medical Annals of the District of Columbia*, "Endocrine Suppression of Lactation" | | 1957 |
| *New England Journal of Medicine*, "Acute Renal Failure After Therapeutic Abortion" | | 1957 |

## CURRENT STATUS

Solo private practice of general gynecology in two offices three days per week.
Perform surgery at the above hospitals.
Medical Officer (Gyn), Food & Drug Administration, Division Anti-Infective Drug Products (1994-1996)
Accepted as expert in Obstetrics & Gynecology by the First Circuit Court of Appeal of Louisiana-1999

Record review for plaintiff and defense on: breast cancer, shoulder dystocia, informed consent, laparoscopy complications, ureteral/bladder injury, sterilization issues, etc.

## PRESENTATIONS

Guest lecturer-General & Gynecologic Laparoscopic Surgery Conference-El Paso, Texas-October 2000
Guest speaker, Metropolitan Washington Trial Lawyers Society

# Exhibit 2 to Appendix 6



# 1969 • PDR

Published by MEDICAL ECONOMICS, INC.
TWENTY-THIRD EDITION

# PHYSICIANS' DESK REFERENCE

*to*

*PHARMACEUTICAL SPECIALTIES and BIOLOGICALS*

*For the Physician's Desk*

**Estrogen Production**
Delalutin (Squibb)
Vernitest (Fuller)

**Fungus Antigens**
MMP Mold Allergens (Hollister-Stier)

**Glucosuria Test**
Tes-Tape (Lilly)

**Histoplasmin**
Histoplasmin (Parke, Davis)
Histoplasmin, Tine Test (Lederle)

**Hypopituitarism**
Metopirone (Ciba)

**Kidney Function**
Phenolsulfonphthalein Injection (Hynson, Westcott & Dunning)

**Liver Function**
Bromsulphalein (Hynson, Westcott & Dunning)
Cardio-Green (Hynson, Westcott & Dunning)
Synkayvite Preparations (Roche)

**Myasthenia Gravis**
Mestinon Syrup (Roche)
Mestinon Tablets (Roche)
Mestinon Timespan (Roche)
Prostigmin Methylsulfate Injectable (Roche)
Tensilon (Roche)

**Pregnancy Test**
Deluteval 2X (Squibb)
Gestest Tablets (Squibb)
Pro-Duosterone (Roussel)
Prostigmin Methylsulfate Injectable (Roche)
Provera (Upjohn)

**Premature Rupture of Fetal Membranes**
Vernitest (Fuller)

**Progesterone Production**
Delalutin (Squibb)
Deluteval 2X (Squibb)
Vernitest (Fuller)

**Schick Test**
Diphtheria Toxin for Schick Test (Diluted) (Wyeth)
Schick Test (Wyeth)

**Stool Specimens**
Fleet Enema (Fleet)
Phospho-Soda (Fleet)

**Sugar Test, Urine**
Tes-Tape (Lilly)

**Thyroid Function**
Thytropar (Armour)
Triosorb-131 (Abbott)

**Thyrotropic Hormone**
Thytropar (Armour)

**Tuberculosis**
Sterneedle (Panray)
Tuberculin, Mono-Vacc Test (Lincoln)
Tuberculin, Purified Protein Derivative (Parke, Davis)
Tuberculin, Tine Test (Rosenthal) (Lederle)

**Unsaturated Iron-Binding Capacity**
Irosorb-59 (Abbott)

**Vaginitis**
Nickerson's Medium (Ortho)
Vaginostic (Schmid)

---

**Diastase**
Arco-Lase (Arco)
Arco-Lase Plus (Arco)
Phazyme (Reed & Carnrick)
Phazyme w/Phenobarbital (Reed & Carnrick)

**Diatrizoate Preparations**
Hypaque-M 75% (Winthrop)
Hypaque-M 90% (Winthrop)

**Diazepam**
Valium Injectable (Roche)
Valium Tablets (Roche)

**Dibucaine**
Nupercainal (Ciba)

**Dibucaine Hydrochloride**
Nupercaine Heavy Solution (Ciba)
Nupercaine hydrochloride (Ciba)
Nupercaine hydrochloride 1:1500 (Ciba)
Nuporal (Ciba)

**Dichloralphenazone**
Midrin (Carnrick)

**Dicyclomine Hydrochloride**
Bendectin (Merrell)
Bentyl Hydrochloride-Capsules, Tablets & Syrup (Merrell)
Bentyl Hydrochloride w/Phenobarbital Capsules, Tablets & Syrup (Merrell)
Kolantyl (Merrell)

**Dienestrol**
AVC Cream w/Dienestrol (National Drug)
AVC Suppositories w Dienestrol (National Drug)
Dienestrol Cream (Ortho)
Estan (White)
Synestrol Tablets (White)

**Dietary Supplements**
***see under Amino Acid Preps., Calcium & Calcium-Phosphorus Preps., Fat Emulsions, Foods (Dietetic), Hematinics, Vegetable Oil (Preps.) & Vitamin Preps.***

**Diethylpropion**
Tenuate (Merrell)
Tenuate Dospan (Merrell)
Tepanil (National Drug)
Tepanil Ten-Tab (National Drug)

**Diethylstilbestrol**
Acnestrol Lotion (Dermik)
Dicorvin Tablets (Amfre-Grant)
Diethylstilbestrol (Lilly)
Furacin-E Urethral Inserts (Eaton)
Gynben Vaginal Inserts & Cream (Bentex)
Quinette (Amar-Stone)
Stilphostrol (Dome)

**Diets *(Liquid)***
I.O/SO Liquid (Dairy House)
Sustagen (Mead Johnson)

**Digalloyl Trioleate**
SunStick Lip Protectant (Texas Pharmacal)
SunSwept Cream (Texas Pharmacal)

**Digestants**
Arco-Lase (Arco)
Arco-Lase Plus (Arco)
Butibel-Zyme (McNeil)
Carica-Bile Tablets (Rexall)
Combichole (Trout)
Convertin Tablets (Ascher)
Convertin-H Tablets (Ascher)
Converzyme (Ascher)
Cotazym (Organon)
Dactilase (Lakeside)
Digestant (Canright)
Digolase (Boyle)
Donnazyme (Robins)
Entozyme (Robins)
Enzypan (Norgine)
Festal (Hoechst)
Festalan (Hoechst)
Gastroenterase (Wampole)
Geramine (Brown)
Gourmase Capsules (Rowell)
Gourmase PB Capsules (Rowell)
Gustase (Geriatric)
Kanulase (Dorsey)
Kanumodic (Dorsey)
Kutrase (Kremers-Urban)
Ku-Zyme (Kremers-Urban)
Lipan (Spirt)
Mallenzyme (Mallard)
Pentazyme (Ulmer)
Phazyme (Reed & Carnrick)
Phazyme w Phenobarbital (Reed & Carnrick)
Pro-Gestive (Nutrition Control)

**Digitalis Glycoside Preparations**
Acylanid (Sandoz)
Cedilanid (Sandoz)
Crystodigin (Lilly)
Davoxin (Davies Rose Hoyt)
Digitaline Nativelle (Fougera)
Digoxin Tablets (Rexall)
Gitaligin Tablets (Schering)
Lanoxin (B.W. & Co.)
Myodigin (Davies Rose Hoyt)
Purodigin (Wyeth)

**Digitalis Preparations**
Crystodigin (Lilly)
Davoxin (Davies Rose Hoyt)
Digitora (Upjohn)
Digoxin Tablets (Rexall)
Myodigin (Davies Rose Hoyt)
Pil-Digis (Davies Rose Hoyt)

**Digitoxin**
Crystodigin (Lilly)
Digitaline Nativelle (Fougera)
Myodigin (Davies Rose Hoyt)
Purodigin (Wyeth)

**Digoxin**
Davoxin (Davies Rose Hoyt)
Digoxin Tablets (Rexall)
Lanoxin (B.W. & Co.)
Ulti-ject Disposable Syringe (Century)

**Dihydrocodeine Bitartrate**
Drocogesic No. 3 (Century)
Synalgos Preparations (Ives)

**Dihydrocodeinone Bitartrate**
***(see under Hydrocodone Bitartrate)***

**Dihydroergotamine**
D.H.E. 45 (Sandoz)

**Dihydromorphinone Hydrochloride**
***(see also under Hydromorphone Hydrochloride)***
Dilaudid Cough Syrup (Knoll)
Dilocol (Table Rock)
Ulti-ject Disposable Syringe (Century)

**Dihydrostreptomycin Sulfate**
Kectil Suspension (Bristol)
Polymagma Suspension (Wyeth)
Polymagma Tablets (Wyeth)

**Dihydrotachysterol**
Hytakerol (Winthrop)

**Dihydroxy Aluminum Aminoacetate**
Aluscop (Westerfield)
Alzinox (Smith, Miller & Patch)
Alzinox Compound (Smith, Miller & Patch)
Donnalate (Robins)
Robalate (Robins)

**Dihydroxyanthraquinone**
Doxan (Hoechst)
Doxidan (Hoechst)
Doxinate w. Danthron (Hoechst)

**Dihydroxyanthraquinone (1,8)**
***(See under Danthron)***

**Dihydroxypropyltheophylline**
Emfaseem Improved (Saron)

## Lilly—Cont.

mouth: congestive heart failure, atrial fibrillation, atrial flutter, and paroxysmal atrial or nodal tachycardia. Because of its slow onset of action, Crystodigin Injection is not the preparation of choice for very rapid digitalization in emergencies.

Precautions: Great caution should be exercised in giving Crystodigin Injection (1) to patients still under the influence of digitalis from previous medication; (2) to patients with hypercalcemia; and (3) in the presence of multiple ventricular extrasystoles, ventricular tachycardia, hypersensitivity of the carotid sinus, Adams-Stokes syndrome, or heart block. Patients under the influence of digitalis should not receive calcium intravenously, because elevation of the serum calcium concentration increases the effect of digitalis, and deaths have been reported from intoxication induced in this way.

Adverse Reactions: With overdosage, side-effects occur. Mental depression is an early symptom. With increasing severity of digitalis intoxication, other side-effects develop, such as anorexia, nausea, vomiting, premature beats, complete heart block, AV dissociation, ventricular tachycardia, ventricular fibrillation, restlessness, yellow vision, mental confusion, disorientation, and delirium.

Administration and Dosage: Each ampoule contains 0.2 mg. of digitoxin in each ml. The average digitalizing dose by the intravenous route is 1.2 to 1.6 mg.; this is approximately the same as that used when digitoxin is given orally.

In a patient who has not received digitalis or any digitalis-like preparation during the preceding three weeks, digitalization may be accomplished by the slow intravenous injection of an initial dose of 0.6 mg. Crystodigin, followed by 0.4 mg. four to six hours later and by 0.2 mg. every four to six hours thereafter until the full therapeutic effect becomes apparent. This should occur in eight to twelve hours. Daily intravenous or oral administration of 0.05 to 0.3 mg. of Crystodigin will be needed as a maintenance dose. It should be emphasized that the dose of Crystodigin must be proportionately reduced for partially digitalized patients.

The administration of the average digitalizing dose in a single injection is not recommended. Patients who have extensive myocardial damage or conduction defects may require a much smaller quantity of digitoxin than those with less abnormal hearts.

Crystodigin Injection should be given intravenously. It may also be administered intramuscularly when the intravenous injection is impracticable. If the intramuscular route is used, the glycoside should be injected deeply into the gluteal muscle.

Overdosage: *Symptoms—See under Adverse Reactions. Treatment—If indicated,* therapy may include gastric lavage and administration of potassium chloride, saline cathartic, atropine, and nitroglycerin.

How Supplied: (℞) *Ampoules Crystodigin® (Digitoxin Injection, N.F.): No. 425,* 0.2 mg., 1 cc., in packages of 6 and 100. Alcohol, 49 percent. *Dated item. No. 448,* 0.2 mg. per cc., 10 cc., rubber-stoppered, in single ampoules (10 per carton). Alcohol, 49 percent. [040168]

**CRYSTODIGIN®** ℞
**(digitoxin)**
**Tablets, U.S.P.**

Description: Crystodigin is a crystalline-pure single cardiac glycoside obtained from *Digitalis purpurea* and is identical in pharmacologic action with whole-leaf digitalis. Crystodigin is noted for its uniform potency, complete absorption, and lack of gastro-intestinal irritation. It permits accurate dosage adjustments to produce maximum therapeutic effect smoothly and dependably.

Indications: Heart failure, atrial flutter, atrial fibrillation, and supraventricular tachycardia.

Contraindications and Precautions: Crystodigin should not be used in ventricular tachycardia.

Patients taking digitalis preparations must not be given the rapid digitalizing dose of Crystodigin or parenteral calcium.

Adverse Reactions: Overdosage causes side-effects, such as mental depression, anorexia, nausea, vomiting, premature beats, complete heart block, AV dissociation, ventricular tachycardia, ventricular fibrillation, restlessness, yellow vision, mental confusion, disorientation, and delirium.

Administration and Dosage: *Slow Digitalization*—0.2 mg. twice daily for a period of four days, followed by maintenance dosage. *Rapid Digitalization*—Preferably 0.6 mg. initially, followed by 0.4 mg. and then 0.2 mg. at intervals of four to six hours. *Maintenance Dosage*—Ranges from 0.05 to 0.3 mg. daily, the most common dose being 0.15 mg. daily.

Overdosage: *Symptoms—See under Adverse Reactions. Treatment—If indicated,* therapy may include gastric lavage and administration of potassium chloride, saline cathartic, atropine, and nitroglycerin.

How Supplied: (℞) *Tablets Crystodigin® (Digitoxin Tablets, U.S.P.) (scored): No. 1736, J75,** 0.05 mg., Orange, in bottles of 100 and 500; *No. 1703, J60,** 0.1 mg., Pink, in bottles of 100, 500, and 5,000 and in 10 strips of 10 individually labeled blisters each containing 1 tablet (ID100); *No. 1737, J76,** 0.15 mg., Yellow, in bottles of 100 and 500; *No. 1694, J57,** 0.2 mg., White, in bottles of 100 and 500 and in 10 strips of 10 individually labeled blisters each containing 1 tablet (ID100). *Dated items.* [031468]

*[Shown in Product Identification Section]*

**CYANOCOBALAMIN,** *see* Betalin® 12 Crystalline (cyanocobalamin injection, Lilly).

**CYCLOPENTAMINE AND ISOPROTERENOL HYDROCHLORIDE,** *see* Aerolone® Compound (cyclopentamine and isoproterenol hydrochloride, Lilly).

**CYCLOSERINE,** *see* Seromycin® (cycloserine, Lilly).

**CYCLOTHIAZIDE,** *see* Anhydron® (cyclothiazide, Lilly).

**CYCLOTHIAZIDE WITH POTASSIUM CHLORIDE,** *see* Anhydron® K (cyclothiazide with potassium chloride, Lilly).

**CYCLOTHIAZIDE WITH POTASSIUM CHLORIDE AND RESERPINE,** *see* Anhydron® KR (cyclothiazide with potassium chloride and reserpine, Lilly).

**CYTELLIN®** ℞
**(sitosterols)**
**Suspension, N.F.**

Description: Each 15 ml. (approximately 1 tablespoonful) contain 3 Gm. Cytellin, with alcohol, 4 percent.

Indications: Cytellin is indicated whenever it is desirable to reduce hypercholesteremia, an elevated C/P ratio, increased "atherogenic" lipoproteins ($S_f$10-100), or hyperbetalipoproteinemia. These abnormalities, alone or combined, are commonly seen in patients with coronary atherosclerosis (angina pectoris, myocardial infarction), cerebrovascular accident, diabetes mellitus, nephrosis, hypothyroidism, xanthomatosis, and essential familial hypercholesteremia. Cytellin is not a substitute for more specific therapy, when applicable, such as thyroid substance in hypothyroidism or insulin in diabetes mellitus.

Contraindications and Adverse Reactions: There are no known contraindications to the use of Cytellin, nor have side-effects been observed. However, since sitosterol is not absorbed, the stool becomes bulky and light in color. Cytellin may have a very mild laxative effect, because a methylcellulose derivative is used as a dispersing agent in the suspension. If the looseness of the stools becomes troublesome, restriction of foods containing roughage is helpful.

Six groups of investigators employed a double-blind technic, in which the active preparation and a placebo of similar physical characteristics were supplied under code labels so that neither investigators nor patients knew which was which until the studies were completed. A special check was made for the following items: gastrointestinal disturbances, changes in appetite; gains or losses in weight; changes in hemoglobin, red count, white count, or differential count of the blood; changes in tests of liver and kidney function; and changes in blood urea nitrogen, total serum protein, A G ratio, serum calcium and phosphorus, prothrombin time, and serum vitamin A concentration.

The incidence and magnitude of changes in these signs, symptoms, and laboratory tests were the same during administration of the placebo as during prolonged administration of active medication. The studies did not reveal side-effects of any kind that could be attributed to Cytellin.

Administration and Dosage: Suspension Cytellin is given by mouth. It can be mixed with coffee, tea, fruit juice, skim milk, or whole milk (if there is no caloric restriction). This method of administration has been found to increase the palatability of Cytellin. The suggested dosage is 1 tablespoonful (approximately 15 ml.) immediately before each meal of medium size. The dose should be increased to 1½ or 2 tablespoonfuls when large or high-fat meals are consumed. A total daily dose of 4 to 6 ounces may be required in some individuals. To obtain optimum therapeutic effect, any additional food taken between meals should be preceded by a whole or fractional dose of Cytellin.

Note to the Pharmacist: An empty, wide-mouthed, screw-capped bottle should be supplied to the patient for carrying the midday dose of Suspension Cytellin.

How Supplied: (℞) *Suspension Cytellin® (Sitosterols Suspension, N.F.), No. M-100,* in pint bottles. [081868]

**DARVON®** ℞
**(propoxyphene hydrochloride)**
**DARVON® COMPOUND and**
**DARVON® COMPOUND-65**
**(propoxyphene hydrochloride, aspirin, phenacetin, and caffeine)**
**DARVON® WITH A.S.A.®**
**(propoxyphene hydrochloride with aspirin)**
**DARVO-TRAN®**
**(propoxyphene hydrochloride and aspirin with phenaglycodol)**

Description: Darvon is a unique analgesic discovered and synthesized in the Lilly Research Laboratories. It is available in Pulvules® containing either 32 or 65 mg. of propoxyphene hydrochloride. A narcotic prescription is not required.

Darvon Compound and Darvon Compound-65 combine the analgesic advantages of Darvon with the antipyretic and anti-inflammatory benefits of A.S.A.® Compound (aspirin, phenacetin, and caffeine, Lilly).

Each Pulvule contains—

| *Darvon Compound* | | *Darvon Compound-65* |
|---|---|---|
| 32 mg. | Darvon* (propoxyphene hydrochloride, Lilly) | 65 mg. |
| 227 mg. | A.S.A.* (aspirin, Lilly) | 227 mg. |
| 162 mg. | Phenacetin | 162 mg. |
| 32.4 mg. | Caffeine | 32.4 mg. |

Darvon with A.S.A. combines 65 mg. of propoxyphene hydrochloride and 325 mg. of aspirin in each Pulvule.

The formula of Darvo-Tran combines the mild tranquilizing effects of Ultran®

(phenaglycodol, Lilly) with the established analgesic advantages of Darvon and A.S.A. Clinical and pharmacologic studies show that Ultran enhances and prolongs the analgesic activity of Darvon when pain is accompanied by anxiety.

Each Pulvule contains—

Darvon® .................................... 32 mg.
(propoxyphene hydrochloride, Lilly)
A.S.A.® .................................... 325 mg.
(aspirin, Lilly)
Ultran® .................................... 150 mg.
(phenaglycodol, Lilly)

Side-effects seen following administration of Darvon in adequate dosage to a large series of patients are qualitatively similar to those produced by the same or similar doses of codeine; however, from a quantitative viewpoint, the side-effects associated with Darvon are less than those of codeine.

Indications: Darvon is indicated for the reduction or amelioration of pain. It is of particular value for pain associated with recurrent or chronic disease. This is true even in such conditions as migraine, in which specific therapy sometimes fails to produce immediate or complete relief. Continued use has revealed no evidence of functional or pathological changes.

Darvon does not reduce fever or diminish inflammatory reactions.

Darvon Compound and Darvon Compound-65 provide the total analgesic effects of Darvon and A.S.A. Compound plus the anti-inflammatory and antipyretic activity of salicylates. This combination may be especially valuable in the symptomatic relief of such conditions as headache, dysmenorrhea, or various inflammatory states, e.g., arthritis and fibrositis.

Darvon with A.S.A. is made available for use by physicians who prefer an analgesic without phenacetin and caffeine.

Clinical studies indicate that the analgesic effects of Darvon are enhanced when it is given concurrently with Ultran. These studies also suggest that Darvo-Tran may provide skeletal-muscle relaxation. This presumptive evidence is based upon the fact that Darvo-Tran has been found to be more effective than Darvon per se or Darvon Compound in such diagnostic categories as arthritic conditions, tension headache, low-back syndromes, whiplash injuries, dentistry and oral surgery procedures, postpartum discomfort, and postoperative pain.

Contraindications: Although no definite contraindications to the use of Darvon have been reported, any known hypersensitivity to any of the ingredients in Darvon preparations is a contraindication. Therapeutic doses have produced no demonstrable effects on respiration, blood pressure, or reflex activity.

The presence of acute or chronic disease has not produced unusual responses during therapy with Darvon.

The concomitant administration of Darvon and orphenadrine-containing compounds is not recommended.

Caution should be exercised in the administration of Ultran to patients who are depressed.

Warnings: Salicylates should be used with caution in the presence of gastric ulcer. The prolonged and excessive use of phenacetin-containing products may aggravate or produce renal disease.

*Use in Pregnancy*—The safety of the use of Darvon during pregnancy has not been established. The potential hazards of the drug must be weighed against the possible benefits.

*Use in Children*—Darvon should not be used in children since adequate data to establish safe conditions of use are lacking.

Precautions: Patients who have received other analgesic drugs for long periods of time may have developed physical dependence on those medications. The sudden substitution of Darvon for analgesics to which patients are addicted will allow withdrawal symptoms to develop. These symptoms are not produced by Darvon and may be avoided by gradually reducing the dose of the old medication as Darvon is substituted.

Although accumulated evidence suggests that Ultran is not habit-forming or addictive, it is recommended that patients on tranquilization therapy, particularly over prolonged periods, be *under periodic medical supervision*. Certain patients may place inordinate dependence on any medication which alleviates discomfort, and these individuals may transgress the bounds of prescribed dosage.

Patients driving an automobile or operating hazardous machinery should be advised that mental alertness or physical co-ordination may be decreased in some persons.

The administration of Ultran with other C.N.S. depressants and/or alcohol may result in additive effects.

Adverse Reactions: Such side-effects as dizziness, headache, sedation, somnolence, paradoxical excitement and insomnia, skin rash, and gastro-intestinal disturbances (including nausea, vomiting, abdominal pain, and constipation) occur with the recommended doses of Darvon.

When recommended doses are given, euphoria and tolerance have been reported rarely. Dependence (addiction) has not been reported with therapeutic dosages.

In some instances, gastric irritation accompanying the use of Darvon Compound, Darvon with A.S.A., or Darvo-Tran may be directly attributable to the salicylate in the preparation. In such cases, it is suggested that the medication be taken with food or a small amount of milk or discontinued.

Other side-effects which have been reported with Darvo-Tran include vertigo, drowsiness, gynecomastia, headache, sedation, somnolence, insomnia, and/or excitation.

Administration and Dosage: Darvon is given orally. The usual adult dosage is 65 mg. three or four times daily; however, some physicians prefer the 32-mg. dose for certain patients. The usual dose may be given alone or with other medication, as required for the relief of pain.

The usual dosage of Darvon Compound is 1 or 2 Pulvules three or four times daily.

The usual dosage of Darvon Compound-65 or of Darvon with A.S.A. is 1 Pulvule three or four times daily.

The suggested adult dosage of Darvo-Tran is 1 Pulvule three or four times daily. When pain, with or without anxiety, is severe, 2 Pulvules three or four times daily may be indicated. It should be remembered that two Pulvules Darvo-Tran will provide a 300-mg. dose of Ultran, which may predispose to mild drowsiness in certain hypersensitive individuals. Two Pulvules also provide 64 mg. of Darvon, the amount currently recommended when moderate to severe pain exists.

Overdosage: If an overdose of Darvon is accidentally or intentionally ingested, analeptic drugs (e.g., amphetamine or caffeine with sodium benzoate) should not be used, because fatal convulsions may be produced. Animal studies and clinical experiences have demonstrated that the signs and symptoms of acute intoxication with Darvon, including muscle fasciculations, convulsions, and respiratory depression, are antagonized by nalorphine hydrochloride and levallorphan tartrate. The dosages recommended in the package literature of these antagonists should be followed and repeated as often and as long as is necessary to counteract the reappearing symptoms of overdosage.

Gastric lavage to remove unabsorbed medication is indicated. Symptomatic supportive treatment should also be given as required.

How Supplied: (B) *Pulvules Darvon® (Propoxyphene Hydrochloride Capsules, U.S.P.): No. 364, H02,** 32 mg. (No. 4, Light-Pink Opaque), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000); *No. 365, H03,** 65 mg. (No. 3, Light-Pink Opaque), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000). *Dated items.*

(B) *Pulvules No. 368, Darvon® Compound (propoxyphene hydrochloride, aspirin, phenacetin, and caffeine, Lilly), H05** (No. 0, Light-Pink Opaque Body, Light-Gray Opaque Cap), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000). *Dated item.*

(B) *Pulvules No. 369, Darvon® Compound-65 (propoxyphene hydrochloride, aspirin, phenacetin, and caffeine, Lilly), H06** (No. 0, Red Opaque Body, Light-Gray Opaque Cap), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000). *Dated item.*

(B) *Pulvules No. 366, Darvon® with A.S.A.® (propoxyphene hydrochloride with aspirin, Lilly), H04** (No. 0, Red Opaque Body, Light-Pink Opaque Cap), in bottles of 100 and 500, in 10 strips of 10 individually labeled blisters each containing 1 Pulvule (ID100), and in strip packages of individually sealed Pulvules (DS1000). *Dated item.*

(B) *Pulvules No. 377, Darvo-Tran® (propoxyphene hydrochloride and aspirin with phenaglycodol, Lilly), H11** (No. 0, Light-Pink Opaque Body, Maroon Opaque Cap), in bottles of 100 and 500. [030568]

DIETHYLSTILBESTROL B

ENSEALS®, SUPPOSITORIES, AND TABLETS

Description: Diethylstilbestrol is a crystalline synthetic estrogenic substance capable of producing all the pharmacologic and therapeutic responses attributed to natural estrogens.

Indications: Tablets and Enseals Diethylstilbestrol are indicated for the relief of symptoms of the menopause; in senile vaginitis; for the relief or prevention of painful engorgement of the breasts postpartum; for control of functional uterine bleeding; in carcinoma of the prostate; and in mammary carcinoma of postmenopausal women.

Suppositories Diethylstilbestrol are indicated in postmenopausal and senile vaginitis, especially when menopausal symptoms are not present.

Contraindications: The contraindications to diethylstilbestrol administration are the same as to estrogen therapy in general. Estrogens should not be administered in the absence of a positive indication, and they should be avoided in premenopausal women with carcinoma of the breast and in all women with genital malignancy. A family history of a high incidence of breast or genital malignancy may be a contraindication.

In young patients in whom bone growth is not complete, estrogen therapy is contraindicated because of its effect on epiphyseal closure.

Suspected or known hepatic disease should be regarded as a contraindication to prolonged estrogen therapy.

Warning: Because of possible adverse reaction on the fetus, the risk of estrogen therapy should be weighed against the

*Continued on next page*

*Identi-Code® symbol—Newly manufactured capsules and tablets and the labels of powders for oral suspension and suppositories will bear Identi-Code symbols. However, a period of time will elapse before existing stocks of noncoded products are exhausted.

## Lilly—Cont.

possible benefits when diethylstilbestrol is considered for use in a known pregnancy.

**Precautions:** Diethylstilbestrol is a potent drug, and caution must be employed in its use. Indiscriminate or injudicious administration may be dangerous. Patients receiving the drug should be under continuous medical supervision. In women, the breasts and pelvic organs should be examined before treatment is begun and at intervals during therapy.

Diethylstilbestrol should be administered with caution to a patient with bone, renal, or other disease involving calcium or phosphorus metabolism, since estrogens are known to affect metabolism of these substances. Conditions such as epilepsy, migraine, asthma, and cardiac or renal dysfunction require careful observation because the drug may produce some degree of fluid retention. Liver, thyroid, or adrenal function tests should not be performed until estrogen therapy has been discontinued for two months.

**Adverse Reactions:** As with natural estrogens, unpleasant side-effects have been noted following diethylstilbestrol therapy. Most common is the occurrence of nausea, which may be severe enough to lead to vomiting. The incidence of nausea appears to differ significantly among various types of patients. Pregnant and postpartum women seem the least susceptible.

Nausea and vomiting are most easily produced in the group of menopausal women. When dosage is minimal, nausea is infrequent and transient. When larger doses are given (1 mg. or more daily), and particularly when they are administered initially, nausea and vomiting are common in the menopausal group. Men and nonpregnant women form an intermediate group, nausea in them being relatively uncommon from doses of 3 to 5 mg. daily.

Continuous therapy over long periods of time, even in low dosage, may produce endometrial hypertrophy and uterine bleeding. This can be prevented in most instances by minimal dosage and by cyclic interruption of therapy when treatment must be prolonged. Porphyria cutanea tarda is also possible with prolonged use of the drug.

Other side-effects occasionally noted include abdominal distress or pain, breast tenderness and engorgement, anorexia, diarrhea, lassitude, paresthesia, vertigo, headache, anxiety, insomnia, thirst, scotomata, cutaneous rashes, purpura, and allergic reactions of various types. Side-effects may be expected to disappear on reduction of dosage or withdrawal of medication.

**Administration and Dosage:** *Oral*—In menopausal symptoms, 0.2 to 0.5 mg. daily, increased as needed. In senile vaginitis, 0.5 mg. daily. In painful engorgement of the breasts postpartum, 5 mg. one to three times daily for a total of 30 mg. In functional uterine bleeding, usually 5 mg. three to five times daily until bleeding ceases. In carcinoma of the prostate, 1 to 3 mg. daily, increased in advanced cases; later, the dose may be reduced to an average of 1 mg. daily. In cancer of the breast, 15 mg. daily. *Vaginal*—One 0.5-mg. suppository inserted at bedtime each night, or less frequently as needed. For maintenance, a 0.1-mg. suppository periodically may be adequate.

**How Supplied:** (℞) *Enseals—Diethylstilbestrol Tablets, U.S.P. (Enteric): No. 46, A19,** 0.1 mg., *No. 47, A20,** 0.25 mg., *No. 48, A21,** 0.5 mg., and *No. 49, A22,** 1 mg., in bottles of 100 and 1,000; *No. 85, A33,** 5 mg., in bottles of 100, 500, and 1,000; *No. 90, A34,** 25 mg., in bottles of 100 and 500. *Dated items.*

(℞) *Suppositories—Diethylstilbestrol Suppositories, U.S.P.* (Vaginal): *No. 14, S07,** 0.1 mg., and *No. 15, S09,** 0.5 mg., in packages of 6 and 50. In addition to the diethylstilbestrol, these suppositories contain glycerin, gelatin, polysorbate 20, and propylene glycol.

(℞) *Tablets—Diethylstilbestrol Tablets, U.S.P.: No. 1646, J49,** 0.1 mg., in bottles of 100 and 1,000; *No. 1647, J50,** 0.25 mg., in bottles of 100; *No. 1648, J51,** 0.5 mg., and *No. 1649, J52,** 1 mg., in bottles of 100 and 1,000; *No. 1685, J54,** 5 mg., in bottles of 100 and 1,000 and in 10 strips of 10 individually labeled blisters each containing 1 tablet; *No. 1724, T70,** 25 mg. (cross-scored), in bottles of 100. *Dated items.* [120467]

**DIGITOXIN,** *see* Crystodigin® (digitoxin, Lilly).

**DIPHTHERIA AND TETANUS TOXOIDS AND PERTUSSIS VACCINE COMBINED,** *see* Tri-Solgen® (diphtheria and tetanus toxoids and pertussis vaccine combined, alum precipitated, Lilly).

### • DOLOPHINE® HYDROCHLORIDE ℞
**(methadone hydrochloride)**
**Injection, U.S.P.**
**AMPOULES**

**Description:** Dolophine Hydrochloride is 4,4 - diphenyl - 6 - dimethylamino - heptanone-3 hydrochloride. It is a white, crystalline material and is water soluble. It is similar to morphine in effect, but it has a more prolonged duration of action as a result, at least partially, of greater lipid solubility.

**Indications:** Dolophine Hydrochloride is indicated when an analgesic effect is required, especially in the relief of postsurgical pain and pain associated with renal colic, metastatic lesions of malignant tumors, fractures, etc. When chronic administration of potent analgesics is necessary, Dolophine Hydrochloride is preferable to morphine since it induces less physical dependence. It is not recommended for the control of mild pain in place of less potent analgesic drugs, such as the salicylates or even codeine.

**Contraindications and Precautions:** Although Dolophine Hydrochloride has been used successfully in obstetric patients, it should be given with caution in the intrapartum period. Sedatives or other drugs which may depress fetal respiration should not be administered if delivery is anticipated before most of the drug will be eliminated from the fetal circulation. The risk is increased if the infant is premature or if general anesthesia is used for delivery.

After prolonged administration resulting in the development of considerable tolerance, withdrawal of Dolophine Hydrochloride is followed by a mild but definite abstinence syndrome.

**Warning:** Dolophine Hydrochloride has addictive characteristics, and a narcotic prescription is required.

**Adverse Reactions:** The most common side-effects produced by Dolophine Hydrochloride are nausea and vomiting. Other less bothersome symptoms include dizziness, dryness of mouth, and miosis. Nausea and vomiting have appeared most often with large doses and are of the type characteristically observed following administration of morphine.

The cumulative effect of Dolophine Hydrochloride seems evident. *Although the first doses may be well tolerated, nausea may appear after several have been given. It is recommended that the drug be administered only when needed for control of pain.* Side-effects also seem to be more prominent in ambulatory patients and in those who are not suffering acute pain. In such individuals, the lower doses are advisable.

**Administration and Dosage:** Contents of Ampoules Dolophine Hydrochloride may be administered subcutaneously or intramuscularly.

Parenteral doses of Dolophine Hydrochloride range from 2.5 to 10 mg., according to the severity of pain, and should be repeated only when pain returns. Excessive frequency of administration and size of dose should be avoided.

**Overdosage:** The primary symptom of overdosage is respiratory depression. Other symptoms are drowsiness, sweating, mental depression, delirium, hallucinations, circulatory collapse, and coma. Nalorphine hydrochloride (Nalline® HCl) provides specific therapy for overdosage. It should be repeated when necessary to counteract respiratory depression. General management should consist in symptomatic and supportive therapy, which may include administration of oxygen and intravenous fluids and maintenance of body temperature.

**How Supplied:** •(℞) *Ampoules Dolophine® Hydrochloride (Methadone Hydrochloride Injection, U.S.P.): No. 456,* 10 mg., 1 cc., in packages of 12 and 100. Each cc. contains methadone hydrochloride, 10 mg., and sodium chloride, 0.9 percent. Sodium hydroxide and/or hydrochloric acid may have been added during manufacture to adjust the pH. *No. 435,* 10 mg. per cc., 20 cc., rubber-stoppered, in single ampoules (10 per carton) and in packages of 25. Each cc. contains methadone hydrochloride, 10 mg., and sodium chloride, 0.9 percent, with chlorobutanol (chloroform derivative), 0.5 percent, as a preservative. Sodium hydroxide and/or hydrochloric acid may have been added during manufacture to adjust the pH. *Dated items.*

• Narcotic order required. [021668]

### • DOLOPHINE® HYDROCHLORIDE ℞
**(methadone hydrochloride)**
**SYRUP AND TABLETS**

**Description:** Dolophine Hydrochloride (4,4 - diphenyl - 6 - dimethylamino - heptanone-3 hydrochloride) is an effective, stable antitussive and analgesic, 10 mg. of which are comparable in analgesic potency to morphine sulfate, 15 mg. (¼ grain).

**Indications:** As an antitussive, it is of benefit in the control of cough associated with the common cold, whooping cough, or chronic tuberculosis.

As an analgesic, Dolophine Hydrochloride is especially useful in relieving postsurgical pain and pain associated with renal colic, metastatic lesions of malignant tumors, fractures, etc.

**Contraindications and Precautions:** Although Dolophine Hydrochloride has been used successfully in obstetric patients, it should be given with caution in the intrapartum period. Sedatives or other drugs which may depress fetal respiration should not be administered if delivery is anticipated before most of the drug will be eliminated from the fetal circulation. The risk is increased if the infant is premature or if general anesthesia is used for delivery. After prolonged administration resulting in the development of considerable tolerance, withdrawal of Dolophine Hydrochloride is followed by a mild but definite abstinence syndrome.

**Warning:** Dolophine Hydrochloride has addictive characteristics, and a narcotic prescription is required.

**Adverse Reactions:** Nausea and vomiting, dizziness, dryness of mouth, and miosis may occur. Nausea and vomiting appear most often with large doses and seem to be present when the medication is given more frequently than is required to control pain (this is suggestive of cumulation). It is suggested that the drug be administered only when needed for control of pain. Side-effects seem to be more prominent in ambulatory patients and in those who are not suffering acute pain. In such individuals, the lower doses are recommended.

**Administration and Dosage:** *Antitussive*—Adults, ½ to 1 teaspoonful of the syrup every four to six hours (do not overdose). Children, three to twelve years, ¼ to ½ teaspoonful every four to six hours (do not overdose).

*Analgesic*—Adults, moderate pain, 2.5 mg.

# 1966 • PDR

Published by MEDICAL ECONOMICS, INC.
TWENTIETH EDITION

# PHYSICIANS' DESK REFERENCE

*to*

## *PHARMACEUTICAL SPECIALTIES and BIOLOGICALS*

*For the Physician's Desk*

**) COMPOUND and**
**) COMPOUND-65**
**ohene hydrochloride, aspirin, n, and caffeine)**

Darvon® (propoxyphene hydro
/)

*ITION:* Each Pulvule® conta
) Darvo
/ Compoun
...... Darvon® ...... 65
yphene hydrochloride, Lilly)
A.S.A.® (aspirin, Lilly). 227
..... Phenacetin ...... 162
....... Caffeine ....... 32.
oducts combine the analgesic of Darvon® with the antipy inflammatory benefits of A.S 1 (aspirin, phenacetin, and caff /hen inflammation is present on reduces discomfort to a gr in does either analgesic given a

*AND USES:* Indicated for or amelioration of pain. T provide the total analgesic, Darvon® and A.S.A.® Comp anti-inflammatory and antipy f the salicylates. This combin especially valuable in the sy ief of such conditions as head rhea, or various inflamm ;, arthritis and fibrositis. See Darvon® Compound-65 is en increased analgesia is de ncrease in salicylate content of the Pulvule®.

*AINDICATIONS, PREC AND SIDE EFFECTS: See and* A.S.A.® Compound.

:: Darvon® Compound—1 ) three or four times daily. mpound-65—1 Pulvule® thre s daily.

*OSAGE: See under* Darvon® Compound.

*UPPLIED:* (℞) *Pulvules®; von® Compound* (No. 0, L paque Body, Light-Gray Op 1 *No. 369, Darvon® Compoun* Red Opaque Body, Light-C ap) (Inscribed "Lilly"), in b nd 500 and in strip package lly sealed Pulvules® (SP and DS 1000).

*in Product Identification Secti*

**) with A.S.A.®**
**phene hydrochloride with aspir**

other preparations of Dar hene hydrochloride, Lilly])

*SITION:* This product is an preparation indicated for th ute, chronic, or recurrent pa the analgesic advantages of ropoxyphene hydrochloride, L antipyretic and anti-inflamm f A.S.A.® (aspirin, Lilly). vule® contains—
(propoxyphene hydro-
Lilly) ................ 6
(aspirin, Lilly) ........ 32

*AND USES:* Indicated fo or amelioration of pain. It ally valuable in long-term chronic pain conditions when l phenacetin are not desired who are unusually stimulate

*AINDICATIONS, PREC AND SIDE EFFECTS: See and* A.S.A.®.

:: 1 Pulvule® three or four

*OSAGE: See under* Darvon®

*UPPLIED:* (℞) *Pulvules®,* 0, Red Opaque Body, Light ap) (Inscribed "Lilly"), in b d 500 and in strip packages sealed Pulvules® (SP 1000 DS 1000).

*in Product Identification Sect*

**DARVO-TRAN®** ℞
**(propoxyphene hydrochloride and aspirin with phenaglycodol)**

*[See also* other preparations of Darvon® (propoxyphene hydrochloride, Lilly)]

*COMPOSITION:* Each Pulvule® contains—
Darvon® (propoxyphene
hydrochloride, Lilly) .......... 32 mg.
A.S.A.® (aspirin, Lilly) ........ 325 mg.
Ultran® (phenaglycodol, Lilly) .. 150 mg.

When anxiety intensifies pain, this product relieves pain more effectively than do the analgesic components alone.

The formula adds the mild tranquilizing effects of Ultran® to the established analgesic advantages of Darvon® and A.S.A.®. Clinical and pharmacologic studies show that Ultran® enhances and prolongs the analgesic activity of Darvon® when pain is accompanied by anxiety.

*ACTION AND USES:* Useful in all types of painful conditions complicated by anxiety. Among those treated effectively are tension headaches, whiplash injuries, skeletal-muscle discomfort, low-back syndrome, moderate postoperative pain, postpartum discomfort, and arthritic conditions.

*CONTRAINDICATIONS, PRECAUTIONS, AND SIDE EFFECTS: See under* Darvon®, A.S.A.®, *and* Ultran®.

*ADMINISTRATION AND DOSAGE:* 1 or 2 Pulvules® three or four times daily.

*OVERDOSAGE: See under* Darvon®, A.S.A.®, *and* Ultran®.

*HOW SUPPLIED:* (℞) *Pulvules® No. 377* (No. 0, Light-Pink Opaque Body, Maroon Opaque Cap), in bottles of 100 and 500.

*[Shown in Product Identification Section]*

**DICUMAROL** ℞

*COMPOSITION:* Dicumarol is the registered collective trademark of the Wisconsin Alumni Research Foundation for its brand of Bishydroxycoumarin (3, 3'-Methylenebis [4-hydroxycoumarin]). Dicumarol is an orally effective anticoagulant with slow onset of effect and prolonged action. It inhibits the formation of prothrombin in the liver. The concentration of prothrombin in the blood is thus reduced, and the prothrombin time is increased.

*ACTION AND USES:* Dicumarol is used for the prevention or retardation of intravascular blood clotting in thrombophlebitis and in embolism or occlusion of peripheral, pulmonary, or coronary arteries.

*CONTRAINDICATIONS:* Dicumarol is contraindicated in patients with bleeding, hemorrhagic tendencies, blood dyscrasias, purpura, ulcerating or granulomatous lesions, subacute bacterial endocarditis, threatened abortion, recent operation on the brain or spinal cord, regional anesthesia, lumbar block, vitamin K deficiency, liver disease, and continuous tube drainage of the stomach or small intestine. Dicumarol is probably contraindicated during pregnancy. When pregnant women are treated with this drug, fetal bleeding diathesis *may* occur and cause fetal death *in utero.*

*PRECAUTIONS:* Dicumarol should be used only when there are facilities for daily determinations of prothrombin time and for immediate transfusion of fresh blood. Great caution should be exercised in the following conditions: cachexia, debilitation, fever, impaired liver or renal function, active tuberculosis, severe hypertension, menstruation, menorrhagia, and metrorrhagia; when large doses of salicylates are administered; and with the use of indwelling drainage catheters.

*SIDE EFFECTS:* Overdosage causes hemorrhage. At the first indication of bleeding, transfusions of fresh whole blood should be given and repeated, if necessary, until the bleeding is controlled. Vitamin $K_1$ or vitamin $K_1$ oxide may be of value.

*ADMINISTRATION AND DOSAGE:* Dicumarol is given by mouth. The dosage must be individualized and adjusted according to the prothrombin time, usually reported as prothrombin activity in percent of normal. The following schedule serves only as a guide. On the average, the dose for the first day in adults with normal prothrombin activity is 200 to 300 mg. On subsequent days, the dose is 25 to 200 mg. if the prothrombin activity is 25 percent or more. Give no Dicumarol on any day when the prothrombin activity is less than 25 percent.

*OVERDOSAGE: See under* Side Effects.

*HOW SUPPLIED:* (℞) *Pulvules®* (Bishydroxycoumarin Capsules, N.F.): *No. 314,* 25 mg. (No. 5, Clear); *No. 291,* 50 mg. (No. 4, Clear); and *No. 292,* 100 mg. (No. 3, Pink), in bottles of 100 and 1,000.

**DIETHYLSTILBESTROL** ℞

*COMPOSITION:* A crystalline synthetic estrogenic compound capable of producing all the pharmacologic and therapeutic responses attributed to natural estrogens.

*ACTION AND USES:* For the relief of symptoms of the menopause; in senile vaginitis; for the relief or prevention of painful engorgement of the breasts postpartum; for control of functional uterine bleeding and carcinoma of the breast and prostate; in osteoporosis; and for accidents of pregnancy.

*CONTRAINDICATIONS AND PRECAUTIONS:* Diethylstilbestrol is contraindicated in patients with a personal or familial history of breast or genital cancer (except in treatment of cancer). Prolonged continuous administration can lead to endometrial hyperplasia and to "breakthrough" bleeding.

Ethyl oleate, the vehicle used in Ampoules No. 549, is incompatible with plastic; therefore, a glass syringe should be used.

*ADMINISTRATION AND DOSAGE:*

*Parenteral*—Breast engorgement, 5 mg. once or twice daily for two to four days. Carcinoma of prostate, initial phase, 5 mg. twice a week; then 2 to 4 mg. twice a week. Functional uterine bleeding, 5 mg. two or three times daily until checked.

*Oral*—In menopausal symptoms, 0.2 to 0.5 mg. daily, increased as needed. In senile vaginitis, 0.5 mg. daily. In painful engorgement of the breasts postpartum, 5 mg. one to three times daily for a total of 30 mg. In functional uterine bleeding, usually 5 mg. three to five times daily until bleeding ceases. In carcinoma of the prostate, 1 to 3 mg. daily, increased in advanced cases; later, the dose may be reduced to an average of 1 mg. daily. In cancer of the breast, 15 mg. daily. In accidents of pregnancy, 25 to 100 mg. daily.

*Vaginal*—In the menopause, 0.5 mg. daily. Senile vaginitis, 0.5 mg. daily.

*HOW SUPPLIED:* (℞) *Ampoules, U.S.P., Injection (for I.M. use): No. 385, 5 mg. in Oil,* 1 cc., in packages of 6 and 25. One cc. contains 5 mg. diethylstilbestrol in cottonseed oil, *No. 549, 25 mg., in Ethyl Oleate,* 1 cc., in packages of 6.

(℞) *Tablets, U.S.P., Tablets (Enteric): No. 46,* 0.1 mg., *No. 47,* 0.25 mg., and *No. 48,* 0.5 mg., in bottles of 100, 500, and 1,000; *No. 49,* 1 mg., and *No. 85,* 5 mg., in bottles of 100, 500, 1,000, and 5,000; *No. 90,* 25 mg., in bottles of 100 and 500.

(℞) *Suppositories, U.S.P.* (Vaginal): *No. 14,* 0.1 mg., and *No. 15,* 0.5 mg., in packages of 6 and 50. In addition to the diethylstilbestrol, these suppositories contain glycerin, gelatin, polysorbate 20, and propylene glycol.

(℞) *Enseals®, U.S.P., Tablets:* No. *1646,* 0.1 mg., *No. 1647,* 0.25 mg., and *No. 1648,* 0.5 mg., in bottles of 100 and 1,000; *No. 1649,* 1 mg., and *No. 1685,* 5 mg., in bottles of 100, 500, 1,000, and 5,000; *No. 1724,* 25 mg. (cross-scored), in bottles of 100.

**DIETHYLSTILBESTROL AND METHYLTESTOSTERONE,** *see* Tylosterone® (diethylstilbestrol and methyltestosterone, Lilly).

**DIGITOXIN,** *see* Crystodigin® (digitoxin, Lilly).

**DIMETHYL TUBOCURARINE IODIDE,** *see* Metubine® Iodide (dimethyl tubocurarine iodide, Lilly).

**DIPHTHERIA AND TETANUS TOXOIDS AND PERTUSSIS VACCINE COMBINED,** *see* Tri-Solgen® (diphtheria and tetanus toxoids and pertussis vaccine combined, alum precipitated, Lilly).

**DOLOPHINE® HYDROCHLORIDE** ℞
**(methadone hydrochloride)**

*COMPOSITION:* This product is an effective, stable analgesic and antitussive, 10 mg. of which are comparable in analgesic potency to morphine sulfate, 15 mg. (¼ gr.).

*ACTION AND USES:* As an analgesic, it is especially useful in relieving postsurgical pain and pain associated with renal colic, metastatic lesions of malignant tumors, fractures, etc.

As an antitussive, it is of benefit in the control of cough associated with the common cold, whooping cough, or chronic tuberculosis.

This preparation produces very little euphoria. Therefore, it has only a limited value as preanesthetic medication when euphoria is desirable.

*PRECAUTIONS:* Although this drug has been used successfully in obstetric patients, it should be given with caution in the intrapartum period. Sedatives or other drugs which may depress fetal respiration should not be administered if delivery is anticipated before most of the drug will be eliminated from the fetal circulation. The risk is increased if the infant is premature or if general anesthesia is used for delivery.

After prolonged administration resulting in the development of considerable tolerance, withdrawal is followed by a mild but definite abstinence syndrome. This syndrome increases in intensity in proportion to longer duration of administration and greater tolerance, but it has never equaled that to be expected after similar administration of morphine. Warning—May be habit-forming.

*SIDE EFFECTS:* Nausea and vomiting, dizziness, dryness of mouth, and miosis may occur. Nausea and vomiting appear most often with large doses and seem to be of the type characteristically seen following administration of morphine.

The cumulative effect seems evident. Although the first doses may be well tolerated, nausea may appear after several have been given. It is suggested that the drug be administered only when needed for control of pain. Side effects also seem to be more prominent in ambulatory patients and in those who are not suffering acute pain. In such individuals, the lower doses are recommended. Doses in excess of 5 mg. are best tolerated when administered parenterally.

*ADMINISTRATION AND DOSAGE:*

*Analgesic*—Parenteral, 5 to 10 mg., according to severity of pain, every four to six hours as needed. Oral (adults), moderate pain, 2.5 mg. every six to eight hours; more severe pain, 5 mg. every six to eight hours as needed; very severe pain, 10 mg. every four to six hours as needed.

*Antitussive*—Adults, ½ to 1 teaspoonful of the syrup every four to six hours (do not overdose). Children three to twelve years, ¼ to ½ teaspoonful every four to six hours (do not overdose).

*OVERDOSAGE:* C.N.S. depression. *Symptoms*—Drowsiness, sweating, mental depression, delirium, hallucinations, circulatory collapse, and coma. *Treatment*—For specific therapy, nalorphine should be administered to antagonize respiratory depression. General management should consist in symptomatic and supportive therapy, which may include gastric lavage, administration of oxygen and intravenous fluids, and maintenance of body temperature. Emetics should not be used.

*continued on next page*

# Exhibit 3 to Appendix 6

# Diethylstilbestrol in Accidents of Pregnancy

A Clinical Reports . . . . . . . . . . . . 3

B Contraindications and Side-Effects . . 5

C Dosage and Administration . . . . . . 6

D How Supplied . . . . . . . . . . . . . 9

Published for the Medical Profession by
ELI LILLY AND COMPANY, INDIANAPOLIS 6, INDIANA, U. S. A.

THE LILLY CODE

*since 1876*

To provide the profession with medicinal products of highest quality.

To contribute to the progress of medicine through research.

To issue product information through professional channels only.

# Diethylstilbestrol in Accidents of Pregnancy*

Although the true value of hormonal therapy in certain accidents of pregnancy is uncertain, there is considerable work indicating that diethylstilbestrol may have value in threatened abortion, repeated abortion, and, in pregnant diabetic women, eclampsia, premature delivery, and threatened death of the fetus. Many of the studies have been carried out in diabetic women, who, as a group, seem particularly subject to certain of these accidents.

Smith and Smith and their co-workers[1-3] have demonstrated that progesterone plays an important part in the metabolism and further production of estrogens. They have shown that the onset of labor, either prematurely or at term, is preceded by diminution in progesterone excretion and alteration in the metabolism of estrogens. They and others[3-7] have found that similar changes, particularly in diabetic women, preceded the onset of eclampsia and death of the fetus. It has long been known that certain cases of threatened abortion and habitual abortion were marked by low excretion of pregnandiol (the end product of metabolism of progesterone).

## Clinical Reports

In an effort to overcome these hormonal disturbances, the Smiths[1] administered progesterone

*Literature on other uses of diethylstilbestrol is available to physicians upon request.

and estrogens of natural origin, but the observed improvement was not of long duration. When they administered diethylstilbestrol,[9] however, an increased output of pregnandiol was noted for as long as the drug was continued, and the metabolism of estrogens returned toward normal. White[10] has reported on a total of 525 pregnant diabetic women. The incidence of accidents in relation to hormonal balance and treatment is shown in the following table.

| Incidence of: | Hormonal Balance | | |
|---|---|---|---|
| | Normal | Abnormal | |
| | | Untreated | Treated |
| | 47 Cases | [illegible] Cases | [illegible] Cases |
| Late survival.......... | 96% | 52% | 90% |
| Premature delivery..... | 6% | 33% | 13% |
| | 47 Cases | 116 Cases* | 362 Cases |
| Toxemia of pregnancy. | 6% | 33% | 7% |

* Treatment started after signs of toxemia had developed, or no treatment was given.

Diethylstilbestrol appears to have no value once the clinical manifestations of eclampsia are pres-ent; its use is limited to prevention.

Karnaky[11] was the first to suggest the use of diethylstilbestrol against threatened abortion, and Abarbanel[12] has reported favorable results in both threatened and habitual abortion. Rosenblum and Melinkoff[13] have published their observations in an unselected group of ninety-six patients with threatened or habitual abortion. A comparison of results with ninety-four consecutive cases treated with progesterone or a related compound is shown in the following table.

| | Diethylstilbestrol | | | Progesterone or Related Compound | | |
|---|---|---|---|---|---|---|
| | No. of Cases | Aborted | | No. of Cases | Aborted | |
| | | No. | % | | No. | % |
| Threatened abortion.. | 82 | 11 | 13.4 | 86 | 30 | 34.9 |
| Habitual abortion..... | 10 | 5 | 50.0 | 7 | 5 | 71.4 |
| Premature labor....... | 4 | 1 | 25.0 | 1 | 1 | 100.0 |

The authors concluded that the use of diethylstilbestrol was followed by "more favorable results than we have been able to achieve with any other type of treatment."

Pedowitz and Shlevin,[14] Reis, De Costa, and Allweiss,[15] King,[16] Rubinson and Sheitles,[17] and Greenhill and De Lee[18] do not feel that hormonal therapy is of significant benefit in the management of pregnant diabetics or in the treatment of threatened or repeated abortion.

## Contraindications and Side-Effects

The contraindications to diethylstilbestrol administration are the same as to estrogen therapy in general. It is well known that cancers of the breast or cervix may grow at an accelerated rate during pregnancy. There is evidence that one factor in such accelerated growth may be the high level of circulating estrogen at this period. The administration of additional estrogen to pregnant patients with cancer of these organs is probably unwise.

Pregnant and postpartum women very rarely have side-effects from estrogenic therapy. Nausea and vomiting from diethylstilbestrol are almost unknown in this group. White and Hunt[11] did not

report nausea in a group of fifty diabetic women suffering from toxemia of pregnancy who took diethylstilbestrol daily in doses of 40 to 120 mg. by mouth or 10 to 50 mg. by injection over considerable periods of time. In ninety-six pregnant women given as much as 150 or 200 mg. of the drug daily by mouth for threatened or habitual abortion, Rosenblum and Melinkoff[11] encountered only occasional mild nausea which did not require treatment. Many of the patients, in fact, reported a feeling of well-being and a lessening of nausea and headache after beginning the drug. Karnaky[20] found that it was necessary to give single doses of 500 mg. or more to induce nausea in pregnant women. Twelve patients with vomiting of pregnancy noted subsidence of this manifestation after taking 300 mg. of diethylstilbestrol daily for three to five days.

## Dosage and Administration

In preventing accidents of pregnancy which are likely to occur before the fifth month, the Smiths[9] advise *oral* administration of diethylstilbestrol according to the following schedule. In an emergency or for other valid reasons, the drug may be administered by intramuscular injection.

| Week of Pregnancy, Dating from First Day of Last Menstrual Period | Daily Dose |
|---|---|
| 7th and 8th | 5 mg. |
| 9th and 10th | 10 mg. |
| 11th and 12th | 15 mg. |
| 13th and 14th | 20 mg. |
| 15th | 25 mg. |
| 16th | 30 mg. |
| 17th | 35 mg. |
| 18th | 40 mg. |
| 19th | 45 mg. |
| 20th | 50 mg. |
| 21st | 55 mg. |
| 22d | 60 mg. |
| 23d | 65 mg. |
| 24th | 70 mg. |
| 25th | 75 mg. |
| 26th | 80 mg. |
| 27th | 85 mg. |
| 28th | 90 mg. |
| 29th | 95 mg. |
| 30th | 100 mg. |
| 31st | 105 mg. |
| 32d | 110 mg. |
| 33d | 115 mg. |
| 34th | 120 mg. |
| 35th | 125 mg. |

Treatment is discontinued at the end of the thirty-fifth week. For prevention of accidents of late pregnancy, administration is started at the beginning of the sixteenth week according to the schedule above. Combinations of 5-mg. and 25-mg. tablets can be conveniently used to make up the total daily dosage.

When abortion is actually threatening, Abarbanel[12] and Rosenbium and Melinkoff[11] advise oral administration of 25 mg. of diethylstilbestrol as soon as the diagnosis is made. Additional doses of 5 mg. are then given either every fifteen minutes[12] or every hour[11] until bleeding or cramps or both have stopped. After this, 5 mg. are given three times daily until fetal movements are felt. Medication may then be discontinued if no further threat is expected, or it may be continued in amounts of 5 to 15 mg. daily until the thirty-second week. If bleeding or cramps recur, one goes back to the beginning of the schedule.

White[18] emphasizes the importance of classification of pregnant diabetic patients. The following table summarizes her basic treatment.

**Classification of Obstetric Cases and Basic Plan of Daily Hormonal Treatment**

| Class | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| Definition | Subclinical diabetes | Duration under 10 yrs. Onset over 20 yrs. Vascular: 0 | Duration 10-19 yrs. Onset 10-19 yrs. Vascular: 0 | Duration over 20 yrs. Onset less than 10 yrs. Vascular: Calcification in legs and retinitis | Calcified pelvic arteries | Nephritis (diabetic nephropathy) |
| | Hormone dosage of intramuscular diethylstilbestrol and progesterone in milligrams of each | | | | | |
| Week of Pregnancy | | | | | | |
| 0-15 | 0 | 5 | 5 | 10 | 25 | 25 |
| 16-20 | 0 | 5 | 5 | 10 | 25 | 25 |
| 20-23 | 0 | 10 | 10 | 15 | 50 | 50 |
| 24-27 | 0 | 15 | 15 | 25 | 75 | 75 |
| 28-32 | 0 | 25 | 25 | 50 | 100 | 100 |
| 33+ | 0 | 50 | 50 | 75 | 125 | 125 |

White favors the parenteral route of administration of hormonal therapy. Members of the patient's family are taught to administer the hormones.

More recently, Nelson, Gillespie, and White[21] have changed their schedule of hormone therapy in pregnancy complicated by diabetes, as shown in the following table.

**Daily Intramuscular Dosage of Diethylstilbestrol and Progesterone in Milligrams**

| Week of Pregnancy | Class B | C | D | E | F |
|---|---|---|---|---|---|
| 8-16 | 25 | 25 | 25 | 25 | 25 |
| 17-19 | 25 | 25 | 50 | 50 | 50 |
| 20-23 | 50 | 50 | 100 | 100 | 100 |
| 24-29 | 100 | 100 | 125 | 125 | 125 |
| 30-33 | 100 | 100 | 150 | 150 | 150 |
| 34 to end | 125 | 125 | 200 | 200-250 | 200-250 |

## How Supplied

Diethylstilbestrol, Lilly, is supplied in the following forms which will be found most useful against accidents of pregnancy:

Tablets Diethylstilbestrol, 5 mg., in bottles of 100, 500, and 1,000 (No. 1685)

Tablets Diethylstilbestrol, 25 mg. (scored), in bottles of 25, 100, 500, and 1,000 (No. 1724)

Diethylstilbestrol Injection, N. F., 25 mg., in Ethyl Oleate, 1 cc., in packages of 6 ampoules (No. 549)

Diethylstilbestrol is also supplied in bottles of 100, 500, and 1,000 tablets as follows:

Tablets Diethylstilbestrol, 0.1 mg. (No. 1646)
Tablets Diethylstilbestrol, 0.25 mg. (No. 1647)
Tablets Diethylstilbestrol, 0.5 mg. (No. 1648)
Tablets Diethylstilbestrol, 1 mg. (No. 1649)

Diethylstilbestrol in Oil (cottonseed) is supplied in packages of 6, 25, and 100 ampoules as follows:

Diethylstilbestrol Injection, N.F., 1 mg., in Oil, 1 cc. (No. 347)

Diethylstilbestrol Injection, N.F., 5 mg., in Oil, 1 cc. (No. 383)

Suppositories Diethylstilbestrol, 0.1 mg. (No. 14) and 0.5 mg. (No. 15), are supplied in packages of 6 and 50 suppositories.

REFERENCES

1. Smith, G. V. S., and Smith, O. W.: Observations Concerning the Metabolism of Estrogens in Women, Am. J. Obst. & Gynec., 28:749, 1934.

2. Smith, O. W., Smith, G. V. S., and Schiller, S.: Estrogen and Progestin Metabolism in Pregnancy. I. Spontaneous and Induced Labor, J. Clin. Endocrinol., 1:461, 1941.

3. Smith, G. V. S., and Smith, O. W.: Estrogen and Progestin Metabolism in Pregnancy. II. The Endocrine Imbalance of Preeclampsia and Eclampsia. Summary of Findings to February, 1941. J. Clin. Endocrinol., 1:470, 1941.

4. Smith, O. W., Smith, G. V. S., and Hurwitz, D.: The Relationship between Hormonal Abnormalities and Accidents of Late Pregnancy in Diabetic Women, Am. J. M. Sc., 208:25, 1944.

5. Taylor, H. C., Jr.: Relationship of the Hormones to the Toxemias of Pregnancy, J.A.M.A., 120:595, 1942.

6. Watts, R. M., and Adair, F. L.: Excretion of Estrogen and Gonadotropin in Late Pregnancy, with Especial Reference to the Toxemias of Pregnancy and to Quantitative Methods, Am. J. Obst. & Gynec., 46:183, 1943.

7. Rubin, B. L., Dorfman, R. I., and Miller, M.: Hormone Metabolism in Blood and Urine of Diabetic Pregnant Patients with and without Toxemia, J. Clin. Endocrinol., 6:347, 1946.

8. Smith, G. V. S., and Smith, O. W.: Estrogen and Progestin Metabolism in Pregnancy. III. The Effect of Hormone Administration in Preeclampsia, J. Clin. Endocrinol., 1:477, 1941.

9. Smith, O. W., Smith, G. V. S., and Hurwitz, D.: Increased Excretion of Pregnanediol in Pregnancy from Diethylstilbestrol with Special Reference to the Prevention of Late Pregnancy Accidents, Am. J. Obst. & Gynec., 51:411, 1946.

10. Joslin, E. P., Root, H. F., White, P., and Marble, A.: Treatment of Diabetes Mellitus, Ed. 9, p. 663, Philadelphia: Lea & Febiger, 1952.

11. Karnaky, K. J.: The Use of Stilbestrol for the Treatment of Threatened and Habitual Abortion and Premature Labor: A Preliminary Report, South. M. J., 35:838, 1942.

12. Abarbanel, A. R.: Discussion of paper, Female Infertility, by G. H. Gardner, J.A.M.A., 129:248, 1945.

13. Rosenblum, G., and Melinkoff, E.: Preservation of the Threatened Pregnancy with Particular Reference to the Use of Diethylstilbestrol, West. J. Surg., 55:597, 1947.

14. Pedowitz, P., and Shlevin, E. L.: The Pregnant Diabetic, Bull. New York Acad. Med., 28:443, 1952.

15. Reis, R. A., De Costa, E. J., and Allweiss, M. D.: The Management of the Pregnant Diabetic Woman and Her Newborn Infant, Am. J. Obst. & Gynec., 60:1023, 1950.

16. King, A. G.: Threatened and Repeated Abortion, Obst. & Gynec., 1:104, 1953.

17. Robinson, D., and Shettles, L. B.: The Use of Diethylstilbestrol in Threatened Abortion, Am. J. Obst. & Gynec., 63:1330, 1952.

18. Greenhill, J. P., and De Lee, J. B.: Principles and Practice of Obstetrics, Ed. 10, Philadelphia and London: W. B. Saunders Company, 1951.

19. White, P., and Hunt, H.: Pregnancy Complicating Diabetes: A Report of Clinical Results, J. Clin. Endocrinol., 3:500, 1943.

20. Karnaky, K. J.: Estrogenic Tolerance in Pregnant Women, Am. J. Obst. & Gynec., 53:312, 1947.

21. Nelson, H. B., Gillespie, L., and White, P.: Pregnancy Complicated by Diabetes Mellitus, Obst. & Gynec., 1:219, 1953.

# A-1477B—Diethylstilbestrol in Accidents of Pregnancy

**ELI LILLY AND COMPANY**

*General Offices and Principal Laboratories*

INDIANAPOLIS 6, INDIANA, U.S.A.

Biological Laboratories
Greenfield, Indiana

Special Research Laboratories
Woods Hole, Massachusetts

**ELI LILLY INTERNATIONAL CORPORATION**

*General Offices*

INDIANAPOLIS 6, INDIANA, U.S.A.

**ELI LILLY AND COMPANY LIMITED**

BASINGSTOKE, HANTS, ENGLAND

**ELI LILLY AND COMPANY (CANADA) LIMITED**

TORONTO, ONTARIO, CANADA

**ELI LILLY PAN-AMERICAN CORPORATION**

INDIANAPOLIS 6, INDIANA, U.S.A.

**ELI LILLY Y COMPAÑIA DE MEXICO, S.A. DE C.V.**

MEXICO, D. F., MEXICO

**ELI LILLY AND COMPANY OF ARGENTINA, INC.**

BUENOS AIRES, ARGENTINA

**ELI LILLY AND COMPANY OF BRAZIL, INC.**

SÃO PAULO, BRAZIL

**ELI LILLY AND COMPANY OF INDIA, INC.**

BOMBAY 1, INDIA

A-1477B PRINTED IN U.S.A. 352006-115310

# Exhibit 4 to Appendix 6

000131

# DE RE MEDICA

*Editio Tertia*

INDIANAPOLIS, INDIANA, U. S. A.

ELI LILLY AND COMPANY

1951

due to estrogen and progesterone during pregnancy must be distinguished from pathological causes of leukorrhea (see p. 197). Coitus during pregnancy probably increases the natural secretion. In the presence of vaginal infection, active treatment may be carried out until the seventh month of pregnancy. When leukorrhea is profuse in the absence of infection, cleansing douches may be employed up to the seventh month.

In order to prevent reflex pelvic congestion, the patient should dress warmly when out in cold weather. Full-length stockings should be worn, and these should preferably be heavy rather than sheer.

ABORTION

Abortion threatens at one time or another in at least 16 percent of all pregnancies, and spontaneous abortion occurs in about 10 percent. This means that without treatment six out of sixteen (or about 40 percent) of threatened abortions do not abort, whereas without treatment ten out of sixteen (or 60 percent) do abort. In about two-thirds of spontaneous abortions, the product of conception is defective or has died before the onset of abortion or for some other reason probably could not have been saved; but it is estimated that one-third of spontaneous abortions are theoretically salvageable at the time the patient is first seen by the physician. Thus, under treatment, there is potential salvage of not only the 40 percent of threatened abortions that would have continued to term without treatment, but also of the 20 percent (one-third of the 60 percent that aborted) considered salvageable by treatment.

The maintenance of pregnancy appears to depend primarily on a continued supply of estrogen and progesterone secreted by the placenta or by the corpus luteum of pregnancy under stimulation by chorionic gonadotrophin formed in the fertilized ovum or placenta. Death of the ovum, embryo, or fetus leads to cessation of estrogen and progesterone production. There may be a dangerous drop in hormone output during the twelfth to sixteenth week, when chorionic gonadotrophin production is diminishing and estrogen and progesterone production by the placenta is not yet fully under way. In spite of normal hormone production, the uterus may be stimulated to empty itself by extrinsic factors or by abnormal conditions of the endometrium or decidua. Maternal factors include low implantation of the placenta, uterine abnormalities (e.g., fixed retroversion, fibroid tumors), febrile and inflammatory disease, hypothyroidism, toxemia of pregnancy, and trauma.

An abortion is termed "missed" when the fetus is dead but abortion has not occurred within a few days. It is "incomplete" when fragments of the products of conception remain in the uterine cavity. It is "threatened" when vaginal bleeding or uterine cramps or both indicate that the membranes have begun to separate from the decidua or strong uterine contractions have begun, or both. It is "imminent" when these manifestations are so severe that the abortion can probably not be prevented. "Habitual abortion" is the term applied when the occurrence of two or more consecutive spontaneous abortions suggests that there is a high probability that succeeding pregnancies will end in the same way.

Abortion is sometimes undertaken therapeutically when continuation of pregnancy involves grave risk to the life or health of the mother. Curettage of the uterus in the first trimester, abdominal or anterior vaginal hysterotomy in the second trimester, and induction of labor or cesarean section in the third trimester constitute the only safe and accepted methods for therapeutic abortion. There is no known medication that will induce abortion except as a secondary effect of serious intoxication.

Treatment—When abortion threatens, the first principle is to keep the patient and her uterus quiet. She is put to bed, and sedatives (p. 390) or analgesics (p. 405) or both are administered as indicated. There should be no abdominal or vaginal manipulation, and laxatives and enemas are withheld.

Recent evidence indicates that the percentage of cases salvaged can be considerably increased by oral administration of diethylstilbestrol (p. 467). Dosage is not entirely settled, but an effective schedule seems to be 25 mg. as soon as the diagnosis is made, followed by 5 mg. every fifteen minutes or 25 mg. every hour until bleeding or cramps or both have ceased. After this, 5 mg. are given three times daily. It is difficult to determine when the drug can be safely discontinued. There is no harm in continuing it through the thirty-sixth week. If threatening symptoms recur, the original schedule is repeated.

Progesterone (p. 468) has been used in threatened abortion, but the amount required (at least 10 mg. daily) is large and it does not seem to be as effective as diethylstilbestrol.

If abortion actually occurs (as indicated by passage of membranes or fetus or both), diethylstilbestrol is discontinued and oxytocics (p. 476) are given, preferably ergonovine maleate, 0.2 to 0.4

mg. every six hours until bleeding ceases or for a maximum of two days. If incomplete abortion is not completed within two days (as shown by careful examination of expelled material) or if bleeding persists or is profuse, curettage should be performed. At its completion, ergonovine maleate may be administered intravenously. Infection, which contraindicates curettage, should be treated with systemic anti-infective agents (p. 256).

The treatment of habitual abortion should preferably start before conception with correction of all demonstrable endocrine and nutritional disturbances in both prospective mother and father. In particular, thyroid (p. 456) is advocated when there is any evidence of hypothyroidism (p. 180).

In the absence of hypothyroidism, probably the most effective agent is diethylstilbestrol. Its administration should be begun after pregnancy occurs but well before the expected threat of abortion. The dosage may be the same as that given during the corresponding week of pregnancy as prophylaxis against toxemia of pregnancy (see below).

Progesterone has been advocated (for dosage and administration, see p. 468), but it is apparently less effective than diethylstilbestrol. Administration of vitamin E (p. 497) has been proposed, but the results are hard to evaluate.

In the presence of retroversion, a pessary should be worn until the uterus has risen well out of the pelvis.

### NAUSEA AND VOMITING OF PREGNANCY

One-half to two-thirds of women have some degree of nausea and vomiting during the first trimester of pregnancy. It usually begins about the sixth week and may last as long as two or three months. The cause has not been definitely established, but several lines of evidence point to an allergic mechanism. As in other forms of allergy, emotional and psychic factors may be extremely important.

In some patients the vomiting is severe enough to lead to serious dehydration (hyperemesis gravidarum). Possible causes outside of pregnancy should always be considered.

Many types of treatment have been advocated in the past. The most effective now seems to be an antihistaminic drug (p. 509). The dosage may have to be large (e.g., 50 to 100 mg. of 'Histadyl' three or four times daily), and sometimes better results are obtained if pyridoxine hydrochloride (p. 489) is added in doses of 50 to 100 mg. or more daily. In severe cases, initial doses should be intravenous. After relief has been obtained, the oral route may be used, and the dose and frequency of administration can often be reduced. In very mild cases the oral route may be effective from the beginning. In very resistant cases, concomitant administration of 50 to 100 mg. of thiamin chloride (p. 484) is often of value. However, intravenous administration of thiamin chloride is not recommended because of the possible development of sensitivity following repeated doses by this route.

If drug therapy is relatively ineffective, the physician should investigate the emotional factors. Particular attention should be directed toward the possibility that the pregnancy is not desired or that there has been undue mother attachment or difficulties in the sexual field.

Traditional measures which are sometimes helpful include frequent small feedings of solid food, avoidance of fluids within an hour before or after meals, taking of dry crackers or toast before arising (in cases of morning nausea), and mild sedation.

If the patient is able to retain little or no food or liquid, she should be hospitalized promptly. Extragenital causes and genital causes outside the pregnancy (such as retroflexed uterus or ovarian cyst) should be ruled out. Special nursing care is provided, and all visitors, including the husband, are barred. Nothing but a small quantity of cracked ice is allowed by mouth, and the patient is treated as for dehydration (p. 56). Adequate psychotherapy should be undertaken.

If there is considerable improvement after two days, solid foods may be given while parenteral fluids are continued. A general diet and fluids by mouth are gradually resumed as tolerated. If improvement does not occur, fluids, vitamins, and carbohydrate are given by duodenal tube. If, in spite of treatment, the condition becomes worse, consultation should be sought with a view to emptying the uterus. Indications for therapeutic abortion in hyperemesis gravidarum include persistent tachycardia, jaundice, fever, hypotension, psychosis, or loss of twenty pounds' weight. Local or regional anesthesia should be employed.

### TOXEMIA OF PREGNANCY

Toxemia of pregnancy (eclampsia and pre-eclampsia) is the third largest cause of maternal mortality. It is a specific condition peculiar to pregnancy. Its onset is limited to the latter half of pregnancy, and typically it recedes completely prior to or shortly after delivery. Its manifestations include one or more of the following: hypertension, proteinuria, generalized edema. In full-blown cases there may

□ Female G.

be headache, v... vulsions, coma, and death.

The cause of ... The geographi... ing highest in s... factors include ... pregnancy, ges... primiparity, di... and hydatidifo...

Toxemia of ... hormonal distu... studied in diab... ten weeks or m... mia an increase ... terone such as ... the last month ... in blood level ... occur about fiv... onset of toxemi... terone excretion ... of clinical ma... changes: proge... and the estrog... trone but a rela...

Treatment—A... treatment of to... In early pregna... physician shoul... predisposed to ... pertensive or re... followed closel... promptly the o... nal disturbance ... Rapid weight g... a low-sodium ... bonate or othe... intestinal sympt... should employ ... silicate (p. 353) ... It may be advi... potassium chlo...

Proteinuria a... watched for. E... at home o... night, blood p... ... Fluids are ... limited to 0.5 ... while pr... ... cautious ... continued, a ... added. If ... is con...

TABLE 21 — *Dosage Schedule for Oral Administration of Diethylstilbestrol in Prevention of Accidents of Pregnancy*

| Week of Pregnancy, Dating from First Day of Last Menstrual Period | Daily Dose |
|---|---|
| 7th and 8th | 5 mg. |
| 9th and 10th | 10 mg. |
| 11th and 12th | 15 mg. |
| 13th and 14th | 20 mg. |
| 15th | 25 mg. |
| 16th | 30 mg. |
| 17th | 35 mg. |
| 18th | 40 mg. |
| 19th | 45 mg. |
| 20th | 50 mg. |
| 21st | 55 mg. |
| 22d | 60 mg. |
| 23d | 65 mg. |
| 24th | 70 mg. |
| 25th | 75 mg. |
| 26th | 80 mg. |
| 27th | 85 mg. |
| 28th | 90 mg. |
| 29th | 95 mg. |
| 30th | 100 mg. |
| 31st | 105 mg. |
| 32d | 110 mg. |
| 33d | 115 mg. |
| 34th | 120 mg. |
| 35th | 125 mg. |
| 36th | Drug discontinued |

presenting part and is well engaged and the cervix is already partly effaced and dilated.

Medical induction is less frequently successful, but it avoids vaginal entry and artificial breach of the membranes. The myometrium may be made more responsive by administering diethylstilbestrol (p. 467) on the day before induction (10 or 15 mg. once an hour by mouth for ten doses). On the day of induction the following schedule may be carried out:

6 a.m.—castor oil, 2 oz.
8 a.m.—hot soapsuds enema
10 a.m.—posterior pituitary extract, 2 U.S.P. Units hypodermically or intranasally (p. 474)

If labor does not set in, the posterior pituitary is repeated at half-hour intervals for a total of four doses. If no labor results, the patient is given another hot soapsuds enema at seven in the evening, and posterior pituitary is again given for no more than four doses at half-hour intervals.

Quinine was formerly used, but its advisability has been questioned because it apparently may cause deafness in some of the babies. Posterior pituitary should not be given to a patient with toxemia of pregnancy or severe hypertension.

Pain Relief—It has been demonstrated that judicious pain relief during labor and delivery results not only in greater comfort for the mother but also in lower mortality rates for both mother and baby. There is, however, still considerable controversy among obstetricians as to the relative merits of the different means of providing pain relief.

The need for pain relief varies greatly among women. In general, there is discomfort beginning with the actual onset of labor. The most that is needed during this period is mild sedation. Women who are not apprehensive need nothing. Sooner or later the discomfort progresses to the point where relief is justified. Here one can employ systemic narcotic or hypnotic drugs which produce analgesia or amnesia or both, or one can administer regional nerve block. Toward the end of the second stage of labor a much greater degree of relief is usually necessary, and one may add to previous measures inhalation or intravenous anesthesia or regional or spinal nerve block.

Agents and methods commonly employed are listed below. They are discussed and their use outlined in the cross references given.

- General inhalation anesthetics
  - Volatile agents
    - Ether (p. 411)
    - Chloroform (p. 412)
  - Gaseous agents
    - Nitrous oxide (p. 412)
    - Ethylene (p. 412)
    - Cyclopropane (p. 413)
- Systemic analgesic agents
  - Narcotic and amnesic agents
    - Morphine and opium (p. 399)
    - Synthetic morphine-like drugs (p. 404)
    - Scopolamine (p. 421)
  - Hypnotic agents
    - Barbiturates (p. 394)
- Drugs given intravenously
  - Barbiturates (Pentothal Sodium) (p. 394)
- Drugs given rectally
  - Ether (p. 411)
  - Paraldehyde (p. 398)
  - Barbiturates (p. 394)
- Regional anesthesia (p. 437 *et seq.*)
  - Infiltration of perineum
  - Pudendal block
  - Continuous caudal anesthesia
  - Terminal caudal block
  - Continuous lumbar epidural anesthesia
  - Continuous spinal anesthesia
  - Terminal spinal anesthesia, including saddle block

# Exhibit 5 to Appendix 6

**Special Warning About Pregnancy**

The safety and efficacy of high does of DES to pregnant women is controversial. Although there are uncontrolled studies that DES may be helpful to maintaining a pregnancy, there are no double-blinded studies to support efficacy. Studies on a variety of animals have shown that natural as well as synthetic estrogens (1) cross the placenta, (2) cause anomalies in the sexual tissues of a developing fetus which could significantly increase the risk of cancer. Synthetic and natural estrogens are a known cause of cancer. Adequate studies on humans have not been done.

(Prominently Displayed)