# Appendix 7

```
                                                          1

 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3   - - - - - - - - - - - - - - - x

 4   ROBIN HOPPER, et al.,          :

 5              Plaintiff,          :

 6         vs.                      : Civil Action

 7   ELI LILLY AND COMPANY,         : No. 05-2346 (CKK)

 8   et al.,                        :

 9              Defendants.         : Pages 1-44

10   - - - - - - - - - - - - - - - x

11            Deposition of FAYOLA HANNAH, a witness

12   herein, called for examination by counsel for

13   Defendant in the above-entitled matter, pursuant to

14   notice, the witness being duly sworn by Robert M.

15   Jakupciak, a Notary Public in and for the District

16   of Columbia, taken at the offices of Aaron M. Levine

17   & Associates, 1320 19th Street, N.W., Washington,

18   D.C., 20036, at 2:11 a.m., on September 18, 2006,

19   and the proceedings being taken down by Stenotype by

20   Robert M. Jakupciak, RPR.

21

22

23

24

25
```

Fayola Hannah

22

1  Thrifty Drugstore?
2      A.    I don't think I did.
3      Q.    And what makes you say that?
4      A.    Because that's where my prescription was
5  and when you get it refilled, you go to the same
6  pharmacy.
7      Q.    And what makes you think that you filled,
8  you brought your original prescription for
9  Stilbestrol to this Thrifty Drug?
10     A.    Because I had a son, a little boy, and he
11 loved going to that drugstore because they had ice
12 cream.
13     Q.    Okay. Do you recall, when you got your
14 prescription for Stilbestrol do you recall what the
15 bottle looked like?
16     A.    Yes.
17     Q.    And what was that?
18     A.    The bottle was brown.
19     Q.    Anything else you remember about it?
20     A.    It was glass.
21     Q.    Okay.
22     A.    With a yellowish label with brown writing
23 that said Stilbestrol.
24     Q.    Now, did you remember this before -- did
25 you see pictures recently?

23

1  A. I did.
2  Q. And did you recall this before you saw
3  the pictures?
4  A. No.
5  Q. And what made you think that the bottle
6  that you saw in the pictures was the bottle that you
7  got when you filled your prescription?
8  A. Because the company has the same name as
9  my mother, Lilly. And so when I looked at it I
10  thought, oh, God, I know this, I remember this.
11  Q. And you remembered when you filled the
12  prescription making that connection?
13  A. Yes.
14  Q. Are you okay?
15  A. Yeah, I'm okay.
16  Q. Do you want to take a break?
17  A. That's okay. I'm okay.
18  Q. Can you remember anything about what the
19  pills inside the bottle looked like?
20  A. Yes.
21  Q. What was that?
22  A. The pills had a cross on them.
23  MR. LEVINE: I didn't hear what you said.
24  A. The pills had a cross.
25  MR. LEVINE: Thank you.

24

1   Q. And do you remember what color?
2   A. White.
3   Q. Do you remember how big they were?
4   A. Kind of like a white Bayer aspirin except
5   maybe a little bigger, and it wasn't quite as wide.
6   More flat. A little bit flatter.
7   Q. And was your recollection refreshed by
8   looking at pictures again?
9   A. Yes.
10  Q. And how could you be sure that the
11  pictures -- did something jar your memory when you
12  saw the pictures? What brought it to mind?
13  A. The name.
14  Q. The name?
15  A. Yeah. And the cross on the pills.
16  Because my mom was like our family's spiritual
17  leader, and the cross -- my mom was back in Georgia,
18  so when I had Robin I didn't have her. And it was,
19  it was just a neat thing to see that and to know
20  that this was helping me carry my baby. That's what
21  I thought. And --
22  Q. Are you okay?
23  A. Yeah.
24  Q. We can take a break.
25  A. That's okay. Thank you.