**Appendix 11**



373
Pgs

FILED
San Francisco County Superior Court
JUL 29 1988
DONALD W. DICKINSON, Clerk
BY _____ Deputy Clerk

CALIFORNIA SUPERIOR COURT

CITY AND COUNTY OF SAN FRANCISCO

DEPARTMENT NUMBER EIGHTEEN

In re:                          )   NO. 830109
                                )
COMPLEX DES LITIGATION.         )   GENERAL ORDER NO. 29:
                                )   ORDER APPROVING MATRIX
                                )

The court continues to address "the practical problems involved in deferring the market and determining the market share," as conceived in <u>Sindell v. Abbott Laboratories</u> (1980) 26 Cal.3d 588. General Order No. 26 attempted to define the market under the broad concepts of <u>Sindell.</u> On March 31, 1988, a unanimous Supreme Court affirmed prior General Orders of this court and gave specific guidance for the formulation of a market share equation. The case of <u>Brown v. Superior Court</u> (1988) 44 C.3d 1049 has resolved the issues which this court attempted to formulate inferentially from the language of <u>Sindell</u>.

The <u>Brown</u> opinion affirmed this court's ruling that the defendants could not be held strictly liable for the alleged defects in DES but only for their failure to warn of known or

knowable side effects of the drug. The court further affirmed that neither breach of warranty nor fraud will lie in an action based on the market share theory. Finally, the <u>Brown</u> opinion affirmed the previous general order precluding joint and several liability. The Supreme Court specifically held that under <u>Sindell</u> a defendant is only severally liable for its actual market share and concluded that the ". . . imposition of joint liability on defendants in a market share action would be inconsistent with this rationale." <u>Brown, supra,</u> p. 1075.

The market share fashioned by this court must ". . . achieve as close an approximation as possible between a DES manufacturer's liability for damages and its individual responsibility for the injuries caused by the product it manufactured." <u>Brown, supra,</u> p. 1075.

The mandate of the <u>Brown</u> decision requires a reexamination of the application of General Order No. 26. It is clear from the evidence that the market shares developed in accord with the guidelines of General Order No. 26 result in inflated shares to many companies. Such an inflation was specifically and unequivocally rejected in <u>Brown, supra.</u>

> ". . . . Each defendant would be held liable for the proportion of the judgment represented by its market share, and its overall liability for injuries caused by DES would approximate the injuries caused by the DES it manufactured. A DES manufacturer found liable under this approach would not be held responsible for injuries caused by another producer of the drug. The opinion acknowledged that only an approximation of a manufacturer's liability could be achieved by this procedure, but underlying our holding was a recognition that such a result was preferable to denying recovery altogether to plaintiffs injured by DES." <u>Brown, supra,</u> p. 1074.

Thus, the court finds that it must modify its opinion of General Orders No. 26 and 27 and hold that the Sindell concept of likelihood as defined by Brown is to develop a matrix which attempts to ascribe only the actual market shares of the known companies in the DES market during the relevant times.

The court finds, consistent with its holding in General Order No. 26, that Dr. Grabowski ". . . adopted a clear, reasonable, and comprehensive approach to establishing a reliable calculation for determining the market shares." General Order No. 26, page 11. When examining Dr. Grabowski's methods in light of Brown, the only conclusion is that the court must adopt the matrix offered as Exhibit B to his Declaration introduced as Exhibit No. 202 to Phase Three, Market Share Trial. The court expressly had adopted Dr. Grabowski's method because the determination of the denominator was a clear approach with a reality check that was reasonable.

Therefore, the court now finds that the matrix for a determination of a market share of an individual company in the relevant Sindell market shall be that set forth at Exhibit B to Dr. Grabowski's Declaration as explained at the Matrix Hearing on April 22, 1988.

The court finds that ascribing "nominal shares" to those companies without data does not comport with the mandate of Brown and the court finds that the assignment of nominal share would be of no assistance to a plaintiff in establishing a substantial share threshhold.

Brown clearly points out that the market share theory is a carefully crafted balance between no remedy for a plaintiff

and the imposition of liability on defendants who are sued despite there being likelihood that their products could have caused a plaintiff's alleged injury. Brown, supra, at p. 1075. The principle is that Sindell does not guarantee recovery but assures recovery where a reasonable likelihood of the cause of harm can be established.

The court now orders that Exhibit B shall be determinative of market shares for the purpose of establishing liability in all cases in this complex litigation.

Liaison counsel for defendants shall cause a copy of the matrix to be served on all parties.

DATED: July 29, 1988

_____
DANIEL M. HANLON
Judge of the Superior Court

CAL

"LIKELIHOOD" SHARE VALUES (AS PER GENERAL ORDER 26) - 25 MG

| NAME | 1958 | 1959 | 1960 | 1961 | 1962 | 1963 | 1964 | 1965 | 1966 | 1967 | 1968 |
|---|---|---|---|---|---|---|---|---|---|---|
| ABBOTT | 0.8677 | 0.7334 | 0.5088 | 0.1218 | 0.0728 | 0.0728 | 0.0728 | 0.0728 | 0.0728 | 0.0728 | 0.0728 |
| AMERICAN DRUG | 0.0728 | 0.0728 | 0.0728 | 0.0728 | 0.0728 | 0.0728 | 0.0728 | 0.0728 | 0.0728 | 0.0728 | 0.0728 |
| AMERICAN PHARM | 5.0202 | 5.0202 | 5.0202 | 5.0202 | 5.0202 | 5.0202 | 5.0202 | 5.0202 | 5.0202 | 5.0202 | 5.0202 |
| AMFRE-GRANT | 7.1198 | 10.3834 | 11.3774 | 9.6754 | 7.9473 | 7.0365 | 6.2068 | 4.3002 | 4.7897 | 3.5567 | 1.9949 |
| ARGUS | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.1733 | 0.0867 | | |
| ATLAS | 0.0331 | 0.0331 | 0.0331 | 0.0221 | 0.0110 | | | | | | |
| BAKER | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | | |
| BARNES-HIND PHARM | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.1733 | 0.0867 | 0.2600 | 0.1733 | 0.0867 |
| BARRE DRUG | 0.0454 | 0.1199 | 0.2575 | 0.3668 | 0.4275 | 0.4445 | 0.4712 | 0.4595 | 0.5149 | 0.5592 | 0.5032 |
| BOYLE | 0.1712 | 0.1585 | 0.1494 | 0.0778 | 0.0041 | | | | | | |
| BREWER | 2.9544 | 3.0763 | 1.9876 | 0.0100 | 0.0100 | 0.0100 | 0.0100 | 0.0100 | 0.0100 | 0.0100 | |
| BRYANT PHARM | 0.5824 | 0.5824 | 0.5824 | 0.5824 | 0.5824 | 0.5824 | 0.5824 | 0.5824 | 0.5824 | 0.3982 | 0.1941 |
| BURROUGHS WELLCOME | | | | | | | | | | | |
| CARMRICK | 0.1526 | 0.1095 | 0.0614 | 0.0265 | 0.0005 | | | | | | |
| CARROLL CHEM | 0.2714 | 0.2714 | 0.2714 | 0.2714 | 0.2714 | 0.2714 | 0.2714 | 0.2714 | 0.2714 | 0.2714 | 0.1809 |
| CHASE CHEM | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.1733 | 0.0867 | | |
| CHICAGO PHARM | 0.1458 | 0.1458 | 0.1458 | 0.1458 | 0.0972 | 0.0486 | | | | | |
| CIBA | | | | | | | | | | | |
| COLE CHEMICAL CO. | | | | | | | | | | | |
| COLUMBIA | 0.2738 | 0.3594 | 0.5150 | 0.7336 | 0.8550 | 0.8890 | 0.9423 | 0.9171 | 1.0297 | 1.0784 | 1.0063 |
| COWLEY | 0.2902 | 0.2902 | 0.2902 | 0.2902 | 0.2902 | 0.2902 | 0.2902 | 0.2902 | 0.2902 | 0.2902 | 0.2902 |
| DIRECT LABS | 0.2020 | 0.2020 | 0.2020 | 0.2020 | 0.2020 | 0.2020 | 0.2020 | 0.2020 | 0.2020 | 0.2020 | 0.2020 |
| DUMONT PHARM | 0.4160 | 0.4160 | 0.4160 | 0.4160 | 0.4160 | 0.4160 | 0.4160 | 0.4160 | 0.4160 | 0.4160 | 0.2774 |
| EMPIRE DRUG | 0.3647 | 0.3647 | 0.3647 | 0.2431 | 0.1216 | | | | | | |
| EVRON | 0.1315 | 0.1315 | 0.1315 | 0.1315 | 0.1315 | 0.1315 | 0.1315 | 0.1315 | 0.1315 | 0.1315 | 0.1315 |
| EXCEL | 0.1608 | 0.1608 | 0.1608 | 0.1608 | 0.1608 | 0.1072 | 0.0536 | | | | |
| FARBONY | | | | | 0.1140 | 0.2371 | 0.2701 | 0.2660 | 0.3965 | 0.6533 | 0.6021 |
| GOLD LEAF PHARM | 0.1354 | 0.1354 | 0.1354 | 0.1354 | 0.1354 | 0.1354 | 0.1354 | 0.1354 | 0.1354 | 0.1354 | 0.0903 |
| HAACK LABS | 1.2426 | 1.2426 | 1.2426 | 1.2426 | 1.2426 | 1.2426 | 0.8284 | 0.4142 | | | |
| HALSEY | 0.0639 | 0.1318 | 0.2146 | 0.3057 | 0.2850 | 0.2222 | 0.0785 | 0.0459 | 0.1884 | 0.5033 | 0.6206 |
| HANCE & WHITE | 3.3722 | 3.3722 | 3.3722 | 3.3722 | 3.3722 | 2.2481 | 1.1241 | | | | |
| IMPEMEX | 0.6130 | 0.6130 | 0.6130 | 0.6130 | 0.6130 | 0.6130 | 0.6130 | 0.6130 | 0.6130 | 0.6130 | 0.6130 |
| JAM LABS | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 | 0.2600 |
| K & U PRODS | 0.0177 | 0.0616 | 0.1461 | 0.1956 | 0.1140 | | | 0.1733 | 0.0867 | | |
| KEY | 0.0733 | 0.0680 | 0.0658 | 0.0719 | 0.0587 | 0.0535 | 0.0351 | 0.0250 | 0.0222 | 0.0175 | 0.0121 |
| KIRKMAN | 0.2328 | 0.2838 | 0.3752 | 0.3914 | 0.2603 | 0.0777 | 0.0130 | | | | |
| KREMERS URBAN | 0.1214 | 0.1214 | 0.1214 | 0.1214 | 0.1214 | 0.1214 | 0.1214 | 0.1214 | 0.1214 | 0.1214 | 0.1214 |
| LAMMETT | 0.1416 | 0.1416 | 0.1416 | 0.1416 | 0.1416 | 0.1416 | 0.0944 | 0.0472 | | | |
| LIFE LABS | | | | | | | | | | | |
| LILLY | 20.1171 | 24.1573 | 25.7125 | 31.6982 | 31.7605 | 29.2534 | 28.9453 | 27.5400 | 33.4141 | 34.1415 | 35.1788 |
| LINCOLN | 0.2738 | 0.1798 | | | | | | | | | |
| LUSTGARTEN | 0.5305 | 0.5305 | 0.5305 | 0.5305 | 0.5305 | 0.5305 | 0.5305 | 0.5305 | 0.5305 | 0.5305 | 0.5305 |
| MALLINCKRODT | 0.7308 | 0.8963 | 1.0363 | 1.0931 | 0.8738 | 0.5026 | 0.2042 | 0.0477 | | | |
| MAKEY | 0.1023 | 0.0949 | 0.0919 | 0.1005 | 0.0621 | 0.0385 | | | | | |
| MASSENGILL | 1.3195 | 1.3900 | 1.4982 | 1.6531 | 1.3663 | 0.9980 | 0.3050 | | | | |
| MAYRAND | 0.2600 | 0.2600 | 0.1733 | 0.0867 | | | | | | | |
| MCNEIL | 0.1837 | 0.0810 | | | | | | | | | |
| MERCK | 0.5525 | 0.5394 | 0.5845 | 0.4232 | 0.2179 | | | | | | |
| MEYER CHEM | 0.1798 | 0.2373 | 0.2558 | 0.1223 | | | | | | | |
| MORTON | 0.2927 | 0.2927 | 0.2927 | 0.2927 | 0.2927 | 0.2927 | 0.1951 | 0.0976 | | | |
| NATIONAL DRUG | 0.0286 | | | | | | | | | | |
| NATIONAL DRUG LABS | 0.0763 | 0.0763 | 0.0763 | 0.0763 | 0.0763 | 0.0509 | 0.0254 | | | | |

"LIKELIHOOD" SHARE VALUES (AS PER GENERAL ORDER 26) - 25 MG

000021

| NAME / YEAR | 1958 | 1959 | 1960 | 1961 | 1962 | 1963 | 1964 | 1965 | 1966 | 1967 | 1968 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PERSON & COVEY | 0.6642 | 0.6386 | 0.3956 | 0.3006 | 0.2111 | 0.1097 | | | | | |
| PHYS'S DRUG & SUPPLY | 0.7289 | 0.7289 | 0.7289 | 0.7289 | 0.7289 | 0.4859 | 0.2430 | | | | |
| PEDO | 0.8629 | 0.7558 | 0.8416 | 0.9331 | 1.1117 | 1.3207 | 1.5074 | 0.9974 | 0.4774 | | |
| PRESTON LABS | | | | | | | | | | | |
| RAYMER | 0.0056 | 0.0028 | 0.0240 | 0.0127 | 0.0131 | | | | | | |
| REPUBLIC | 0.0161 | 0.0151 | 0.7595 | 0.6004 | 0.5626 | 0.4812 | 0.4756 | 0.4109 | 0.3776 | 0.2955 | 0.1925 |
| REXALL | 0.7717 | 0.7714 | 0.0557 | 0.0534 | 0.0479 | 0.0386 | 0.0372 | 0.0278 | 0.0260 | 0.0252 | 0.0170 |
| RICHLYN | 0.0581 | 0.0550 | 0.1030 | 0.0734 | | | | | | | |
| ROPER | 0.1734 | 0.1199 | 0.3591 | 0.2888 | 0.2792 | 0.1826 | 0.1336 | 0.1023 | 0.0680 | 0.0412 | |
| ROWELL | 0.3631 | 0.3305 | 0.0100 | 0.0100 | | | | | | | |
| SMITH, CARROLL, DUNHAM | 0.6050 | 0.3025 | | | | | | | | | |
| SMITH DORSEY | | | | | | | | | | | |
| SQUIBB | 5.2045 | 5.5077 | 6.3656 | 7.6307 | 7.5925 | 6.8373 | 6.7075 | 6.0063 | 6.4443 | 5.8386 | 4.4386 |
| STANLEY | 0.3797 | 0.6233 | 0.8303 | 1.1836 | 1.7613 | 2.2461 | 2.2490 | 1.8158 | 2.1831 | 3.3719 | 3.8106 |
| STAYNER | 0.2604 | 0.2692 | 0.2875 | 0.2693 | 0.3080 | 0.3173 | 0.3397 | 0.3899 | 0.3986 | 0.4153 | 0.4803 |
| STRASENBURG | | | | | | | | | | | |
| TAYLOR LABS | 0.9061 | 0.9061 | 0.9061 | 0.9061 | 0.6041 | 0.3020 | 0.7224 | 0.5197 | 0.1716 | 0.1797 | 0.0000 |
| TOWNE PAULSEN | 0.6085 | 0.5257 | 0.5028 | 0.5271 | 0.6014 | 0.8001 | 0.2944 | 0.2623 | 0.2471 | 0.1865 | 0.1208 |
| TUTAG | 0.2877 | 0.3053 | 0.2762 | 0.2851 | 0.3038 | 0.2987 | | | | | |
| ULMER | 0.0100 | | | | | | | | | | |
| UP JOHN | 0.5035 | 0.5373 | 0.6369 | 0.5445 | 0.1887 | 0.0450 | 0.0797 | 0.0584 | 0.0512 | 0.0368 | 0.0256 |
| VITARINE | 0.1542 | 0.1431 | 0.1385 | 0.1514 | 0.1234 | 0.1144 | 0.4836 | 0.2418 | | | |
| V.C.A. | 0.7255 | 0.7255 | 0.7255 | 0.7255 | 0.7255 | 0.7255 | | | | | |
| WEBSTER | | | | | | | | | | | |
| WESTWARD | 0.4015 | 0.4151 | 0.3970 | 0.4162 | 0.4749 | 0.4891 | 0.5222 | 0.6011 | 0.6146 | 0.6403 | 0.8950 |
| TOTAL ALLOCATED SHARE | 65.2935 | 70.9344 | 75.4454 | 78.8195 | 75.8813 | 69.0900 | 63.8806 | 55.4383 | 60.8141 | 62.2792 | 58.0913 |
| TOTAL UNALLOCATED SHARE | 34.7065 | 29.0636 | 24.5546 | 21.1815 | 24.1187 | 30.9100 | 36.1194 | 44.5517 | 39.1859 | 37.7208 | 41.9087 |

000022

"LIKELIHOOD" SHARE VALUES (AS PER GENERAL ORDER 26) - 25 MG

| NAME | 1969 | 1970 | 1971 |
|---|---|---|---|
| ABBOTT | | | |
| AMERICAN DRUG | 0.0728 | 0.0485 | 0.0243 |
| AMERICAN PHARM | 5.0202 | 5.0202 | 5.0202 |
| AMFRE-GRANT | 2.5161 | 5.4070 | 9.3330 |
| ARGUS | | | |
| ATLAS | 0.0100 | | |
| BAKER | | | |
| BARNES-HIND PHARM | | | |
| BARRE DRUG | 0.5074 | 0.5110 | 0.6700 |
| BOYLE | | | |
| BREWER | | | |
| BRYANT PHARM | | | |
| BURROUGHS WELLCOME | | | |
| CARMRICK | | | |
| CARROLL CHEM | 0.0905 | | |
| CHASE CHEM | | | |
| CHICAGO PHARM | | | |
| CIBA | | | |
| COLE CHEMICAL CO. | | | |
| COLUMBIA | 0.6765 | 0.3406 | |
| COOLEY | 0.2902 | 0.1935 | 0.0967 |
| DIRECT LABS | 0.2020 | 0.2020 | 0.1347 |
| DUMONT PHARM | 0.1347 | | |
| EMPIRE DRUG | | | |
| EVRON | 0.1315 | 0.0676 | 0.0438 |
| EXCEL | | | |
| FARADAY | 0.3754 | 0.1320 | |
| GOLD LEAF PHARM | 0.0451 | | |
| HAACK LABS | | | |
| HALSEY | 0.4905 | 0.2044 | |
| HANCE & WHITE | | | |
| IMENEX | | | |
| JEN LABS | 0.6130 | 0.6130 | 0.6130 |
| K & W PRODS | 0.2600 | 0.1733 | 0.0867 |
| KEY | | | |
| KIRKMAN | 0.0081 | 0.0082 | 0.0107 |
| KREMERS URBAN | | | |
| LANNETT | 0.1214 | 0.1214 | 0.1214 |
| LIFE LABS | | | |
| LILLY | 33.5739 | 34.3265 | 43.4465 |
| LINCOLN | 0.5305 | 0.3537 | 0.1768 |
| LUSTGARTEN | | | |
| MALLINCKRODT | | | |
| MANEY | | | |
| MASSENGILL | | | |
| MAYRAND | | | |
| MCNEIL | | | |
| MERCK | | | |
| MEYER CHEM | | | |
| MORTON | | | |
| NATIONAL DRUG | 0.1219 | 0.1219 | 0.0813 |
| NATIONAL DRUG LABS | | | |
| NORWICH PHARM. CO. | | | |
| PARKE DAVIS | | | |