Appendix 21

000131

# DE RE MEDICA

*Editio Tertia*



INDIANAPOLIS, INDIANA, U. S. A.

ELI LILLY AND COMPANY

1951

due to estrogen and progesterone during pregnancy must be distinguished from pathological causes of leukorrhea (see p. 197). Coitus during pregnancy probably increases the natural secretion. In the presence of vaginal infection, active treatment may be carried out until the seventh month of pregnancy. When leukorrhea is profuse in the absence of infection, cleansing douches may be employed up to the seventh month.

In order to prevent reflex pelvic congestion, the patient should dress warmly when out in cold weather. Full-length stockings should be worn, and these should preferably be heavy rather than sheer.

## ABORTION

Abortion threatens at one time or another in at least 16 percent of all pregnancies, and spontaneous abortion occurs in about 10 percent. This means that without treatment six out of sixteen (or about 40 percent) of threatened abortions do not abort, whereas without treatment ten out of sixteen (or 60 percent) do abort. In about two-thirds of spontaneous abortions, the product of conception is defective or has died before the onset of abortion or for some other reason probably could not have been saved; but it is estimated that one-third of spontaneous abortions are theoretically salvageable at the time the patient is first seen by the physician. Thus, under treatment, there is potential salvage of not only the 40 percent of threatened abortions that would have continued to term without treatment, but also of the 20 percent (one-third of the 60 percent that aborted) considered salvageable by treatment.

The maintenance of pregnancy appears to depend primarily on a continued supply of estrogen and progesterone secreted by the placenta or by the corpus luteum of pregnancy under stimulation by chorionic gonadotrophin formed in the fertilized ovum or placenta. Death of the ovum, embryo, or fetus leads to cessation of estrogen and progesterone production. There may be a dangerous drop in hormone output during the twelfth to sixteenth week, when chorionic gonadotrophin production is diminishing and estrogen and progesterone production by the placenta is not yet fully under way. In spite of normal hormone production, the uterus may be stimulated to empty itself by extrinsic factors or by abnormal conditions of the endometrium or decidua. Maternal factors include low implantation of the placenta, uterine abnormalities (e.g., fixed retroversion, fibroid tumors), febrile and inflammatory disease, hypothyroidism, toxemia of pregnancy, and trauma.

An abortion is termed "missed" when the fetus is dead but abortion has not occurred within a few days. It is "incomplete" when fragments of the products of conception remain in the uterine cavity. It is "threatened" when vaginal bleeding or uterine cramps or both indicate that the membranes have begun to separate from the decidua or strong uterine contractions have begun, or both. It is "imminent" when these manifestations are so severe that the abortion can probably not be prevented. "Habitual abortion" is the term applied when the occurrence of two or more consecutive spontaneous abortions suggests that there is a high probability that succeeding pregnancies will end in the same way.

Abortion is sometimes undertaken therapeutically when continuation of pregnancy involves grave risk to the life or health of the mother. Curettage of the uterus in the first trimester, abdominal or anterior vaginal hysterotomy in the second trimester, and induction of labor or cesarean section in the third trimester constitute the only safe and accepted methods for therapeutic abortion. There is no known medication that will induce abortion except as a secondary effect of serious intoxication.

Treatment—When abortion threatens, the first principle is to keep the patient and her uterus quiet. She is put to bed, and sedatives (p. 390) or analgesics (p. 465) or both are administered as indicated. There should be no abdominal or vaginal manipulation, and laxatives and enemas are withheld.

Recent evidence indicates that the percentage of cases salvaged can be considerably increased by oral administration of diethylstilbestrol (p. 467). Dosage is not entirely settled, but an effective schedule seems to be 25 mg. as soon as the diagnosis is made, followed by 5 mg. every fifteen minutes or 25 mg. every hour until bleeding or cramps or both have ceased. After this, 5 mg. are given three times daily. It is difficult to determine when the drug can be safely discontinued. There is no harm in continuing it through the thirty-sixth week. If threatening symptoms recur, the original schedule is repeated.

Progesterone (p. 468) has been used in threatened abortion, but the amount required (at least 10 mg. daily) is large and it does not seem to be as effective as diethylstilbestrol.

If abortion actually occurs (as indicated by passage of membranes or fetus or both), diethylstilbestrol is discontinued and oxytocics (p. 476) are given, preferably ergonovine maleate, 0.2 to 0.4



212                                                    Common Diseases □                          □ Female

mg. every six hours until bleeding ceases or for a maximum of two days. If incomplete abortion is not completed within two days (as shown by careful examination of expelled material) or if bleeding persists or is profuse, curettage should be performed. At its completion, ergonovine maleate may be administered intravenously. Infection, which contra-indicates curettage, should be treated with systemic anti-infective agents (p. 286).

The treatment of habitual abortion should preferably start before conception with correction of all demonstrable endocrine and nutritional disturbances in both prospective mother and father. In particular, thyroid (p. 456) is advocated when there is any evidence of hypothyroidism (p. 180).

In the absence of hypothyroidism, probably the most effective agent is diethylstilbestrol. Its administration should be begun after pregnancy occurs but well before the expected threat of abortion. The dosage may be the same as that given during the corresponding week of pregnancy as prophylaxis against toxemia of pregnancy (see below).

Progesterone has been advocated (for dosage and administration, see p. 468), but it is apparently less effective than diethylstilbestrol. Administration of vitamin E (p. 497) has been proposed, but the results are hard to evaluate.

In the presence of retroversion, a pessary should be worn until the uterus has risen well out of the pelvis.

## NAUSEA AND VOMITING OF PREGNANCY

One-half to two-thirds of women have some degree of nausea and vomiting during the first trimester of pregnancy. It usually begins about the sixth week and may last as long as two or three months. The cause has not been definitely established, but several lines of evidence point to an allergic mechanism. As in other forms of allergy, emotional and psychic factors may be extremely important.

In some patients the vomiting is severe enough to lead to serious dehydration (hyperemesis gravidarum). Possible causes outside of pregnancy should always be considered.

Many types of treatment have been advocated in the past. The most effective now seems to be an antihistaminic drug (p. 509). The dosage may have to be large (e.g., 50 to 100 mg. of 'Histadyl' three or four times daily), and sometimes better results are obtained if pyridoxine hydrochloride (p. 489) is added in doses of 50 to 100 mg. or more daily. In severe cases, initial doses should be intravenous. After relief has been obtained, the oral route may

be used, and the dose and frequency of administration can often be reduced. In very mild cases the oral route may be effective from the beginning. In very resistant cases, concomitant administration of 50 to 100 mg. of thiamin chloride (p. 484) is often of value. However, intravenous administration of thiamin chloride is not recommended because of the possible development of sensitivity following repeated doses by this route.

If drug therapy is relatively ineffective, the physician should investigate the emotional factors. Particular attention should be directed toward the possibility that the pregnancy is not desired or that there has been undue mother attachment or difficulties in the sexual field.

Traditional measures which are sometimes helpful include frequent small feedings of solid food, avoidance of fluids within an hour before or after meals, taking of dry crackers or toast before arising (in cases of morning nausea), and mild sedation.

If the patient is able to retain little or no food or liquid, she should be hospitalized promptly. Extragenital causes and genital causes outside the pregnancy (such as retroflexed uterus or ovarian cyst) should be ruled out. Special nursing care is provided, and all visitors, including the husband, are barred. Nothing but a small quantity of cracked ice is allowed by mouth, and the patient is treated as for dehydration (p. 56). Adequate psychotherapy should be undertaken.

If there is considerable improvement after two days, solid foods may be given while parenteral fluids are continued. A general diet and fluids by mouth are gradually resumed as tolerated. If improvement does not occur, fluids, vitamins, and carbohydrate are given by duodenal tube. If, in spite of treatment, the condition becomes worse, consultation should be sought with a view to emptying the uterus. Indications for therapeutic abortion in hyperemesis gravidarum include persistent tachycardia, jaundice, fever, hypotension, psychosis, or loss of twenty pounds' weight. Local or regional anesthesia should be employed.

## TOXEMIA OF PREGNANCY

Toxemia of pregnancy (eclampsia and pre-eclampsia) is the third largest cause of maternal mortality. It is a specific condition peculiar to pregnancy. Its onset is limited to the latter half of pregnancy, and typically it recedes completely prior to or shortly after delivery. Its manifestations include one or more of the following: hypertension, proteinuria, generalized edema. In full-blown cases there may

be headache
vulsions, cor
and death.

The cause
The geograp
ing highest ir
factors inclu
pregnancy, g
primiparity,
and hydatidi

Toxemia (
hormonal dis
studied in di
ten weeks or
mia an incre
terone such a
the last mon
in blood le
occur about t
onset of toxe
terone excreti
of clinical tr
changes: pro
and the estro
trone but a m

Treatment—
treatment of
In early preg
physician sho
predisposed t
pertussive or
followed clos
promptly the
nal disturban
Rapid weight
a low-sodium
bonate or oth
intestinal sym
should emplo
silicate (p. 38
it may be ad
potassium chl
Proteinuria
watched for.
not at home
weight, blood
loss. Fluids a
limited to 0
tes outside p
and acidosis
continued,
avoided. I
that is con

214                                                                                   Common Diseases □                          □ F

TABLE 21 — *Dosage Schedule for Oral Administration of Diethylstilbestrol in Prevention of Accidents of Pregnancy*

| Week of Pregnancy, Dating from First Day of Last Menstrual Period | Daily Dose |
|---|---|
| 7th and 8th | 5 mg. |
| 9th and 10th | 10 mg. |
| 11th and 12th | 15 mg. |
| 13th and 14th | 20 mg. |
| 15th | 25 mg. |
| 16th | 30 mg. |
| 17th | 35 mg. |
| 18th | 40 mg. |
| 19th | 45 mg. |
| 20th | 50 mg. |
| 21st | 55 mg. |
| 22d | 60 mg. |
| 23d | 65 mg. |
| 24th | 70 mg. |
| 25th | 75 mg. |
| 26th | 80 mg. |
| 27th | 85 mg. |
| 28th | 90 mg. |
| 29th | 95 mg. |
| 30th | 100 mg. |
| 31st | 105 mg. |
| 32d | 110 mg. |
| 33d | 115 mg. |
| 34th | 120 mg. |
| 35th | 125 mg. |
| 36th | Drug discontinued |

presenting part and is well engaged and the cervix is already partly effaced and dilated.

Medical induction is less frequently successful, but it avoids vaginal entry and artificial breach of the membranes. The myometrium may be made more responsive by administering diethylstilbestrol (p. 467) by the mouth the day before induction (10 or 15 mg. once an hour for ten doses). On the day of induction the following schedule may be carried out:

6 a.m.—castor oil, 2 oz.

8 a.m.—hot soapsuds enema

10 a.m.— posterior pituitary extract, 2 U.S.P. Units hypodermically or intranasally (p. 474)

If labor does not set in, the posterior pituitary is repeated at half-hour intervals for a total of four doses. If no labor results, the patient is given another hot soapsuds enema at seven in the evening, and posterior pituitary is again given for no more than four doses at half-hour intervals.

Quinine was formerly used, but its advisability has been questioned because it apparently may cause deafness in some of the babies. Posterior pituitary should not be given to a patient with toxemia of pregnancy or severe hypertension.

Pain Relief—It has been demonstrated that judicious pain relief during labor and delivery results not only in greater comfort for the mother but also in lower mortality rates for both mother and baby. There is, however, still considerable controversy among obstetricians as to the relative merits of the different means of providing pain relief.

The need for pain relief varies greatly among women. In general, there is discomfort beginning with the actual onset of labor. The most that is needed during this period is mild sedation. Women who are not apprehensive need nothing. Sooner or later the discomfort progresses to the point where relief is justified. Here one can employ systemic narcotic or hypnotic drugs which produce analgesia or amnesia or both, or one can administer regional nerve block. Toward the end of the second stage of labor a much greater degree of relief is usually necessary, and one may add to previous measures inhalation or intravenous anesthesia or regional or spinal nerve block.

Agents and methods commonly employed are listed below. They are discussed and their use outlined in the cross references given.

General inhalation anesthetics
  Volatile agents
    Ether (p. 411)
    Chloroform (p. 412)
  Gaseous agents
    Nitrous oxide (p. 412)
    Ethylene (p. 412)
    Cyclopropane (p. 413)
Systemic analgesic agents
  Narcotic and amnesic agents
    Morphine and opium (p. 399)
    Synthetic morphine-like drugs (p. 404)
    Scopolamine (p. 421)
  Hypnotic agents
    Barbiturates (p. 394)
Drugs given intravenously
  Barbiturates (Pentothal Sodium) (p. 394)
Drugs given rectally
  Ether (p. 411)
  Paraldehyde (p. 398)
  Barbiturates (p. 394)
Regional anesthesia (p. 437 *et seq.*)
  Infiltration of perineum
  Pudendal block
  Continuous caudal anesthesia
  Terminal caudal block
  Continuous lumbar epidural anesthesia
  Continuous spinal anesthesia
  Terminal spinal anesthesia, including saddle block