UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBIN HOPPER and STEVEN HOPPER ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION No. 05-CV-02346 (RBW/AK) |
| v. ) | NEXT EVENT: |
| ) | Pretrial Conference May 7, 2007 at 9:30AM |
| ELI LILLY AND COMPANY, ) | |
| ) | |
| Defendant. ) | |

## (PROPOSED) ORDER

**UPON CONSIDERATION** of Defendant's Motion for Summary Judgment, and Plaintiff's Opposition thereto, and for good cause shown, it is this ___ day of _____, 200___,

**ORDERED** that Defendant's motion be, and hereby is, DENIED.

_____
The Honorable Reggie B. Walton
United States District Judge