# EXHIBIT 2

ENDORSED
FILED
SAN FRANCISCO COUNTY
SUPERIOR COURT

2003 MAR 19 PM 4: 23

GORDON PARK-LI, CLERK
Priscilla Pahilga
BY:_____
DEPUTY CLERK

```
 1  NANCY HERSH, ESQ., State Bar No. 49091
    AMY ESKIN, ESQ., State Bar No. 127668
 2  HERSH & HERSH
    A Professional Corporation
 3  Opera Plaza, Suite 2080
    601 Van Ness Avenue
 4  San Francisco, CA  94102-6388
    Telephone:  (415) 441-5544
 5
    Attorneys for Plaintiff
 6
```

CASE MANAGEMENT CONFERENCE SET

PLAN I  AUG 2 2 2003  9:00 AM

DEPARTMENT 212

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN FRANCISCO

CGC 03 418517

| JANINE MISKULIN, | ) CASE NUMBER |
|---|---|
| Plaintiff, | ) **COMPLAINT FOR DAMAGES** |
| | ) (Personal Injury- |
| vs. | ) Defective Product) |

ABBOTT LABORATORIES; ACADEMY MANUFACTURING DRUG CORPORATION; ADRIA LABORATORIES, INC. as Successor in Interest to WARREN TEED; ADSONINTRASOL; ALCON as Successor in Interest to CHICAGO PHARMACAL CO. & WILLIAM A. WEBSTER; ALL PUTTER COMPANY, INC.; ALTANA, INC. as Successor in Interest to PETROLINE LABORATORIES; AMERICAN BIO-CHEMICAL COMPANY; AMERICAN CYANAMID as Successor in Interest to TAYLOR LABS; AMERICAN DRUG PRODUCTS; AMERICAN PHARMACEUTICAL; AMERICAN ROLAND CORPORATION; AMFRE-GRANT, INC.; APPROVED PHARMACEUTICAL CORPORATION; ARMOUR PHARMACEUTICAL COMPANY; AYERST LABORATORIES, A division of AMERICAN HOME PRODUCTS CORPORATION; B & B DRUG & CHEMICAL COMPANY; BARLOW-MANEY LABORATORIES; BARRY-MARTIN PHARMACEUTICALS, INC.; BATES LABORATORIES INC.; BEACH PHARMACEUTICALS; BEECHAM LABS as Successor in Interest to the S.E. MASSENGILL COMPANY; BELL PHARMACAL CORPORATION; BELLEVUE LABS, INC.; BEN-FOY LABS INC.; BEVER PRODUCTS COMPANY INC.; BERGEN BRUNSWIG DRUG COMPANY, INC. as Successor in Interest to GARDE DRUG CO. and RABIN-WINTERS CORPORATION; BIO INTRASOL LAB; BIO-RAMO DRUG CO., INC.; BIORGANIC LABORATORIES, INC.; THE BLUE LINE CHEMICAL COMPANY; BOEHRINGER INGELHEIM LT. as Successor in Interest to STAYNER CORPORATION; BOWMAN INC. as Successor in Interest to BOWMAN BROS. DRUG COMPANY: BOYLE & COMPANY; BREON LABORATORIES, INC.; BREWER & COMPANY, INC., A Division of COOPER LABORATORIES INC.; BROAD RESEARCH LABORATORIES; BRUNSWICK DRUG; BUFFINGTON'S INC.; BURROUGHS WELLCOME COMPANY; BYK GULDEN LOMBERG, INC. A Division of ALTANA INC., as Successor in Interest to PETROLINE LABORATORIES; CAMERON MEDICAL CORPORATION; CARNRICK LABORATORIES; CARROLL CHEMICAL COMPANY; H.R. CENCI PHARMACEUTICALS as Successor in Interest to

- 1 -

COMPLAINT FOR DAMAGES FOR DEFECTIVE PRODUCT

drug when taken in the manner intended by the manufacturer. Said Defendants, and each of them, thereby acted with malice towards Plaintiff and Plaintiff accordingly requests that the trier of fact, in the exercise of its sound discretion, should award Plaintiff additional damages for the sake of example and conduct, in an amount reasonably related to Plaintiff's actual damages and Defendants' wealth and sufficiently large to be an example to others and to deter these Defendants and others from engaging in similar conduct in the future.

**FIRST CAUSE OF ACTION
AGAINST ALL DEFENDANTS
(Strict Liability-Defective Product)**

FOR A FIRST CAUSE OF ACTION AGAINST DEFENDANTS, AND EACH OF THEM, PLAINTIFF JANINE MISKULIN ALLEGES:

21.

Plaintiff hereby incorporates, by reference, as if fully set forth herein, each and every allegation contained in Paragraphs 1 through 20, inclusive, of the Complaint herein.

22.

JANINE MISKULIN was born on December 28, 1964, and is the natural daughter of Lorna D. Miskulin.

23.

At all times herein mentioned, the aforesaid DES was improperly prepared, defective and unsafe for its intended purpose when used in the manner intended by the manufacturer and was unaccompanied by appropriate warnings of its known or scientifically knowable dangerous propensities.

24.

Defendants, and each of them, knew that said defective

- 13 -
COMPLAINT FOR DAMAGES FOR DEFECTIVE PRODUCT