UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~)
ROBIN HOPPER and STEVEN HOPPER   )
                                 )
            Plaintiffs,          ) CIVIL ACTION No. 05-CV-02346 (RBW/AK)
    v.                           ) NEXT EVENT:
                                 )     Pretrial Conference May 7, 2007 at 9:30AM
ELI LILLY AND COMPANY,           )
                                 )
            Defendant.           )
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~)

**AFFIDAVIT OF AARON M. LEVINE, ESQ.
REGARDING AUTHENTICATION OF DOCUMENTS**

I, Aaron M. Levine, declare under penalty of perjury that the following is true and correct:

1.  Attached as Appendix 1 are true copies of the following documents:

    a.  Selections from Eli Lilly and Company's Memorandum of Points and Authorities in Support of Summary Judgment, Cutone v. Eli Lilly and Co., Civil Action No. 04-CV-12725 (D. Mass.), dated May 1, 2006;

    b.  Selections from Eli Lilly and Company's Memorandum of Points and Authorities in Support of Summary Judgment, Delaney v. Eli Lilly and Co., Civil Action No. 05-10241 (D. Mass.), dated September 5, 2006;

    c.  Selections from Eli Lilly and Company's Memorandum in Support of Summary Judgment, Tait v. Eli Lilly and Co., 05-cv-2082 (S.D. Tex.), dated October 27, 2006;

2.  Attached as Appendix 2 is a true copy of selections from the Plaintiff's Memorandum in Support of Oppostion to Defendant Eli Lilly's Motion for Summary Judgment, Tait v. Eli Lilly and Co., 05-cv-2082 (S.D. Tex.), dated November 16, 2006;

3. Attached as Appendix 3 is a true copy of selections from the Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant Eli Lilly's Motion for Summary Judgment, Miskulin v. Abbott Lab's, No. CGC-03-418517 (Cal. Super.), dated Sept. 13, 2005;

4. Attached as Appendix 4 is a true copy of selections from the Deposition of Julius Piver in Deep v. Eli Lilly and Co., No. 1:06-CV-00111 (D.D.C.), dated November 21, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

                                                    /s/   Aaron M. Levine
                                                          Aaron M. Levine