# Appendix 4

## Page 1

```
IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF COLUMBIA
----------------------------x
CATHERINE ANN DEEP         :
                           :
      Plaintiff            :
                           :
   v.                      :  Civil Action No.
                           :
ELI LILLY AND COMPANY      :  1:06-CV-00111
                           :
      Defendant            :
                           :
----------------------------x

      Deposition of JULIUS S. PIVER, M.D.
           Washington, D.C.
       Tuesday, November 21, 2006
              12:55 p.m.
Job No: 1-91226
Pages 1 - 86
Reported by: Donna Q. Buckhaults
```

## Page 2

Deposition of JULIUS S. PIVER, M.D., held at the offices of:

AARON M. LEVINE & ASSOCIATES
1320 19th Street, Northwest
Suite 500
Washington, D.C. 20036
(202) 833-8040

Pursuant to agreement, before Donna Q. Buckhaults, Registered Professional Reporter and Notary Public of the District of Columbia.

## Page 3

APPEARANCES

ON BEHALF OF THE PLAINTIFF:
   AARON M. LEVINE, ESQUIRE
   BENJAMIN COOPER, ESQUIRE
   AARON M. LEVINE & ASSOCIATES
   1320 19th Street, Northwest
   Suite 500
   Washington, D.C. 20036
   (202) 833-8040

ON BEHALF OF THE DEFENDANT:
   JOHN F. KUCKELMAN, ESQUIRE
   SHOOK, HARDY & BACON, LLP
   2555 Grand Boulevard
   Kansas City, Missouri 64108
   (816) 474-6550

## Page 4

CONTENTS

EXAMINATION OF JULIUS S. PIVER, M.D.    PAGE
   By Mr. Kuckelman                        5
   By Mr. Levine                          81

EXHIBITS
(Attached to the Transcript)

PIVER DEPOSITION EXHIBIT                 PAGE
   1   Defendant Eli Lilly and Company's   16
       Notice of Taking Deposition Duces
       Tecum of Julius S. Piver, M.D.
   2   Curriculum Vitae                    17
   3   Copy of Dr. Piver's Notebook        18

Page 61

1  used progesterones in patients?
2     A. He?
3     Q. Dr. Frawley?
4     A. I don't know.
5     Q. Do you know when Diethylstilbestrol was
6  first synthesized?
7     A. I think it was 1933.
8     Q. And do you know who was responsible for the
9  development of the use of Stilbestrol in the treatment
10 of pregnancy accidents?
11    A. George and Olive Smith.
12    Q. Were you familiar with the Smiths back in
13 the 1950's?
14    A. Yes.
15    Q. Did you ever meet the Smiths?
16    A. No.
17    Q. How about Karnaky?
18    A. I know the name. That's all.
19    Q. Do you recall reviewing Karnaky's literature
20 regarding DES?
21    A. Well, he's quoted by Lilly as I recall.
22    Q. Sitting here today, do you have a

Page 62

1  recollection of reading his work in the 1950's or 60's
2  about DES?
3     A. No.
4     Q. No?
5     A. No.
6     Q. Sitting here today, do you have a
7  recollection of what medical literature you read in
8  the 1950's or 60's about DES?
9     A. Yes.
10    Q. Tell me which pieces you read at that time.
11    A. JAMA, Journal of American Medical
12 Association, Gray Journal, the American Journal of
13 Obstetrics and Gynecology.
14    Q. Do you remember any particular articles?
15    A. No, I do not. And probably the New England
16 Journal of Medicine I would have read.
17    Q. Do you remember when the Greene and Ivy
18 article came out?
19    A. I think it was 1940 something. It might
20 have been 1949.
21    Q. Do you recall reading the Greene and Ivy
22 article before 1962?

Page 63

1     A. If it was quoted in JAMA or the Gray Journal
2  I would have, but I don't recall it from actual.
3     Q. How about an article by someone named
4  Dickman? Did you ever read that in the 1950's or
5  early 60's?
6     A. I know Dickman from Chicago. I would have
7  read it.
8     Q. Do you have an actual recollection of
9  reading it?
10    A. It would have been in the Gray Journal. I
11 would have read it.
12    Q. Do you remember what it said?
13    A. No. Well, basically that the DES did not
14 improve the survivability of threatened miscarriages.
15    Q. Do you know when you read that article?
16    A. Well, if it came out in '53 or '54, I was
17 subscribing. I would have read it in '53 or '54.
18    Q. Did you continue prescribing DES after you
19 read that article?
20    A. Probably.
21    Q. Do you know why?
22    A. I didn't have any reason to not prescribe it

Page 64

1  because the Lilly representatives never said anything
2  to the contrary and this is just an article.
3     Q. Do you have any recollection of ever asking
4  the Lilly reps about the Dickman article?
5     A. No.
6     Q. Do you recall ever having a discussion with
7  Dr. Frawley as to whether he read the Dickman article?
8     A. No.
9     Q. Do you have any recollection of Dr. Frawley
10 ever indicating to you that he had discussed the
11 Dickman article with the Lilly rep?
12    A. No.
13    Q. Did Dr. Frawley ever indicate to you that a
14 Lilly rep before 1962 had assured him regarding any
15 concerns he may have had about DES before that time?
16    A. I doubt it because they didn't do it which
17 is obvious or they would have stopped the production
18 of it, so I doubt that he would have had any
19 conversations and therefore I don't think I would have
20 either.
21    Q. But my question is, do you have a
22 recollection of having such a conversation with