UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN HOPPER and STEVEN HOPPER )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>ELI LILLY AND COMPANY, )<br>)<br>Defendant. ) | CIVIL ACTION No. 05-CV-02346 (RBW/AK)<br>NEXT EVENT:<br>   Pretrial Conference May 7, 2007 at 9:30AM |

**(PROPOSED) ORDER**

**UPON CONSIDERATION** of Defendant's Motions to Strike Testimony of John J. Hefferren, Ph.D., and Julius S. Piver, M.D., and Plaintiff's Opposition thereto, and for good cause shown, it is this ___ day of _____, 200___,

**ORDERED** that Defendant's motion be, and hereby is, DENIED.

_____
The Honorable Reggie B. Walton
United States District Judge