UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~)
ROBIN HOPPER and STEVEN HOPPER     )
                                   )
           Plaintiffs,             ) CIVIL ACTION No. 05-CV-02346 (RBW/AK)
     v.                            ) NEXT EVENT:
                                   )   Pretrial Conference May 7, 2007 at 9:30AM
ELI LILLY AND COMPANY,             )
                                   )
           Defendant.              )
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~)

**CONSENT MOTION FOR LEAVE TO FILE A SURREPLY
IN OPPOSITION TO DEFENDANT'S MOTIONS TO STRIKE**

COME NOW Plaintiffs Robin Hopper and Steven Hopper, through counsel, and move for leave to file a surreply in response to Defendant's Reply Brief in Support of Its Motions to Strike the Statements of Julius Piver, M.D., and John J. Hefferren, Ph.D., and as grounds therefore, state:

1.    Defendant filed motions to strike both Dr. Piver and Dr. Hefferren, citing no authorities save the Federal Rules that Plaintiffs' late disclosure of these witnesses prejudiced Defendant.

2.    In its Reply, Defendant for the first time cited three cases – <u>Musser v. Gen-Tiva Health Serv's</u>, 356 F.3d 751 (7th Cir. 2004), <u>Lohnes v. Level 3 Comm'ns, Inc.</u>, 272 F.3d 49 (1st Cir. 2001), and <u>Trost v. Trek Bicycle Corp.</u>, 162 F.3d 1004 (8th Cir. 1998) – for the proposition that late disclosure of an expert witness merits exclusion of that witness.  Each of these cases involves a heretofore completely unknown expert opinion disclosed close to trial.

3.    Plaintiffs seek to file a response to Defendant's reply for the purpose of distinguishing the above cases cited by the Defendant from the present case.  Said response is attached as Appendix No. 1.

4. Defendant has consented to the filing of this Motion for Leave.

>Respectfully submitted,
>AARON M. LEVINE AND ASSOCIATES
>
>       /s/ Aaron M. Levine
>Aaron M. Levine, #7864
>1320 Nineteenth Street, N.W., Suite 500
>Washington, D.C. 20036
>(202) 833-8040
>
>COUNSEL FOR PLAINTIFFS

## LCvR 7.1(m) CERTIFICATION

Counsel for Plaintiffs certifies that on February 26, 2007, that Plaintiffs, through counsel, asked for and received consent from Defendant to file this Motion for Leave to File a Surreply.

>       /s/ Aaron M. Levine