UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN HOPPER and STEVEN HOPPER )<br>)<br>   Plaintiffs, )<br>v. )<br>)<br>ELI LILLY AND COMPANY, )<br>)<br>   Defendant. )  | ) CIVIL ACTION No. 05-CV-02346 (RBW/AK)<br>) NEXT EVENT:<br>)   Pretrial Conference May 7, 2007 at 9:30AM |

**<u>(PROPOSED) ORDER</u>**

**UPON CONSIDERATION** of Plaintiffs' Consent Motion for Leave to File a Surreply in Opposition to Defendant's Motion to Strike, and for good cause shown, it is this ___ day of _____, 2007,

**ORDERED** that Plaintiffs' motion be, and hereby is, GRANTED;

**AND IT IS FURTHER ORDERED** that Plaintiffs' Surreply in Opposition to Defendant's Motions to Strike herein is filed on the date this Order is granted.

_____
The Honorable Reggie B. Walton
United States District Judge