IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN HOPPER and STEVEN HOPPER,<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | CIVIL ACTION No. 05-CV-02346 (RBW/AK) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Robin and Steven Hopper and Defendant Eli Lilly and Company ("Lilly"), acting through their respective counsel, have resolved the claims in the above-captioned case and ask that the above-captioned case be dismissed with prejudice in its entirety.

There are no cross-claims or third-party claims pending in the above-captioned case and no party is an infant or incompetent person for whom a committee has been appointed or a conservator and no person not a party has an interest in the subject matter of this action.

| ROBIN HOPPER and STEVEN HOPPER, | ELI LILLY AND COMPANY, |
|---|---|
| By their attorneys, | By its attorneys, |
| /s/ Aaron M. Levine (by permission BLH)<br>Aaron M. Levine<br>AARON M. LEVINE & ASSOCIATES, P.A.<br>1320 19th Street, N.W., Suite 500<br>Washington, DC  20036<br>202-833-8040 | /s/ James J. Dillon<br>James J. Dillon<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA  02210<br>617-832-1000 |

Dated: April 17, 2007

B3344217.1